UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

| CASE NO.: | 8:13-cv-1592 AEP | DATE: | 4/23/14 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **CINQ AUTOMOBILES**<br>         Plaintiff,<br>v.<br>**BUCCANEERS LIMITED PARTNERSHIP**<br>         Defendant | | **PLAINTIFF'S COUNSEL**<br>Ross Good, Michael Addison and Ryan Kelly<br><br>**DEFENSE COUNSEL**<br>Barry Postman and David Borucke<br>David Cohen, General Counsel for deft | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:** 2:04 to 2:59  **TOTAL:**    min | | **COURTROOM:** | 10A |

**PROCEEDINGS:** (via telephone)

As to ticket master subpoena #1, 2 and 6 the defendant's oral motion to quash is GRANTED.

As to request #7; oral request to quash is GRANTED; defendant counsel directed to review any contracts between ticket master and defendant to determine if any relevant information as to whether ticket master put defendant on notice as to their obligations under the statute.

Plaintiff's oral motion for a privilege log is DENIED.

Plaintiff's oral motion for daily summaries is DENIED.

Plaintiff's request for native format for specific documents is GRANTED.