UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CIN-Q AUTOMOBILES, INC., and
MEDICAL & CHIROPRACTIC CLINIC, INC,
Florida corporations, individually and as
the representative of a class of similarly situated
persons,

       Plaintiffs,

v.                                          Case No: 8:13-cv-1592-AEP

BUCCANEERS LIMITED PARTNERSHIP
and JOHN DOES 1-10,

       Defendants.
_____/

## **ORDER**

This matter comes before the Court upon its own motion. For the reasons stated at the hearing held before the undersigned on November 24, 2014, it is hereby

ORDERED:

1. Plaintiffs' request to pursue the two depositions corresponding to the letters of rogatory is GRANTED.

2. The parties are DIRECTED to meet and confer and, within twenty (20) days of the date of this Order, shall file a proposed Scheduling Order for class certification discovery.

DONE AND ORDERED in Tampa, Florida, this 24th day of November, 2014.

cc: Counsel of Record

_____
ANTHONY E. PORCELLI
United States Magistrate Judge