UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

| CASE NO.: | 8:13-cv-1592 AEP | DATE: | 11/24/14 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **CINQ AUTOMOBILES**<br>        Plaintiff,<br>v.<br><br>**BUCCANEERS LIMITED PARTNERSHIP**<br>        Defendant | | **PLAINTIFF'S COUNSEL**<br>Glenn Hara and Ross Good via telephone<br>Michael Addison<br><br>**DEFENSE COUNSEL**<br>Barry Postman and David Borucke<br>David Cohen, General Counsel for deft | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:   TOTAL:**   min | | **COURTROOM:** | 10A |

**PROCEEDINGS:**

Give parties update on the summary judgment - decision to be out just after the holiday.

Court directs the parties to meet and confer within 20 days of the order, to consider class discovery and propose a scheduling order

Court to allow two additional depositions to go forward in Canada.