**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| **CASE NO.:** | 8:13-cv-1592 AEP | **DATE:** | 2/24/15 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **CINQ AUTOMOBILES**<br>          **Plaintiff,**<br>v.<br>**BUCCANEERS LIMITED PARTNERSHIP**<br>          **Defendant** | | **PLAINTIFF'S COUNSEL**<br>Glenn Hara and Michael Addison<br><br>**DEFENSE COUNSEL**<br>Barry Postman and David Borucke<br>David Cohen, General Counsel for deft<br>Bobbi Sue Doyle Hazzard - Asst General | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:** 12:06 to 12:46  **TOTAL:**     min | | **COURTROOM:** | 10A |

**PROCEEDINGS:**

Two pending motions: document #169 motion to bifurcate; #170 motion for reconsideration of summary judgment order or in the alterative to certify interlocutory appeal.

Oral Argument heard.

Motions to be taken under advisement.

Court to deny the motion for interlocutory appeal.  Order to be entered.