**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| **CASE NO.:** 8:13-CV-1592 AEP | **DATE:** 5/18/15 |
|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | |
| **CIN Q AUTOMOBILES** <br> Plaintiff, <br> v. <br><br> **BUCCANEERS LIMITED PARTNERSHIP** <br> Defendant | **PLAINTIFF'S COUNSEL** <br> Ross Good and Michael Addison |
| | **DEFENSE COUNSEL** <br> Barry Postman, David Cohen, Bobbi-Sue Doyle, Brian Ford |
| **COURT REPORTER:** DIGITAL | **DEPUTY CLERK:** Lynne Vito |
| **TIME:** 10:15 to 10:40   **TOTAL:**   min | **COURTROOM:** 10A |

**PROCEEDINGS:**   STATUS CONFERENCE

Parties consented to Magistrate jurisdiction and pending motion to consolidate.

Grant motion to consolidate. Consolidation for purposes of obtaining discovery and then to be determined if there will be a class.

Defense places upon the record the dates, that are in agreement, for case management.

Court will adopt and enter a new case management order.