UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CIN-Q AUTOMOBILES, INC., and
MEDICAL & CHIROPRACTIC CLINIC,
INC., Florida corporations, individually
and as the representatives of a class of
similarly-situated persons,

      Plaintiffs,

v.                                                                                         Case No. 8:13-cv-1592-17AEP

BUCCANEERS LIMITED
PARTNERSHIP and JOHN DOES 1-10,

      Defendants.                                         /

**STIPULATION OF THE PARTIES TO EXTEND DEADLINES
IN THE CASE MANAGEMENT AND SCHEDULING ORDER**

Plaintiffs, Cin-Q Automobiles, Inc., and Medical & Chiropractic Clinic, Inc., and the Defendant, Buccaneers Limited Partnership, through their respective undersigned attorneys and pursuant to the Federal Rules of Civil Procedure, stipulate that the deadlines in the Case Management and Scheduling Order be extended. In support of this stipulation, the parties state as follows:

1. Pursuant to this Court's May 18, 2015, Case Management and Scheduling Order (Dkt. 185) ("Case Management Order"), the following deadlines were established:

    a. Close of Class Certification Fact Discovery        August 15, 2015

    b. Plaintiff's Supplemental Expert Report Deadline        August 15, 2015

    c. Defendant's Expert Report Deadline        September 15, 2015

    d.  Completion of Expert Discovery      October 15, 2015

    e.  Plaintiff's Deadline to File Class Certification Motion      November 15, 2015

    f.  Defendant's Deadline to Respond to Plaintiff's Class Certification Motion      30 days after Plaintiffs' Motion

2.    Counsel for the parties have been engaging in discovery and had discussed the setting of additional depositions that were felt to be necessary prior to the arrival of the discovery deadline. In the last week, however, discussions have taken place concerning the advisability of scheduling another mediation conference. As a result of those discussions, the parties have agreed to proceed with a second a mediation conference on August 31, 2015, in Chicago, Illinois, before The Honorable Wayne R. Andersen, retired federal district judge under the auspices of JAMS, in an effort to resolve this case in its entirety.

3.    In light of the scheduling difficulties, the parties require additional time to comply with the deadlines in the Case Management Order should a settlement agreement not be reached through mediation.

4.    The parties jointly request that all of the deadlines established in the Case Management Order be extended 60 days to allow them to comply in the event a settlement is not obtained.

5.    The parties certify that this request for extension is being made in good faith and to promote judicial economy and not for the purposes of delay.

WHEREFORE, the parties respectfully request that this Court enter an Order granting this stipulation and extending all deadlines established in the Case

Management Order by 60 days and granting any other relief that this Court finds just, equitable or appropriate in this matter.

Dated: July 27, 2015.

| | |
|---|---|
| **Cole, Scott & Kissane, P.A.** | **ADDISON & HOWARD, P.A.** |
| 1645 Palm Beach Lakes Blvd., 2ⁿᵈ Floor | 400 N. Tampa St., Suite 1100 |
| West Palm Beach, FL  33401 | Tampa, FL  33602-4714 |
| Tel:  (561) 383-9229 | Tel:  (813) 223-2000 |
| Fax:  (561) 683-8977 | Fax:  (813) 228-6000 |
| Attorneys for Buccaneers | Attorneys for PLAINTIFFS |
| | |
| /s/ Barry A Postman | /s/ Michael C. Addison |
| Barry A. Postman | Michael C. Addison |
| Florida Bar No. 991856 | Florida Bar No. 0145579 |
| Email:  barry.postman@csklegal.com | m@mcalaw.net |
| | |
| **Latham & Watkins LLP** | **Anderson + Wanca** |
| 330 N. Wabash Ave., Suite 2800 | 3701 Algonquin Rd., Suite 760 |
| Chicago, IL  60611 | Rolling Meadows, IL  60008 |
| Tel:  (312) 876-7700 | Tel:  (847) 368-1500 |
| Attorneys for Buccaneers | Fax:  (847) 368-1501 |
| | Attorneys for Plaintiffs |
| | |
| /s/ Mark S. Mester | /s/ Ryan M. Kelly |
| Mark S. Mester | Ryan M. Kelly |
| mark.mester@lw.com | Florida Bar No. 90110 |
| | rkelly@andersonwanca.com |

\\mca2014\clients open\cin-q auto.buccaneers\pld\stipulation for extension of discovery 87809.docx