UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

| CASE NO.: | 8:13-cv-1592 AEP | DATE: | 10/13/15 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **CINQ AUTOMOBILES**<br>              Plaintiff,<br>v.<br>**BUCCANEERS LIMITED PARTNERSHIP**<br>           Defendant | | **PLAINTIFF'S COUNSEL**<br>Michael Addison and Ross Good | |
| | | **DEFENSE COUNSEL**<br>David Borucke, Kathleen Lally and David Cohen, Mark Mester attys for Defendant Buccaneers Limited Partnership | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:** 11:04 to 11:12  **TOTAL:**     min | | **COURTROOM:** | 10A |

**PROCEEDINGS:** MOTION HEARING VIA TELEPHONE

Motion for protective order at document #195 no response filed to date.

Court to grant motion for protective order. Order to be entered.