**EXHIBIT 3**

**From:** Matt Kaiser <mkaiser@firstalliedcorp.com>
**Subject:** **RE: Revised Ticket Fax Proof**
**Date:** June 26, 2009 12:16:37 PM PDT
**To:** 'Morgan, Darren'
➤  1 Attachment, 50.0 KB



Great!  Can you squeeze the following at the bottom using 9 point font:

**To immediately and permanantly remove your fax number from our opt-in compiled database, please call 877-272-7614.  Removaltech@FaxQom.com**

**Matt Kaiser**
Acquisitions Manager

**First Allied Corporation**
9601 Wilshire Blvd., Suite 744
Beverly Hills, CA 90210
Tel: (310) 275-8944
Fax: (310) 275-8995
www.firstalliedcorp.com

**From:** Morgan, Darren [mailto:dmorgan@buccaneers.nfl.com]
**Sent:** Friday, June 26, 2009 12:24 PM
**To:** Matt Kaiser
**Subject:** Revised Ticket Fax Proof

Matt:

Attached is the revised ticket fax sheet.  Take a look and let me know your thoughts.

Darren

Darren Morgan
*Creative Services Director*
Tampa Bay Buccaneers
One Buccaneer Place
Tampa FL 33607
(813) 554-1364
(813) 387-6310 (fax)
www.buccaneers.com



BLP 000029

From: Matt Kaiser <mkaiser@firstalliedcorp.com>
Subject: Re: fax
Date: June 3, 2010 9:00:07 AM PDT
To: "sales@faxqom.com" <sales@faxqom.com>

You were going to send me back my order form with your signature showing acceptance of my language.

Matt Kaiser
Mobile: (310) 980-4068

On Jun 3, 2010, at 8:36 AM, "sales@faxqom.com" <sales@faxqom.com> wrote:

> Matt,
>
> Signed order form?  What is this?
>
>
> Steve

BLP0033

**Buccaneers Limited Partnership**                                                          73525

| OUR REF. NUMBER | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | NET CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 117928 | SeasonTix Faxes | 7/9/2009 | 15336.80 | 15336.80 | 0.00 | 15336.80 |



ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

BB&T                                                              73525
63-9138/2631

**Buccaneers Limited Partnership**

| CHECK DATE | CONTROL NUMBER | AMOUNT |
|---|---|---|
| 7/9/2009 | 073525 | $*******15336.80 |

**PAY** Fifteen Thousand Three Hundred Thirty-Six and 80/100                    US Dollar

VOID AFTER 180 DAYS

**PAY TO THE ORDER OF**
FaxQom
5500 University
Boston, MA   02134

AUTHORIZED SIGNATURE

DOCUMENT INCLUDES A HIDDEN VOID. DO NOT CASH IF THE WORD VOID IS VISIBLE. DOCUMENT ALSO CONTAINS HEAT SENSITIVE INK. TOUCH HERE - RED IMAGE DISAPPEARS WITH HEAT

⑈073525⑈ ⑆263191387⑆014106170410

**Buccaneers Limited Partnership**                                                          73525

| Vendor | FAXQOM | Check Date | 7/9/2009 | Check Number | 073525 | |
|---|---|---|---|---|---|---|
| Ref Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
| 117928 | SeasonTix Faxes | 7/9/2009 | 15336.80 | 15336.80 | 0.00 | 15336.80 |

SAFEGUARD

BLP 000038

**From:** Matt Kaiser <mkaiser@firstalliedcorp.com>
**Subject:** **1st Day Fax**
**Date:** July 13, 2009 2:57:49 PM PDT
**To:** 'sales@faxqom.com'
▸ 1 Attachment, 296 KB



Steve,

Here is the fax sheet for tomorrow only. I will send you the ones for Wednesday and Thursday after this one goes out.

Please add the following to the list anytime a fax goes out.

(813) 872-0046
(813) 554-1351
(310) 275-8995
(866) 613-5112
(813) 387-6310

Please confirm your receipt of the attached. I look forward to the report for the 1st day.

