**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC. and MEDICAL & CHIROPRACTIC CLINIC, INC., individually and as representatives of a class of similarly-situated persons, | |
| Plaintiffs, | Civil Action No.: 8:13-CV-01592-AEP |
| v. | |
| BUCCANEERS LIMITED PARTNERSHIP and JOHN DOES 1-10, | |
| Defendants. | |
| TECHNOLOGY TRAINING ASSOCIATES, INC., and LARRY E. SCHWANKE, D.C. d/b/a BACK TO BASICS FAMILY CHIROPRACTIC, individually and as representatives of a class of similarly-situated persons, | Civil Action No.: 8:16-CV-01622-MSS-AEP |
| Plaintiffs, | |
| v. | |
| BUCCANEERS LIMITED PARTNERSHIP, | |
| Defendants. | |

**NOTICE OF PENDENCY OF RELATED ACTION**

Plaintiffs, Cin-Q Automobiles, Inc. and Medical & Chiropractic Clinic, Inc. ("Cin-Q Plaintiffs") in Civil Action No. 8:13-cv-01592 and proposed Intervenors in Civil Action No. 8:16-cv-01622, by and through their undersigned counsel, and pursuant to Rule 1.04(d) of the Local Rules for the Middle District of Florida, hereby respectfully file this Notice of Pendency of Related Action, advising the Court that the case of *Medical & Chiropractic Clinic, Inc. v. David Oppenheim and Bock Law Firm, LLC,* has been removed from Hillsborough Circuit Court and

assigned Civil Action No. 8:16-1477-T-36-TBM (the "1477 Case").  Counsel for the Defendants in the 1477 Case have filed a Notice of Pendency of Related Action (Dkt. 12) addressing the relationship to the action filed by the Cin-Q Plaintiffs as well.

        Respectfully submitted,

/s/  Michael C. Addison
Michael C. Addison
Florida Bar No. 0145579
Email: m@mcalaw.net
**ADDISON & HOWARD, P.A.**
400 N. Tampa St., Suite 1100
Tampa, FL 33602-4714
Tel: (813) 223-2000
Fax: (813) 228-6000

and

**ANDERSON + WANCA**
3701 Algonquin Rd., Suite 500
Rolling Meadows, IL 60008
Tel: (847) 368-1500
Fax: (847) 368-1501

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing Notice of Pendency of Related Action was filed on June 22, 2016, via the electronic filing system of the Middle District of Florida, which will automatically serve counsel of record in this action.

Additional copies of this motion were served on counsel, via electronic mail:

>Phillip A. Bock
>*phil@classlawyers.com*
>Daniel J. Cohen
>*daniel@classlawyers.com*
>*danieljaycohen209@gmail.com*
>Jonathan B. Piper
>*jon@classlawyers.com*
>
>BOCK, HATCH, LEWIS & OPPENHEIM, LLC
>134 North LaSalle St., Suite 1000
>Chicago, IL 60602
>Telephone: 312.658.5500
>Facsimile:  312.658.5555

/s/ Michael C. Addison