## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

CIN-Q AUTOMOBILES, INC., et al., )
 )
 )
    Plaintiffs, )
 ) Case No. 8:13-cv-01592 AEP
  v. )
 ) Mag. Judge Anthony E. Porcelli
BUCCANEERS LIMITED )
PARTNERSHIP, )
 )
    Defendant. )

### NOTICE OF APPEARANCE OF ATTORNEY PHILLIP A. BOCK ON BEHALF OF PROPOSED INTERVENORS TECHNOLOGY TRAINING ASSOCIATES, INC., LARRY F. SCHWANKE, D.C., d/b/a BACK TO BASICS FAMILY CHIROPRACTIC, BAREWOOD OUTLET, INC., THOMAS SAVINO d/b/a WEBRX PHARMACY PALACE AND RXPALACE, AND MERYMAN ENVIRONMENTAL, INC., AND NOTICE OF DESIGNATION OF E-MAIL ADDRESSES FOR SERVICE OF DOCUMENTS

Phillip A. Bock gives notice of his appearance as attorney of record for proposed intervenors TECHNOLOGY TRAINING ASSOCIATES, INC., LARRY F. SCHWANKE, D.C., d/b/a BACK TO BASICS FAMILY CHIROPRACTIC, BAREWOOD OUTLET, INC., THOMAS SAVINO d/b/a WEBRX PHARMACY PALACE AND RXPALACE, AND MERYMAN ENVIRONMENTAL, INC., and requests that copies of all pleadings, notices, memoranda, and correspondence be served upon him. Pursuant to Florida Rule of Judicial Administration 2.516(b)(1)(A), Phillip A. Bock gives notice of designating the following e-mail addresses for receiving service:

**Primary E-Mail Address:** phil@classlawyers.com

**Secondary E-Mail Address:** service@classlawyers.com

/s/ Phillip A. Bock

Phillip A. Bock
Bock, Hatch, Lewis & Oppenheim, LLC
134 N. La Salle St., Ste. 1000
Chicago, IL  60602

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

By: /s/ Phillip A. Bock