IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

| | | |
|---|---|---|
| CIN-Q AUTOMOBILES, INC., et al., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 8:13-cv-01592 AEP |
| v. | ) | |
| | ) | Mag. Judge Anthony E. Porcelli |
| BUCCANEERS LIMITED | ) | |
| PARTNERSHIP, | ) | |
| | ) | |
| Defendant. | ) | |

**INTERVENOR CLASS ACTION COMPLAINT OF TECHNOLOGY TRAINING ASSOCIATES, INC., LARRY F. SCHWANKE, D.C., d/b/a BACK TO BASICS FAMILY CHIROPRACTIC, BAREWOOD OUTLET, INC., THOMAS SAVINO d/b/a WEBRX PHARMACY PALACE AND RXPALACE, AND MERYMAN ENVIRONMENTAL, INC.**

Technology Training Associates, Inc., Larry F. Schwanke, D.C., d/b/a Back to Basics Family Chiropractic, Barewood Outlet, Inc., Thomas Savino d/b/a WebRX Pharmacy Palace and RxPalace, and Meryman Environmental, Inc. (collectively "Plaintiffs"), bring this action on behalf of themselves and all other persons similarly situated and, except for those allegations pertaining to Plaintiffs or their attorneys, which are based upon personal knowledge, alleges the following upon information and belief against defendant Buccaneers Limited Partnership ("Defendant"):

## PRELIMINARY STATEMENT

1.      Defendant sent advertisements by facsimile in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227, and the regulations the Federal Communications Commission ("FCC") has prescribed thereunder, 47 C.F.R.

§ 64.1200 (collectively, the "TCPA").

2.      Defendant sent Plaintiffs at least two advertisements each by facsimile and in violation of the TCPA. Group Exhibit A.

3.      These faxes also converted Plaintiffs' property and invaded Plaintiffs' privacy.

4.      Plaintiffs bring this action on behalf of themselves and a class of all similarly-situated persons, and against Defendant, seeking statutory damages for each violation of the TCPA, trebling of the statutory damages, injunctive relief, compensation and attorney fees (under the conversion and invasion of privacy counts), punitive damages (under the invasion of privacy count), and all other relief the Court deems appropriate under the circumstances.

5.      Unsolicited faxes cause damage to their recipients. A junk fax recipient loses the use of its fax machine, paper, and ink toner. Unsolicited faxes tie up the telephone lines, prevent fax machines from receiving authorized faxes, prevent their use for authorized outgoing faxes, cause undue wear and tear on the recipients' fax machines, and require additional labor to attempt to discern the source and purpose of the unsolicited message. Moreover, a junk fax interrupts the recipient's privacy. An unsolicited fax wastes the recipient's valuable time that would have been spent on something else.

## PARTIES, JURISDICTION, AND VENUE

6.      Plaintiff Technology Training Associates, Inc. is a Florida corporation with its principal place of business in Tampa, Hillsborough County, Florida.

7.      Plaintiff Larry E. Schwanke, D.C. is a Florida resident doing business as Back To Basics Family Chiropractic with his principal place of business in Ocala, Marion County, Florida.

8.      Plaintiff Barewood Outlet, Inc. is a Florida corporation with its principal place of business in Hillsborough County, Florida.

9.      Plaintiff Thomas Savino is a Florida resident doing business as WebRX Pharmacy Palace and RxPalace, with his principal place of business in Sarasota, Sarasota County, Florida.

10.     Plaintiff Meryman Environmental, Inc. is a Florida corporation with its principal place of business in Riverview, Hillsborough County, Florida.

11.     On information and belief, Defendant is a Foreign Limited Partnership with its principal place of business in Tampa, Florida.

12.     The Court has subject matter jurisdiction over Plaintiff's federal statutory claim under 28 U.S.C. § 1331 and 47 U.S.C. § 227. The Court has supplemental jurisdiction over Plaintiff's state law claims under 28 U.S.C. § 1367.

13.     Personal jurisdiction exists over Defendant in Florida because Defendant has transacted business and committed tortious acts within the State.

14.     Venue is proper in the Middle District of Florida, Tampa Division because Defendant committed statutory torts within this District and a significant portion of the events took place here.

## FACTS

15.     Defendant sent advertisements by facsimile to Plaintiffs and a class of

3

similarly-situated persons through assistance from FaxQom, USA Datalink, DMI Marketing, 127 High Street, Rocket Messaging, or other intermediaries. Defendant is directly liable for violating the TCPA.

16.     In 2009 or 2010, Plaintiffs each were sent at least two of Defendant's unsolicited advertisements by facsimile.

17.     Plaintiffs did not expressly invite or give permission to anyone to send any of the faxes in Group Exhibit A or any other advertisement from Defendant to Plaintiffs' fax machines.

18.     On information and belief, Defendant sent advertisements by facsimile to Plaintiffs and thousands of other persons in violation of the TCPA.

19.     Plaintiffs and the other class members owe no obligation to hide or protect their fax machines from Defendant. Their fax machines are ready to send and receive their urgent communications, private communications and business information, not to receive Defendant's unlawful advertisements.

## CLASS ACTION ALLEGATIONS

20.     Plaintiffs bring this action as a class action on behalf of themselves and all others similarly situated as members of a class, initially defined as follows:

> All persons who, in 2009 or 2010, received one or more facsimile advertisements sent by or on behalf of Buccaneers Limited Partnership and offering tickets for Tampa Bay Buccaneer games.

21.     Specifically excluded from the Class are the following Persons:

> (a)     Defendant and its respective parents, subsidiaries, divisions, affiliates, associated entities, business units, predecessors in interest, successors, successors in interest and

representatives and each of their respective immediate family members;

(b)     Class Counsel; and

(c)     The judges who have presided over the Litigation and any related cases.

Plaintiffs expressly reserve the right to modify the proposed class definition or propose subclasses.

22.     On information and belief, Defendant's fax advertising campaigns involved other, substantially-similar advertisements.

23.     This action is brought and may properly be maintained as a class action pursuant to Fed. R. Civ. P. 23. This action satisfies Rule 23 (a)'s numerosity, commonality, typicality, and adequacy requirements. Additionally, prosecution of Plaintiffs' claims separately from the putative class's claims would create a risk of inconsistent or varying adjudications under Rule 23 (b) (1) (A). Furthermore, the questions of law or fact that are common in this action predominate over any individual questions of law or fact making class representation the superior method to adjudicate this controversy under Rule 23 (b) (3).

24.     **Numerosity/impracticality of joinder.** On information and belief, the class includes more than 39 persons and, thus, is so numerous that individual joinder of each member is impracticable. The precise number of class members and their identities are unknown to Plaintiffs, but will be obtained from Defendant's records, the records of third parties, or the class members themselves.

25.     **Commonality and predominance.** There is a well-defined community of interest and common questions of law and fact that predominate over any questions

affecting only individual members of the class. These common legal and factual questions, which do not vary from one class member to another, and which may be determined without reference to the individual circumstances of any class member, include, but are not limited to the following:

    a.    Whether Defendant sent advertisements by facsimile promoting the commercial availability or quality of property, goods, or services;

    b.    Whether <u>Group Exhibit A</u> and other yet-to-be-discovered facsimiles sent by or on behalf of Defendant advertised the commercial availability or quality of property, goods or services;

    c.    The manner and method Defendant used to compile or obtain the list(s) of fax numbers to which the faxes contained in <u>Group Exhibit A</u> and other fax advertisements were sent;

    d.    Whether Defendant's fax advertisements contained opt-out notices compliant with the TCPA;

    e.    Whether Defendant converted the fax machines of Plaintiffs and the members of the class and is liable to Plaintiffs and the members of the class for damages;

    f.    Whether Defendant invaded the privacy of Plaintiffs and the class and is liable to Plaintiffs and the members of the class for damages;

    g.    Whether Plaintiffs and the other class members should be awarded statutory damages;

    h.    Whether Plaintiffs and the other class members should be

awarded actual damages;

i.      Whether Plaintiffs and the other class members should be awarded punitive damages;

j.      If the Court finds that Defendant willfully or knowingly violated the TCPA, whether the Court should exercise its discretion to increase the amount of the statutory damages award to an amount equal to not more than 3 times the amount; and

k.      Whether the Court should enjoin Defendant from faxing advertisements in the future.

26.     **Typicality of claims.** Plaintiffs' claims are typical of the claims of the other class members, because Plaintiffs and all class members were injured by the same wrongful practices. Plaintiffs and the members of the class were sent Defendant's advertisements by facsimile. Under the facts of this case, because the focus is upon Defendant's conduct, if Plaintiffs prevail on their claims, then the other putative class members will prevail as well.

27.     **Adequacy of representation.** Plaintiffs are adequate representatives of the class because their interests do not conflict with the interests of the class. Plaintiffs have retained counsel competent and experienced in complex class action litigation, and TCPA litigation in particular, and Plaintiffs intend to vigorously prosecute this action. Plaintiffs and their counsel will fairly and adequately protect the interest of members of the class.

