# EXHIBIT 2D

# TTA v BUCCANEERS SUFFICIENCY OF FUND ANALYSIS

**Review of the faxing data reveals that the number of unique fax numbers receiving, respectively, one, two, three, four or five faxes is as follows:**

| | |
|---|---|
| 1 fax | 24,751 |
| 2 faxes | 39,314 |
| 3 faxes | 35,559 |
| 4 faxes | 23,872 |
| 5 faxes | 7,514 |
| Total | 131,010 |

**The claim amount available based on the number of faxes per fax number, assuming a 100 per cent claims rate, is as follows:**

| | | | |
|---|---|---|---|
| 1 fax | $350 | x 24,751 | $ 8,662,850 |
| 2 faxes | $350 + 100 = 450 | x 39,314 | $17,691,300 |
| 3 faxes | $350 + 100 + 75 = $525 | x 35,559 | $18,668,475 |
| 4 faxes | $350 + 100 + 75 + 20 = $545 | x 23,872 | $13,010,240 |
| 5 faxes | $350 + 100 + 75 + 20 + 20 = $565 | x  7,514 | $ 4,245,410 |
| Total | | | $62,278,275 |

**After deducting attorneys fees ($4.875 million), estimated expenses (approximately $50,000) and incentives ($23,000), $14,555,200 will remain in the $19.5 million settlement fund.**

**Therefore, the payout to class members at a 5 per cent claims rate is approximately $3.414 million ($62,278,275 x .05).**

**The $14,555,200 available in the fund after attorneys fees, estimated expenses and incentives are paid would be sufficient to sustain a claims rate as high as 23.4 ($62,278,275 x .23.4 = 14,555,200).**