## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC., <u>et al.</u>, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 8:13-cv-01592-AEP |
| ) | |
| BUCCANEERS LIMITED ) | Magistrate Judge Anthony E. Porcelli |
| PARTNERSHIP and JOHN DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

### EXHIBITS TO THE
### RESPONSE OF DEFENDANT BUCCANEERS LIMITED PARTNERSHIP
### TO PLAINTIFFS' MOTION TO ENTER AND CONTINUE
### <u>BRIEFING ON PENDING MOTION TO COMPEL</u>

Exhibit 1:  December 12, 2019 Email from Ross Good (9:56 a.m. CST)

Exhibit 2:  December 12, 2019 Email from Mark Mester (10:10 a.m. CST)

Exhibit 3:  December 12, 2019 Email from Ross Good (1:24 p.m. CST)

Exhibit 4:  December 12, 2019 Email from Mark Mester (1:38 p.m. CST)

Exhibit 5:  December 18, 2019 Correspondence from Mark Mester

Exhibit 6:  November 19, 2019 Hearing Transcript

Exhibit 7:  August 17, 2018 Correspondence from Ross Good