# EXHIBIT 1

| | |
|---|---|
| **From:** | Ross Good <rgood@andersonwanca.com> |
| **Sent:** | Thursday, December 12, 2019 9:56 AM |
| **To:** | Michael Addison |
| **Cc:** | Jon Piper; Mester, Mark (CH); joe.varner@hklaw.com; Phil Bock; Lally, Kathleen (CH); gloria.mcknight@hklaw.com; Sue Fitzgerald |
| **Subject:** | Re: Cin-Q, et al. v. BLP, Case No. 8:13-cv-01592-AEP (M.D. Fla.) |

Counsel,
Plaintiffs intend to file a Motion to Enter and Continue BLP's Motion to Compel (Doc. 264) until after a ruling on the Intervention Motion (Doc. 258). Pursuant to Local Rule 3.01(g), what is your position? Please provide no later than 2:00 PM EST today.

--
Ross Good
Anderson + Wanca
3701 Algonquin Rd., Suite 500
Rolling Meadows, IL 60008
[rgood@andersonwanca.com](rgood@andersonwanca.com) - EMail
(847) 350-9861 - Direct Phone
(847) 350-9861 - Direct Fax
(847) 368-1500 - Office Phone
(847) 368-1501 - Office Fax