## IN THE UNITED STATE DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC. and MEDICAL & CHIROPRACTIC CLINIC, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BUCCANEERS LIMITED PARTNERSHIP and JOHN DOES 1-10,<br><br>Defendants. | Case No. 13-cv-01592 |

### MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Gregg M. Barbakoff, an attorney, respectfully requests that this Court withdraw his appearance as counsel for Plaintiff. In support of this motion, the undersigned states:

1. On May 18, 2015, the Court granted Defendant's Motion to Consolidate Related Lawsuits. DE 184,

2. As a result, *Accounting To You, Inc. v. Buccaneers Limited Partnership,* Case No. 8:13-cv-02929-EAK-MAP (the "Consolidated Case") was consolidated with this matter.

3. The law firm of Siprut PC represented Plaintiff Accounting to You, Inc. ("Accounting to You") in the Consolidated Case.

4. Mr. Barbakoff is no longer associated with Siprut PC.

5. On July 2, 2015, Accounting to You voluntarily dismissed its claims.

6. Accordingly, this withdrawal will not cause any delay or prejudice to any party or the Court.

WHEREFORE, Gregg M. Barbakoff respectfully requests the Court enter an Order

granting leave to withdraw his appearance as counsel of record in this matter.

May 13, 2021                                  Respectfully submitted,

                                              /s/ Gregg M. Barbakoff
                                              Gregg M. Barbakoff
                                              KEOGH LAW, LTD.
                                              55 W. Monroe St., Suite 3390
                                              Chicago, Illinois 60603
                                              Tel.: (312) 726-1092
                                              Fax: (312) 726-1093
                                              gbarbakoff@keoghlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was served via electronic mail attachment on this May 13, 2021, on all counsel of record.

/s/  Gregg M. Barbakoff