UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC. and MEDICAL & CHIROPRACTIC CLINIC, INC., individually and on behalf of a class, <br><br> Plaintiffs, <br><br> v. <br><br> BUCCANEERS LIMITED PARTNERSHIP, <br><br> Defendant. <br> _____ <br><br> TECHNOLOGY TRAINING ASSOCS., INC. *et al.*, <br><br> Intervenors. | Case No.: <br> 8:13-CV-01592-AEP |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE**
**REPLY IN SUPPORT OF PRELIMINARY APPROVAL**

Plaintiffs, Cin-Q Automobiles, Inc. and Medical & Chiropractic Clinic, Inc., respectfully move the Court pursuant to Local Rule 3.01(d) for leave to file a Reply brief not to exceed seven (7) pages in support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and Notice to the Class (Doc. 324) and in response to Intervenors' Response to that motion (Doc. 325). In support, Plaintiffs state as follows:

1. On August 27, 2021, Plaintiffs filed their Unopposed Motion for Preliminary Approval of Class Action Settlement, informing the Court that the Plaintiffs and Defendant Buccaneers Team LLC, formerly Buccaneers Limited

Partnership ("BTL" or "Defendant") had reached a settlement in the amount of $19.75 million, with payouts to claiming class members of $350 to $615, depending on the number of faxes advertising Tampa Bay Buccaneers tickets successfully sent to each claimant in 2009–2010. (Doc. 324).

2. On September 10, 2021, Intervenors Technology Training Associates, Inc.; Larry F. Schwanke, D.C., d/b/a Back to Basics Family Chiropractic; Barewood Outlet, Inc.; Thomas Savino d/b/a WebRX Pharmacy Palace, d/b/a RxPalace.com; and Meryman Environmental, Inc. filed a Response to the Motion for Preliminary Approval. (Doc. 325).

3. In their Response, Intervenors state that they "agree the settlement should be preliminarily approved so the class can be notified and respond to the proposed settlement." (Response at 8–9). Notwithstanding their non-opposition to preliminary approval, Intervenors ask the Court to modify the Settlement Agreement in certain ways and raise certain questions about the Settlement. (*See id.* at 8 (asking the Court "to include Intervenors and their counsel as co-class representatives and co-class counsel"); *id.* at 6 (asking whether "claimants with more than one validly claimed fax number will be paid the stated amounts for each of their fax numbers")).

4. Plaintiffs seek leave to file a Reply brief not to exceed seven (7) pages to address these issues. Plaintiffs request that the Court allow Plaintiffs to file their Reply brief within seven (7) days from the date of the Court's Order granting leave to file a Reply.

## Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), Plaintiffs' counsel conferred with counsel for Defendant and counsel for Intervenors via telephone and email and requested their consent to this Motion. Defendant responded that Defendant has advised that it is not yet able to consent or not consent as it has not had an opportunity to review the proposed filing. Intervenors responded that Intervenors do not oppose this Motion.

Respectfully submitted,

/s/ Michael C. Addison

Michael C. Addison (Fla. Bar. No. 0145579)
ADDISON LAW OFFICE, P.A.
1304 Alicia Avenue
Tampa, Florida 33604
Telephone: (813) 223-2000
Facsimile: (813) 228-6000
m@mcalaw.net

and

Ryan M. Kelly (Fla. Bar No: 90110)
Ross M. Good (Fla. Bar No: 116405)
Glenn L. Hara (admitted *pro hac vice*)
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
Telephone: (847) 368-1500
Facsimile: (847) 368-1501
rkelly@andersonwanca.com
rgood@andersonwanca.com
ghara@andersonwanca.com

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 20, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the persons listed below:

Mark S. Mester
Robert C. Collins III
Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL  60611
Telephone: 312/876-7700
Facsimile: 312/993-9767
mark.mester@lw.com
robert.collins@lw.com


Joseph H. Varner, III
Holland & Knight LLP
100 N. Tampa Street, Suite 4100
Tampa, FL  33602-3644
Telephone: 813/227-8500
joe.varner@hklaw.com

Phillip A. Bock
Robert M. Hatch
Jonathan B. Piper
Bock Hatch & Oppenheim, LLC
34 N. La Salle St., Ste. 1000
Chicago, IL  60602

                                                s/ Michael C. Addison

5