IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC. and MEDICAL CHIROPRACTIC CLINIC, INC., individually and on behalf of a class, <br><br>  Plaintiffs, <br><br>  v. <br><br> BUCCANEERS LIMITED PARTNERSHIP, <br><br>  Defendant <br> ─────────────────────── <br><br> TECHNOLOGY TRAINING ASSOCIATES, INC., *et al.*, <br><br>  Intervenors. | No. 8:13-cv-01592-AEP <br><br> Mag. Judge Anthony E. Porcelli |

**INTERVENORS' MOTION FOR LEAVE TO FILE SUR-REPLY
IN FURTHER RESPONSE TO PRELIMINARY APPROVAL**

Intervenors Technology Training Associates, Inc., Larry F. Schwanke, D.C., d/b/a Back to Basics Family Chiropractic, Barewood Outlet, Inc., Thomas Savino d/b/a WebRX Pharmacy Palace, d/b/a RxPalace.com, and Meryman Environmental, Inc. (collectively "Intervenors"), respectfully move the Court pursuant to Local Rule 3.01(d) for leave to file a sur-reply brief not to exceed 7 pages in response to Plaintiffs' Reply in Support of Preliminary Approval (*Cin-Q* Doc. 329).[1]

---

[1] Documents filed in the docket for this action, No. 8:13-cv-01592-AEP (M.D. Fla.), are referred to by their ECF number as follows "*Cin-Q* Doc. ___." Documents filed in the related action, No. 8:16-cv-01622-AEP, are referred to by their ECF number as follows "*TTA* Doc. ___."

1. On August 27, 2021, Plaintiffs filed their Unopposed Motion for Preliminary Approval of Class Action Settlement (*Cin-Q* Doc. 324).

2. On September 10, 2021, Intervenors filed their Response to the motion for Preliminary Approval (*Cin-Q* Doc. 325).

3. Plaintiffs moved for leave to file a reply brief on September 20, 2021 (*Cin-Q* Doc. 326). Intervenors consented to Plaintiffs' filing of a reply brief because Plaintiffs said they would likewise not oppose Intervenors' motion to file a sur-reply.

4. Plaintiffs' reply brief contains assertions about Intervenors, their counsel, the terms of Intervenors' prior proposed class settlement (*TTA* Doc. 18-1), and the state of the law both then and now, that are at minimum misleading. Intervenors request leave to file a sur-reply to respond to and correct these inaccurate assertions.

## Local Rule 3.01(g) Certification

Pursuant to Local rule 3.01(g), Intervenors' counsel (Piper) conferred with counsel for Plaintiffs (Addison) via telephone and email and requested their consent to this motion. Plaintiffs responded that they do not oppose this motion. Intervenors' counsel (Piper) also contacted Defendant's counsel (Mester) by email on September 21 and 23. Defendant's counsel has acknowledged receipt of these emails, but has not yet ascertained whether Defendant will consent to the motion or oppose it.

WHEREFORE, Intervenors respectfully request that the Court grant them leave to file a sur-reply brief not to exceed 7 pages in response to Plaintiffs' Reply in Support of Preliminary Approval, and to do so within 7 days of the Court's Order granting leave.

Respectfully submitted,

TECHNOLOGY TRAINING ASSOCIATES, INC. LARRY E. SCHWANKE, D.C. d/b/a BACK TO BASICS FAMILY CHIROPRACTIC, BAREWOOD OUTLET, INC., THOMAS SAVINO D/B/A WEBRX PHARMACY PALACE, D/B/A RXPALACE.COM, AND MERYMAN ENVIRONMENTAL

By: /s/ Phillip A. Bock

Phillip A. Bock
Robert M. Hatch
Jonathan B. Piper
Bock Hatch & Oppenheim, LLC
134 N. La Salle St., Ste. 1000
Chicago, IL 60602
312-658-5501 (phone)
312-658-5555 (fax)

## CERTIFICATE OF SERVICE

    I hereby certify that on September 24, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

By: /s/ Phillip A. Bock