# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC. and MEDICAL & CHIROPRACTIC CLINIC, INC., individually and on behalf of a class, <br><br>    Plaintiffs, <br><br> v. <br><br> BUCCANEERS LIMITED PARTNERSHIP, <br><br>    Defendant. <br> _____ <br><br> TECHNOLOGY TRAINING ASSOCS., INC. *et al.*, <br><br>    Intervenors. | No.: 8:13-CV-01592-AEP |

### DECLARATION OF ROSS M. GOOD

I, Ross M. Good, declare as follows in support of Plaintiffs' Motion for Attorney Fees & Expenses and Incentive Awards:

1. I am one of the attorneys at the law firm of Anderson + Wanca appointed as Class Counsel for the Settlement Class, along with Michael C. Addison. (Doc. 343, Preliminary Approval Order at 78). I make this Declaration in support of Plaintiffs' Motion for Attorney Fees & Expenses and Incentive Awards. I have personal knowledge of the following and could competently testify thereto if called upon to do so.

2. I have reviewed Anderson + Wanca's hourly time records and expense records in this action (the "*Cin-Q* Action"), as well as in the related cases of *Cin-Q Autos., Inc. v. Rocket Messaging, Inc.*, No. 2:14-mc-00056-CMR (D. Pa.); *Cin-Q Autos., Inc. v. Schurer*, No. 2:14-mc-00057 (D. Pa.); *Medical & Chiropractic Clinic, Inc. v. Clement*, No. 8:12-cv-607-26-TGW (M.D. Fla.); *Tech. Training, Inc. v. Buccaneers Ltd. P'Ship*, No. 16-CA-004333 (Cir. Ct. Hillborough Cty, Fla); and *Tech. Training, Inc. v. Buccaneers Ltd. P'Ship*, No. 8:16-cv-01622 (M.D. Fla).

3. Anderson + Wanca's attorney and paralegal time and expenses in the *Cin-Q* Action is as follows:

| Name | Hours | Rate | Total |
|---|---|---|---|
| Jeffrey A. Berman | 68.00 | $600/hr | $40,800 |
| Ross M. Good | 879.45 | $600/hr | $527,670 |
| Glenn L. Hara | 843.00 | $600/hr | $505,800 |
| Ryan M. Kelly | 595.80 | $600/hr | $357,480 |
| George K. Lang | 149.25 | $600/hr | $89,550 |
| David M. Oppenheim | 79.50 | $600/hr | $47,700 |
| Paralegal | 648.40 | $195/hr | $126,438 |
| Wallace C. Solberg | 312.95 | $600/hr | $187,770 |
| Brian J. Wanca | 741.70 | $700/hr | $519,190 |
| **Total:** | 4,318.05 | | $2,402,398 |
| **Expenses:** | | | $247,247.57 |

2

4.     Anderson + Wanca's expenses in the *Cin-Q* Action include expert-witness fees for the Expert Report of Robert Biggerstaff ($18,000) and the Rebuttal Expert Report of Robert Biggerstaff ($2,000). Plaintiffs relied heavily on Biggerstaff's analysis of the fax-transmission logs and other electronic records at issue in this case in Plaintiffs' Motion for Class Certification (Doc. 207), as well as in response to this Court's request following the preliminary approval hearing that the parties "submit a brief addressing the indicia of reliability or unreliability of the fax numbers identified in the Biggerstaff Report." (Doc. 334, Order at 2; *see also* Doc. 339, Pls.' Br. re: Reliability of Fax Numbers Identified in Biggerstaff Report).

5.     Anderson + Wanca's expenses in the *Cin-Q* Action also include fees to retain counsel licensed to practice in other jurisdictions in order to obtain necessary discovery. Anderson + Wanca retained counsel in Canada in order to pursue records and deposition testimony relating to the July 2009 faxes transmitted by 127 High Street, which is located in Canada, including Teplitsky Colson LLP ($88,593.42) and Koskie Minsky LLP ($23,000).

6.     Anderson + Wanca's attorney time and expenses in *Cin-Q Autos., Inc. v. Rocket Messaging, Inc.*, No. 2:14-mc-00056-CMR (D. Pa.), is as follows:

| Name | Hours | Rate | Total |
| --- | --- | --- | --- |
| Ross M. Good | 1.5 | $600/hr | $900 |
| Glenn L. Hara | 0.75 | $600/hr | $450 |
| Brian J. Wanca | 1.7 | $700/hr | $1,190 |

3

| Total | 3.95 | | $2,540 |
|---|---|---|---|
| **Expenses:** | | | $4,954.18 |

7.  Anderson + Wanca's attorney time and expenses in *Cin-Q Autos., Inc. v. Schurer*, No. 2:14-mc-00057 (D. Pa.), is as follows:

| Name | Hours | Rate | Total |
|---|---|---|---|
| Glenn L. Hara | 0.75 | $600/hr | $450 |
| George K. Lang | 0.25 | $600/hr | $150 |
| Total | 1.00 | | $600 |
| **Expenses:** | | | $80.00 |

8.  Anderson + Wanca's attorney and paralegal time and expenses in *Medical & Chiropractic Clinic, Inc. v. Clement*, No. 8:12-cv-607-26-TGW (M.D. Fla.), is as follows:

| Name | Hours | Rate | Total |
|---|---|---|---|
| Ryan M. Kelly | 47.20 | $600/hr | $28,320 |
| George K. Lang | 9.15 | $600/hr | $5,490 |
| Paralegal | 109.35 | $195/hr | $21,323.25 |
| Wallace C. Solberg | 14.40 | $600/hr | $8,640 |
| Brian J. Wanca | 149.00 | $700/hr | $104,300 |
| Total | 329.10 | | $168,073.25 |

4

| Expenses: | | | $15,197.93 |
|---|---|---|---|

9.     Anderson + Wanca's attorney and paralegal time and expenses in *Tech. Training, Inc. v. Buccaneers Ltd. P'Ship*, No. 16-CA-004333 (Cir. Ct. Hillborough Cty, Fla), and *Tech. Training, Inc. v. Buccaneers Ltd. P'Ship*, No. 8:16-cv-01622 (M.D. Fla), is as follows:

| Name | Hours | Rate | Total |
|---|---|---|---|
| Jeffrey A. Berman | 4.20 | $600/hr | $2,520 |
| Ross M. Good | 152 | $600/hr | $91,200 |
| Glenn L. Hara | 375.25 | $600/hr | $225,150 |
| Ryan M. Kelly | 0.60 | $600/hr | $360 |
| Paralegal | 9.00 | $195/hr | $1,755 |
| **Total** | 541.05 | | $320,985 |
| **Expenses:** | | | $7,610.75 |

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Ross M. Good
Ross M. Good

Executed on April 28, 2022

5