467UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC. and<br>MEDICAL & CHIROPRACTIC CLINIC,<br>INC., individually and on behalf of a class,<br><br>    Plaintiffs,<br><br>    v.<br><br>BUCCANEERS LIMITED PARTNERSHIP,<br><br>    Defendant.<br>_____<br><br>TECHNOLOGY TRAINING ASSOCS., INC.<br>*et al.*,<br><br>    Intervenors. | No.: 8:13-CV-01592-AEP |

## DECLARATION OF MICHAEL C. ADDISON

I, Michael C. Addison, declare as follows in support of Plaintiffs' Motion for Attorney Fees & Expenses and Incentive Awards:

1.    In July 2009, I began investigating, on behalf of my client, Cin-Q Automobiles, Inc., a putative class action arising out of fax advertisements for Tampa Bay Buccaneers tickets against Buccaneers Team LLC f/k/a Buccaneers Ltd. Partnership ("BTL"). I filed the first such putative class action against BTL on August 29, 2009, and thereafter filed this action in this Court on June 15, 2013.

2. On January 17, 2020, this Court ordered the parties to hold a settlement conference with Magistrate Judge Sansone and appointed me as Interim Lead Counsel. (Doc. 284).

3. From July of 2009 through August of 2020, I booked a total of 939.7 hours of attorney and professional time in my Timeslips database in the *Cin-Q v. BTL* matter.

4. I have a billing rate of $550 per hour for my time, and $200 per hour for my paralegal, Ms. Lesnek, a paralegal with 30 years' experience.

5. I have total costs of $5,026.44 through the time period of July 2009 through August 2020.

6. In July 2015, I agreed with Anderson + Wanca and attorney Joseph Siprut that in the event of a class settlement in any of our pending actions against BTL, "16% of the fees awarded by the Court shall be paid jointly to Siprut PC and James M. Thomas Law Firm; 28% of the fees to Addison & Howard, P.A.; and the remaining 56% of the fees to Anderson + Wanca."

7. Beginning in August 2020, I was involved in the mediation discussions with Judge Sansone in the settlement effort, and I did not keep daily time records for those efforts because the discussions were ongoing and involved discussions with my co-counsel, on the one hand, dealing with drafts of the various Term Sheet proposals and the drafts of the ultimate settlement agreement and related documents, as well as numerous discussions with Judge Sansone after reviewing the various term sheets of the 10 months full-time discussion and analysis period leading up to the settlement

agreement and then review of the document prepared for Judge Porcelli's use in evaluating the settlement that was actually reached.

8. I estimate that I spent five hours per month over the 10-month settlement discussion and negotiation process (50 hours), and another total of 5 hours reviewing and responding to the inquiries from Judge Porcelli, including the time spent with him in the several hearings that were conducted by him on the various issues he raised or that were raised by counsel for Intervenors, Bock Hatch Lewis & Oppenheim (5 hours). That would mean an additional 55 hours of total attorney time from August 2020 to the present.

9. Thus, the grand total of my attorney and paralegal time in this matter is approximately 995 hours. The majority of that time was billed by me at $550 per hour, but some of the hours billed are attributable to my paralegal, Ms. Lesnek, who billed at $200 per hour. The total value of that billed time is $467,110.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ *[signature]*
Michael C. Addison

Executed on April 28, 2022

          MICHAEL C. ADDISON
          ADDISON LAW OFFICES, P.A.
          1304 Alicia Avenue
          Tampa, FL 33604
          (813) 760 6712
          Florida Bar No. 145579
          m@mcalaw.net

          By: _____

State of Florida      :

County of Hillsborough  :

    BEFORE ME, the undersigned authority, Michael C. Addison, who has presented his Florida driver's license as identification, deposes and states that the information contained in the foregoing Declaration is true and correct to the best of his knowledge, information and belief.

          _____
                        Notary Public

My commission expires on: _____

> HOPE GERVAIS
> Notary Public - State of Florida
> Commission # GG 237046
> My Comm. Expires Jul 10, 2022
> Bonded through National Notary Assn.