# EXHIBIT 5

## Thomas, Joseph (CH)

| | |
|---|---|
| **From:** | Collins, Robert (CH) |
| **Sent:** | Thursday, August 26, 2021 12:14 PM |
| **To:** | Michael Addison |
| **Cc:** | Mester, Mark (CH); Thomas, Joseph (CH) |
| **Subject:** | Cin-Q v. BTL – Settlement Administrator Proposals |

Mike,

As we discussed earlier this week, we solicited a bid from Epiq Global to serve as third-party administrator for the Cin-Q settlement, and we have continued to engage Epiq on its proposal. We also solicited bids from Angeion Group and RG/2 Claims Administration. While Epiq's bid was the highest in terms of overall cost, BTL prefers Epiq for the reasons outlined below.

In our view, Epiq's proposal was more robust and more likely to ensure that the Settlement Class receives the best notice practicable under the circumstances, as required by Mullane v. Central Hanover Bank & Trust Co., 339 U.S. 306 (1950). It would entail a robust reverse lookup process utilizing the list of telephone numbers compiled by your expert, Mr. Biggerstaff, and would then use recognized techniques and methods to identify during the time period the faxes were sent the persons and entities associated with the lines identified by Mr. Biggerstaff. Epiq would then use the National Change of Address database and other sources to identify the current mailing addresses of those persons and entities, followed by any supplemental notice by fax and/or publication, as directed by Judge Porcelli following submissions by the parties.

Epiq's proposal estimates that overall notice and administration costs will range from $185,000 to $213,000, depending on various assumptions and contingencies (including any ruling from Judge Porcelli on additional form(s) of notice). As noted, these amounts are higher than the bids received from other firms, but overall, we nevertheless believe the Epiq proposal is best.

As you know, Epiq is one of the top third-party administrators in the field and thus least likely to draw an objection. Moreover, we have recent experience with Epiq on a separate matter, and they have done good work to date for both sides. Epiq has also thus far been very helpful and responsive in answering questions and explaining its processes in a transparent and clear manner. While Epiq's bid is higher in cost than the other bids we received, we are most comfortable with Epiq because BTL wants to eliminate, or at least reduce as much as possible, the likelihood of objections to the administrator and likewise minimize errors in the notice and administration process that could ultimately increase costs or delay the process.

We believe it would be most prudent to agree to an administrator before your filing of the preliminary approval motion on Friday. Please let us know if you are comfortable using Epiq and, of course, we are happy to discuss further with you.

Best,
Robbie


**Robert C. Collins III**

**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800 | Chicago, IL 60611
D: +1.312.876.6566 | M: +1.219.789.3376