UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CIN-Q AUTOMOBILES, INC., *et al.*,

    Plaintiffs,

v.                                                  Case No. 8:13-cv-1592-AEP

BUCCANEERS LIMITED
PARTNERSHIP,

    Defendant.
_____/

**ORDER**

On May 6, 2023, this Court held a status conference to amend the deadlines previously set in the Court's Order granting preliminary approval of the class settlement (*see* Docs. 343 & 413). The Court previously entered an Order addressing the Notice Program and claims process, which is incorporated herein (*see* Doc. 409). Prior to the status conference, the parties submitted to the Court proposed deadlines.

For the reasons stated at the status conference, it is hereby

ORDERED:

1.     The Court sets the following deadlines:

    a.     No later than November 7, 2022, the Settlement Administrator shall create the Settlement Website, schedule the publication notice, and mail the Class Notice to all members of the Settlement Class pursuant to the Court's September 2, 2022 Order (*see* Doc. 409). As previously directed by the Court (*see*

Doc. 343), the Settlement Administrator shall establish a post office box in the name of the Settlement Administrator to be used for receiving requests for exclusion and any other communications. Only the Settlement Administrator, Class Counsel, Defendant's Counsel, the Court, the Clerk of Court, and any of their designated agents shall maintain access to the post office box, unless otherwise agreed upon by the parties. The Settlement Administrator will reject any claim that does not substantially comply with the instructions on the Claim Form or the terms of the Agreement or is postmarked later than the Claim Deadline.

      b.      No later than February 6, 2023, a member of the Settlement Class shall submit a Claim or opt-out. Any Settlement Class Member who seeks to exclude himself or herself from the Settlement Class shall submit an appropriate, timely request for exclusion, postmarked no later than February 6, 2023 to the Settlement Administrator at the address on the Class Notice. Any Settlement Class Member who does not submit a timely, written request for exclusion from the Settlement Class will be bound by all proceedings, orders, and judgments in the litigation, even if such Settlement Class Member previously initiated or subsequently initiates individual litigation or other proceedings encompassed by the Release.

      c.      No later than March 6, 2023, the Settlement Administrator shall provide the opt-out list to Class Counsel and Defendant's Counsel.

      d.      No later than April 3, 2023, the Settlement Administrator shall file with the Court the opt-out list and an affidavit attesting to the completeness and

accuracy thereof.

      e.    No later than April 7, 2023, the Settlement Administrator shall provide a preliminary report to counsel for Intervenors, Defendant's Counsel and Class Counsel of claims submitted, rejected, and accepted by the Settlement Administrator including a breakdown of how many faxes are associated with each of the accepted claims.

      f.    No later than April 28, 2023, any Settlement Class Member who does not become an opt-out and who seeks to object to the fairness, reasonableness, or adequacy of the settlement or the Settlement Agreement shall file with the Court and serve on Class Counsel and Defendant's Counsel a statement of the objection signed by the Settlement Class Member containing the following information:

      i.    The objector's name, address, telephone number, and, if represented by counsel, the name of his or her counsel;

      ii.    A declaration stating that he or she is a Settlement Class Member and received or was successfully sent one or more unsolicited facsimile advertisements relating to tickets for Tampa Bay Buccaneers games;

      iii.    A statement of all objections to the settlement; and

      iv.    A statement of whether the objector intends to appear at the fairness hearing, either with or without counsel, and, if with counsel, the name of counsel who will attend.

3

   g. No later than April 28, 2023, any other party seeking to pursue an incentive award or any other attorney seeking to pursue an award of fees must submit such motions to the Court.

   h. No later than April 28, 2023, any attorney hired by a Settlement Class Member for the purposes of objecting to the proposed settlement, attorneys' fee award, or incentive award and who intends to make an appearance at the fairness hearing shall provide to the Settlement Administrator (who shall forward it to Class Counsel and Defendant's Counsel) and file with the Clerk of Court a notice of intention to appear. Any Settlement Class Member who files and serves a written objection and who intends to make an appearance at the fairness hearing may so state in their objection

   i. No later than May 12, 2023, any Settlement Class Member may submit any further information to the Settlement Administrator with respect to the Class Member's Claim.

   j. No later than June 7, 2023, the Settlement Administrator shall provide a final report to the Court of claims rejected and accepted by the Settlement Administrator, including an affidavit attesting to the completeness and accuracy thereof and compliance with the Court's Orders regarding the Notice Program and Preliminary Approval (*see* Docs. 343 and 409).

   k. No later than June 14, 2023, Class Counsel shall move for final approval of the Settlement and respond to Settlement Class Member objections.

   l. No later than July 7, 2023, the parties may present to the Court

disputed claims that cannot be resolved through good faith negotiations between the parties and objections to determinations made by the Settlement Administrator.

      m.     No later than July 12, 2023, all responses/oppositions to Class Counsel's motion for final approval of the Settlement.

      n.     No later than July 26, 2023, Class Counsel may file a reply in support of its motion for final approval of the Settlement.

    2.     Any Settlement Class Member who does not file a timely written objection to the settlement or who fails to otherwise comply with applicable requirements shall be foreclosed from seeking any adjudication or review of the settlement by appeal or otherwise.

    3.     To the extent that it does not conflict with the above deadlines, the Court's prior Order granting preliminary approval of the class settlement (Doc. 343) is incorporated herein, to specifically include that until such time as a Settlement Class Member has timely excluded himself or herself from the Settlement Class, Settlement Class Members are preliminarily enjoined from (i) filing, commencing, prosecuting, intervening in, or participating as plaintiff, claimant, or class member in any other lawsuit or administrative, regulatory, arbitration, or other proceeding in any jurisdiction based on, relating to, or arising out of the claims and causes of action or the facts and circumstances giving rise to the litigation and/or the released claims; (ii) filing, commencing, participating in, or prosecuting a lawsuit or administrative, regulatory, arbitration, or other proceeding as a class action on behalf of any member of the Settlement Class who has not timely excluded himself

or herself (including by seeking to amend a pending complaint to include class allegations or seeking class certification in a pending action), based on, relating to, or arising out of the claims and causes of action or the facts and circumstances giving rise to the litigation and/or the released claims; and (iii) attempting to effect opt-outs of a class of individuals in any lawsuit or administrative, regulatory, arbitration, or other proceeding based on, relating to, or arising out of the claims and causes of action or the facts and circumstances giving rise to the litigation and/or released claims. Any person who knowingly violates such injunction shall pay the attorneys' fees and costs incurred by Defendant, any other released person, and Class Counsel resulting from the violation. Nothing prohibits members of the Settlement Class from participating in any action or investigation initiated by a state or federal agency.

4. A fairness hearing to determine final approval of the settlement is scheduled to occur on September 7, 2023, at 10:00 a.m., in Courtroom 10A of the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida.

DONE AND ORDERED in Tampa, Florida, on this 11th day of October, 2022.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc:  Counsel of Record

6