# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC., et al., | |
| Plaintiffs, | |
| v. | |
| BUCCANEERS LIMITED PARTNERSHIP and JOHN DOES 1-10, | Case No. 8:13-cv-01592-AEP |
| Defendants, | Magistrate Judge Anthony E. Porcelli |
| TECHNOLOGY TRAINING ASSOCIATES, INC., et al., | |
| Intervenors. | |

## CHANGE OF ADDRESS AND TELEPHONE NUMBER

PLEASE TAKE NOTICE, that the address and telephone number for Ross M. Good has changed to the following:

Ross M. Good – (786) 539-3952
LOFTUS & EISENBERG, LTD.
161 N. Clark, Suite 1600
Chicago, Illinois 60601

Date: February 10, 2023

Respectfully submitted,
*/s/ Ross M. Good*
Attorney for Medical & Chiropractic Clinic, Inc.

Ross M. Good (Bar No. 116405)
LOFTUS & EISENBERG, LTD.
161 N. Clark, Suite 1600
Chicago, Illinois 60601
Telephone: (786) 539-3952
Email: ross@loftusandeisenberg.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2023, I caused a copy of the foregoing to be served on all counsel of record in this matter via electronic mail.

Date:  February 10, 2023

                                                             */s/  Ross M. Good*
                                                             Attorney for Medical & Chiropractic Clinic, Inc.

                                                             Ross M. Good (Bar No. 116405)
                                                            LOFTUS & EISENBERG, LTD.
                                                            161 N. Clark, Suite 1600
                                                           Chicago, Illinois 60601
                                                           Telephone: (786) 539-3952
                                                           Email: ross@loftusandeisenberg.com