# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

| | | |
|---|---|---|
| CIN-Q AUTOMOBILES, INC. and MEDICAL & CHIROPRACTIC CLINIC, INC., individually and on behalf of a class, | ) ) ) ) | |
| Plaintiffs, | ) ) | No.: 8:13-CV-01592-AEP |
| v. | ) ) | Magistrate Judge Anthony E. Procelli |
| BUCCANEERS LIMITED PARTNERSHIP, | ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) ) | |
| TECHNOLOGY TRAINING ASSOCS., INC. *et al.*, | ) ) ) | |
| Intervenors. | ) ) ) | |

## PROPOSED REVISED TIMELINE

On May 22, 2023, this Court held a hearing on Plaintiffs' Unopposed Motion to Modify Settlement Deadlines (Doc. 436). At the direction of the Court, on June 5, 2023, Plaintiffs Cin-Q Automobiles, Inc. and Medical & Chiropractic Clinic, Inc., and Defendant, Buccaneers Team LLC, f/k/a as Buccaneers Limited Partnership ("BTL" or "Defendant" and together with Plaintiffs, the "Parties"), submitted to the Court a proposed amended timeline (Doc. 445). The Parties now submit the following proposed amended timeline, superseding the proposed timeline submitted by the Parties on June 5, 2023.

| | |
|---|---|
| Deadline for Parties to file any motions with the Court concerning defect notices and/or requests for additional information to claimants | June 16, 2023 |
| Deadline to file any responses/oppositions to motions concerning defect notices and/or requests for additional information to claimants | June 30, 2023 |
| Settlement Administrator shall provide preliminary report to counsel of claims submitted, rejected, and accepted by the Settlement Administrator and send all requests for additional information or defect notices to claimants | July 31, 2023 |
| Any Settlement Class Member may submit any further information to the Settlement Administrator with respect to the Class Member's Claim | September 4, 2023 |
| The Settlement Administrator shall provide a final report to the Court of claims rejected and accepted by the Settlement Administrator, including an affidavit attesting to the completeness and accuracy thereof and compliance with the Court's Orders regarding the Notice Program and Preliminary Approval | October 2, 2023 |
| Class Counsel shall move for final approval of the Settlement and respond to Settlement Class Member Objections | October 16, 2023 |
| The Parties may present to the Court disputed claims that cannot be resolved through good faith negotiations between the Parties and objections to determinations made by the Settlement Administrator | November 6, 2023 |
| All responses/oppositions to Class Counsel's motion for final approval of the Settlement | November 13, 2023 |
| Class Counsel may file a reply in support of motion for final approval of Settlement | November 27, 2023 |

| Fairness Hearing to determine final approval of the Settlement | December 18, 2023 |

Respectfully submitted,

s/ Robert C. Collins III
Robert C. Collins III (admitted *pro hac vice)*
LATHAM & WATKINS
330 North Wabash Ave., Suite 2800
Chicago IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
robert.collins@lw.com

s/ Ross M. Good
Ross M. Good
Loftus & Eisenberg, Ltd.
161 N. Clark, Suite 1600
Chicago, IL 60601
Telephone: (786) 539-3952
ross@loftusandeisenberg.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

s/ Ross M. Good