UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CIN-Q AUTOMOBILES, INC., *et al.*,

       Plaintiffs,

v.                                Case No. 8:13-cv-1592-AEP

BUCCANEERS LIMITED
PARTNERSHIP,

       Defendant.
_____/

## **ORDER**

On May 22, 2023, this Court held a hearing on Plaintiffs' Unopposed Motion to Modify Deadlines (Doc. 436). The Parties seek to amend the deadlines previously set by the Court (*see* Doc. 418).[1] The Court previously entered an Order addressing the Notice Program and claims process, which is incorporated herein (*see* Doc. 409). After the hearing,  the Parties submitted to the Court proposed deadlines (Docs. 445 & 446).

For the reasons stated at the hearing and based on the Parties filings, it is hereby

ORDERED:

1.     The Court sets the following deadlines:

        a.     No later than June 16, 2023, the Parties may file any motions

---

[1] The previously set deadlines not modified by this Order have already passed or are not affected by this Order.

regarding defect notices and/or requests for additional information from claimants. Any responses to the motions shall be filed within fourteen days of the filing.

b.     No later than July 31, 2023, the Settlement Administrator shall provide a preliminary report to counsel for Intervenors, Defendant's Counsel and Class Counsel of claims submitted, rejected, and accepted by the Settlement Administrator including a breakdown of how many faxes are associated with each of the accepted claims. By this date, the Settlement Administrator shall send all requests for additional information or defect notices to claimants.

c.     No later than September 5, 2023, any Settlement Class Member may submit any further information to the Settlement Administrator with respect to the Class Member's Claim.

d.     No later than October 2, 2023, the Settlement Administrator shall provide a final report to the Court of claims rejected and accepted by the Settlement Administrator, including an affidavit attesting to the completeness and accuracy thereof and compliance with the Court's Orders regarding the Notice Program and Preliminary Approval (*see* Docs. 343 and 409).

e.     No later than October 16, 2023, Class Counsel shall move for final approval of the Settlement and respond to Settlement Class Member objections.

f.     No later than November 6, 2023, the Parties may present to the Court disputed claims that cannot be resolved through good faith negotiations between the Parties and objections to determinations made by the Settlement

Administrator.

g.   No later than November 13, 2023, all responses/oppositions to Class Counsel's motion for final approval of the Settlement are due.

h.   No later than November 27, 2023, Class Counsel may file a reply brief in support of its motion for final approval of the Settlement.

2.   Any Settlement Class Member who does not file a timely written objection to the settlement or who fails to otherwise comply with applicable requirements shall be foreclosed from seeking any adjudication or review of the settlement by appeal or otherwise.

3.   To the extent that it does not conflict with the above deadlines, the Court's prior Order granting preliminary approval of the class settlement (Doc. 343) is incorporated herein, to specifically include that until such time as a Settlement Class Member has timely excluded himself or herself from the Settlement Class, Settlement Class Members are preliminarily enjoined from (i) filing, commencing, prosecuting, intervening in, or participating as plaintiff, claimant, or class member in any other lawsuit or administrative, regulatory, arbitration, or other proceeding in any jurisdiction based on, relating to, or arising out of the claims and causes of action or the facts and circumstances giving rise to the litigation and/or the released claims; (ii) filing, commencing, participating in, or prosecuting a lawsuit or administrative, regulatory, arbitration, or other proceeding as a class action on behalf of any member of the Settlement Class who has not timely excluded himself or herself (including by seeking to amend a pending complaint to include class

allegations or seeking class certification in a pending action), based on, relating to, or arising out of the claims and causes of action or the facts and circumstances giving rise to the litigation and/or the released claims; and (iii) attempting to effect opt-outs of a class of individuals in any lawsuit or administrative, regulatory, arbitration, or other proceeding based on, relating to, or arising out of the claims and causes of action or the facts and circumstances giving rise to the litigation and/or released claims. Any person who knowingly violates such injunction shall pay the attorneys' fees and costs incurred by Defendant, any other released person, and Class Counsel resulting from the violation. Nothing prohibits members of the Settlement Class from participating in any action or investigation initiated by a state or federal agency.

4. A fairness hearing to determine final approval of the settlement is scheduled to occur on January 19, 2024, at 1:00 p.m., in Courtroom 10A of the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida.

DONE AND ORDERED in Tampa, Florida, on this 16th day of June, 2023.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record