# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC. and </br>MEDICAL & CHIROPRACTIC CLINIC, </br>INC., individually and on behalf of a class, </br></br>  Plaintiffs, </br></br> v. </br></br> BUCCANEERS TEAM LLC, </br></br>  Defendant. </br>_____ </br></br> TECHNOLOGY TRAINING ASSOCS., INC. </br> *et al.*, </br></br>  Intervenors. | Case No.: </br> 8:13-CV-01592-AEP |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE CERTAIN EXHIBIT UNDER SEAL IN THE MANNER PRODUCED

Pursuant to the Protective Order for this case (Docs. 292 & 293), Plaintiffs, Cin-Q Automobiles, Inc. and Medical & Chiropractic Clinic, Inc. ("Plaintiffs"), respectfully move the Court to file under seal in the manner produced a single exhibit relating to Plaintiffs' motion regarding defect notices/requests for additional information to be filed on June 16, 2023.

The exhibit sought to be sealed is an Excel spreadsheet identified by the Settlement Administrator, Epiq Class Action & Claim Solutions, Inc. ("Epiq"), as "Cin-Q Auto Inc v BTL 2023-04-03_v2.xls," hereinafter the "Claims Detail Report." The Claims Detail Report contains "personal identity information" associated with

each of the claims submitted in this class action settlement, including the claimants' names, addresses, and fax numbers.

The Claims Detail Report, as an Excel spreadsheet with thousands of lines and over a dozen columns, cannot be converted to PDF format or otherwise produced. In a similar case in this District, Plaintiffs' counsel sought in connection with a motion for class certification to file certain spreadsheets under seal in the manner produced by sending them to the Clerk of the Court on a flash drive. The Court granted the motion, stating:

> The Clerk of Court is directed to maintain the flash drive, previously provided, under seal in the case file. Additionally, the Clerk of Court is directed to file a notice on the docket stating that the exhibits are maintained in native format under seal. The Clerk of Court is also directed to link the notice to the Plaintiff's Motion and Memorandum of Law in Support of Motion for Class Certification on the docket

*See Scoma Chiropractic, Inc. v. Nat'l Spine & Pain Ctrs., LLC*, No. 20-cv-0430-JLB-MRM (M.D. Fla.), Doc. 93 (Order Granting Motion). The Claims Detail Report is approximately 1.1 megabite in size, meaning Plaintiffs' counsel should be able to send it to chambers via electronic mail, in addition to sending it to the Clerk of Court on a flash drive.

In accordance with Local Rule 1.11(c), the incorporated memorandum of law identifies and describes the material proposed to be sealed, the reasons that sealing is necessary and cannot be accomplished through other means, a statement of the proposed duration of the seal, and legal authority supporting sealing. *See* M.D. Fla. L.R. 1.11(c).

2

## MEMORANDUM OF LAW

1. "A party's privacy or proprietary interest in information sometimes overcomes the interest of the public in accessing the information." *Romero v. Drummond Co.*, 480 F.3d 1234, 1246 (11th Cir. 2007).

2. This Court entered an Order governing handling of confidential and proprietary information on February 10, 2020. (Doc. 293).

3. The Claims Detail Report generated by Epiq has only been shared between Epiq and counsel for Plaintiffs, counsel for Defendant, Buccaneers Team LLC ("BTL"), and counsel for Intervenors.

4. The Claims Detail Report contains the names, addresses, and fax numbers of persons who have filed claims in this class-action settlement. This information constitutes "personal identity information" within the meaning of the Agreed Confidentiality and Protective Order. (Doc. 292-1 ¶ 2).

5. Plaintiffs believe the Court will benefit from having this spreadsheet available for *in camera* review in deciding Plaintiffs' Motion to be filed on June 16, 2023.

6. Pursuant to the Protective Order, Plaintiffs propose that this Court order the seal to remain in place indefinitely.

7. Pursuant to Local Rule 3.01(g), the undersigned hereby certifies that he conferred with BTL's counsel and Intervenors' counsel by email with respect to the

instant motion and have been informed that neither oppose the relief requested herein.

     WHEREFORE, Plaintiffs request that the Court enter an Order permitting Plaintiffs to file the Claims Detail Report under seal in the manner produced and provide it in native format to the Court via electronic mail and to the Clerk of Court via a flash drive.

     Respectfully submitted,

/s/ Glenn L. Hara
Glenn L. Hara (admitted *pro hac vice*)
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
Telephone: (847) 368-1500
Facsimile: (847) 368-1501
ghara@andersonwanca.com

Michael C. Addison (Fla. Bar. No. 0145579)
ADDISON LAW OFFICE, P.A.
1304 Alicia Avenue
Tampa, Florida 33604
Telephone: (813) 223-2000
Facsimile: (813) 228-6000
m@mcalaw.net

Ross M. Good (Fla. Bar. No. 116405)
LOFTUS & EISENBERG, LTD.
161 N. Clark, Suite 1600
Chicago, Illinois 60601
T: (786) 539-3952
ross@loftusandeisenberg.com

*Class Counsel*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 16, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                      s/Glenn L. Hara