# CLAIMS DETAIL REPORT

## To be filed under seal

**EXHIBIT D**