UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC., et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>BUCCANEERS LIMITED PARTNERSHIP and JOHN DOES 1-10,<br><br>                Defendants,<br><br>TECHNOLOGY TRAINING ASSOCIATES, INC., et al.,<br><br>                Intervenors. | Case No. 8:13-cv-01592-AEP<br><br>Magistrate Judge<br>Anthony E. Porcelli |

**UNOPPOSED MOTION FOR LEAVE TO EXCEED
THE PAGE LIMITATIONS SET BY LOCAL RULE 3.01(a)**

Pursuant to Local Rule 3.01(a), Defendant Buccaneers Team LLC f/k/a Buccaneers Limited Partnership ("BTL") respectfully requests leave to exceed the page limitations set by Local Rule 3.01(a) for BTL's motion addressing defect notices and requests for information to be sent by the Settlement Administrator to members of the Settlement Class.[1]  In support of this motion, BTL states as follows:

1.  On June 8, 2023, Plaintiffs and BTL submitted a Proposed Revised Timeline, setting forth a list of suggested deadlines in advance of the Fairness Hearing.  See Proposed Revised Timeline (Dkt. 446).

---

[1] Capitalized terms have the meaning ascribed to them in the Settlement Agreement filed with the motion for preliminary approval of Plaintiffs Cin-Q Automobiles, Inc. and Medical & Chiropractic Clinic, Inc. ("Plaintiffs").  See Settlement Agt. (Dkt. 324-1).

2.	On June 16, 2023, the Court entered an Order adopting the proposed schedule, with the exception of the proposed date for the Fairness Hearing.  See Order on Motion to Modify Deadlines (Dkt. 447).  The Court's June 16, 2023 Order, however, set June 16, 2023 as the deadline for the Parties to file any motions with the Court concerning defect notices and/or requests for additional information to claimants to be sent by the Settlement Administrator to persons and entities that submitted Claims Forms.  See id. at ¶ 1(a).

3.	BTL has prepared its motion to address the issue of defect notices and requests for information and has concluded that ten additional pages are required.

4.	Despite its best efforts to stay within the 25-page limit, the circumstances are such that additional pages are required.  First, the sheer magnitude of the number of fraudulent and invalid claims directly impacts the number of issues that need to be raised with the Court.  As set out in BTL's response (Dkt. 438) to Plaintiffs' May 12, 2023 motion (Dkt. 436), the number of what appear to be fraudulent and invalid claims is substantial by any standard, amounting to at least one-third of all claims submitted in the estimation of Intervenors (and likely many more).[2]  See BTL's Response (Dkt. 438) at 1-4 (listing the evidence of widespread fraud).  Second, there are five separate categories of claims upon which agreement could not be reached by the Parties after a lengthy meet and confer process.  BTL, in turn, considered submitting a separate motion on each category, but we concluded

---

[2] We anticipate that the actual number of fraudulent and invalid claims will end up being much greater than one-third, but for present purposes, one-third is itself obviously a very high percentage in itself.  Moreover, the types of fraudulent and invalid claims span a broad range of issues, all of which could not be resolved through the lengthy meet and confer process undertaken by the Parties and thus need to be raised with the Court.

it would be more efficient and less burdensome on the Court to combine all five categories into one single motion, hence the need for additional pages.

5. BTL has conferred with counsel for Plaintiffs, who have confirmed that they do not oppose the relief requested herein.

WHEREFORE, for the foregoing reasons, BTL respectfully requests that the Court grant it leave to file a motion that exceeds by ten pages or less the limitations set by Local Rule 3.01(a).

Date: June 16, 2023

Respectfully submitted,

/s/ Mark S. Mester
Mark S. Mester, One of the Attorneys
for Defendant Buccaneers Team LLC

Mark S. Mester
  (admitted *pro hac vice*)
Robert C. Collins III
  (admitted *pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
E-mail: mark.mester@lw.com
        robert.collins@lw.com

Joseph H. Varner, III
  (Bar No. 394904)
HOLLAND & KNIGHT LLP
100 North Tampa Street, Suite 4100
Tampa, Florida 33602-3644
Telephone: (813) 227-8500
Facsimile: (813) 229-0134
Email: joe.varner@hklaw.com

## LOCAL RULE 3.01(G) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned hereby certifies that we conferred with Plaintiffs' counsel by email with respect to the instant motion and have been informed that Plaintiffs do not oppose the relief requested herein.

Date:  June 16, 2023

/s/ *Mark S. Mester*
Mark S. Mester, One of the Attorneys for Defendant Buccaneers Team LLC

Mark S. Mester
  (admitted *pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
E-mail:  mark.mester@lw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which served all relevant parties.

Date: June 16, 2023

*/s/ Mark S. Mester*
Mark S. Mester
  (admitted *pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
E-mail: mark.mester@lw.com