UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC., et al., <br>             Plaintiffs, <br> v. <br> BUCCANEERS LIMITED PARTNERSHIP and JOHN DOES 1-10, <br>             Defendants, <br><br> TECHNOLOGY TRAINING ASSOCIATES, INC., et al., <br>             Intervenors. | Case No. 8:13-cv-01592-AEP <br><br> Magistrate Judge <br> Anthony E. Porcelli |

**UNOPPOSED MOTION AND INCORPORATED
MEMORANDUM OF LAW IN SUPPORT OF MOTION
FOR LEAVE TO FILE MOTION UNDER SEAL**

Pursuant to Local Rule 1.11(c), Defendant Buccaneers Team LLC f/k/a Buccaneers Limited Partnership ("BTL") seeks leave to file under seal its Motion to Compel Compliance with Section VIII of the Settlement Agreement (the "Motion to Compel"). Contemporaneously with this motion, BTL has filed a redacted version of its Motion to Compel, and should the Court grant this motion, BTL will submit an unredacted version of the Motion to Compel under seal.

In accordance with Local Rule 1.11(c), the incorporated memorandum of law identifies and describes the material proposed to be sealed, the reasons that sealing is necessary and cannot be accomplished through other means, a statement of the proposed duration of the seal and legal authority supporting sealing. See M.D. Fla. L.R. 1.11(c). BTL has conferred with counsel for Plaintiffs, who have confirmed

that they do not oppose the relief requested herein. See June 16, 2023 Email fr. G. Hara. For the reasons stated in the incorporated memorandum of law, BTL respectfully requests that its motion for leave to file under seal be granted.

## MEMORANDUM OF LAW

**A. Description Of The Documents To Be Filed Under Seal, The Necessity Of Sealing The Information And The Duration Of The Sealing**

BTL respectfully requests that the Court grant it leave to file under seal its Motion to Compel. On May 12, 2023, BTL moved for leave to file under seal the Declaration of Leslie Roach ("Roach Declaration" or "Roach Decl.") and requested that the Court seal the previously-filed Declaration of Shawn Parks (Dkt. 398-2) ("Parks Declaration" or "Parks Decl."). Following a hearing on May 22, 2023, the Court entered an Order directing the Clerk to maintain the Roach Declaration and Parks Declaration under seal until the case is closed. See Order (Dkt. 443).

As discussed in BTL's motion for leave to file the Roach Declaration and Parks Declaration under seal, the two declarations concern the nature and limitations of the reverse lookup searches that LexisNexis and TransUnion performed. See Mot. for Leave (Dkt. 435) at 2. Those limitations have a direct bearing on the utility and accuracy of the information provided by both TransUnion and LexisNexis, and we believe they have a bearing on how the claims process is implemented by Epiq. In particular, those limitations impact the extent to which defect notices and requests for information should be sent to claimants as required by Section VIII of the Settlement Agreement. See Aug. 31, 2022 Hr'g Tr. (Dkt. 410) at 164:19-165:12 (the Court explaining that the Settlement Agreement provides for a process whereby Epiq

may send notices requesting additional information to establish membership in the Settlement Class and thus eligibility to make a claim).

BTL's Motion to Compel accordingly cites to both the Roach Declaration and Parks Declaration, including direct quotes from the two declarations. BTL's Motion to Compel quotes verbatim from the contracts that TransUnion and LexisNexis have with Epiq, relevant portions of which are referenced in and/or attached to the Roach Declaration and the Parks Declaration, and also attaches copies of the declarations as exhibits. In light of the Court's Order sealing the Roach Declaration and Parks Declaration (Dkt. 443), BTL has prepared a redacted version of its Motion to Compel, removing portions referencing the Roach Declaration and Parks Declaration. Because these portions of BTL's Motion to Compel cite to the two declarations, BTL believes it is appropriate to keep those portions of the Motion to Compel redacted, consistent with this Court's Order.[1] See Order (Dkt. 443).

**B.      Legal Authority Supporting The Request To Seal**

BTL hereby expressly incorporates each of its arguments made in its May 12, 2023 Motion For Leave To File Declarations Under Seal (Dkt. 435), specifically that sealing the Roach Declaration and Parks Declaration is appropriate given the proprietary and confidential information contained therein. See id. at 2-6; see also Romero v. Drummond, 480 F.3d 1234, 1246 (11th Cir. 2007) ("A party's privacy or proprietary interest in information sometimes overcomes the interest of the public in accessing the information."). Local Rule 3.1(c)(3)(C) further permits "redaction" if

---

[1] On June 16, 2023, counsel for BTL contacted the Court and spoke with Ms. Beatriz Miranda, who confirmed that in light of the Court's previous Order, BTL should file a redacted version of its Motion to Compel, which it is doing today.

3

available, which is appropriate here given that only portions of BTL's Motion to Compel cite to the Roach Declaration and Parks Declaration.

Consistent with this Court's Order concerning the Roach Declaration and the Parks Declaration, BTL requests that the Court maintain the unredacted copy of BTL's Motion to Compel under seal until the end of this litigation. See Order (Dkt. 443).

WHEREFORE, for the foregoing reasons, BTL, pursuant to Local Rule 1.11(c), respectfully requests that the Court grant BTL leave to file under seal its Motion to Compel Compliance with Section VIII of the Settlement Agreement and grant such other relief as the Court deems appropriate.

Date:  June 16, 2023

Respectfully submitted,

/s/ Mark S. Mester
Mark S. Mester, One of the Attorneys
for Defendant Buccaneers Team LLC

Mark S. Mester
  (admitted *pro hac vice*)
Robert C. Collins III
  (admitted *pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
E-mail:  mark.mester@lw.com
        robert.collins@lw.com

Joseph H. Varner, III
  (Bar No. 394904)
HOLLAND & KNIGHT LLP
100 North Tampa Street, Suite 4100
Tampa, Florida 33602-3644
Telephone:  (813) 227-8500
Facsimile:  (813) 229-0134
Email:  joe.varner@hklaw.com

## **LOCAL RULE 3.01(G) CERTIFICATION**

Pursuant to Local Rule 3.01(g), the undersigned hereby certifies that counsel for BTL have conferred with Plaintiffs' counsel by email with respect to the instant motion and have been informed that Plaintiffs do not oppose the relief requested herein.

Date:  June 16, 2023

/s/ *Mark S. Mester*
Mark S. Mester, One of the Attorneys for Defendant Buccaneers Team LLC

Mark S. Mester
  (admitted *pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
E-mail:  mark.mester@lw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which served all relevant parties.

Date:  June 16, 2023

*/s/ Mark S. Mester*
Mark S. Mester
  (admitted *pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
E-mail:  mark.mester@lw.com