UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> BUCCANEERS LIMITED PARTNERSHIP and JOHN DOES 1-10, <br><br> Defendants, <br><br> TECHNOLOGY TRAINING ASSOCIATES, INC., et al., <br><br> Intervenors. | Case No. 8:13-cv-01592-AEP <br><br> Magistrate Judge <br> Anthony E. Porcelli |

INDEX OF EXHIBITS TO
THE MOTION AND INCORPORATED MEMORANDUM OF LAW
IN SUPPORT OF BTL'S MOTION TO COMPEL COMPLIANCE
WITH SECTION VIII OF THE SETTLEMENT AGREEMENT

Exhibit 1 - March 21, 2023 Email from Juana Diego (Epiq)

Exhibit 2 - April 4, 2023 Email from Juana Diego (Epiq)

Exhibit 3 - June 1, 2023 Email from Glenn Hara

Exhibit 4 - May 15, 2023 Email from Stephanie Amin-Giwner (Epiq)

Exhibit 5 - Declaration of Gabriel W. Slater

Exhibit 6 - May 30, 2023 Email from Robert Collins

Exhibit 7 - June 15, 2023 Email from Robert Collins

Exhibit 8 - Categories Of Defect Notices / Requests For Additional Information

Exhibit 9 - January 2023 Emails between Orlando Castillejos (Epiq) and Robert Collins

Exhibit 10 - Declaration of Leslie Roach (TransUnion)

Exhibit 11 - Declaration of Shawn R. Parks (LexisNexis)

Exhibit 12 - March 28, 2023 Email from Orland Castillejos

Exhibit 13 - April 11, 2023 Email from Robert Collins

Exhibit 14 - May 26, 2023 Email from Robert Collins

Exhibit 15 - June 1, 2023 Email from Stephanie Amin-Giwner (Epiq)

Exhibit 16 - May 26, 2023 Email from Robert Collins to Jonathan Piper

Exhibit 17 - June 15, 2023 Declaration of Ken Sponsler

Exhibit 18 - Alex Ebert, <u>NFL Buccaneers' Fax Spat Incites 'Never-Ending' Legal Fees Feud</u>, Bloomberg Law (Mar. 23, 2023)

Exhibit 19 - Transcript of June 13, 2022 Hearing

Exhibit 20 - September 29, 2022 Email from Ross Good

Exhibit 21 - February 8, 2023 Email from Orlando Castillejos