# EXHIBIT 2

Cin-Q Automobiles, Inc., et al. v. BTL
Case No. 8:13-cv-01592-AEP (M.D. Fla.)

| | |
|---|---|
| **From:** | Diego, Juana <jdiego@epiqglobal.com> |
| **Sent:** | Tuesday, April 4, 2023 5:14 PM |
| **To:** | Mester, Mark (CH); Slater, Gabe (CH); Glenn Hara; Collins, Robert (CH); Michael Addison; rkelly@andersonwanca.com; wsolberg@andersonwanca.com; ross@loftusandeisenberg.com |
| **Cc:** | Cansler, Erik; Bithell, Richard; Castillejos, Orlando; Robinson, Kiara; Palmer, Adam; Amin-Giwner, Stephanie |
| **Subject:** | Cin-Q Auto. Inc. v BTL Activity Report |
| **Attachments:** | Cin-Q v BTL Activity Report 2023-04-04.pdf |

Hello Everyone,

Attached please find the activity report for Cin-Q Auto. Inc. v BTL. The stats are cumulative through March 31, 2023. A late claim was processed last week which brings the claim count to 3,192. The claims received represent a total of 2,980 unique valid (matched to the original fax number list) fax numbers.

Thank you,

**Juana Diego**
Epiq | Associate Project Manager
10300 SW Allen Blvd
Beaverton, Oregon  97005
Office: +1 503.350.4263
Email: jdiego@epiqglobal.com

**People. Partnership. Performance.**
www.epiqglobal.com

*This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected from disclosure to anyone other than its intended recipient(s). If you have received this message in error, please notify the sender immediately by reply email of the inadvertent transmission and then immediately delete the original message (including any attachments) in its entirety.*

# Cin-Q Automobiles, Inc. v Buccaneers Limited Partnership (40052416)
## Client Activity Report
### Fairness Hearing Date: September 7, 2023

**Activity Update Date: 4/4/2023**

| | Week Begin<br>Week End | 3/11/2023<br>3/17/2023 | 3/18/2023<br>3/24/2023 | 3/25/2023<br>3/31/2023 | Cumulative through<br>3/31/2023 |
|---|---|---|---|---|---|
| **Outgoing Mailings** | *Initial Mailing Date 11/7/2022* | | | | |
| Claim Package - Initial | | - | - | - | 114,301 |
| Claim Package - Remail | | - | - | - | 9,555 |
| Requested via Toll Free Number | | - | - | - | 24 |
| **Total Mailings Sent** | | **-** | **-** | **-** | **123,880** |
| **Undeliverable Mailings** | | | | | |
| Total Processed Undeliverable Claim Packages (including Remails) | | 6 | 2 | 3 | 19,560 |
| Unreachable Tracking Numbers* | | 9,979 | 9,981 | 9,984 | |
| *All noticing attempts have been unsuccessful | | | | | |
| **Opt Outs** | *Opt Out Deadline 2/6/2023* | | | | |
| Total Opt Outs Received | | - | - | - | 3 |
| **Objections** | *Objection Deadline 4/28/2023* | | | | |
| Total Objections Received | | - | - | - | - |
| **Claim Forms** | *Filing Deadline 2/6/2023* | | | | |
| Claim Form (Paper) - Total Received | | 5 | - | 1 | 2,168 |
| Claim Form (Paper) - Late | | - | - | - | 31 |
| Web Claim - Total Received | | - | - | - | 1,024 |
| Web Claim - Late | | - | - | - | 43 |
| **Total Claims Received (Paper/Web)** | | **5** | **-** | **1** | **3,192** |
| **Incoming and Outgoing Communications** | | | | | |
| Correspondence (Received) | | - | 1 | - | 86 |
| Correspondence (Sent) | | - | - | 1 | 22 |
| Email Correspondence (Faxes Received) | | 1 | 1 | 1 | 787 |
| **Call Center Support** | *+1 800 974 0698      Launch Date 11/7/2022* | | | | |
| IVR - Total Calls | | 5 | 2 | - | 381 |
| IVR - Total Minutes | | 18 | 4 | - | 1,037 |
| **Website** | *BTL-TCPA-Settlement.com* | | | | |
| Page Hits | | 42 | 111 | 41 | 16,639 |
| Sessions | | 31 | 57 | 33 | 4,979 |

DISCLAIMER: Epiq Class Action & Mass Tort Solutions ("ECA") maintains this report for its clients to provide a near-real-time view into the Administrator's database. Please be aware that, while ECA makes every effort to ensure that the information provided is timely, accurate and complete, the status of documents and line-item counts may be changing due to work in progress, analyst review, quality assurance audits, processing of additional documentation, and data validation. Before using these statistics for critical analysis or for court filings, you should contact your Project Manager.