# EXHIBIT 4

Cin-Q Automobiles, Inc., et al. v. BTL
Case No. 8:13-cv-01592-AEP (M.D. Fla.)

| | |
|---|---|
| **From:** | Amin-Giwner, Stephanie <stephanie.Amin-Giwner@epiqglobal.com> |
| **Sent:** | Monday, May 15, 2023 5:39 PM |
| **To:** | Collins, Robert (CH); Castillejos, Orlando; Mester, Mark (CH); Jonathan@classlawyers.com; ghara@andersonwanca.com; m@mcalaw.net; Slater, Gabe (CH); phil@classlawyers.com; robert@classlawyers.com; ross@loftusandeisenberg.com |
| **Cc:** | Bithell, Richard; Diego, Juana; Kovach, Loree; Palmer, Adam; Cansler, Erik; sfitzgerald@andersonwanca.com; svega@andersonwanca.com |
| **Subject:** | RE: Cin-Q v. BTL |

All:

I am writing to follow up on the parties' responses to Orlando's April 21 email regarding deficiencies in this matter.

As the court-appointed independent Claims Administrator, it is Epiq's role to administer the case pursuant to the terms of the Settlement Agreement to which the parties agreed (ECF No. 324-1 at Section II. ¶LL).  Under the terms of the Settlement Agreement, Epiq, is responsible for determining the validity of claims which includes whether the  Settlement Class Members: (i) completed a Claim Form, providing all of the information required by the Settlement Agreement and the Claim Form; ( ii) signed the Claim Form under penalty of perjury; and ( iii) returned the completed and signed Claim Form to the Settlement Administrator on or before the Claim Deadline.  (ECF No. 324-1 at Section VIII. ¶B). It is not within Epiq's purview to determine additional factors for determining validity.   If the parties do not agree to treat the records identified by Lexis/Nexis or Transunion and potential fax providers as defects, would they agree to treat them as requests for additional information which can then be presented to the court for resolution if the parties cannot agree pursuant to Section VIII ¶¶D&E of the Settlement Agreement?

As there have been discussions with and among the parties regarding additional "defects" to the claim, Epiq has compiled a list of those potential defects and that list was used to draft the language in the draft defect letter circulated by Orlando on Friday, which was not intended to reflect Epiq's endorsement of any of these defects.

Contrary to Robbie's assertion in his April 27, 2023 email, Epiq did not confirm that it would seek documentation from persons and entities who submitted a claim but matched only on the Lexis/Nexis database and not on the TransUnion database.   To the contrary, at the hearing on August 31, 2022, Loree Kovach disagreed with Robbie's contention that there are no owners of the impacted fax numbers in the LexisNexis data.  *See* 8/31/22 Tr. at 9:11

At the time of Orlando's statement in his January 13, email "We agree with the need to follow up with this group. We'll include this group as well as other groups identified and inform the parties of the defect population before defect letters mail,"   he was not aware that the parties were not in agreement regarding this defect.  Further, Orlando's statement was not intended as an endorsement of considering the LexisNexis only results as defect but that it could be added to the potential list of defects for the parties to consider. In fact, in his January 19, 2023 email, Orlando stated that " If we are going to follow up with LexisNexis records then our only option to cure the claims would be with supporting documentation. I'll include a list of defect types, counts and recommendations for both parties to review. From Epiq's perspective, it's important that both parties are aware and provide feedback on how the defect process is handled. I should have the defect list in the next week."

I believe this addresses all of the outstanding questions in Robbie's email below.  If it would be helpful, we are happy to join a call with the parties to determine how best to proceed with defect letters and any requests for information the parties deem appropriate to send.

Regards,

Stephanie

**Stephanie Amin-Giwner**
Epiq | Director, Client Services
Office: +1 631 470 6881
Email: stephanie.amin-giwner@epiqglobal.com