# EXHIBIT 8

Cin-Q Automobiles, Inc., et al. v. BTL
Case No. 8:13-cv-01592-AEP (M.D. Fla.)

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC., et al., ) ) ) Plaintiffs, ) ) v. ) ) BUCCANEERS LIMITED ) PARTNERSHIP and JOHN DOES ) 1-10, ) Defendants, ) _____ ) ) TECHNOLOGY TRAINING ) ASSOCIATES, INC., et al., ) ) Intervenors. ) | Case No. 8:13-cv-01592-AEP<br><br>Magistrate Judge<br>Anthony E. Porcelli |

# EXHIBIT 8

**Categories Of Defect Notices / Requests For Additional Information**

A. **Categories Of Defect Notices / Requests For Additional Information Upon Which Agreement Has Been Reached By The Parties**

   1. Claims listing a non-matching fax number (i.e., fax numbers not matching a number on the Biggerstaff list);

   2. Claims listing a fax number that was also submitted in another claim (i.e., duplicate claims);

   3. Claims missing a signature;

   4. Claims submitted by potential governmental entities (subject to manual review to be performed by Epiq); and

   5. Claims submitted by entities not registered until after the class period (i.e., July 2009 to June 2010).

**B.     Categories Of Defect Notices / Requests For Information For Which Agreement Could <u>Not</u> Be Reached**

1. Claimants identified using the TransUnion reverse lookup;

2. Claimants identified using the LexisNexis reverse lookup;

3. Claims submitted by claimants <u>not</u> identified in either reverse lookup;

4. Claims submitted by claimants providing an address <u>outside</u> the State of Florida; and

5. Claims submitted by claimants for which the reverse lookup process identified <u>multiple</u> matches.