# EXHIBIT 10

## Declaration of Leslie Roach

## To Be Filed Under Seal