# EXHIBIT 11

## Declaration of Shawn R. Parks

## To Be Filed Under Seal

Cin-Q Automobiles, Inc., et al. v. BTL
Case No. 8:13-cv-01592-AEP (M.D. Fla.)