# EXHIBIT 12

Cin-Q Automobiles, Inc., et al. v. BTL
Case No. 8:13-cv-01592-AEP (M.D. Fla.)

| From: | Castillejos, Orlando |
|---|---|
| To: | Collins, Robert (CH); ghara@andersonwanca.com; Mester, Mark (CH); Slater, Gabe (CH); m@mcalaw.net; rkelly@andersonwanca.com; wsolberg@andersonwanca.com |
| Cc: | Cansler, Erik; Bithell, Richard; Robinson, Kiara; Palmer, Adam; Amin-Giwner, Stephanie; Michael Addison; Diego, Juana |
| Subject: | Cin-Q Auto. Inc. v BTL Deficiencies |
| Date: | Tuesday, March 28, 2023 1:37:02 PM |
| Attachments: | Cin-Q Defect Letter_03282023.docx |

Counsel,

We have completed our review of all timely claim forms received. We have identified 6 categories of defects as listed below with the estimated counts per category and description. Please note that a claim can be deficient for multiple reasons and they are included in the counts for each applicable defect type. Per the Settlement Agreement, late claims are not considered valid and will be rejected with no follow up.

We recently circulated Cin-Q Auto Inc v BTL 2023-03-20_v2 which lists all of the fax numbers claimed by each Claimant and whether the fax number claimed is valid (matched to the Biggerstaff list.) The file will be updated with deficiency information by no later than Monday April 3. The examples below can be found in the file by searching the tracking number listed.

| # | DefectType | Count | Description | Tracking_Number Example |
|---|---|---|---|---|
| 1 | Non-Matching Fax Number | 791 | A fax number claimed that is not matched to the Biggerstaff list. | 176972 |
| 2 | Multi Claimed Fax | 413 | A fax number claimed by multiple claimants. | 116 |
| 3 | Claimant Only Identified by LexisNexis | 543 | A claim filed by a claimant identified only in the LexisNexis search results. | 27292 |
| 4 | Original Notice Not Sent | 275 | A claim filed a claimant not identified in the TransUnion search results. | 176976 |
| 5 | Org Registered After Class Period | 31 | A claim filed by a business with an organizational date after June 9, 2010. | 25836 |
| 6 | Missing Signature | 5 | A claim filed and not signed. | 33689 |

Per the October 11, 2022 Order, responses to defect letters must be postmarked by May 12, 2023. Accordingly, we will mail the deficiency letters by no later than April 12, 2023.

Please let me know if you have any questions.

Thank you,
Orlando

**Orlando Castillejos**
Epiq | Project Manager
10300 SW Allen Blvd
Beaverton, OR 97005
Mobile: +1 502 931 0892
Email: orlando.castillejos@epiqglobal.com

**People. Partnership. Performance.**
www.epiqglobal.com

This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected from disclosure to anyone other than its intended recipient(s). If you have received this message in error, please notify the sender immediately by reply email of the inadvertent transmission and then immediately delete the original message (including any attachments) in its entirety.

**Cin-Q Automobiles, Inc., et al. v.**  Toll-Free Number: 1-800-974-0698
**Buccaneers Limited Partnership**  Website: BTL-TCPA-Settlement.com
Settlement Administrator
P.O. Box 6394
Portland, OR 97228-6394

<<Mail ID>>  Tracking Number: <<##########>>
<<KeyName>>
<<Address1>>
<<Address2>>  Response Deadline: May 12, 2023
<<City>><<State>><<Zip>>
<<Country>>  <<Mail Date (Month DD, YYYY)>>

### Notice of Incomplete Claim Form for *Cin-Q Automobiles, Inc., et al. v. Buccaneers Limited Partnership*

Case No. 8:13-cv-01592 (M.D. Fla.)

