# EXHIBIT 14

Cin-Q Automobiles, Inc., et al. v. BTL
Case No. 8:13-cv-01592-AEP (M.D. Fla.)

| | |
|---|---|
| **From:** | Collins, Robert (CH) |
| **Sent:** | Friday, May 26, 2023 5:43 PM |
| **To:** | Amin-Giwner, Stephanie |
| **Cc:** | Mester, Mark (CH) |
| **Subject:** | Cin-Q v. BTL – Reverse Lookups |

Dear Ms. Amin-Giwner:

We are in the process of addressing with Class Counsel the issues arising from the two reverse lookups performed by Epiq using the TransUnion and then the LexisNexis databases. During those discussions, several issues have arisen that relate to the form in which the results of those reverse lookups were provided to Epiq as well as what the date range and other search parameters were for the database searches that led to the matches that were obtained.

We recall that Epiq provided the Parties with the results of the reverse lookups last year. These results were provided as spreadsheets listing (a) each fax number in the set and (b) the corresponding results (i.e., matches) for each fax number. We would, however, appreciate an explanation from Epiq as to whether Epiq received any additional materials and/or information from LexisNexis and TransUnion that was not provided to the Parties. If so, BTL requests that Epiq provide any and all such materials and information to the Parties as soon as possible.

We would also appreciate if you could let us know what date range was specified by Epiq for the searches performed in terms of ownership of one or more of the numbers on the Biggerstaff list. We also need to know so that we can report to the Court what the other search parameters were as well as what Epiq's instructions were to TransUnion and LexisNexis.

With respect to the date range, while the class period is obviously limited to 11 months (i.e., July of 2009 to June of 2010), we would like to know whether that precise 11-month window was utilized for the reverse lookups or if (as we would expect) LexisNexis and TransUnion utilized a wider date range to conduct their reverse lookups. We assume the date range for the search was specified by Epiq, but if TransUnion and/or LexisNexis had a role in that, we would want to know that too.

Thank you and best regards.

Robbie

**Robert C. Collins III**

**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800 | Chicago, IL 60611
D: +1.312.876.6566 | M: +1.219.789.3376