# EXHIBIT 15

Cin-Q Automobiles, Inc., et al. v. BTL
Case No. 8:13-cv-01592-AEP (M.D. Fla.)

| | |
|---|---|
| **From:** | Amin-Giwner, Stephanie <stephanie.Amin-Giwner@epiqglobal.com> |
| **Sent:** | Thursday, June 1, 2023 7:11 PM |
| **To:** | Collins, Robert (CH) |
| **Cc:** | Slater, Gabe (CH); Mester, Mark (CH); Castillejos, Orlando; Bithell, Richard |
| **Subject:** | RE: Cin-Q v. BTL – Reverse Lookups |

Robbie:

In response to your May 26 email, I can confirm that we have provided all data Epiq received as a result of the reverse lookups that were performed.

Below are the search parameters used for each reverse look up.

TransUnion Reverse Lookup
- No cap on results returned for each fax number.
- TransUnion was provided with one file that included all 131,011 unique fax number records.
- Transunion searched their databases for the owner (individual or business) of the number during July 1, 2009 – June 30, 2010.
- The product search name used was Transunion Batch Legal Reverse Phone Lookup

LN First Reverse Lookup
- Results were capped at up to 3 for each fax number.
    - Up to 1 result from Lexis' Consumer Database and 2 from the Business Database.
- LexisNexis was provided with two files. The first file, "File 1," included 40,940 unique records for which TransUnion had previously provided results. The second file, "File 2," included 90,071 unique records for which no results had been previously identified by TransUnion. Each file was processed in the Consumer Database and Business Database.
- The search period was July 14, 2009 – June 9, 2010

LN Second Reverse Lookup
- No cap on results returned for each fax number.
- LexisNexis was provided with two files. The first file, "File 1," included 40,940 unique records for which TransUnion had previously provided results. The second file, "File 2," included 90,071 unique records for which no results had been previously identified by TransUnion. Each file was processed in the Consumer Database and Business Database.
- Executive name information was returned if available for each potential owner identified.
- The search period was July 14, 2009 – June 9, 2010

**Stephanie Amin-Giwner**
Epiq | Director, Client Services
Office: +1 631 470 6881
Email: stephanie.amin-giwner@epiqglobal.com

1