# EXHIBIT 21

Cin-Q Automobiles, Inc., et al. v. BTL
Case No. 8:13-cv-01592-AEP (M.D. Fla.)

| | |
|---|---|
| **From:** | Castillejos, Orlando <Orlando.Castillejos@epiqglobal.com> |
| **Sent:** | Wednesday, February 8, 2023 11:36 AM |
| **To:** | Collins, Robert (CH) |
| **Cc:** | Mester, Mark (CH) |
| **Subject:** | RE: Cin-Q v. BTL |

Hi Robbie,

There are an estimated 662 claims filed by claimants who were not mailed a notice. Of the 662 claims, 481 were filed online and 181 by mail. The counts are being finalized now that the claim filing deadline has passed. In regards to supporting documentation, examples can include but aren't limited to articles of incorporation, organization or dissolution, or invoices that include a date, name, and fax number. We will review all documentation submitted by claimants and inform the parties of the types of documentation received and how we will proceed before finalizing our review of defective responses.

Thank you,
Orlando

**Orlando Castillejos**
Epiq | Project Manager
Mobile:  +1 502 931 0892
Email:  orlando.castillejos@epiqglobal.com

**People. Partnership. Performance.**
www.epiqglobal.com

---

**From:** Robert.Collins@lw.com <Robert.Collins@lw.com>
**Sent:** Monday, February 6, 2023 6:04 PM
**To:** Castillejos, Orlando <Orlando.Castillejos@epiqglobal.com>
**Cc:** mark.mester@lw.com
**Subject:** Cin-Q v. BTL

**CAUTION:** This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the "Phish Alert Report" button above.

Dear Orlando –

Further to our email below, it looks like we are on the same page and that Epiq will need to send deficiency notices and seek additional information for (1) claims listing a fax number that is also contained in another claim and (2) claims submitted by claimants only identified in the Lexis Nexis reverse lookup, but not the TransUnion reverse lookup.

As you continue to prepare the list of open claims, however, one additional category we have identified that we believe warrants additional documentation is any claimant who did not receive mailed notice.  Do you have a sense of how many claimants fall into this category?  Based on Epiq's most recent activity report, we understand that there have been 748 claims submitted through the web claim form.  We expect, for example, that some number of those were submitted by claimants who were not provided mailed notice during the notice program.  Because any such claimants were not identified by either the TransUnion or Lexis Nexis

reverse lookups, however, we believe it is essential to ensure that any such claims are not fraudulent before they can be approved and accepted.

Finally, has Epiq determined what kinds of additional documentation it intends to request from these categories of claimants?

We are happy to discuss further at your convenience.

Best regards,

Robbie

**Robert C. Collins III**

**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800 | Chicago, IL 60611
D: +1.312.876.6566 | M: +1.219.789.3376

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.