**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC. and MEDICAL CHIROPRACTIC CLINIC, INC., individually and on behalf of a class, | ) ) ) ) |
| | ) No. 8:13-cv-01592-AEP |
| Plaintiffs, | ) |
| | ) Hon. Anthony E. Porcelli |
| v. | ) |
| | ) |
| BUCCANEERS LIMITED PARTNERSHIP, | ) ) |
| | ) |
| Defendant | ) |
| _____ | ) |
| | ) |
| TECHNOLOGY TRAINING ASSOCIATES, INC., *et al*., | ) ) |
| | ) |
| Intervenors. | ) |

**INTERVENORS' RESPONSE TO MOTIONS**
**REGARDING CLAIMS ADMINISTRAION PROCESS**

Intervenors Technology Training Associates, Inc. ("TTA"), Larry F. Schwanke, D.C., d/b/a Back to Basics Family Chiropractic ("Schwanke"), Barewood Outlet, Inc. ("Barewood"), Meryman Environmental, Inc. ("Meryman"), and Thomas Savino d/b/a WebRX Pharmacy Palace, d/b/a RxPalace.com ("Savino" and collectively "Intervenors"), submit the response to the respective motions concerning the claims process filed as ECF No. 451 by Plaintiffs Cin-Q Automobiles, Inc. and Medical and Chiropractic Clinic, Inc. ("Plaintiffs') and as

ECF No. 454 by Defendant Buccaneers Team LLC f/k/a Buccaneers Limited Partnership ("BTL").

Intervenors submit this response simply to correct false factual statements made by BTL in its motion. As to the myriad claims process disputes between Plaintiffs and BTL, Intervenors will comment when they file their response to the motion for final approval, if we ever get there.

The false factual statement made by BTL is that "four of the Intervenors submitted Claim Forms with one valid number but one or more invalid numbers." ECF No. 454, n. 12, PageID13336. *See also* n. 20, PageID13346. BTL's assertion is false. In fact, the four Intervenors BTL refers to submitted only a single fax number each, and the Settlement Administrator concluded that BTL faxes were received at each of those four numbers.

The supposed "second" "invalid" number for each of them was not a fax number, but was the contact *phone number* submitted by each Intervenor as required on the Claims Form. The Claims Form required each claiming class member to "provide your contact information" including name, company, address, *phone number,* email, and fax number:

**Step 1.   PROVIDE YOUR CONTACT INFORMATION.**

First Name:                                   MI:

Company (if applicable):

Address:

City:

Phone Number:

Email:

Fax Number(s):

*List all numbers at which you or your company received faxes bet*

ECF No, 421.

Each Intervenor duly provided their phone number in the space provided for "Phone Number." The Settlement Administrator then (apparently erroneously) incorporated these "Phone Numbers" into its claims spreadsheet under one of the headers for "Claim_Fax_No._."[1] See ECF Nos. 455, 450 (spreadsheet filed under seal).

For example, Savino submitted a claim form that provided 941-906-8077 as his phone number, and 941-906-8078 as his fax number:

---

[1] Copies of the claim forms submitted by Savino, Dr. Schwanke, and Merryman are attached as Exhibits A-C. TTA submitted its claim form online and Barewood by fax, but Intervenors' counsel does not have a copy of their submitted claim forms.



The Settlement Administrator erroneously included both the phone and fax numbers as fax numbers in its spreadsheet, the phone number under the header "Claim_Fax_No_1" and the fax number under "Claim_Fax_No_2".[2] (The Settlement Administrator sometimes listed a claimant's phone number under the column "Claim_Fax_No_1" and sometimes under "Claim_Fax_No_2."). The Settlement Administrator erroneously counted the "Total Fax Numbers Provided" by Savino as "2," when in fact only one fax number was actually included on Savino's claim form:

| Total Fax Numbers Provided | Claim_Fax_No_1 | Fax_No_1_ValidFax | Fax_No_1_Faxes_Recd | Claim_Fax_No_2 | Fax_No_2_ValidFax | Fax_No_2_Faxes_Recd |
|---|---|---|---|---|---|---|
| 2 | 9419068077 | N | 0 | 9419068078 | Y | 4 |

At the risk of belaboring the point, the same is true for Schwanke, Meryman, and TTA. Each listed only one fax number on their respective claim form, but the Settlement Administrator also input their respective phone numbers as fax numbers,

---

[2] PDF printouts of the five complete rows relating to each of the five Intervenors from the Settlement Administrator spreadsheet are attached as Exhibit D.

listed the "Fax Numbers Provided" as "2," and concluded that the fax number received BTL faxes, but the phone number did not.

