# Exhibit A

Tracking Number: 87887
November 7, 2022

## PROOF OF CLAIM
### Cin-Q Automobiles, Inc., et al. v. Buccaneers Limited Partnership
### Case No. 8:13-cv-01592 (M.D. Fla.)

**Please Read This Entire Form Carefully**
**You Must Submit Your Signed Claim by February 6, 2023.**
If You Do Not Submit a Claim Form by February 6, 2023, You Will Not Receive the Benefits Described in the Class Notice.

You Must Complete **All Three** Steps to Claim a Share of the Settlement Fund.

**Step 1.   PROVIDE YOUR CONTACT INFORMATION.**

First Name: THOMAS
MI:
Last Name: SAVINO
Company (if applicable): WEBRX PHARMACY PALACE
Address: 6583 GATEWAY AVE
City: SARASOTA
State: FL
ZIP Code: 34231
Phone Number: 941-906-8077
Email: TOM@RXPALACE.COM
Fax Number(s): 941-906-8078

List all numbers at which you or your company received faxes between July 14, 2009, and June 9, 2010. Attach a separate sheet if necessary. The Settlement Administrator will verify that the fax number(s) you provide appear(s) in the existing records related to the case before approving your claim. The parties also have the right to audit this Claim Form, verify your statements, and dispute any claims.

**Step 2.   VERIFY OWNERSHIP OF THE FAX NUMBER(S) LISTED ABOVE AND RECEIPT OF A FAX OR FAXES.**

Between July 14, 2009, and June 9, 2010, I or my company subscribed to the fax number(s) identified above or attached to this Proof of Claim and faxes were received at such number or numbers, including faxes from the Tampa Bay Buccaneers.

I certify under penalty of perjury that the foregoing is true and correct.

Date: 02-03-2023 (MM-DD-YYYY)

(Sign your name here)

**Step 3.   RETURN THIS CLAIM FORM BY FEBRUARY 6, 2023.**
   a. Fax this Claim Form to 1-833-627-0966; OR
   b. Mail this Claim Form to *Cin-Q Automobiles, Inc. v. Buccaneers Limited Partnership*, Attn: Settlement Administrator, P.O. Box 6394, Portland, OR 97228-6394; OR
   c. Submit this Claim Form electronically at BTL-TCPA-Settlement.com.

If the Settlement is granted Final Approval and your claim is accepted, you will be mailed a check representing your share of the Settlement Fund, subject to the verification process noted above. This process takes time, so please be patient. Please keep a copy of your completed Claim Form for your records and ensure that you keep your current address on file with the Settlement Administrator.

01-CA40052416
AG2831 v.06