# Exhibit B

**PROOF OF CLAIM**
**Cin-Q Automobiles, Inc., et al. v. Buccaneers Limited Partnership**
Case No. 8:13-cv-01592 (M.D. Fla.)

---

**Please Read This Entire Form Carefully**
**You Must Submit Your Signed Claim by February 6, 2023.**
If You Do Not Submit a Claim Form by February 6, 2023, You Will Not Receive the Benefits Described in the Class Notice.

---

You Must Complete All Three Steps to Claim a Share of the Settlement Fund.

**Step 1.  PROVIDE YOUR CONTACT INFORMATION.**

First Name: LARRY
MI: E
Last Name: SCHWANKE

Company (if applicable): BACK TO BASICS FAMILY CHIRO.

Address: 3910 S PINE AVE. STE. C

City: OCALA
State: FL
ZIP Code: 34480

Phone Number: 352-369-9868

Email: B2BCHIRO@AOL.COM

Fax Number(s): 352-369-0168

List all numbers at which you or your company received faxes between July 14, 2009, and June 9, 2010. Attach a separate sheet if necessary. The Settlement Administrator will verify that the fax number(s) you provide appear(s) in the existing records related to the case before approving your claim. The parties also have the right to audit this Claim Form, verify your statements, and dispute any claims.

**Step 2.  VERIFY OWNERSHIP OF THE FAX NUMBER(S) LISTED ABOVE AND RECEIPT OF A FAX OR FAXES.**

Between July 14, 2009, and June 9, 2010, I or my company subscribed to the fax number(s) identified above or attached to this Proof of Claim and faxes were received at such number or numbers, including faxes from the Tampa Bay Buccaneers.

I certify under penalty of perjury that the foregoing is true and correct.

Date: 02-03-2023 (MM-DD-YYYY)

(Sign your name here)

**Step 3.  RETURN THIS CLAIM FORM BY FEBRUARY 6, 2023.**

a. Fax this Claim Form to 1-833-627-0966; OR
b. Mail this Claim Form to Cin-Q Automobiles, Inc. v. Buccaneers Limited Partnership, Attn: Settlement Administrator, P.O. Box 6394, Portland, OR 97228-6394; OR
c. Submit this Claim Form electronically at BTL-TCPA-Settlement.com.

If the Settlement is granted Final Approval and your claim is accepted, you will be mailed a check representing your share of the Settlement Fund, subject to the verification process noted above. This process takes time, so please be patient. Please keep a copy of your completed Claim Form for your records and ensure that you keep your current address on file with the Settlement Administrator.