Exhibit D

| Tracking_Number | Total Fax Numbers Provided | Claim_Fax_No_1 | Fax_No_1_ValidFax | Fax_No_1_Faxes_Recd | Claim_Fax_No_2 | Fax_No_2_ValidFax | Fax_No_2_Faxes_Recd | Claimant_Status | Key_Name | Address_1 | Address_2 | City | State | Zipcode | Is_Business | Is_SIgned | Is_Late |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 114353 | 2 | 9419068077 | N | 0 | 9419068078 | Y | 4 | Notice Sent | WEBRX PHARMACY PALACE | 6583 GATEWAY AVE | | SARASOTA | FL | 34231 | Y | Y | N |

| Tracking_Number | Total Fax Numbers Provided | Claim_Fax_No_1 | Fax_No_1_ValidFax | Fax_No_1_Faxes_Recd | Claim_Fax_No_2 | Fax_No_2_ValidFax | Fax_No_2_Faxes_Recd | Claimant_Status | Key_Name | Address_1 | Address_2 | City | State | Zipcode | Is_Business | Is_Signed | Is_Late |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 177636 | 2 | 3523690168 | Y | 2 | 3523699868 | N | 0 | NOT MAILED | BACK TO BASICS FAMILY CHIRO | 3910 S PINE AVE STE C | | OCALA | FL | 34480 | Y | Y | N |
| 177637 | 2 | 3523690168 | Y | 2 | 3523699868 | N | 0 | NOT MAILED | BACK TO BASICS FAMILY CHIRO | 3910 S PINE AVE STE C | | OCALA | FL | 34480 | Y | Y | N |

| Tracking_Number | Total Fax Numbers Provided | Claim_Fax_No_1 | Fax_No_1_ValidFax | Fax_No_1_Faxes_Recd | Claim_Fax_No_2 | Fax_No_2_ValidFax | Fax_No_2_Faxes_Recd | Claimant_Status | Key_Name | Address_1 | Address_2 | City | State | Zipcode | Is_Business | Is_Signed | Is_Late |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 177660 | 2 | 8136236613 | Y | 2 | 8136269551 | N | 0 | NOT MAILED | MERYMAN ENVIRONMENTAL INC | 10408 BLOOMINGDALE AVE | | RIVERVIEW | FL | 33578 | Y | Y | N |

| Tracking_Number | Total Fax Numbers Provided | Claim_Fax_No_1 | Fax_No_1_ValidFax | Fax_No_1_Faxes_Recd | Claim_Fax_No_2 | Fax_No_2_ValidFax | Fax_No_2_Faxes_Recd | Claimant_Status | Key_Name | Address_1 | Address_2 | City | State | Zipcode | Is_Business | Is_SIgned | Is_Late |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 177505 | 2 | 8132490303 | N | 0 | 8138842933 | Y | 2 | NOT MAILED | MICHAEL HIGGINS | 1412 TECH BLVD | | TAMPA | FL | 336197865 | Y | Y | N |

| Tracking_Number | Total Fax Numbers Provided | Claim_Fax_No_1 | Fax_No_1_ValidFax | Fax_No_1_Faxes_Recd | Claim_Fax_No_2 | Fax_No_2_ValidFax | Fax_No_2_Faxes_Recd | Claimant_Status | Key_Name | Address_1 | Address_2 | City | State | Zipcode | Is_Business | Is_SIgned | Is_Late |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 177638 | 2 | 7277919345 | N | 0 | 8132441177 | N | 0 | NOT MAILED | BAREWOOD OUTLET INC | 17817 ST LUCIA ISLE DRIVE | | TAMPA | FL | 33647 | Y | Y | N |
| 177653 | 2 | 7277919345 | N | 0 | 8132441177 | N | 0 | NOT MAILED | BAREWOOD OUTLET INC | 17817 ST LUCIA ISLE DRIVE | | TAMPA | FL | 33647 | Y | Y | N |