UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC., et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>BUCCANEERS LIMITED PARTNERSHIP and JOHN DOES 1-10,<br><br>　　　　　　　Defendants,<br><br>────────────────<br><br>TECHNOLOGY TRAINING ASSOCIATES, INC., et al.,<br><br>　　　　　　　Intervenors. | Case No. 8:13-cv-01592-AEP<br><br>Magistrate Judge<br>Anthony E. Porcelli |

### UNOPPOSED (AT LEAST IN PART) MOTION FOR AN EXTENSION OF TIME

Defendant Buccaneers Team LLC ("BTL") respectfully moves for a two-day extension of time until July 14, 2023 for the submission of its reply memorandum that would otherwise be due on July 12, 2023. See Order (Dkt. 463) (granting leave to file a reply memorandum and setting a due date of July 12, 2023). In support of this motion, BTL states as follows:[1]

　　1.　BTL moved for leave to file a reply to the submission made on June 30, 2023 by Intervenors Technology Training Associates, Inc., et al. ("Intervenors"). See BTL Mot. (Dkt. 462).

　　2.　As indicated in that motion, BTL's counsel had contacted the Settlement Administrator shortly after receiving Intervenors' June 30, 2023

---

[1] Capitalized terms have the meaning ascribed to them in the Settlement Agreement filed with Plaintiffs' motion for preliminary approval. See Settlement Agt. (Dkt. 324-1).

submission and asked the Settlement Administrator to address the issues raised in that submission regarding the processing of Claims Forms by the Settlement Administrator.  See BTL Mot. (Dkt. 462) at 3; Collins Decl. (Dkt. 462-1) ¶ 8, Ex. 4.

3. The Settlement Administrator initially indicated to BTL that it would provide a response by July 3, 2023.  See BTL Mot. (Dkt. 462) at 3; Collins Decl. (Dkt. 462-1) ¶ 9, Ex. 5.

4. Unfortunately, a response from the Settlement Administrator was not received by that date, but when BTL filed its motion for leave, we hoped and anticipated that a response would at least be forthcoming sometime this week.  See BTL Mot. (Dkt. 462) at 3; Collins Decl. (Dkt. 462-1) ¶ 10.

5. On Wednesday, July 6, 2023, however, we finally heard back from the Settlement Administrator, and Epiq is now proposing that it provide the Parties with a response by July 12, 2023 (i.e., the same date set by the Court for the filing of BTL's reply).  See July 6, 2023 Emails with S. Amin-Giwner, Ex. A hereto; Order (Dkt. 463).

6. Since July 12, 2023 is the current due date for the filing of BTL's reply and since BTL's counsel will need at least some time to analyze whatever revised analyses are provided by the Settlement Administrator of the Claim Forms that have been submitted, we respectfully request a two-day extension of time until July 14, 2023 to file BTL's reply, at which point we can hopefully provide the Court with a

2

better sense of the scope of any issues or problems in the original analyses of Claim Forms by the Settlement Administrator.[2]

7.      BTL also believes it may be appropriate to reschedule the July 17, 2023 hearing to allow (depending on the Court's availability and schedule) sufficient time for the Court to review BTL's reply as well as the revised analyses of the Claim Forms by the Settlement Administrator.[3]  Class Counsel, however, do not agree to that portion of the relief requested herein, and we do not believe Intervenors' counsel agree to this either.

WHEREFORE, for the foregoing reasons, BTL respectfully requests a two-day extension of time until July 14, 2023 for the submission of its reply memorandum to Intervenors' June 30, 2023 submission.  BTL requests such other relief as the Court deems appropriate.

Date:  July 7, 2023                              Respectfully submitted,

                                                 */s/ Mark S. Mester*
                                                 Mark S. Mester, One of the Attorneys
                                                 for Defendant Buccaneers Team LLC

---

[2] Mindful of the desire of the Parties and the Court to avoid further extensions of the existing schedule if at all possible, we have emphasized to the Settlement Administrator that it is important that it meet the July 12, 2023 deadline it set for itself.  See July 6, 2023 Emails with S. Amin-Giwner, Ex. A hereto.  And Epiq has, in turn, promised that it will meet the July 12, 2023 deadline and will also try to provide the information earlier.  See id.

[3] Given the short amount of time BTL will have to analyze what is received from the Settlement Administrator before preparing and filing its reply, it is unfortunately likely that the reply itself will not be filed until later in the evening on July 14, 2023.

3

| | |
|---|---|
| Mark S. Mester<br>   (admitted *pro hac vice*)<br>Robert C. Collins III<br>   (admitted *pro hac vice*)<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, Illinois 60611<br>Telephone:  (312) 876-7700<br>Facsimile:  (312) 993-9767<br>E-mail:  mark.mester@lw.com<br>         robert.collins@lw.com | Joseph H. Varner, III<br>   (Bar No. 394904)<br>HOLLAND & KNIGHT LLP<br>100 North Tampa Street, Suite 4100<br>Tampa, Florida 33602-3644<br>Telephone:  (813) 227-8500<br>Facsimile:  (813) 229-0134<br>Email:  joe.varner@hklaw.com |

## LOCAL RULE 3.01(G) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned conferred with Class Counsel as well as counsel for Intervenors.  BTL initially requested an extension of five days until July 17, 2023 and a corresponding resetting of the July 17, 2023 hearing to a later date convenient for the Court.  Class Counsel and Intervenors' counsel, however, indicated they would oppose BTL's request.  In an effort to reach a compromise and in spite of the fact it would give BTL only one full day with the Settlement Administrator's revised analyses of the Claim Forms, BTL proposed instead a two-day extension for BTL's reply until Friday, July 14, 2023, and a corresponding request that the Court reset the July 17, 2023 hearing to ensure the Court has adequate time to review BTL's reply as well as the revised analyses provided by the Settlement Administrator.  That proposal was rejected as well by Class Counsel and Intervenors, but agreement was later reached (at least with Class Counsel) on a two-day extension for BTL's reply, with no agreement being reached on the need to reset the July 17, 2023 hearing.  Moreover, the last word received from Intervenors' counsel was that Intervenors would only agree to a one-day extension for BTL's reply.

Date:  July 7, 2023

/s/ Mark S. Mester
Mark S. Mester, One of the Attorneys for Defendant Buccaneers Team LLC

Mark S. Mester
  (admitted *pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
E-mail:  mark.mester@lw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which served all relevant parties.

Date:  July 7, 2023

*/s/ Mark S. Mester*
Mark S. Mester
  (admitted *pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
E-mail:  mark.mester@lw.com