# EXHIBIT A

Cin-Q Automobiles, Inc., et al. v. BTL
Case No. 8:13-cv-01592-AEP (M.D. Fla.)

---

| **From:** | Amin-Giwner, Stephanie <stephanie.Amin-Giwner@epiqglobal.com> |
|---|---|
| **Sent:** | Thursday, July 6, 2023 4:11 PM |
| **To:** | Jon Piper; Collins, Robert (CH); ghara@andersonwanca.com; Diego, Juana; Kovach, Loree; Bithell, Richard; Castillejos, Orlando; Mester, Mark (CH); Slater, Gabe (CH); Phil Bock; Robert Hatch |
| **Cc:** | mca2175@hotmail.com; m@mcalaw.net; ross@loftusandeisenberg.com |
| **Subject:** | RE: Cin-Q v. BTL--Motions re: Claims Process |

Confirming that we will provide an updated no later than July 12.  If we can provide to you sooner, we will do so.

**Stephanie Amin-Giwner**
Epiq | Director, Client Services
Office: +1 631 470 6881
Email: stephanie.amin-giwner@epiqglobal.com

**From:** Jon Piper <Jonathan@classlawyers.com>
**Sent:** Thursday, July 6, 2023 4:16 PM
**To:** Robert.Collins@lw.com; Amin-Giwner, Stephanie <stephanie.Amin-Giwner@epiqglobal.com>; ghara@andersonwanca.com; Diego, Juana <jdiego@epiqglobal.com>; Kovach, Loree <loree.Kovach@epiqglobal.com>; Bithell, Richard <rbit@epiqglobal.com>; Castillejos, Orlando <Orlando.Castillejos@epiqglobal.com>; mark.mester@lw.com; Gabe.Slater@lw.com; Phil Bock <phil@classlawyers.com>; Robert Hatch <robert@classlawyers.com>
**Cc:** mca2175@hotmail.com; m@mcalaw.net; ross@loftusandeisenberg.com
**Subject:** Re: Cin-Q v. BTL--Motions re: Claims Process

Please also provide us, Intervenors's counsel, with the copies of the Intervenor claims forms when you circulate them. Thank you.

---

**From:** Robert.Collins@lw.com <Robert.Collins@lw.com>
**Sent:** Thursday, July 6, 2023 3:41 PM
**To:** stephanie.Amin-Giwner@epiqglobal.com <stephanie.Amin-Giwner@epiqglobal.com>; ghara@andersonwanca.com <ghara@andersonwanca.com>; jdiego@epiqglobal.com <jdiego@epiqglobal.com>; loree.Kovach@epiqglobal.com <loree.Kovach@epiqglobal.com>; rbit@epiqglobal.com <rbit@epiqglobal.com>; Orlando.Castillejos@epiqglobal.com <Orlando.Castillejos@epiqglobal.com>; mark.mester@lw.com <mark.mester@lw.com>; Gabe.Slater@lw.com <Gabe.Slater@lw.com>; Jon Piper <Jonathan@classlawyers.com>; Phil Bock <phil@classlawyers.com>; Robert Hatch <robert@classlawyers.com>
**Cc:** mca2175@hotmail.com <mca2175@hotmail.com>; m@mcalaw.net <m@mcalaw.net>; ross@loftusandeisenberg.com <ross@loftusandeisenberg.com>
**Subject:** RE: Cin-Q v. BTL--Motions re: Claims Process

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Stephanie,

We cannot see how Epiq thought it appropriate to analyze telephone numbers as fax numbers, nor to list telephone numbers as claimed fax lines, without, at minimum, distinguishing between fax and telephone lines, in its claims analysis.  We agree that the Parties need Epiq to provide an analysis of <u>only</u> the telephone numbers that claimants listed in the "Fax Number(s)" field of their Claim Forms, given that claimants may only seek payment under the Settlement Agreement with respect to those telephone lines.

That said, while claimants are <u>not</u> eligible for any payment on the lines listed in the field denominated "Phone Number and/or Email" on the Claim Form, we nonetheless ask that Epiq provide us its <u>separate</u> analysis of (a) whether the numbers listed in that field match a number on the Biggerstaff list and (b) the telephone numbers and claimants for which a telephone number supplied in that field matches a number on the Biggerstaff list.

