UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC., et al., ) ) Plaintiffs, ) ) v. ) ) BUCCANEERS LIMITED ) PARTNERSHIP and JOHN DOES ) 1-10, ) ) Defendants, ) ) ――――――――――――――――― ) ) TECHNOLOGY TRAINING ) ASSOCIATES, INC., et al., ) ) Intervenors. ) | Case No. 8:13-cv-01592-AEP<br><br>Magistrate Judge<br>Anthony E. Porcelli |

INDEX OF EXHIBITS TO
JULY 14, 2023 DECLARATION OF GABRIEL W. SLATER

Exhibit 1 - May 26, 2023 Email from Robert Collins to Jonathan Piper

Exhibit 2 - Transcript of May 22, 2023 Hearing (Excerpts)

Exhibit 3 - May 26, 2023 Email from Jonathan Piper to Robert Collins

Exhibit 4 - April 4, 2023 Email from Juana Diego (Epiq)

Exhibit 5 - April 10, 2023 Email from Orlando Castillejos (Epiq)

Exhibit 6 - July 6, 2023 Email from Jonathan Piper

Exhibit 7 - List of Columns Contained in Settlement Administrator's Spreadsheet

Exhibit 8 - Sample Entry of Settlement Administrator's Spreadsheet

Exhibit 9 - February 27, 2023 Email from Robert Collins

Exhibit 10 - March 8, 2023 Email from Robert Collins

Exhibit 11 - March 22, 2023 Email from Robert Collins

Exhibit 12 - April 27, 2023 Email from Robert Collins

Exhibit 13 - May 19, 2023 Email from Robert Collins

Exhibit 14 - July 5, 2023 Email from Jonathan Piper

Exhibit 15 - July 10, 2023 Email from Jonathan Piper

Exhibit 16 - July 13, 2023 Email from Robert Collins to Jonathan Piper

Exhibit 17 - July 14, 2023 Email from Orlando Castillejos (Epiq)

Exhibit 18 - July 13, 2023 Email from Orlando Castillejos (Epiq)

Exhibit 19 - July 11, 2023 Email from Orlando Castillejos (Epiq) (received at 3:14 p.m. Central)

Exhibit 20 - Email from Epiq providing First Revised Claims Report Spreadsheet (received at 3:17 p.m. Central)

Exhibit 21 - July 11, 2023 Email from Orlando Castillejos (Epiq) (received at 3:58 p.m. Central)

Exhibit 22 - July 11, 2023 Email from Orlando Castillejos (Epiq) (received at 10:56 p.m. Central)

Exhibit 23 - Email from Epiq providing Second Revised Claims Report Spreadsheet (received at 10:58 p.m. Central)

Exhibit 24 - July 10, 2023 Email from Robert Collins to Jonathan Piper

Exhibit 25 - July 14, 2023 Email from Mark Mester to Jonathan Piper

Exhibit 26 -  July 11, 2023 Email from Jonathan Piper to Robert Collins

Exhibit 27 - July 14, 2023 Email from Jonathan Piper to Robert Collins