# EXHIBIT 5

Cin-Q Automobiles, Inc., et al. v. BTL
Case No. 8:13-cv-01592-AEP (M.D. Fla.)

| | |
|---|---|
| **From:** | Castillejos, Orlando <Orlando.Castillejos@epiqglobal.com> |
| **Sent:** | Monday, April 10, 2023 1:56 PM |
| **To:** | Jon Piper; Ross Good; Mester, Mark (CH); Collins, Robert (CH); m@mcalaw.net; Slater, Gabe (CH); Phil Bock; Robert Hatch; ghara@andersonwanca.com; Kovach, Loree; Kierkegaard, Eric; Bithell, Richard; Diego, Juana; Cansler, Erik; Peters, Sandra; Palmer, Adam; Amin-Giwner, Stephanie |
| **Subject:** | RE: Cin-Q v. BTL |

Jon,

A report was circulated last week and the previous week. The report includes all claims filed, the faxes claimed, and whether the fax number claimed was matched to Biggerstaff list. We'll forward you the report shortly.

Thank you,
Orlando

**Orlando Castillejos**
Epiq | Project Manager
Mobile:  +1 502 931 0892
Email:  orlando.castillejos@epiqglobal.com

**People. Partnership. Performance.**
www.epiqglobal.com

---

**From:** Jon Piper <Jonathan@classlawyers.com>
**Sent:** Monday, April 10, 2023 2:54 PM
**To:** Ross Good <rgood@andersonwanca.com>; mark.mester@lw.com; Robert.Collins@lw.com; m@mcalaw.net; Gabe.Slater@lw.com; Phil Bock <phil@classlawyers.com>; Robert Hatch <robert@classlawyers.com>; ghara@andersonwanca.com; Castillejos, Orlando <Orlando.Castillejos@epiqglobal.com>; Kovach, Loree <loree.Kovach@epiqglobal.com>; Kierkegaard, Eric <Eric.Kierkegaard@epiqglobal.com>; Bithell, Richard <rbit@epiqglobal.com>; Diego, Juana <jdiego@epiqglobal.com>; Cansler, Erik <Erik.Cansler@epiqglobal.com>; Peters, Sandra <Sandra.Peters@epiqglobal.com>; Palmer, Adam <apalmer@epiqglobal.com>; Amin-Giwner, Stephanie <stephanie.Amin-Giwner@epiqglobal.com>
**Subject:** Re: Cin-Q v. BTL

Stephanie - according to the agreed schedule, April 7, 2023 was the deadline for Epiq to provide a preliminary report on claims submitted, rejected and accepted, as well as a breakdown of how many faxes are associated with the accepted claims.

Can you please advise as to the status of providing the report?