# EXHIBIT 6

Cin-Q Automobiles, Inc., et al. v. BTL
Case No. 8:13-cv-01592-AEP (M.D. Fla.)

| | |
|---|---|
| **From:** | Jon Piper <Jonathan@classlawyers.com> |
| **Sent:** | Thursday, July 6, 2023 3:16 PM |
| **To:** | Collins, Robert (CH); stephanie.Amin-Giwner@epiqglobal.com; ghara@andersonwanca.com; jdiego@epiqglobal.com; loree.Kovach@epiqglobal.com; rbit@epiqglobal.com; Orlando.Castillejos@epiqglobal.com; Mester, Mark (CH); Slater, Gabe (CH); Phil Bock; Robert Hatch |
| **Cc:** | mca2175@hotmail.com; m@mcalaw.net; ross@loftusandeisenberg.com |
| **Subject:** | Re: Cin-Q v. BTL--Motions re: Claims Process |

Please also provide us, Intervenors's counsel, with the copies of the Intervenor claims forms when you circulate them. Thank you.