# EXHIBIT 7

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC., et al., ) ) Plaintiffs, ) ) v. ) ) BUCCANEERS LIMITED PARTNERSHIP and JOHN DOES 1-10, ) ) ) Defendants, ) ) ——————————————— ) ) TECHNOLOGY TRAINING ASSOCIATES, INC., et al., ) ) ) Intervenors. ) | Case No. 8:13-cv-01592-AEP  Magistrate Judge Anthony E. Porcelli |

**EXHIBIT 7**

**List of Columns Contained in Settlement Administrator's Spreadsheet**

1. Column A - Tracking_Number

2. Column B - Total Fax Numbers Provided

3. Column C - Claim_Fax_No_1

4. Column D - Fax_No_1_ValidFax

5. Column E - Fax_No_1_Faxes_Recd

6. Column F - Claim_Fax_No_2

7. Column G - Fax_No_2_ValidFax

8. Column H - Fax_No_2_Faxes_Recd

9. Column I - Claim_Fax_No_3

10. Column J - Fax_No_3_ValidFax

11. Column K - Fax_No_3_Faxes_Recd

12. Column L - Claim_Fax_No_4

13. Column M - Fax_No_4_ValidFax

14. Column N - Fax_No_4_Faxes_Recd

15. Column O - Claim_Fax_No_5

16. Column P - Fax_No_5_ValidFax

17. Column Q - Fax_No_5_Faxes_Recd

18. Column R - Claim_Fax_No_6

19. Column S - Fax_No_6_ValidFax

20. Column T - Fax_No_6_Faxes_Recd

21. Column U - Claim_Fax_No_7

22. Column V - Fax_No_7_ValidFax

23. Column W - Fax_No_7_Faxes_Recd

24. Column X - Claim_Fax_No_8

25. Column Y - Fax_No_8_ValidFax

26. Column Z - Fax_No_8_Faxes_Recd

27. Column A.A. - Claim_Fax_No_9

28. Column A.B. - Fax_No_9_ValidFax

29. Column A.C. - Fax_No_9_Faxes_Recd

30. Column A.D. - Claim_Fax_No_10

31. Column A.E. - Fax_No_10_ValidFax

32. Column A.F. - Fax_No_10_Faxes_Recd

33. Column A.G. - Claim_Fax_No_11

34. Column A.H. - Fax_No_11_ValidFax

35. Column A.I. - Fax_No_11_Faxes_Recd

36. Column A.J. - Claim_Fax_No_12

37. Column A.K. - Fax_No_12_ValidFax

38. Column A.L. - Fax_No_12_Faxes_Recd

39. Column A.M. - Claim_Fax_No_13

40. Column A.N. - Fax_No_13_ValidFax

41. Column A.O. - Fax_No_13_Faxes_Recd

42. Column A.P. - Claim_Fax_No_14

43. Column A.Q. - Fax_No_14_ValidFax

44. Column A.R. - Fax_No_14_Faxes_Recd

45. Column A.S. - Claim_Fax_No_15

46. Column A.T. - Fax_No_15_ValidFax

47. Column A.U. - Fax_No_15_Faxes_Recd

48. Column A.V. - Claim_Fax_No_16

49. Column A.V. - Claim_Fax_No_16

50. Column A.W. - Fax_No_16_ValidFax

51. Column A.X. - Fax_No_16_Faxes_Recd

52. Column A.Y. - Claim_Fax_No_17

53. Column A.Z. - Fax_No_17_ValidFax

54. Column B.A. - Fax_No_17_Faxes_Recd

55. Column B.B. - Claim_Fax_No_18

56. Column B.C. - Fax_No_18_ValidFax

57. Column B.D. - Fax_No_18_Faxes_Recd

58. Column B.E. - Claim_Fax_No_19

59. Column B.F. - Fax_No_19_ValidFax

60. Column B.G. - Fax_No_19_Faxes_Recd

61. Column B.H. - Claim_Fax_No_20

62. Column B.I. - Fax_No_20_ValidFax

63. Column B.J. - Fax_No_20_Faxes_Recd

64. Column B.K. - Claim_Fax_No_21

65. Column B.L. - Fax_No_21_ValidFax

66. Column B.M. - Fax_No_21_Faxes_Recd

67. Column B.N. - Claim_Fax_No_22

68. Column B.O. - Fax_No_22_ValidFax

69. Column B.P. - Fax_No_22_Faxes_Recd

70. Column B.Q. - Claim_Fax_No_23

71. Column B.R. - Fax_No_23_ValidFax

72. Column B.S. - Fax_No_23_Faxes_Recd

73. Column B.T. - Claim_Fax_No_24

74. Column B.U. - Fax_No_24_ValidFax

75. Column B.V. - Fax_No_24_Faxes_Recd

76. Column B.W. - Claim_Fax_No_25

77. Column B.X. - Fax_No_25_ValidFax

78. Column B.Y. - Fax_No_25_Faxes_Recd

79. Column B.Z. - Claim_Fax_No_26

80. Column C.A - Fax_No_26_ValidFax

81. Column C.B - Fax_No_26_Faxes_Recd

82. Column C.C - Claimant_Status

83. Column C.D - Key_Name

84. Column C.E - Address_1

85. Column C.F - Address_2

86. Column C.G - City

87. Column C.H - State

88. Column C.I - Zipcode

89. Column C.J - Is_Business

90. Column C.K - Is_SIgned

91. Column C.L - Is_Late`