# EXHIBIT 8

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC., et al., ) ) ) | |
| Plaintiffs, ) | |
| v. ) ) | |
| BUCCANEERS LIMITED PARTNERSHIP and JOHN DOES 1-10, ) ) ) ) | Case No. 8:13-cv-01592-AEP |
| Defendants, ) ) | Magistrate Judge Anthony E. Porcelli |
| ) ) | |
| TECHNOLOGY TRAINING ASSOCIATES, INC., et al., ) ) ) | |
| Intervenors. ) | |

# EXHIBIT 8

### Sample Entry of Settlement Administrator's Spreadsheet

| Tracking_ Number | Total Fax Numbers Provided | Claim_Fax_ No_1 | Fax_No_1_ ValidFax | Fax_No_ 1_Faxes_ Recd | Claim_Fax _No_2 | Fax_No_2 _ValidFax | Fax_No_ 2_Faxes _Recd |
|---|---|---|---|---|---|---|---|
| 73677 | 2 | 9419284055 | N | 0 | 9419521656 | Y | 1 |