If you have any questions or issues, please contact me on my mobile in the morning (310) 980-4068.

Thank you,

**Matt Kaiser**
Acquisitions Manager

**First Allied Corporation**
9601 Wilshire Blvd., Suite 744
Beverly Hills, CA 90210
Tel: (310) 275-8944
Fax: (310) 275-8995
www.firstalliedcorp.com


FaxSheetgro....pdf (296 KB)

# TAMPA BAY
# BUCCANEERS | FAX COVER

**F A C S I M I L E**

ONE BUCCANEER PLACE   TAMPA, FL 33607      TEL: (813) 870-2700     BUCCANEERS.COM

DATE: 7/14/09    # of Pages (including cover): 2

TO: Human Resources

FROM: Group Seating Department

SUBJECT: Buccaneers Group Tickets

ADDITIONAL COMMENTS:

Attached is the information on group seating. Tickets are available for groups of 20 or more people. When buying group seating, you save up to $16 per ticket versus the individual game ticket cost. Group seating also gives you access to large blocks of seating that are not available any other way.

Many companies use group seating as a retreat and/or reward to build team unity.

If you have any questions, please don't hesitate to call us at (877) 649-BUCS (2827).

## 2009 SCHEDULE

**DALLAS**
September 13 | 1:00pm

**AT BUFFALO**
September 20 | 4:05pm

**N.Y. GIANTS**
September 27 | 1:00pm

**AT WASHINGTON**
October 4 | 1:00pm

**AT PHILADELPHIA**
October 11 | 1:00pm

**CAROLINA**
October 18 | 1:00pm

**NEW ENGLAND**
October 25 | 1:00pm | LONDON

**GREEN BAY**
November 8 | 1:00pm

**AT MIAMI**
November 15 | 1:00pm

**NEW ORLEANS**
November 22 | 1:00pm

**AT ATLANTA**
November 29 | 1:00pm

**AT CAROLINA**
December 6 | 1:00pm

**N.Y. JETS**
December 13 | 1:00pm

**AT SEATTLE**
December 20 | 4:15pm

**AT NEW ORLEANS**
December 27 | 1:00pm

**ATLANTA**
January 3 | 1:00pm

*ALL TIMES EASTERN / SUBJECT TO CHANGE

## 2002 WORLD CHAMPIONS

BLP 000041



# GROUP TICKETS ON SALE NOW!
## 877-649-BUCS (2827)

| SECTION | A | B | C | D | E |
|---|---|---|---|---|---|
| **GROUP PER GAME PRICE** | $99.00 | $89.00 | $85.00 | $75.00 | $65.00 |

Group tickets are available in packages of 20 or more and
reflect a discount of up to $16 per ticket

### 2009 SEASON

**DALLAS**
September 13 | 1:00pm

**NEW ORLEANS**
November 22 | 1:00pm

**N.Y. GIANTS**
September 27 | 1:00pm

**N.Y. JETS**
December 13 | 1:00pm

**CAROLINA**
October 18 | 1:00pm

**ATLANTA**
January 3 | 1:00pm

**GREEN BAY**
November 8 | 1:00pm



## Call 877-649-BUCS (2827) or visit www.buccaneers.com today for seat locations

To immediately and permanently remove your fax number from our opt-in compiled database, please call 877-272-7614.  Removaltech@FaxQom.com

BLP 000042

**From:** Matt Kaiser <mkaiser@firstalliedcorp.com>
**Subject:** **Wednesday & Thursday Faxes**
**Date:** July 14, 2009 10:39:21 AM PDT
**To:** 'sales@faxqom.com'
▸    2 Attachments, 914 KB

Steve,

Attached are the Wednesday and Thursday faxes (marked as 7/15 & 7/16).