28.     **Prosecution of separate claims would yield inconsistent results.** Even

though the questions of fact and law in this action are predominantly common to Plaintiffs and the putative class members, separate adjudication of each class member's claims would yield inconsistent and varying adjudications. Such inconsistent rulings would create incompatible standards for Defendant to operate under if/when class members bring additional lawsuits concerning the same unsolicited fax advertisements of if Defendant choose to advertise by fax again in the future.

29.     **A class action is the superior method of adjudicating the common questions of law or fact that predominate over individual questions.** A class action is superior to other available methods for the fair and efficient adjudication of this lawsuit, because individual litigation of the claims of all class members is economically unfeasible and procedurally impracticable. The likelihood of individual class members prosecuting separate claims is remote, and even if every class member could afford individual litigation, the court system would be unduly burdened by individual litigation of such cases. Relief concerning Plaintiffs' rights under the laws herein alleged and with respect to the class would be proper.

**COUNT I**
**TELEPHONE CONSUMER PROTECTION ACT, 47 U.S.C. § 227**

30.     Plaintiffs incorporate the preceding paragraphs as though fully set forth herein.

31.     Plaintiffs bring Count I on behalf of themselves and a class of similarly situated persons against Defendant.

32.     The TCPA prohibits the "use of any telephone facsimile machine,

computer or other device to send an unsolicited advertisement to a telephone facsimile machine….” 47 U.S.C. § 227 (b) (1).

33.    The TCPA defines “unsolicited advertisement” as “any material advertising the commercial availability or quality of any property, goods, or services which is transmitted to any person without that person’s express invitation or permission.” 47 U.S.C. § 227 (a) (4).

34.    The TCPA provides a private right of action as follows:

> 3.    <u>Private right of action</u>. A person may, if otherwise permitted by the laws or rules of court of a state, bring in an appropriate court of that state:
>
> > (A)    An action based on a violation of this subsection or the regulations prescribed under this subsection to enjoin such violation,
> >
> > (B)    An action to recover for actual monetary loss from such a violation, or to receive $500 in damages for each such violation, whichever is greater, or
> >
> > (C)    Both such actions.

47 U.S.C. § 227 (b) (3).

35.    The Court, in its discretion, may treble the statutory damages if it determines that a violation was knowing or willful. 47 U.S.C. § 227 (b) (3).

36.    Here, Defendant violated 47 U.S.C. § 227 (b) (1) (C) by sending advertisements by facsimile (<u>Group Exhibit A</u>) to Plaintiffs and the other class members without their prior express invitation or permission.

37.    The TCPA requires that every advertisement sent by facsimile must include an opt-out notice clearly and conspicuously displayed on the bottom of its

first page. 47 C.F.R. § 64.1200 (a) (4).

38.    Defendant failed to include a clear and conspicuous opt-out notice on the faxes in <u>Group Exhibit A</u>.

39.    Facsimile advertising imposes burdens on recipients that are distinct from the burdens imposed by other types of advertising. The required opt-out notice provides recipients the necessary information to opt-out of future fax transmissions, including a notice that the sender's failure to comply with the opt-out request will be unlawful. 47 C.F.R. § 64.1200 (a) (4).

40.    Defendant's failure to include such an opt-out notice on its fax advertisements makes irrelevant any express consent or established business relationship ("EBR") that otherwise might have justified Defendant's fax advertising campaigns. 47 C.F.R. § 64.1200 (a) (4).

41.    The TCPA is a strict liability statute and Defendant is liable to Plaintiffs and the other class members even if their actions were negligent. 47 U.S.C. § 227 (b) (3).

42.    If Defendant's actions were knowing or purposeful, then the Court has the discretion to increase the statutory damages up to 3 times the amount. 47 U.S.C. § 227 (b) (3).

43.    Defendant is liable for the fax advertisements at issue because it sent the faxes, caused the faxes to be sent, participated in the activity giving rise to or constituting the violation, the faxes were sent on its behalf, or under general principles of vicarious liability, including actual authority, apparent authority and

ratification.

44.     Defendant's actions damaged Plaintiffs and the other class members. Receiving Defendant's junk faxes caused the recipients to lose paper and toner consumed in the printing of Defendant's faxes. Moreover, the subject faxes used the fax machines of Plaintiffs and the other class members. The subject faxes cost Plaintiffs time, as Plaintiffs and their employees wasted their time receiving, reviewing and routing Defendant's illegal faxes. That time otherwise would have been spent on Plaintiffs' business activities. Defendant's faxes unlawfully interrupted Plaintiffs and the other class members' privacy interests in being left alone. Finally, the injury and property damage sustained by Plaintiffs and the other class members from the sending of unlawful fax advertisements occurred outside Defendant's premises.

WHEREFORE, Plaintiffs, individually and on behalf of all others similarly situated, demand judgment in their favor and against Defendant as follows:

A.     That the Court adjudge and decree that the present case may be properly maintained as a class action, appoint Plaintiffs as the representative of the class, and appoint Plaintiffs' counsel as counsel for the class;

B.     That the Court award $500.00 in statutory damages for each violation of the TCPA;

C.     That, if it finds Defendant willfully or knowingly violated the TCPA's faxing prohibitions, the Court exercise its discretion to increase the amount of the statutory damages award to an amount equal to not more than 3 times the amount

(Plaintiffs request trebling);

D.     That the Court enter an injunction prohibiting Defendant from violating the TCPA; and

E.     That the Court award costs and such further relief as the Court may deem just and proper.

**COUNT II**
**CONVERSION**

45.    Plaintiffs bring Count II on behalf of themselves and a class of similarly situated persons against Defendants.

46.    Defendant sent advertisements by facsimile to Plaintiffs and a class of similarly-situated persons through assistance from FaxQom, USA Datalink, DMI Marketing, 127 High Street, Rocket Messaging, or other intermediaries.

47.    Plaintiffs each received at least two of Defendant's unsolicited advertisements by facsimile in 2009 or 2010.

48.    Plaintiffs did not expressly invite or give permission to anyone to send Group Exhibit A or any other advertisement from Defendant to Plaintiffs' fax machines.

49.    On information and belief, Defendant sent advertisements by facsimile to Plaintiffs and thousands of other persons.

50.    Plaintiffs and the other class members owed no obligation to hide or protect their fax machines from Defendant. Their fax machines are ready to send and receive their urgent communications, private communications and business information, not to receive Defendant's advertisements.

51.     By sending Plaintiffs and the other class members unsolicited faxes, Defendant improperly and unlawfully converted their fax machines, toner and paper to its own use. Defendant also converted Plaintiffs' employees' time to its own use.

52.     Immediately prior to the sending of the unsolicited faxes, Plaintiffs and the other class members owned an unqualified and immediate right to possession of their fax machines, paper, toner, and employee time.

53.     By sending the unsolicited faxes, Defendant permanently misappropriated the class members' fax machines, toner, paper, and employee time to Defendant's own use. Such misappropriation was wrongful and without authorization.

54.     Defendant knew or should have known that its misappropriation of paper, toner, and employee time was wrongful and without authorization.

55.     Plaintiffs and the other class members were deprived of the use of the fax machines, paper, toner, and employee time, which could no longer be used for any other purpose. Plaintiffs and each class member thereby suffered damages as a result of their receipt of unsolicited fax advertisements from Defendant.

56.     Each of Defendant's unsolicited fax advertisements effectively stole Plaintiff's employees' time because multiple persons employed by Plaintiffs were involved in receiving, routing, and reviewing Defendant's unlawful faxes. Defendant knew or should have known employees' time is valuable to Plaintiff.

57.    Defendant's actions caused damages to Plaintiffs and the other members of the class because their receipt of Defendant's unsolicited fax advertisements caused them to lose paper and toner as a result. Defendant's actions prevented Plaintiffs' fax machines from being used for Plaintiffs' business purposes during the time Defendant was using Plaintiff's fax machines for Defendant's illegal purpose. Defendant's actions also cost Plaintiffs' employees' time, as Plaintiffs' employees used their time receiving, routing, and reviewing Defendant's illegal faxes, and that time otherwise would have been spent on Plaintiffs' business activities.

WHEREFORE, Plaintiffs, individually and on behalf of all others similarly situated, demand judgment in their favor and against Defendant as follows:

A.    That the Court adjudge and decree that the present case may be properly maintained as a class action, appoint Plaintiffs as the representative of the class, and appoint Plaintiffs' counsel as counsel for the class;

B.    That the Court enter judgment finding Defendant unlawfully converted the fax machines of Plaintiffs and the members of the class and is liable to Plaintiffs and the members of the class for damages arising from its conversion;

C.    That the Court enter an injunction prohibiting Defendant from engaging in conversion of Plaintiffs' and the class members fax machines; and

D.    That the Court award costs, including reasonable attorneys' fees, and such further relief as the Court may deem just and proper.

## COUNT III
## INVASION OF PRIVACY

58.     Plaintiffs bring Count III on behalf of themselves and a class of similarly situated persons against Defendant.

59.     Defendant sent advertisements by facsimile to Plaintiffs and a class of similarly-situated persons through assistance from FaxQom, USA Datalink, DMI Marketing, 127 High Street, Rocket Messaging, or other intermediaries.

60.     Plaintiffs each received at least two of Defendant's unsolicited advertisements by facsimile in 2009 or 2010.

61.     Plaintiffs did not expressly invite or give permission to anyone to send Group Exhibit A or any other advertisement from Defendant to Plaintiffs' fax machines.