Dear <<KeyName>>:

We have received and processed the Claim Form ("Claim") that you submitted in connection with the *Cin-Q Automobiles, Inc., et al. v. Buccaneers Limited Partnership* Settlement. This letter is to provide you with an opportunity to cure the defect(s) of your Claim. Please be advised that failure to cure the defect(s) listed below could result in the denial of your Claim, in whole or in part. In order to cure your Claim, you must submit a written response (with any required documentation), as specified below. We recommend you also include a copy of this Notice with your response. Your response must be **postmarked no later than May 12, 2023.**

<<LNM>>, <<NCM>>, <<MCF>> LexisNexis, Non-Class Member, Multi-Claim Fax

**Unable To Determine Ownership**

We are unable to confirm your ownership of the fax number claimed based on the information provided your claim. To be eligible, you must have received or were successfully sent from July 14, 2009, to June 9, 2010 one or more facsimile advertisements relating to tickets for Tampa Bay Buccaneers games.

Fax Number: <<Fax Number Provided>>*AAD. Client Match True

**How to Resolve:**
Please provide documentation showing that this fax number belonged to you between July 14, 2009, and June 9, 2010. Examples of this documentation include but are not limited to letterhead, business cards, and websites.

<<OOC>>

**Outside of Class Period**

The business claiming the fax number(s) was organized after June 9, 2010. The parties have agreed to settle all claims about 343,122 advertising faxes allegedly sent by or on behalf of BTL from July 14, 2009, to June 9, 2010. A business with an organizational date after June 9, 2010 is outside of the class period.

Fax Number: <<Fax Number Provided>>*AAD. Client Match True

**How to Resolve:**

Please provide documentation showing that your business existed between July 14, 2009, and June 9, 2010. Examples of this documentation include but are not limited to articles of incorporation, articles of organization, letterhead, business cards, and websites.

<<NMF>>

**Non-Matching Fax Number**

The fax number provided does not match any of the affected fax numbers identified in this Action.

Fax Number Not Matched: <<Fax Number Provided>>*AAD. Client Match Blank/Null

**How to Resolve:**
Please provide at least one owned fax number that received one or more facsimile advertisements relating to tickets for Tampa Bay Buccaneers games between July 14, 2009, and June 9, 2010.

Fax Number(s): ☐☐☐ - ☐☐☐ - ☐☐☐☐

<<SIG>>

**Missing Signature**
The Claim referenced above is missing a signature for the claimant.

Fax Number: <<Fax Number Provided>>*AAD. Client Match True

**How to Resolve:**
You did not sign your Claim Form, or the name and/or signature in the Certification was in the name of a person other than the subscriber or primary user listed on the Claim Form. You can resolve this defect by having the claimant complete the Certification below and return this letter to the Settlement Administrator by the response deadline.

**VERIFY OWNERSHIP OF THE FAX NUMBER(S) LISTED ABOVE AND RECEIPT OF A FAX OR FAXES.**

Between July 14, 2009, and June 9, 2010, I or my company subscribed to the fax number(s) identified above and faxes were received at such number or numbers, including faxes from the Tampa Bay Buccaneers.
I certify under penalty of perjury that the foregoing is true and correct.

Date: ☐☐ - ☐☐ - ☐☐☐☐
       MM   DD   YYYY

(Sign your name here)

<<Close>>
To be eligible to share in the Settlement proceeds obtained in this action, please respond to this letter. Failure to cure the defect(s) listed above could result in the rejection of your Claim.

Your written response to this letter must be postmarked no later than May 12, 2023 and should be mailed to the return address listed above. Please include a copy of this letter with your response and submit any documents that resolve the deficiency listed in your Claim.

Your failure to submit your response postmarked no later than May 12, 2023 could result in the denial of your Claim.

If you require additional information, you may contact the Settlement Administrator at 1-800-974-0698 or visit BTL-TCPA-Settlement.com.

Sincerely,
*Cin-Q Automobiles, Inc., et al. v. Buccaneers Limited Partnership*
Attn: Settlement Administrator
P.O. Box 6394
Portland, OR 97228-6394