## Schwanke



| Total Fax Numbers Provided | Claim_Fax_No_1 | Fax_No_1_ValidFax | Fax_No_1_Faxes_Recd | Claim_Fax_No_2 | Fax_No_2_ValidFax | Fax_No_2_Faxes_Recd |
|---|---|---|---|---|---|---|
| 2 | 3523690168 | Y | | 2 | 3523699868 | N | 0 |
| 2 | 3523690168 | Y | | 2 | 3523699868 | N | 0 |

## Meryman



| Total Fax Numbers Provided | Claim_Fax_No_1 | Fax_No_1_ValidFax | Fax_No_1_Faxes_Recd | Claim_Fax_No_2 | Fax_No_2_ValidFax | Fax_No_2_Faxes_Recd |
|---|---|---|---|---|---|---|
| 2 | 8136236613 | Y | | 2 | 8136269551 | N | 0 |

**TTA**

To counsel's knowledge, TTA submitted a claim form online listing its phone number as 813-249-0303 and its fax number as 813-884-2933. The Settlement Administrator erroneously input **both** numbers as fax numbers in its spreadsheet, wrongly asserting that TTA submitted 2 "total fax numbers."

| Total Fax Numbers Provided | Claim_Fax_No_1 | Fax_No_1_ValidFax | Fax_No_1_Faxes_Recd | Claim_Fax_No_2 | Fax_No_2_ValidFax | Fax_No_2_Faxes_Recd | |
|---|---|---|---|---|---|---|---|
| 2 | 8132490303 | N | 0 | 8138842933 | Y | 2 | N |

BTL throws around assertions about "fraud" and "perjury," but in fact it is BTL and its Settlement Administrator that apparently can't get their facts straight. Each of the four Intervenors above plainly provided only a single fax number on their respective claim form, and in each case the Settlement Administrator found that they did in fact receive BTL faxes at the number provided.

The one exception, Barewood, is the exception that Intervenors' counsel brought to the Court's attention during the hearing on May 22, 2023. Tr. at p. 19. One of Barewood's fax numbers in 2009-2010 was 813-876-5883 and it received BTL faxes at that number. *See* ECF No. 434-8. However, on its submitted claim form, Barewood mistakenly provided one of its other fax numbers, one that

6

apparently did not receive any BTL fax. *See* Ex. D. Barewood intends to submit a corrected claim form when afforded the opportunity to do so.

The Court should reject BTL's false assertions about Intervenors' claim forms. The Court may also want to inquire as to whether the Settlement Administrator made similar errors in treating "phone numbers" as "fax numbers" for other claiming class members besides the Intervenors. And the Court may perhaps want to require the Settlement Administrator to complete and submit a correct spreadsheet at its own expense.

Respectfully submitted,

TECHNOLOGY TRAINING ASSOCIATES, INC., LARRY E. SCHWANKE, D.C. d/b/a BACK TO BASICS FAMILY CHIROPRACTIC, BAREWOOD OUTLET, INC., MERRYMAN ENVIRONMENTAL, INC., AND THOMAS SAVINO D/B/A WEBRX PHARMACY PALACE, D/B/A RXPALACE.COM

By: /s/ Phillip A. Bock

Phillip A. Bock
Robert M. Hatch
Jonathan B. Piper
Bock Hatch & Oppenheim, LLC
203 N. La Salle Street, Suite 2100
Chicago, IL 60601

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

By: /s/ Phillip A. Bock