Finally, while we do not necessarily agree with your reading of the Settlement Agreement as it relates to access to Claim Forms, we have no objection to Epiq providing copies of the Claim Forms of Plaintiffs Cin-Q and M&C to Class Counsel, so long as they are provided to us as well.  We also request that you provide us as soon as possible with the Claim Forms of each of the Intervenors, and we have no objection to you providing those to Class Counsel as well.

Robbie

P.S.:      We understood from Orlando's initial response to my email on Friday, June 30, 2023, that we could expect a response from Epiq to the issues raised in Intervenors' June 30, 2023 submission by Monday, July 3, 2023.  <u>See</u> June 30, 2023 Email from O. Castillejos ("We are reviewing the brief and will have a response on Monday.").  Unfortunately, we did not receive a response on Monday and did not receive any further word from Epiq until today, July 6, 2023.  We nonetheless accept your proposal today that Epiq provide the Parties with a complete response to the issues raised by Intervenors no later than Wednesday, July 12, 2023.  <u>See</u> July 6, 2023 Email from S. Amin-Giwner.  But we are compelled to emphasize that we really do need Epiq to meet that deadline, as we are proposing to Judge Porcelli that the case schedule be modified to account for the prior delay in receipt by the Parties of a response from Epiq and the schedule we are now proposing to Judge Porcelli assumes we will receive a full response by Epiq no later than Wednesday, June 12, 2023.

---

**From:** Amin-Giwner, Stephanie <stephanie.Amin-Giwner@epiqglobal.com>
**Sent:** Thursday, July 6, 2023 8:25 AM
**To:** Glenn Hara <ghara@andersonwanca.com>; Diego, Juana <jdiego@epiqglobal.com>; Kovach, Loree <loree.Kovach@epiqglobal.com>; Bithell, Richard <rbit@epiqglobal.com>; Castillejos, Orlando <Orlando.Castillejos@epiqglobal.com>; Mester, Mark (CH) <mark.mester@lw.com>; Collins, Robert (CH) <Robert.Collins@lw.com>; Slater, Gabe (CH) <Gabe.Slater@lw.com>; Jon Piper <Jonathan@classlawyers.com>; Phil Bock <phil@classlawyers.com>; Robert Hatch <robert@classlawyers.com>
**Cc:** Michael Addison <mca2175@hotmail.com>; Michael Addison <m@mcalaw.net>; Ross Good <ross@loftusandeisenberg.com>
**Subject:** RE: Cin-Q v. BTL--Motions re: Claims Process

Counsel:

I write in response to the emails received on June 30, 2023 and Glenn's email below regarding the report provided by Epiq.

We reviewed all phone numbers provided on the claim form, in both the telephone number and the fax number field, against the Biggerstaff List. Accordingly, the report provided by Epiq includes all telephone numbers that were provided by the claimant.  After reviewing the report, I did want to point that there were claims where the phone number provided in the contact information of the claim form did match against the Biggerstaff List.   We can provide an updated report with only the phone numbers provided in the fax number field on the claim form.  We should be able to provide that updated report by next Wednesday.

With regard to the Glenn's request for the claim forms filed by Plaintiffs Cin-Q Automobiles and Medical & Chiropractic, I reviewed Section VIII of the Settlement Agreement, I see that E. provides BTL the right to audit claim forms.  Assuming there is no objection, we will provide copies of the claim forms requested to Glenn via secure email transfer.