**Matt Kaiser**
Acquisitions Manager

**First Allied Corporation**
9601 Wilshire Blvd., Suite 744
Beverly Hills, CA 90210
Tel: (310) 275-8944
Fax: (310) 275-8995
www.firstalliedcorp.com

FaxSheetgro....pdf (457 KB)  FaxSheetgro....pdf (457 KB)

BLP 000044

# TAMPA BAY
# BUCCANEERS | FAX COVER

**FACSIMILE**

ONE BUCCANEER PLACE   TAMPA, FL 33607          TEL: (813) 870-2700     BUCCANEERS.COM



DATE: _7/15/09_      # of Pages (including cover): _2_

TO: __Human Resources__

FROM: __Group Seating Department__

SUBJECT: __Buccaneers Group Tickets__

ADDITIONAL COMMENTS:

Attached is the information on group seating. Tickets are available for groups of 20 or more people. When buying group seating, you save up to $16 per ticket versus the individual game ticket cost.  Group seating also gives you access to large blocks of seating that are not available any other way.

Many companies use group seating as a retreat and/or reward to build team unity.

If you have any questions, please don't hesitate to call us at (877) 649-BUCS (2827).

# 2009 SCHEDULE

**DALLAS**
September 13 | 1:00pm

**AT BUFFALO**
September 20 | 4:05pm

**N.Y. GIANTS**
September 27 | 1:00pm

**AT WASHINGTON**
October 4 | 1:00pm

**AT PHILADELPHIA**
October 11 | 1:00pm

**CAROLINA**
October 18 | 1:00pm

**NEW ENGLAND**
October 25 | 1:00pm | LONDON

**GREEN BAY**
November 8 | 1:00pm

**AT MIAMI**
November 15 | 1:00pm

**NEW ORLEANS**
November 22 | 1:00pm

**AT ATLANTA**
November 29 | 1:00pm

**AT CAROLINA**
December 6 | 1:00pm

**N.Y. JETS**
December 13 | 1:00pm

**AT SEATTLE**
December 20 | 4:15pm

**AT NEW ORLEANS**
December 27 | 1:00pm

**ATLANTA**
January 3 | 1:00pm

*ALL TIMES EASTERN / SUBJECT TO CHANGE

# 2002 WORLD CHAMPIONS

BLP 000045



# GROUP TICKETS ON SALE NOW!
## 877-649-BUCS (2827)

| SECTION | A | B | C | D | E |
|---|---|---|---|---|---|
| GROUP PER GAME PRICE | $99.00 | $89.00 | $85.00 | $75.00 | $65.00 |

Group tickets are available in packages of 20 or more and reflect a discount of up to $16 per ticket

### 2009 SEASON

**DALLAS**
September 13 | 1:00pm

**NEW ORLEANS**
November 22 | 1:00pm

**N.Y. GIANTS**
September 27 | 1:00pm

**N.Y. JETS**
December 13 | 1:00pm

**CAROLINA**
October 18 | 1:00pm

**ATLANTA**
January 3 | 1:00pm

**GREEN BAY**
November 8 | 1:00pm



## Call 877-649-BUCS (2827) or visit www.buccaneers.com today for seat locations

To immediately and permanently remove your fax number from our opt-in compiled database, please call 877-272-7614. Removaltech@FaxQom.com

BLP 000067

# *FaxQom*

*Worldwide IP Fax Broadcast*
617-674-2147
www.Faxqom.com

## Fax Broadcast Order Form

**Name:** *Matt Kaiser*                    **Co Name:**

**Address:** *9601 Wilshire Blvd, Suite 744*

**City:** *Beverly Hills*      **State:** *CA*      **Zip:** *90210*

**Phone:** *(310) 275-8944*  **Fax:** *(310) 275-8995*  **Email:** *mkaiser@firstalliedcorp. com*

**What area codes do you want to fax to?   What Quantities per area code?
Please list area codes and quantities below and any other broadcast details needed !**

| | |
|---|---|
| 352 area code 123,617 fax numbers / 2 page fax | |
| 941 area code 62,013 fax numbers / 2 page fax | |
| 813 area code 88,199 fax numbers / 2 page fax | ( per Matt Kaiser ) |
| 727 area code 32,907 fax numbers / 2 page | |