62.     On information and belief, Defendant sent advertisements by facsimile to Plaintiffs and thousands of other persons.

63.     Plaintiffs and the other class members owe no obligation to protect their fax machines from Defendant. Their fax machines are ready to send and receive their urgent communications, private communications and business information, not to receive Defendant's unlawful advertisements.

64.     By sending Plaintiffs and the other class members unsolicited faxes, Defendant improperly and unlawfully converted their fax machines, toner and paper to its own use. Defendant also converted Plaintiffs' employees' time to its own use.

65. By sending Plaintiffs and the other class members unsolicited faxes, Defendant intruded both physically and electronically into the private quarters of Plaintiffs and the class members. Defendant's faxes unlawfully interrupted Plaintiffs and the other class members' privacy interests and rights to seclusion and to be left alone.

66. By so doing, Defendant invaded the privacy of Plaintiffs and the class.

67. Defendant knew or should have known that its invasion of Plaintiffs' and the class members' privacy was wrongful and without authorization.

68. Plaintiffs and the other class members were deprived of the use of their phone lines, fax machines, paper, toner, and personal and business time, which could no longer be used for any other purpose. Plaintiffs and each class member thereby suffered damages, including mental and emotional distress, as a result of their receipt of unsolicited fax advertisements from Defendant.

69. Defendant's actions caused damages to Plaintiffs and the other members of the class.

WHEREFORE, Plaintiffs, individually and on behalf of all others similarly situated, demand judgment in their favor and against Defendant as follows:

A. That the Court adjudge and decree that the present case may be properly maintained as a class action, appoint Plaintiffs as the representatives of the class, and appoint Plaintiffs' counsel as counsel for the class;

B.      That the Court enter judgment finding Defendant unlawfully invaded the privacy of Plaintiffs and the members of the class and is liable to Plaintiffs and the members of the class for damages arising from its invasion of privacy;

C.      That the Court enter judgment awarding Plaintiffs and the class members punitive damages in an amount sufficient to punish and deter Defendant;

D.      That the Court enter an injunction prohibiting Defendant from invading the privacy of Plaintiffs' and the class members; and

E.      That the Court award costs, including reasonable attorneys' fees, and such further relief as the Court may deem just and proper.

Respectfully submitted,

TECHNOLOGY TRAINING ASSOCIATES, INC., LARRY E. SCHWANKE, D.C. d/b/a BACK TO BASICS FAMILY CHIROPRACTIC, BAREWOOD OUTLET, INC., THOMAS SAVINO d/b/a WEBRX PHARMACY PALACE and RXPALACE.COM, and MERYMAN ENVIRONMENTAL, INC., individually and as the representatives of a class of similarly-situated persons

By:  s/ Phillip A. Bock

Phillip A. Bock
Robert M. Hatch
Tod A. Lewis
Jonathan B. Piper
Bock, Hatch, Lewis & Oppenheim, LLC
134 N. La Salle St., Ste. 1000
Chicago, IL  60602

# GROUP EXHIBIT A



# FAX COVER

ONE BUCCANEER PLACE  TAMPA, FL 33607      TEL: (877) 649-2827   WWW.BUCCANEERS.COM

| DATE: 5/26/10 | # OF PAGES (INCLUDING COVER): 2 | 2010 HOME SCHEDULE |
|---|---|---|
| TO: **Human Resources** | | **KANSAS CITY**<br>August 21 \| 7:30pm |
| FROM: **Group Sales Department** | | **JACKSONVILLE**<br>August 28 \| 7:30pm |
| SUBJECT: **Your Group Ticket Order** | | **CLEVELAND**<br>September 12 \| 1:00pm |
| ADDITIONAL COMMENTS | | **PITTSBURGH**<br>September 26 \| 1:00pm |
| **Enclosed is the information you requested.** | | **NEW ORLEANS**<br>October 17 \| 1:00pm |
| | | **ST. LOUIS**<br>October 24 \| 1:00pm |
| | | **CAROLINA**<br>November 14 \| 1:00pm |
| | | **ATLANTA**<br>December 5 \| 1:00pm |
| | | **DETROIT**<br>December 19 \| 1:00pm |
| | | **SEATTLE**<br>December 26 \| 1:00pm |

If your office has decided to opt-out of further faxes please call  866-247-0920
Thank you



# GROUP TICKETS ON SALE NOW!

- •Group tickets starting at $32 per seat for groups of 10 or more
- •Savings up to $16 per ticket
- •Fully catered tailgating packages also available

## GROUP TICKETS IDEAL TO:

- Reward employees
- Entertain clients
- Celebrate a birthday or special occasion

For more information, call the Buccaneers sales department at 877-649-2827 (2827) or purchase online at www.buccaneers.com

| | | | | |
|---|---|---|---|---|
| Kansas City | Sat. | Aug. 21 | 7:30 PM |
| Jacksonville | Sat. | Aug. 28 | 7:30 PM |
| Cleveland | Sun. | Sept. 12 | 1:00 PM |
| Pittsburgh | Sun. | Sept. 26 | 1:00 PM |
| New Orleans | Sun. | Oct. 17 | 1:00 PM |
| St. Louis | Sun. | Oct. 24 | 1:00 PM |
| Carolina | Sun. | Nov. 14 | 1:00 PM |
| Atlanta | Sun. | Dec. 5 | 1:00 PM |
| Detroit | Sun. | Dec. 19 | 1:00 PM |
| Seattle | Sun. | Dec. 26 | 1:00 PM |

*Times Subject to change due to NFL Flex Scheduling*





# INDIVIDUAL GAME TICKETS ON SALE NOW!

| | | | |
|---|---|---|---|
| | **MIAMI** | **August 27** | **8:00pm** |
| | **HOUSTON** | **September 4** | **7:00pm** |
| | **DALLAS** | **September 13** | **1:00pm** |
| | **N.Y. GIANTS** | **September 27** | **1:00pm** |
| | **CAROLINA** | **October 18** | **1:00pm** |
| | **GREEN BAY** | **November 8** | **1:00pm** |
| | **NEW ORLEANS** | **November 22** | **1:00pm** |
| | **N.Y. JETS** | **December 13** | **1:00pm** |
| | **ATLANTA** | **January 3** | **1:00pm** |

All game dates and times are subject to NFL flexible scheduling.

# TO PURCHASE TICKETS CALL 800-745-3000
# OR VISIT BUCCANEERS.COM

To immediately and permanently remove your fax number from our opt-in compiled database, please call 888-703-9205. Removaltech@FaxQom.com



# INDIVIDUAL GAME TICKETS ON SALE NOW!

| | | | |
|---|---|---|---|
| | MIAMI | August 27 | 8:00pm |
| | HOUSTON | September 4 | 7:00pm |
| | DALLAS | September 13 | 1:00pm |
| | N.Y. GIANTS | September 27 | 1:00pm |
| | CAROLINA | October 18 | 1:00pm |
| | GREEN BAY | November 8 | 1:00pm |
| | NEW ORLEANS | November 22 | 1:00pm |
| | N.Y. JETS | December 13 | 1:00pm |
| | ATLANTA | January 3 | 1:00pm |

All game dates and times are subject to NFL flexible scheduling.

# TO PURCHASE TICKETS CALL 800-745-3000
# OR VISIT BUCCANEERS.COM

To immediately and permanently remove your fax number from our opt-in compiled database, please call 888-703-9205. Removaltech@FaxQom.com



# INDIVIDUAL GAME TICKETS ON SALE NOW!

| | | | |
|---|---|---|---|
| MIAMI | August 27 | 8:00pm |
| HOUSTON | September 4 | 7:00pm |
| DALLAS | September 13 | 1:00pm |
| N.Y. GIANTS | September 27 | 1:00pm |
| CAROLINA | October 18 | 1:00pm |
| GREEN BAY | November 8 | 1:00pm |
| NEW ORLEANS | November 22 | 1:00pm |
| N.Y. JETS | December 13 | 1:00pm |
| ATLANTA | January 3 | 1:00pm |

All game dates and times are subject to NFL flexible scheduling.

# TO PURCHASE TICKETS CALL 800-745-3000 OR VISIT BUCCANEERS.COM

To immediately and permanently remove your fax number from our opt-in compiled database, please call 888-703-9205. Removaltech@FaxQom.com



# INDIVIDUAL GAME TICKETS ON SALE NOW!

| | | | |
|---|---|---|---|
| | MIAMI | August 27 | 8:00pm |
| | HOUSTON | September 4 | 7:00pm |
| | DALLAS | September 13 | 1:00pm |
| | N.Y. GIANTS | September 27 | 1:00pm |
| | CAROLINA | October 18 | 1:00pm |
| | GREEN BAY | November 8 | 1:00pm |
| | NEW ORLEANS | November 22 | 1:00pm |
| | N.Y. JETS | December 13 | 1:00pm |
| | ATLANTA | January 3 | 1:00pm |

All game dates and times are subject to NFL flexible scheduling.