Stephanie
**Stephanie Amin-Giwner**

Epiq | Director, Client Services
Office: +1 631 470 6881
Email: stephanie.amin-giwner@epiqglobal.com

**From:** Glenn Hara <ghara@andersonwanca.com>
**Sent:** Wednesday, July 5, 2023 12:25 PM
**To:** Amin-Giwner, Stephanie <stephanie.Amin-Giwner@epiqglobal.com>; Diego, Juana <jdiego@epiqglobal.com>;
Kovach, Loree <loree.Kovach@epiqglobal.com>; Bithell, Richard <rbit@epiqglobal.com>; Castillejos, Orlando
<Orlando.Castillejos@epiqglobal.com>; Mark S. Mester (mark.mester@lw.com) <mark.mester@lw.com>;
Robert.Collins@lw.com; Gabe.Slater@lw.com; Jon Piper <Jonathan@classlawyers.com>; Phil Bock
<phil@classlawyers.com>; Robert Hatch <robert@classlawyers.com>
**Cc:** Michael Addison <mca2175@hotmail.com>; Michael Addison <m@mcalaw.net>; Ross Good
<ross@loftusandeisenberg.com>
**Subject:** RE: Cin-Q v. BTL--Motions re: Claims Process

> **CAUTION:** This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the "Phish Alert Report" button above.

Dear Ms. Amin-Giwiner and Epiq,

I have attached the Motion for Leave to File Reply and Collins Declaration (with attachments) filed today by BTL.  We see that BTL's counsel also contacted Epiq by email on June 30, 2023, regarding the same issue raised in my email below from June 30, 2023. Epiq responded to BTL's email on June 30, promising a response by Monday, July 3, which BTL states Epiq did not do in its motion filed today.  My email from June 30 did not receive a response from Epiq at all.

1.  Can Epiq please respond to my June 30 email?
2.  We request, pursuant to Section VIII of the Settlement Agreement, copies of the claim forms filed by Plaintiffs Cin-Q Automobiles and Medical & Chiropractic.

Regards,
Glenn L. Hara
Anderson + Wanca
3701 Algonquin Rd., Suite 500
Rolling Meadows, IL 60008
(847) 368-1500

---

**From:** Glenn Hara
**Sent:** Friday, June 30, 2023 7:35 PM
**To:** Amin-Giwner, Stephanie <stephanie.Amin-Giwner@epiqglobal.com>; Diego, Juana <jdiego@epiqglobal.com>;
Kovach, Loree <loree.Kovach@epiqglobal.com>; Bithell, Richard <rbit@epiqglobal.com>; Castillejos, Orlando
<Orlando.Castillejos@epiqglobal.com>; Mark S. Mester (mark.mester@lw.com) <mark.mester@lw.com>;
Robert.Collins@lw.com; Gabe.Slater@lw.com; Jon Piper <Jonathan@classlawyers.com>; Phil Bock
<phil@classlawyers.com>; Robert Hatch <robert@classlawyers.com>
**Cc:** Michael Addison <mca2175@hotmail.com>; Michael Addison <m@mcalaw.net>; Ross Good
<ross@loftusandeisenberg.com>
**Subject:** Cin-Q v. BTL--Motions re: Claims Process

Dear Ms. Amin-Giwner and Epiq,

I have attached the Response brief Intervenors filed today in response to the two motions regarding claims process filed June 16, 2023 by Plaintiffs and BTL. (I have also attached the June 16 motions).

We would like to draw Epiq's attention in particular to Intervenors' Response (Doc. 460), which explains that each of the contact *phone numbers* that Intervenors provided on their claim forms is contained in the Claims Detail Report prepared by Epiq in one of the "Claim Fax Number" columns, thus making it seem that each Intervenor filed a claim with one valid fax number (matching the Biggerstaff List) and one invalid fax number (not matching Biggerstaff List), when in fact they each claimed for only one fax number.

We checked and it appears the same thing was done for our named Plaintiffs, Cin-Q Autos. and Medical & Chiropractic, with their contact *phone numbers* listed as a "Claimed Fax Number" on the Claims Detail Report.

Can Epiq please explain (1) if contact phone numbers that claimants listed on their claim forms were treated as "Claimed Fax Numbers" for all of the claims filed in this settlement; (2) why Epiq treated contact phone numbers provided by claimants on claim forms as "Claimed Fax Numbers"; and (3) how long it will take Epiq to fix this problem.

Regards,
Glenn L. Hara
Anderson + Wanca
3701 Algonquin Rd., Suite 500
Rolling Meadows, IL 60008
(847) 368-1500

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication to include any copy that may reside in your sent box. Thank you for your cooperation.

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.