Standard fax costs are **2.5** cents per fax for <u>bulk</u> by city, state, area code only

**Total faxes ordered:**      613,472      **Total Cost: $15,336.80**

**Schedule:**

Tuesday, July 14th 2009 @ 9:15AM – All 727 area codes
Wednesday, July 15th @ 9:15AM – All 813 area codes
Thursday, July 16th @ 9:15AM – All 352 & 941 area codes

The acceptance of this agreement and payment is subject to the conditions set forth in
Exhibit A (attached). *(MK)*

## To place immediate Order,  fax to  888-705-2307

*Tampa Bay Buccaneers*
*By: Matt Kai*
*Its: Director of New Business Development*
*Date: 7/9/09*

*page 1 of 3*
*(MK)*

BLP 000069

## Exhibit A

- FaxQom agrees to stop the campaign and refund all monies paid immediately at anytime with the written request from the Tampa Bay Buccaneers.

- FaxQom has acknowledged the Indemnity Form signed by Buccaneers Limited Partnership, which indemnifies the Tampa Bay Buccaneers from any and all complaints or litigation that may arise as a result of this campaign.

- The Tampa Bay Buccaneers will receive a detailed report showing the total number of successfully delivered faxes and will only be charged for each successful delivery of each.  Such reports will be to the satisfaction of the Tampa Bay Buccaneers to the extent these reports can be generated by FaxQom.

- FaxQom agrees to send all faxes at the times and dates outlined in the Sales Agreement.

- FaxQom confirms that all faxes have been collected according to the best industry practices as outlined by the Direct Marketing Association (DMA).

- FaxQom will agree to and abide by all laws associated with facimile marketing.

page 3 of 3
(me)

**From:** Matt Kaiser <mkaiser@firstalliedcorp.com>
**Subject:** **Buccaneers Fax**
**Date:** August 13, 2009 9:22:31 AM PDT
**To:** 'sales@faxqom.com'
**Cc:** 'Layton, Jason'
➤ **2 Attachments, 5.4 MB**



Steve,

Attached is the fax sheet (one page this time) and a copy of the agreement which shows the area codes to send to (same as before) with dates and times to send. I have also summarized the schedule below:

(727) Area Code = 32,907 total #s ˄ To be sent on 8/17/09 @ 9:30AM EST
(813) Area Code = 88,197 total #s ˄ To be sent on 8/18/09 @ 9:30AM EST
(352) Area Code = 123,617 total #s ˄ To be sent on 8/19/09 @ 9:30AM EST
(941) Area Code = 62,013 total #s ˄ To be sent on 8/20/09 @ 9:30AM EST

You will receive a check in the amount of $7,668.40 tomorrow.

Please remove the 2 numbers we discussed from the last round (813-783-7790 & 813-333-1049) and add any new numbers you may have gained since our last campaign to make up for our balance of credits.

As a reminder, put my faxes on each day,s list (310) 275-8995, (866) 613-5112, and (813) 872-0046.

Thank you,

**Matt Kaiser**

**Tampa Bay Buccaneers**
9601 Wilshire Blvd., Suite 744
Beverly Hills, CA 90210
Tel: (310) 275-8944
Fax: (310) 275-8995

---

**From:** Matt Kaiser [mailto:mkaiser@firstalliedcorp.com]
**Sent:** Monday, August 10, 2009 3:03 PM
**To:** 'sales@faxqom.com'
**Subject:** RE: Buccaneers Fax

To whose attention and what number?

Attached is the correct fax to send.

Let,s keep the same time each day (9:15AM).