# TO PURCHASE TICKETS CALL 800-745-3000 OR VISIT BUCCANEERS.COM

To immediately and permanently remove your fax number from our opt-in compiled database, please call 888-703-9205. Removaltech@FaxQom.com



# INDIVIDUAL GAME TICKETS ON SALE NOW!

| | | | |
|---|---|---|---|
| | **MIAMI** | **August 27** | **8:00pm** |
| | **HOUSTON** | **September 4** | **7:00pm** |
| | **DALLAS** | **September 13** | **1:00pm** |
| | **N.Y. GIANTS** | **September 27** | **1:00pm** |
| | **CAROLINA** | **October 18** | **1:00pm** |
| | **GREEN BAY** | **November 8** | **1:00pm** |
| | **NEW ORLEANS** | **November 22** | **1:00pm** |
| | **N.Y. JETS** | **December 13** | **1:00pm** |
| | **ATLANTA** | **January 3** | **1:00pm** |

All game dates and times are subject to NFL flexible scheduling.

# TO PURCHASE TICKETS CALL 800-745-3000 OR VISIT BUCCANEERS.COM

To immediately and permanently remove your fax number from our opt-in compiled database, please call 888-703-9205. Removaltech@FaxQom.com



# INDIVIDUAL GAME TICKETS ON SALE NOW!

| | | | |
|---|---|---|---|
| | MIAMI | August 27 | 8:00pm |
| | HOUSTON | September 4 | 7:00pm |
| | DALLAS | September 13 | 1:00pm |
| | N.Y. GIANTS | September 27 | 1:00pm |
| | CAROLINA | October 18 | 1:00pm |
| | GREEN BAY | November 8 | 1:00pm |
| | NEW ORLEANS | November 22 | 1:00pm |
| | N.Y. JETS | December 13 | 1:00pm |
| | ATLANTA | January 3 | 1:00pm |

All game dates and times are subject to NFL flexible scheduling.

# TO PURCHASE TICKETS CALL 800-745-3000 OR VISIT BUCCANEERS.COM

To immediately and permanently remove your fax number from our opt-in compiled database, please call 888-703-9205. Removaltech@FaxQom.com



# INDIVIDUAL GAME TICKETS ON SALE NOW!

| | | | |
|---|---|---|---|
| | **MIAMI** | **August 27** | **8:00pm** |
| | **HOUSTON** | **September 4** | **7:00pm** |
| | **DALLAS** | **September 13** | **1:00pm** |
| | **N.Y. GIANTS** | **September 27** | **1:00pm** |
| | **CAROLINA** | **October 18** | **1:00pm** |
| | **GREEN BAY** | **November 8** | **1:00pm** |
| | **NEW ORLEANS** | **November 22** | **1:00pm** |
| | **N.Y. JETS** | **December 13** | **1:00pm** |
| | **ATLANTA** | **January 3** | **1:00pm** |

All game dates and times are subject to NFL flexible scheduling.

# TO PURCHASE TICKETS CALL 800-745-3000
# OR VISIT BUCCANEERS.COM

To immediately and permanently remove your fax number from our opt-in compiled database, please call 888-703-9205. Removaltech@FaxQom.com.



# INDIVIDUAL GAME TICKETS ON SALE NOW!

| | | | |
|---|---|---|---|
| MIAMI | August 27 | 8:00pm |
| HOUSTON | September 4 | 7:00pm |
| DALLAS | September 13 | 1:00pm |
| N.Y. GIANTS | September 27 | 1:00pm |
| CAROLINA | October 18 | 1:00pm |
| GREEN BAY | November 8 | 1:00pm |
| NEW ORLEANS | November 22 | 1:00pm |
| N.Y. JETS | December 13 | 1:00pm |
| ATLANTA | January 3 | 1:00pm |

All game dates and times are subject to NFL flexible scheduling.

# TO PURCHASE TICKETS CALL 800-745-3000 OR VISIT BUCCANEERS.COM

To immediately and permanently remove your fax number from our opt-in compiled database, please call 888-703-9205. Removaltech@FaxQom.com



# INDIVIDUAL GAME TICKETS ON SALE NOW!

| | | | |
|---|---|---|---|
| | MIAMI | August 27 | 8:00pm |
| | HOUSTON | September 4 | 7:00pm |
| | DALLAS | September 13 | 1:00pm |
| | N.Y. GIANTS | September 27 | 1:00pm |
| | CAROLINA | October 18 | 1:00pm |
| | GREEN BAY | November 8 | 1:00pm |
| | NEW ORLEANS | November 22 | 1:00pm |
| | N.Y. JETS | December 13 | 1:00pm |
| | ATLANTA | January 3 | 1:00pm |

All game dates and times are subject to NFL flexible scheduling.

# TO PURCHASE TICKETS CALL 800-745-3000 OR VISIT BUCCANEERS.COM

To immediately and permanently remove your fax number from our opt-in compiled database, please call 888-703-9205. Removaltech@FaxQom.com



# INDIVIDUAL GAME TICKETS ON SALE NOW!

| | | | |
|---|---|---|---|
| | **MIAMI** | **August 27** | **8:00pm** |
| | **HOUSTON** | **September 4** | **7:00pm** |
| | **DALLAS** | **September 13** | **1:00pm** |
| | **N.Y. GIANTS** | **September 27** | **1:00pm** |
| | **CAROLINA** | **October 18** | **1:00pm** |
| | **GREEN BAY** | **November 8** | **1:00pm** |
| | **NEW ORLEANS** | **November 22** | **1:00pm** |
| | **N.Y. JETS** | **December 13** | **1:00pm** |
| | **ATLANTA** | **January 3** | **1:00pm** |

All game dates and times are subject to NFL flexible scheduling.

# TO PURCHASE TICKETS CALL 800-745-3000 OR VISIT BUCCANEERS.COM

To immediately and permanently remove your fax number from our opt-in compiled database, please call 888-703-9205. Removaltech@FaxQom.com



# FAX COVER

ONE BUCCANEER PLACE  TAMPA, FL 33607     TEL: (877) 649-2827   WWW.BUCCANEERS.COM

| DATE: | 5/24/10 | # OF PAGES (INCLUDING COVER): | 2 |
|-------|---------|-------------------------------|---|

| TO: | **Human Resources** |
|-----|---------------------|

| FROM: | **Group Sales Department** |
|-------|----------------------------|

| SUBJECT: | **Your Group Ticket Order** |
|----------|-----------------------------|

ADDITIONAL COMMENTS

**Enclosed is the information you requested.**

## 2010 HOME SCHEDULE

**KANSAS CITY**
August 21 | 7:30pm

**JACKSONVILLE**
August 28 | 7:30pm

**CLEVELAND**
September 12 | 1:00pm

**PITTSBURGH**
September 26 | 1:00pm

**NEW ORLEANS**
October 17 | 1:00pm

**ST. LOUIS**
October 24 | 1:00pm

**CAROLINA**
November 14 | 1:00pm

**ATLANTA**
December 5 | 1:00pm

**DETROIT**
December 19 | 1:00pm

**SEATTLE**
December 26 | 1:00pm

If your office has decide to opt-out of further faxes please call  866-247-0920
Thank you





# 2010 GROUP TICKET ORDER FORM

- Group tickets starting at $32 per seat per game
- Minimum group of 10 or more
- Savings up to $16 per ticket
- Fully catered tailgating packages available

| OPPONENT | DATE | TIME* | # OF TICKETS | PRICE | TOTAL COST PER ORDER |
|---|---|---|---|---|---|
| Kansas City | Sat. Aug. 21 | 7:30PM | | | |
| Jacksonville | Sat. Aug. 28 | 7:30PM | | | |
| Cleveland | Sun. Sept. 12 | 1:00PM | | | |
| Pittsburgh | Sun. Sept. 26 | 1:00PM | | | |
| New Orleans | Sun. Oct. 17 | 1:00PM | | | |
| St. Louis | Sun. Oct. 24 | 1:00PM | | | |
| Carolina | Sun. Nov. 14 | 1:00PM | | | |
| Atlanta | Sun. Dec. 5 | 1:00PM | | | |
| Detroit | Sun. Dec. 19 | 1:00PM | | | |
| Seattle | Sun. Dec. 26 | 1:00PM | | | |

*Time Subject to change due to NFL Flex Scheduling

**FOR MORE INFORMATION CALL 877-649-2827 EXT.2512 OR VISIT BUCCANEERS.COM**

SUB TOTAL _____

SHIPPING & HANDLING _____ $5.00

GRAND TOTAL _____

Name/Company _____

Attn. _____

Address _____

City _____ State _____ Zip _____

Work Phone _____ Home _____

Fax _____ Email _____

**METHOD OF PAYMENT**

Check or Money Order - Make checks payable to Tampa Bay Buccaneers

Amount of Check Enclosed: $ _____ Check # _____

Charge to:   VISA   MasterCard   American Express   Discover

Account # _____ Exp. Date _____

Name on Card _____

Card Member Signature _____

I agree to the ticket policies set forth on Buccaneers.com and authorize the above charge.

X _____

| ACCT# | AUTH. CODE |
|---|---|
| | |

**SEATING IS SELECTED FROM BEST AVAILABLE GROUP SECTIONS**
Those requesting special accommodations must contact the Buccaneers Ticket Office at 877-649-2827. All persons, regardless of age, must have a ticket for admittance.