**Matt Kaiser**

**First Allied Corporation**
9601 Wilshire Blvd., Suite 744
Beverly Hills, CA 90210
Tel: (310) 275-8944

BLP 000087



# FaxQom
*Worldwide IP Fax Broadcast*
617-674-2147
www.Faxqom.com

## Fax Broadcast Order Form

Name: Matt Kaiser                    Co Name: Tampa Bay Buccaneers

Address: 10250 Constellation Blvd, Suite 2850

City: Los Angeles      State: CA      Zip: 90067

Phone: (310) 275-8944   Fax: (310) 275-8995   Email: mkaiser @ firstalliedcorp.com

**What area codes do you want to fax to?   What Quantities per area code?**
**Please list area codes and quantities below and any other broadcast details needed !**

9:45AM EST 5/24 - All 813 Area Codes = 90,060 - 2 page split 50/50
9:45AM EST 5/25 - All 727 Area Codes = 33,464 - 2 page split 50/50
9:45AM EST 5/26 - All 352 & 941 Area Codes = 189,703 - 2 page split 50/50

✱ Note - 50/50 split is using a different page #2 for half the numbers
2.5 cents per fax rate

Total faxes ordered: 626,454 less credit of 35,777 Total Cost: $ 14,766.92
590,677 total

Credit Card Info for Payment:   Mastercard / Visa only
**The charge on your credit card statement will read:**   **NetFax  or  Fax Sports**

Card Number:_____   Exp Date:_____

3 digit sec code:_____   Your Signature: Tampa Football Corporation
By: Matt Thain
Its: Director of New Business Development
Date: 5/18/10

By: Steven Simms   VP Sales Exec/Person

Faxqom agrees to indemnify and hold Tampa Bay Buccaneers or
any of its affiliates, agents, or employees harmless from
any claims, complaints, or FCC violations as a result of this campaign and
hereby confirms that all numbers have been collected lawfully and with consen

BLP 000107

**From:** Matt Kaiser <mkaiser@firstalliedcorp.com>
**Subject: Mobile Marketing, Etc.**
**Date:** July 9, 2009 at 4:42:42 PM PDT
**To:** Edward Glazer <eglazer@mac.com>

Ed,

I sent the agreements out today for the text, email and fax campaigns. They included the indemnifications approved by Manny and an Exhibit A that I put together allowing us to cancel anytime, giving us a credit for any unsuccessful deliveries, and verifying that the companies are using best industry approved practices according to the DMA. Payment has been arranged as well.

We're all set with the text and Jason is finalizing your changes with the fax sheets and HTML email.

Please let me know if there is anything else you need while I am here. I went to a Rays game and have a list of some ideas as well as a photo of all their advertisers. I have video of half the billboards in town as well as some comments for each.

We should be all set with the press conference as well. Jim Sorenson says 90% of our players have to wear Nike shoes and gloves, per their individual contracts, and shoes are made with colors for retail sale purposes. Tennessee wears all black shoes now, but he is looking into what else we can get and should have feedback next week. He's very responsive.

I'm here if you need me. We got a lot done the last few days!

Matt Kaiser
Mobile: (310) 980-4068

BLP00136

# FaxQom

*Worldwide IP Fax Broadcast*
617-674-2147
www.Faxqom.com

## Fax Broadcast Order Form

Name: Matt Kaiser                    Co Name: Tampa Bay Buccaneers

Address: 10250 Constellation Blvd, Suite 2850

City: Los Angeles        State: CA        Zip: 90067

Phone: (310) 275·8944   Fax: (310) 275·8995   Email: mkaiser@ firstalliedcorp.com

**What area codes do you want to fax to?   What Quantities per area code?**
**Please list area codes and quantities below and any other broadcast details needed !**

| | |
|---|---|
| 5/19 - All 813 Area Codes = 90,060 - 2 page split 50/50 | |
| 5/20 - All 727 Area Codes = 33,464 - 2 page split 50/50 | |
| 5/21 - All 352 & 941 Area Codes = 189,703 - 2 page split 50/50 | |

\* Note· 50/50 split is using a different page #2 for half the numbers

2.5 cents per fax rate

Total faxes ordered: 626,454 ~less credit of 35,777~ Total Cost: $14,766.92
590,677 total

Credit Card Info for Payment:   Mastercard / Visa only

<u>The charge on your credit card statement will read:</u>   **NetFax  or  Fax Sports**

Card Number:_____   Exp Date:_____

3 digit sec code:_____   Your Signature: Tampa Football Corporation
By: Matt Main
Its: Director of New Business Developme.
Date: 5/18/10

Faxqom agrees to indemnify and hold Tampa Bay Buccaneers or any of its affiliates, agents, or employees harmless from any claims, complaints, or FCC violations as a result of this campaign and hereby confirms that all numbers have been collected lawfully and with conse.