Mail to: Tampa Bay Buccaneers. Attn: Group Sales Dept.
One Buccaneer Place, Tampa Florida 33607 • FAX 813-554-1320
**NO REFUNDS/NO EXCHANGES** • Dates and times subject to change
Please contact the Group Sales Department for all terms and conditions.



# FAX COVER

ONE BUCCANEER PLACE TAMPA, FL 33607     TEL: (877) 649-2827   WWW.BUCCANEERS.COM

| DATE: | 5/24/10 | # OF PAGES (INCLUDING COVER): | 2 |
| --- | --- | --- | --- |

| TO: | Human Resources |
| --- | --- |
| FROM: | Group Sales Department |
| SUBJECT: | Your Group Ticket Order |

ADDITIONAL COMMENTS

**Enclosed is the information you requested.**

## 2010 HOME SCHEDULE

**KANSAS CITY**
August 21 | 7:30pm

**JACKSONVILLE**
August 28 | 7:30pm

**CLEVELAND**
September 12 | 1:00pm

**PITTSBURGH**
September 26 | 1:00pm

**NEW ORLEANS**
October 17 | 1:00pm

**ST. LOUIS**
October 24 | 1:00pm

**CAROLINA**
November 14 | 1:00pm

**ATLANTA**
December 5 | 1:00pm

**DETROIT**
December 19 | 1:00pm

**SEATTLE**
December 26 | 1:00pm

If your office has decide to opt-out of further faxes please call 866-247-0920
Thank you



# GROUP TICKETS ON SALE NOW!

- **Group tickets starting at $32 per seat for groups of 10 or more**

- **Savings up to $16 per ticket**

- **Fully catered tailgating packages also available**

## GROUP TICKETS IDEAL TO:

- Reward employees
- Entertain clients
- Celebrate a birthday or special occasion

For more information, call the Buccaneers sales department at 877-649-2827 (2827) or purchase online at www.buccaneers.com

| | | | |
|---|---|---|---|
| Kansas City | Sat. | Aug. 21 | 7:30 PM |
| Jacksonville | Sat. | Aug. 28 | 7:30 PM |
| Cleveland | Sun. | Sept. 12 | 1:00 PM |
| Pittsburgh | Sun. | Sept. 26 | 1:00 PM |
| New Orleans | Sun. | Oct. 17 | 1:00 PM |
| St. Louis | Sun. | Oct. 24 | 1:00 PM |
| Carolina | Sun. | Nov. 14 | 1:00 PM |
| Atlanta | Sun. | Dec. 5 | 1:00 PM |
| Detroit | Sun. | Dec. 19 | 1:00 PM |
| Seattle | Sun. | Dec. 26 | 1:00 PM |

*Time Subject to change due to NFL Flex Scheduling*





# FAX COVER

ONE BUCCANEER PLACE   TAMPA, FL 33607      TEL: (877) 649-2827   WWW.BUCCANEERS.COM

| DATE: | 5/25/10 | # OF PAGES (INCLUDING COVER): | |
|---|---|---|---|
| | | | 2 |

| TO: | Human Resources |
|---|---|
| FROM: | Group Sales Department |
| SUBJECT: | Your Group Ticket Order |

**ADDITIONAL COMMENTS**

**Enclosed is the information you requested.**

## 2010 HOME SCHEDULE

**KANSAS CITY**
August 21 | 7:30pm

**JACKSONVILLE**
August 28 | 7:30pm

**CLEVELAND**
September 12 | 1:00pm

**PITTSBURGH**
September 26 | 1:00pm

**NEW ORLEANS**
October 17 | 1:00pm

**ST. LOUIS**
October 24 | 1:00pm

**CAROLINA**
November 14 | 1:00pm

**ATLANTA**
December 5 | 1:00pm

**DETROIT**
December 19 | 1:00pm

**SEATTLE**
December 26 | 1:00pm

If your office has decided to opt-out of further faxes please call  866-247-0920
Thank you



# GROUP TICKETS
## ON SALE NOW!

- Group tickets starting at **$32** per seat for groups of 10 or more

- Savings up to $16 per ticket

- Fully catered tailgating packages also available

## GROUP TICKETS IDEAL TO:

- Reward employees
- Entertain clients
- Celebrate a birthday or special occasion

For more information, call the Buccaneers sales department at 877-649-2827 (2827) or purchase online at www.buccaneers.com

| | | | | |
|---|---|---|---|---|
| | Kansas City | Sat. | Aug. 21 | 7:30 PM |
| | Jacksonville | Sat. | Aug. 28 | 7:30 PM |
| | Cleveland | Sun. | Sept. 12 | 1:00 PM |
| | Pittsburgh | Sun. | Sept. 26 | 1:00 PM |
| | New Orleans | Sun. | Oct. 17 | 1:00 PM |
| | St. Louis | Sun. | Oct. 24 | 1:00 PM |
| | Carolina | Sun. | Nov. 14 | 1:00 PM |
| | Atlanta | Sun. | Dec. 5 | 1:00 PM |
| | Detroit | Sun. | Dec. 19 | 1:00 PM |
| | Seattle | Sun. | Dec. 26 | 1:00 PM |

*Time Subject to change due to NFL Flex Scheduling*





# FAX COVER

ONE BUCCANEER PLACE, TAMPA, FL 33607     TEL: (877) 649-2827   WWW.BUCCANEERS.COM

| DATE: | 5/25/10 | # OF PAGES (INCLUDING COVER): | 2 |
| --- | --- | --- | --- |

| TO: | Human Resources |
| --- | --- |

| FROM: | Group Sales Department |
| --- | --- |

| SUBJECT: | Your Group Ticket Order |
| --- | --- |

ADDITIONAL COMMENTS

**Enclosed is the information you requested.**

**2010 HOME SCHEDULE**

**KANSAS CITY**
August 21 | 7:30pm

**JACKSONVILLE**
August 28 | 7:30pm

**CLEVELAND**
September 12 | 1:00pm

**PITTSBURGH**
September 26 | 1:00pm

**NEW ORLEANS**
October 17 | 1:00pm

**ST. LOUIS**
October 24 | 1:00pm

**CAROLINA**
November 14 | 1:00pm

**ATLANTA**
December 5 | 1:00pm

**DETROIT**
December 19 | 1:00pm

**SEATTLE**
December 26 | 1:00pm

If your office has decided to opt-out of further faxes please call  866-247-0920
Thank you



# GROUP TICKETS ON SALE NOW!

- **Group tickets starting at $32 per seat for groups of 10 or more**
- **Savings up to $16 per ticket**
- **Fully catered tailgating packages also available**

## GROUP TICKETS IDEAL TO:

- Reward employees
- Entertain clients
- Celebrate a birthday or special occasion

For more information, call the Buccaneers sales department at 877-649-2827 (2827) or purchase online at www.buccaneers.com

| | | | | |
|---|---|---|---|---|
| | Kansas City | Sat. | Aug. 21 | 7:30 PM |
| | Jacksonville | Sat. | Aug. 28 | 7:30 PM |
| | Cleveland | Sun. | Sept. 12 | 1:00 PM |
| | Pittsburgh | Sun. | Sept. 26 | 1:00 PM |
| | New Orleans | Sun. | Oct. 17 | 1:00 PM |
| | St. Louis | Sun. | Oct. 24 | 1:00 PM |
| | Carolina | Sun. | Nov. 14 | 1:00 PM |
| | Atlanta | Sun. | Dec. 5 | 1:00 PM |
| | Detroit | Sun. | Dec. 19 | 1:00 PM |
| | Seattle | Sun. | Dec. 26 | 1:00 PM |

*Time Subject to change due to NFL Flex Scheduling*





# FAX COVER

ONE BUCCANEER PLACE, TAMPA, FL 33607    TEL: (877) 649-2827   WWW.BUCCANEERS.COM

| DATE: | 5/25/10 | # OF PAGES (INCLUDING COVER): | | 2010 HOME SCHEDULE |
| | | | 2 | |

| TO: | Human Resources |
|---|---|

**KANSAS CITY**
August 21 | 7:30pm

| FROM: | Group Sales Department |
|---|---|

**JACKSONVILLE**
August 28 | 7:30pm

| SUBJECT: | Your Group Ticket Order |
|---|---|

**CLEVELAND**
September 12 | 1:00pm

ADDITIONAL COMMENTS

**PITTSBURGH**
September 26 | 1:00pm

**Enclosed is the information you requested.**

**NEW ORLEANS**
October 17 | 1:00pm

**ST. LOUIS**
October 24 | 1:00pm

**CAROLINA**
November 14 | 1:00pm

**ATLANTA**
December 5 | 1:00pm

**DETROIT**
December 19 | 1:00pm

**SEATTLE**
December 26 | 1:00pm

If your office has decided to opt-out of further faxes please call  866-247-0920
Thank you



# GROUP TICKETS
## ON SALE NOW!

- Group tickets starting at **$32** per seat for groups of 10 or more

- Savings up to $16 per ticket

- Fully catered tailgating packages also available

## GROUP TICKETS IDEAL TO:

- Reward employees
- Entertain clients
- Celebrate a birthday or special occasion