From: Matt Kaiser <mkaiser@firstalliedcorp.com>
Subject: Buccaneers Fax
Date: May 20, 2010 2:24:19 PM PDT
To: "sales@faxqom.com" <sales@faxqom.com>

3 Attachments 735 KB

Steve,

Attached is the revised order form starting on Monday.  The check will be to you tomorrow.

Please show me the proof of the opt out info you add the the cover, and please keep it simple and only related to opting out.  Also, please acknowledge my indemnification note.

We are still going to do a 50/50 split each day (so the cover page goes with all, but you will swap out the #2 page for half the numbers).

Call anytime with any questions.

2010 Fax C...ocx (120 KB)



From: Matt Kaiser <mkaiser@firstalliedcorp.com>
Subject: Re: Next week
Date: May 28, 2010 4:12:25 PM PDT
To: sales@faxqom.com

Let's do 25% more of 941 on Tuesday and the remaining 25% of 941 on Wednesday.

Matt Kaiser
*Acquisitions Manager*

*Please note our address has changed.*

First Allied Corporation
10250 Constellation Blvd., Suite 2850
Los Angeles, CA 90067
P: (310) 275-8944
F: (310) 275-8995

On May 28, 2010, at 1:51 PM, sales@faxqom.com wrote:

> Matt,
>
> Hope you have a super holiday weekend.
>
> As soon as you can please send over the schedule for tuesday thru friday next week. We are already getting fairly booked up for next week after holiday for some reason early.
>
> Steve

BLP00325

From: Matt Kaiser <mkaiser@firstalliedcorp.com>
Subject: 941
Date: May 28, 2010 5:37:35 PM PDT
To: sales@faxqom.com

Let's not use the order forms for the faxes on Tuesday and Wednesday.

Thanks,

Matt Kaiser
*Acquisitions Manager*

*Please note our address has changed.*

First Allied Corporation
10250 Constellation Blvd., Suite 2850
Los Angeles, CA 90067
P: (310) 275-8944
F: (310) 275-8995

BLP00326

From: "sales@faxqom.com" <sales@faxqom.com>
Subject: tThis weeks runs
Date: June 7, 2010 7:05:57 AM PDT
To: Matt Kaiser <mkaiser@firstalliedcorp.com>

1 Attachment 615 KB

Matt,

Attached is the signed order form you requested.

I have scheduled the 352 area code this morning to start at 11am eastern for you.

Hope you had a super weekend.

Steve

REVISED

## FaxQom
Worldwide IP Fax Broadcast
617-674-2147
www.Faxqom.com

### Fax Broadcast Order Form

Name: Matt Kaiser                    Co Name: Tampa Bay Buccaneers

Address: 10250 Constellation Blvd., Suite 2850

City: Los Angeles    State: CA    Zip: 90067

Phone: (310) 275 8944  Fax: (310) 275 8795 Email: mkaiser@firstalliedcorp.com

**What area codes do you want to fax to?  What Quantities per area code?**
**Please list area codes and quantities below and any other broadcast details needed !**

| | | | |
|---|---|---|---|
| 9:45AM EST 5/24 - All | 813 Area codes : 90,060 - 2 page split 50/50 | | |
| 4:45AM EST 5/25 - All | 727 Area codes : 33,464 - 2 page split 50/50 | | |
| 9:45AM EST 5/26 - All | 352 & 441 Area codes 189,703 - 2 page split 50/50 | | |

* Note - 50/50 split is using a different page #2 for half the numbers
2.5 cents per fax rate

Total faxes ordered: 626,454  invoiced 1 of 39,777 Total Cost: # 14,766.92
590,617 total