For more information, call the Buccaneers sales department at 877-649-2827 (2827) or purchase online at www.buccaneers.com

| | | | | |
|---|---|---|---|---|
| | Kansas City | Sat. | Aug. 21 | 7:30 PM |
| | Jacksonville | Sat. | Aug. 28 | 7:30 PM |
| | Cleveland | Sun. | Sept. 12 | 1:00 PM |
| | Pittsburgh | Sun. | Sept. 26 | 1:00 PM |
| | New Orleans | Sun. | Oct. 17 | 1:00 PM |
| | St. Louis | Sun. | Oct. 24 | 1:00 PM |
| | Carolina | Sun. | Nov. 14 | 1:00 PM |
| | Atlanta | Sun. | Dec. 5 | 1:00 PM |
| | Detroit | Sun. | Dec. 19 | 1:00 PM |
| | Seattle | Sun. | Dec. 26 | 1:00 PM |

*Time Subject to change due to NFL Flex Scheduling*





# FAX COVER

ONE BUCCANEER PLACE TAMPA, FL 33607     TEL: (877) 649-2827   WWW.BUCCANEERS.COM

| DATE: | 5/26/10 | # OF PAGES (INCLUDING COVER): | 2 |
| --- | --- | --- | --- |

**2010 HOME SCHEDULE**

| TO: | **Human Resources** |
| --- | --- |
| FROM: | **Group Sales Department** |
| SUBJECT: | **Your Group Ticket Order** |

ADDITIONAL COMMENTS

**Enclosed is the information you requested.**

**KANSAS CITY**
August 21 | 7:30pm

**JACKSONVILLE**
August 28 | 7:30pm

**CLEVELAND**
September 12 | 1:00pm

**PITTSBURGH**
September 26 | 1:00pm

**NEW ORLEANS**
October 17 | 1:00pm

**ST. LOUIS**
October 24 | 1:00pm

**CAROLINA**
November 14 | 1:00pm

**ATLANTA**
December 5 | 1:00pm

**DETROIT**
December 19 | 1:00pm

**SEATTLE**
December 26 | 1:00pm

If your office has decided to opt-out of further faxes please call  866-247-0920
Thank you



# GROUP TICKETS ON SALE NOW!

- Group tickets starting at **$32** per seat for groups of 10 or more

- Savings up to $16 per ticket

- Fully catered tailgating packages also available

## GROUP TICKETS IDEAL TO:

- Reward employees
- Entertain clients
- Celebrate a birthday or special occasion

For more information, call the Buccaneers sales department at **877-649-2827 (2827)** or purchase online at www.buccaneers.com

| | | | | |
|---|---|---|---|---|
| | Kansas City | Sat. | Aug. 21 | 7:30 PM |
| | Jacksonville | Sat. | Aug. 28 | 7:30 PM |
| | Cleveland | Sun. | Sept. 12 | 1:00 PM |
| | Pittsburgh | Sun. | Sept. 26 | 1:00 PM |
| | New Orleans | Sun. | Oct. 17 | 1:00 PM |
| | St. Louis | Sun. | Oct. 24 | 1:00 PM |
| | Carolina | Sun. | Nov. 14 | 1:00 PM |
| | Atlanta | Sun. | Dec. 5 | 1:00 PM |
| | Detroit | Sun. | Dec. 19 | 1:00 PM |
| | Seattle | Sun. | Dec. 26 | 1:00 PM |

*Time Subject to change due to NFL Flex Scheduling*





# FAX COVER

ONE BUCCANEER PLACE TAMPA, FL 33607      TEL: (877) 649-2827   WWW.BUCCANEERS.COM

| DATE: | 5/27/10 | # OF PAGES (INCLUDING COVER): | |
|---|---|---|---|
| | | | 2 |

**TO:**
**Human Resources**

**FROM:**
**Group Sales Department**

**SUBJECT:**
**Your Group Ticket Order**

ADDITIONAL COMMENTS

**Enclosed is the information you requested.**

### 2010 HOME SCHEDULE

**KANSAS CITY**
August 21 | 7:30pm

**JACKSONVILLE**
August 28 | 7:30pm

**CLEVELAND**
September 12 | 1:00pm

**PITTSBURGH**
September 26 | 1:00pm

**NEW ORLEANS**
October 17 | 1:00pm

**ST. LOUIS**
October 24 | 1:00pm

**CAROLINA**
November 14 | 1:00pm

**ATLANTA**
December 5 | 1:00pm

**DETROIT**
December 19 | 1:00pm

**SEATTLE**
December 26 | 1:00pm

If your office has decided to opt-out of further faxes please call  866-247-0920
Thank you



# GROUP TICKETS
## ON SALE NOW!

- Group tickets starting at **$32** per seat for groups of 10 or more

- Savings up to $16 per ticket

- Fully catered tailgating packages also available

## GROUP TICKETS IDEAL TO:

- Reward employees
- Entertain clients
- Celebrate a birthday or special occasion

For more information, call the Buccaneers sales department at 877-649-2827 (2827) or purchase online at www.buccaneers.com

| | | | | |
|---|---|---|---|---|
| | Kansas City | Sat. | Aug. 21 | 7:30 PM |
| | Jacksonville | Sat. | Aug. 28 | 7:30 PM |
| | Cleveland | Sun. | Sept. 12 | 1:00 PM |
| | Pittsburgh | Sun. | Sept. 26 | 1:00 PM |
| | New Orleans | Sun. | Oct. 17 | 1:00 PM |
| | St. Louis | Sun. | Oct. 24 | 1:00 PM |
| | Carolina | Sun. | Nov. 14 | 1:00 PM |
| | Atlanta | Sun. | Dec. 5 | 1:00 PM |
| | Detroit | Sun. | Dec. 19 | 1:00 PM |
| | Seattle | Sun. | Dec. 26 | 1:00 PM |

*Time Subject to change due to NFL Flex Scheduling*





# FAX COVER

ONE BUCCANEER PLACE TAMPA, FL 33607     TEL: (877) 649-2827   WWW.BUCCANEERS.COM

| DATE: | 5/28/10 | # OF PAGES (INCLUDING COVER): | | 2010 HOME SCHEDULE |
| --- | --- | --- | --- | --- |
| | | | 2 | |

| TO: | **Human Resources** |
| --- | --- |

| FROM: | **Group Sales Department** |
| --- | --- |

| SUBJECT: | **Your Group Ticket Order** |
| --- | --- |

ADDITIONAL COMMENTS

**Enclosed is the information you requested.**

**2010 HOME SCHEDULE**

**KANSAS CITY**
August 21 | 7:30pm

**JACKSONVILLE**
August 28 | 7:30pm

**CLEVELAND**
September 12 | 1:00pm

**PITTSBURGH**
September 26 | 1:00pm

**NEW ORLEANS**
October 17 | 1:00pm

**ST. LOUIS**
October 24 | 1:00pm

**CAROLINA**
November 14 | 1:00pm

**ATLANTA**
December 5 | 1:00pm

**DETROIT**
December 19 | 1:00pm

**SEATTLE**
December 26 | 1:00pm

If your office has decide to opt-out of further faxes please call  866-247-0920
Thank you



# GROUP TICKETS ON SALE NOW!

- **Group tickets starting at $32 per seat for groups of 10 or more**

- **Savings up to $16 per ticket**

- **Fully catered tailgating packages also available**

## GROUP TICKETS IDEAL TO:

- Reward employees
- Entertain clients
- Celebrate a birthday or special occasion

For more information, call the Buccaneers sales department at **877-649-2827 (2827)** or purchase online at www.buccaneers.com

| | | | |
|---|---|---|---|
| Kansas City | Sat. | Aug. 21 | 7:30 PM |
| Jacksonville | Sat. | Aug. 28 | 7:30 PM |
| Cleveland | Sun. | Sept. 12 | 1:00 PM |
| Pittsburgh | Sun. | Sept. 26 | 1:00 PM |
| New Orleans | Sun. | Oct. 17 | 1:00 PM |
| St. Louis | Sun. | Oct. 24 | 1:00 PM |
| Carolina | Sun. | Nov. 14 | 1:00 PM |
| Atlanta | Sun. | Dec. 5 | 1:00 PM |
| Detroit | Sun. | Dec. 19 | 1:00 PM |
| Seattle | Sun. | Dec. 26 | 1:00 PM |

*Time Subject to change due to NFL Flex Scheduling*





# FAX COVER

ONE BUCCANEER PLACE TAMPA, FL 33607     TEL: (877) 649-2827   WWW.BUCCANEERS.COM

| DATE: | 6/01/10 | # OF PAGES (INCLUDING COVER): | 2 |
| --- | --- | --- | --- |

| TO: | **Human Resources** |
| --- | --- |
| FROM: | **Group Sales Department** |
| SUBJECT: | **Your Group Ticket Order** |

ADDITIONAL COMMENTS

**Enclosed is the information you requested.**

## 2010 HOME SCHEDULE

**KANSAS CITY**
August 21 | 7:30pm

**JACKSONVILLE**
August 28 | 7:30pm

**CLEVELAND**
September 12 | 1:00pm

**PITTSBURGH**
September 26 | 1:00pm

**NEW ORLEANS**
October 17 | 1:00pm

**ST. LOUIS**
October 24 | 1:00pm

**CAROLINA**
November 14 | 1:00pm

**ATLANTA**
December 5 | 1:00pm

**DETROIT**
December 19 | 1:00pm

**SEATTLE**
December 26 | 1:00pm

If your office has decide to opt-out of further faxes please call  866-247-0920
Thank you