Credit Card Info for Payment:  Mastercard / Visa only
**The charge on your credit card statement will read:  NetFax  or  Fax Sports**

From: sales@faxqom.com
Subject: Re: tThis weeks runs
Date: June 7, 2010 10:39:25 AM PDT
To: "Matt Kaiser" <mkaiser@firstalliedcorp.com>

Matt,

I scheduled today for you based on the voicemail I got from you about running today (monday) upon receiving the signed order form....................

no problem.......................i will finish up 352 by thurs for you

Have a good one,


Steve

BLP00343

**From:** Matt Kaiser <mkaiser@firstalliedcorp.com>
**Subject:** Letter
**Date:** June 9, 2010 5:17:52 PM PDT
**To:** sales@faxqom.com

1 Attachment, 19 KB

Steve,

We received a letter today with the attached paragraph summarized below.
Can you please explain to me (just so I understand) what this means, and what
these specific/referenced chapters of the Florida Statutes mean?

I would like to hold off on sending anything else out until I understand this first.

Thank you,



**Matt Kaiser**
Vice President | Acquisitions
10250 Constellation Boulevard
Suite 2850
Los Angeles, CA 90067-6245
Office: 310-275-8944
Fax: 310-275-8995
www.firstalliedcorp.com

Pursuant to F.S. Chapter 365.1657, Florida Statutes, it is unlawful to transmit an unsolicited
facsimile advertising the sale of any real property, goods or services within the State of
Florida. The Attorney General is empowered by law to enforce the provisions of this statute.
Moreover, 47 U.S.C. §227(b)(1)(C) and the Junk Fax Protection Act of 2005 set forth a similar
prohibition under federal law. Based upon the information received by this office, your
company is in violation of either the state or federal laws (or both) referenced herein.
Violation of the foregoing statutes carry civil penalties of $500.00 per transmission.

Accordingly, you are hereby advised to immediately CEASE AND DESIST from transmitting
any further unsolicited facsimiles to avoid penalties. Failure to comply may result in legal
action against you.

BLP00350

| | |
|---|---|
| **From:** | Matt Kaiser <mkaiser@firstalliedcorp.com> |
| **Sent:** | Wednesday, June 09, 2010 4:57 PM |
| **To:** | sales@faxqom.com |
| **Cc:** | Milsom, Ben; Layton, Jason |
| **Subject:** | Re: 352 |

Thanks, Steve.

Let's finish 727 on Tuesday, Wednesday, and Thursday.

**Matt Kaiser**
Director of New Business Development
10250 Constellation Boulevard
Suite 2850
Los Angeles, CA 90067-6245
Office: 310-275-8944
Fax: 310-275-8995
www.Buccaneers.com

On Jun 9, 2010, at 1:55 PM, sales@faxqom.com wrote:

Matt,

352 will complete tomorrow morning.

Steve

1

BLP00631

From: **Matt Kaiser** mkaiser@firstalliedcorp.com 📎
Subject: RE: Fax Revenue
Date: July 20, 2009 at 11:02 AM
To: 'Milsom, Ben'

Great!  The cost was $15,336 (since we did 2-page faxes).  One more sale and we're about there.

**Matt Kaiser**
Acquisitions Manager

**First Allied Corporation**
9601 Wilshire Blvd., Suite 744
Beverly Hills, CA 90210
Tel: (310) 275-8944
Fax: (310) 275-8995
www.firstalliedcorp.com

---

**From:** Milsom, Ben [mailto:bmilsom@buccaneers.nfl.com]
**Sent:** Monday, July 20, 2009 11:11 AM
**To:** Layton, Jason; Matt Kaiser
**Subject:** Fax Revenue

Jason/Matt:

So far we have generated $12,643 in Group Sales revenue from the Group Fax Blasts.

Ben

Ben Milsom
*Director of Sales*
Tampa Bay Buccaneers
One Buccaneer Place
Tampa FL 33607
813-554-1305
www.buccaneers.com