# GROUP TICKETS ON SALE NOW!

- **Group tickets starting at $32 per seat for groups of 10 or more**
- **Savings up to $16 per ticket**
- **Fully catered tailgating packages also available**

## GROUP TICKETS IDEAL TO:

- Reward employees
- Entertain clients
- Celebrate a birthday or special occasion

For more information, call the Buccaneers sales department at **877-649-2827 (2827)** or purchase online at www.buccaneers.com

| | | | | |
|---|---|---|---|---|
| Kansas City | Sat. | Aug. 21 | 7:30 PM |
| Jacksonville | Sat. | Aug. 28 | 7:30 PM |
| Cleveland | Sun. | Sept. 12 | 1:00 PM |
| Pittsburgh | Sun. | Sept. 26 | 1:00 PM |
| New Orleans | Sun. | Oct. 17 | 1:00 PM |
| St. Louis | Sun. | Oct. 24 | 1:00 PM |
| Carolina | Sun. | Nov. 14 | 1:00 PM |
| Atlanta | Sun. | Dec. 5 | 1:00 PM |
| Detroit | Sun. | Dec. 19 | 1:00 PM |
| Seattle | Sun. | Dec. 26 | 1:00 PM |

*Time Subject to change due to NFL Flex Scheduling*





# FAX COVER

ONE BUCCANEER PLACE TAMPA, FL 33607     TEL: (877) 649-2827   WWW.BUCCANEERS.COM

| DATE: | 6/07/10 | # OF PAGES (INCLUDING COVER): | 2 |
| --- | --- | --- | --- |

**TO:** Human Resources

**FROM:** Group Sales Department

**SUBJECT:** Your Group Ticket Order

ADDITIONAL COMMENTS

**Enclosed is the information you requested.**

### 2010 HOME SCHEDULE

**KANSAS CITY**
August 21 | 7:30pm

**JACKSONVILLE**
August 28 | 7:30pm

**CLEVELAND**
September 12 | 1:00pm

**PITTSBURGH**
September 26 | 1:00pm

**NEW ORLEANS**
October 17 | 1:00pm

**ST. LOUIS**
October 24 | 1:00pm

**CAROLINA**
November 14 | 1:00pm

**ATLANTA**
December 5 | 1:00pm

**DETROIT**
December 19 | 1:00pm

**SEATTLE**
December 26 | 1:00pm

If your office has decided to opt-out of further faxes please call  866-247-0920
Thank you



# GROUP TICKETS
## ON SALE NOW!

- **Group tickets starting at $32 per seat for groups of 10 or more**
- **Savings up to $16 per ticket**
- **Fully catered tailgating packages also available**

## GROUP TICKETS IDEAL TO:

- Reward employees
- Entertain clients
- Celebrate a birthday or special occasion

For more information, call the Buccaneers sales department at **877-649-2827 (2827)** or purchase online at www.buccaneers.com

| | | | |
|---|---|---|---|
| Kansas City | Sat. | Aug. 21 | 7:30 PM |
| Jacksonville | Sat. | Aug. 28 | 7:30 PM |
| Cleveland | Sun. | Sept. 12 | 1:00 PM |
| Pittsburgh | Sun. | Sept. 26 | 1:00 PM |
| New Orleans | Sun. | Oct. 17 | 1:00 PM |
| St. Louis | Sun. | Oct. 24 | 1:00 PM |
| Carolina | Sun. | Nov. 14 | 1:00 PM |
| Atlanta | Sun. | Dec. 5 | 1:00 PM |
| Detroit | Sun. | Dec. 19 | 1:00 PM |
| Seattle | Sun. | Dec. 26 | 1:00 PM |

*Time Subject to change due to NFL Flex Scheduling*





# FAX COVER

ONE BUCCANEER PLACE, TAMPA, FL 33607     TEL: (877) 649-2827   WWW.BUCCANEERS.COM

| DATE: | 6/08/10 | # OF PAGES (INCLUDING COVER): | |
|---|---|---|---|
| | | | 2 |

**2010 HOME SCHEDULE**

| TO: | Human Resources |
|---|---|

**KANSAS CITY**
August 21 | 7:30pm

| FROM: | Group Sales Department |
|---|---|

**JACKSONVILLE**
August 28 | 7:30pm

| SUBJECT: | Your Group Ticket Order |
|---|---|

**CLEVELAND**
September 12 | 1:00pm

ADDITIONAL COMMENTS

**PITTSBURGH**
September 26 | 1:00pm

**Enclosed is the information you requested.**

**NEW ORLEANS**
October 17 | 1:00pm

**ST. LOUIS**
October 24 | 1:00pm

**CAROLINA**
November 14 | 1:00pm

**ATLANTA**
December 5 | 1:00pm

**DETROIT**
December 19 | 1:00pm

**SEATTLE**
December 26 | 1:00pm

If your office has decide to opt-out of further faxes please call  866-247-0920
Thank you



# GROUP TICKETS
## ON SALE NOW!

- Group tickets starting at **$32** per seat for groups of 10 or more

- Savings up to $16 per ticket

- Fully catered tailgating packages also available

## GROUP TICKETS IDEAL TO:

- Reward employees
- Entertain clients
- Celebrate a birthday or special occasion

For more information, call the Buccaneers sales department at **877-649-2827 (2827)** or purchase online at www.buccaneers.com

| | | | | |
|---|---|---|---|---|
| | Kansas City | Sat. | Aug. 21 | 7:30 PM |
| | Jacksonville | Sat. | Aug. 28 | 7:30 PM |
| | Cleveland | Sun. | Sept. 12 | 1:00 PM |
| | Pittsburgh | Sun. | Sept. 26 | 1:00 PM |
| | New Orleans | Sun. | Oct. 17 | 1:00 PM |
| | St. Louis | Sun. | Oct. 24 | 1:00 PM |
| | Carolina | Sun. | Nov. 14 | 1:00 PM |
| | Atlanta | Sun. | Dec. 5 | 1:00 PM |
| | Detroit | Sun. | Dec. 19 | 1:00 PM |
| | Seattle | Sun. | Dec. 26 | 1:00 PM |

*Time Subject to change due to NFL Flex Scheduling*





# FAX COVER

ONE BUCCANEER PLACE TAMPA, FL 33607     TEL: (877) 649-2827   WWW.BUCCANEERS.COM

| DATE: | 6/09/10 | # OF PAGES (INCLUDING COVER): | | 2010 HOME SCHEDULE |
|---|---|---|---|---|
| | | | 2 | |

**TO:**
**Human Resources**

**KANSAS CITY**
August 21 | 7:30pm

**FROM:**
**Group Sales Department**

**JACKSONVILLE**
August 28 | 7:30pm

**SUBJECT:**
**Your Group Ticket Order**

**CLEVELAND**
September 12 | 1:00pm

**PITTSBURGH**
September 26 | 1:00pm

ADDITIONAL COMMENTS

**Enclosed is the information you requested.**

**NEW ORLEANS**
October 17 | 1:00pm

**ST. LOUIS**
October 24 | 1:00pm

**CAROLINA**
November 14 | 1:00pm

**ATLANTA**
December 5 | 1:00pm

**DETROIT**
December 19 | 1:00pm

**SEATTLE**
December 26 | 1:00pm

If your office has decide to opt-out of further faxes please call 866-247-0920
Thank you



# GROUP TICKETS
## ON SALE NOW!

- **Group tickets starting at $32 per seat for groups of 10 or more**

- **Savings up to $16 per ticket**

- **Fully catered tailgating packages also available**

## GROUP TICKETS IDEAL TO:

- Reward employees
- Entertain clients
- Celebrate a birthday or special occasion

For more information, call the Buccaneers sales department at 877-649-2827 (2827) or purchase online at www.buccaneers.com

| | | | |
|---|---|---|---|
| Kansas City | Sat. | Aug. 21 | 7:30 PM |
| Jacksonville | Sat. | Aug. 28 | 7:30 PM |
| Cleveland | Sun. | Sept. 12 | 1:00 PM |
| Pittsburgh | Sun. | Sept. 26 | 1:00 PM |
| New Orleans | Sun. | Oct. 17 | 1:00 PM |
| St. Louis | Sun. | Oct. 24 | 1:00 PM |
| Carolina | Sun. | Nov. 14 | 1:00 PM |
| Atlanta | Sun. | Dec. 5 | 1:00 PM |
| Detroit | Sun. | Dec. 19 | 1:00 PM |
| Seattle | Sun. | Dec. 26 | 1:00 PM |

*Time Subject to change due to NFL Flex Scheduling*



# TAMPA BAY
# BUCCANEERS | FAX COVER

**F A C S I M I L E**

ONE BUCCANEER PLACE   TAMPA, FL 33607



TEL: (813) 870-2700          BUCCANEERS.COM

DATE: 7/15/09   # of Pages (including cover): 2

TO: Human Resources

FROM: Group Seating Department

SUBJECT: Buccaneers Group Tickets

ADDITIONAL COMMENTS:

Attached is the information on group seating. Tickets are available for groups of 20 or more people. When buying group seating, you save up to $16 per ticket versus the individual game ticket cost.  Group seating also gives you access to large blocks of seating that are not available any other way.

Many companies use group seating as a retreat and/or reward to build team unity.

If you have any questions, please don't hesitate to call us at (877) 649-BUCS (2827).

## 2009 SCHEDULE

**DALLAS**
September 13 | 1:00pm

**AT BUFFALO**
September 20 | 4:05pm

**N.Y. GIANTS**
September 27 | 1:00pm

**AT WASHINGTON**
October 4 | 1:00pm

**AT PHILADELPHIA**
October 11 | 1:00pm

**CAROLINA**
October 18 | 1:00pm

**NEW ENGLAND**
October 25 | 1:00pm | LONDON

**GREEN BAY**
November 8 | 1:00pm

**AT MIAMI**
November 15 | 1:00pm

**NEW ORLEANS**
November 22 | 1:00pm

**AT ATLANTA**
November 29 | 1:00pm

**AT CAROLINA**
December 6 | 1:00pm

**N.Y. JETS**
December 13 | 1:00pm

**AT SEATTLE**
December 20 | 4:15pm

**AT NEW ORLEANS**
December 27 | 1:00pm

**ATLANTA**
January 3 | 1:00pm

*ALL TIMES EASTERN / SUBJECT TO CHANGE

# 2002 WORLD CHAMPIONS



# GROUP TICKETS ON SALE NOW!
## 877-649-BUCS (2827)

| SECTION | A | B | C | D | E |
|---|---|---|---|---|---|
| **GROUP PER GAME PRICE** | $99.00 | $89.00 | $85.00 | $75.00 | $65.00 |

Group tickets are available in packages of 20 or more and
reflect a discount of up to $16 per ticket

### 2009 SEASON

**DALLAS**
September 13 | 1:00pm

**N.Y. GIANTS**
September 27 | 1:00pm

**CAROLINA**
October 18 | 1:00pm

**GREEN BAY**
November 8 | 1:00pm

**NEW ORLEANS**
November 22 | 1:00pm

**N.Y. JETS**
December 13 | 1:00pm

**ATLANTA**
January 3 | 1:00pm

E    D    E
C

CLUB 3   CLUB 2   CLUB 1   CLUB 2   CLUB 3

Entry Ramp

WEST CLUB SEATS

Entry Ramp

Handicapped Elevator

A                    A
A                    A

SOUTH SCOREBOARD

B    BUCCANEERS    BUCCANEERS    B

BUCCANEER COVE

NORTH SCOREBOARD

A                    A

Handicapped Elevator

Entry Ramp

A                    A

EAST CLUB SEATS

Entry Ramp

CLUB 3   CLUB 2   CLUB 1   CLUB 2   CLUB 3

E    C    E
D

# Call 877-649-BUCS (2827) or visit www.buccaneers.com today for seat locations

To immediately and permanently remove your fax number from our opt-in compiled database, please call 877-272-7614.   Removaltech@FaxQom.com

# TAMPA BAY BUCCANEERS | FAX COVER

F A C S I M I L E

ONE BUCCANEER PLACE   TAMPA, FL 33607          TEL: (813) 870-2700        BUCCANEERS.COM



DATE: 7/16/09     # of Pages (including cover): 2

TO: Human Resources

FROM: Group Seating Department

SUBJECT: Buccaneers Group Tickets

ADDITIONAL COMMENTS:

Attached is the information on group seating. Tickets are available for groups of 20 or more people. When buying group seating, you save up to $16 per ticket versus the individual game ticket cost.  Group seating also gives you access to large blocks of seating that are not available any other way.

Many companies use group seating as a retreat and/or reward to build team unity.

If you have any questions, please don't hesitate to call us at (877) 649-BUCS (2827).

## 2009 SCHEDULE

**DALLAS**
September 13 | 1:00pm

**AT BUFFALO**
September 20 | 4:05pm

**N.Y. GIANTS**
September 27 | 1:00pm

**AT WASHINGTON**
October 4 | 1:00pm

**AT PHILADELPHIA**
October 11 | 1:00pm

**CAROLINA**
October 18 | 1:00pm

**NEW ENGLAND**
October 25 | 1:00pm | LONDON

**GREEN BAY**
November 8 | 1:00pm

**AT MIAMI**
November 15 | 1:00pm

**NEW ORLEANS**
November 22 | 1:00pm

**AT ATLANTA**
November 29 | 1:00pm

**AT CAROLINA**
December 6 | 1:00pm

**N.Y. JETS**
December 13 | 1:00pm

**AT SEATTLE**
December 20 | 4:15pm

**AT NEW ORLEANS**
December 27 | 1:00pm

**ATLANTA**
January 3 | 1:00pm

*ALL T MES EASTERN / SUBJECT TO CHANGE

## 2002 WORLD CHAMPIONS



# GROUP TICKETS ON SALE NOW!
## 877-649-BUCS (2827)

| SECTION | A | B | C | D | E |
|---|---|---|---|---|---|
| GROUP PER GAME PRICE | $99.00 | $89.00 | $85.00 | $75.00 | $65.00 |

Group tickets are available in packages of 20 or more and reflect a discount of up to $16 per ticket

### 2009 SEASON

**DALLAS**
September 13 | 1:00pm

**N.Y. GIANTS**
September 27 | 1:00pm

**CAROLINA**
October 18 | 1:00pm

**GREEN BAY**
November 8 | 1:00pm

**NEW ORLEANS**
November 22 | 1:00pm

**N.Y. JETS**
December 13 | 1:00pm

**ATLANTA**
January 3 | 1:00pm

---

E   D   E
C

CLUB 3   CLUB 2   CLUB 1   CLUB 2   CLUB 3

Entry Ramp

WEST CLUB SEATS

Entry Ramp

Handicapped Elevator

A   A   A   A

SOUTH SCOREBOARD

B   B

BUCCANEER COVE

NORTH SCOREBOARD

A   A   A   A

Handicapped Elevator

Entry Ramp

EAST CLUB SEATS

Entry Ramp

CLUB 3   CLUB 2   CLUB 1   CLUB 2   CLUB 3

E   C   E
D

---

# Call 877-649-BUCS (2827) or visit www.buccaneers.com today for seat locations

To immediately and permanently remove your fax number from our opt-in compiled database, please call 877-272-7614.   Removaltech@FaxQom.com

# TAMPA BAY
# BUCCANEERS | FAX COVER

FACSIMILE

ONE BUCCANEER PLACE   TAMPA, FL 33607



TEL: (813) 870-2700          BUCCANEERS.COM

---

DATE: 7/14/09     # of Pages (including cover): 2

TO: Human Resources

FROM: Group Seating Department

SUBJECT: Buccaneers Group Tickets

ADDITIONAL COMMENTS:

Attached is the information on group seating. Tickets are available for groups of 20 or more people. When buying group seating, you save up to $16 per ticket versus the individual game ticket cost.  Group seating also gives you access to large blocks of seating that are not available any other way.

Many companies use group seating as a retreat and/or reward to build team unity.

If you have any questions, please don't hesitate to call us at (877) 649-BUCS (2827).

## 2009 SCHEDULE

**DALLAS**
September 13 | 1:00pm

**AT BUFFALO**
September 20 | 4:05pm

**N.Y. GIANTS**
September 27 | 1:00pm

**AT WASHINGTON**
October 4 | 1:00pm

**AT PHILADELPHIA**
October 11 | 1:00pm

**CAROLINA**
October 18 | 1:00pm

**NEW ENGLAND**
October 25 | 1:00pm | LONDON

**GREEN BAY**
November 8 | 1:00pm

**AT MIAMI**
November 15 | 1:00pm

**NEW ORLEANS**
November 22 | 1:00pm

**AT ATLANTA**
November 29 | 1:00pm

**AT CAROLINA**
December 6 | 1:00pm

**N.Y. JETS**
December 13 | 1:00pm

**AT SEATTLE**
December 20 | 4:15pm

**AT NEW ORLEANS**
December 27 | 1:00pm

**ATLANTA**
January 3 | 1:00pm

*ALL T MES EASTERN / SUBJECT TO CHANGE

# 2002 WORLD CHAMPIONS



# GROUP TICKETS ON SALE NOW!
## 877-649-BUCS (2827)

| SECTION | A | B | C | D | E |
|---|---|---|---|---|---|
| **GROUP PER GAME PRICE** | $99.00 | $89.00 | $85.00 | $75.00 | $65.00 |

Group tickets are available in packages of 20 or more and
reflect a discount of up to $16 per ticket

### 2009 SEASON

**DALLAS**
September 13 | 1:00pm

**N.Y. GIANTS**
September 27 | 1:00pm

**CAROLINA**
October 18 | 1:00pm

**GREEN BAY**
November 8 | 1:00pm

**NEW ORLEANS**
November 22 | 1:00pm

**N.Y. JETS**
December 13 | 1:00pm

**ATLANTA**
January 3 | 1:00pm

# Call 877-649-BUCS (2827) or visit www.buccaneers.com today for seat locations

To immediately and permanantly remove your fax number from our opt-in compiled database, please call 877-272-7614.   Removaltech@FaxQom.com