# EXHIBIT 9

Cin-Q Automobiles, Inc., et al. v. BTL
Case No. 8:13-cv-01592-AEP (M.D. Fla.)

| | |
|---|---|
| **From:** | Collins, Robert (CH) |
| **Sent:** | Monday, February 27, 2023 11:36 AM |
| **To:** | Castillejos, Orlando; Mester, Mark (CH); Slater, Gabe (CH); ghara@andersonwanca.com; m@mcalaw.net; rkelly@andersonwanca.com; wsolberg@andersonwanca.com; ross@loftusandeisenberg.com |
| **Cc:** | Cansler, Erik; Bithell, Richard; Robinson, Kiara; Palmer, Adam; Amin-Giwner, Stephanie; Diego, Juana |
| **Subject:** | RE: Cin-Q Auto. Inc. v BTL Activity Report |

Orlando –

We wanted to follow up on your email below to see if Epiq has determined a way to analyze date of incorporation or organization (as well as any other data points Epiq considers relevant), if it is not planning to review the Florida Department of State records.

We assume, however, that since Epiq now has the Florida Department of State record for Astro Companies, LLC ("Astro"), Epiq will at minimum consider that record, but please let us know if we are mistaken. In addition, as to Astro, it appears that the TransUnion and LexisNexis reverse lookup data only returned results for 156 of the 781 fax numbers for which Astro filed a claim, and <u>none</u> of the names identified in the results related to those 156 numbers contained "Astro."

More generally, we think it would be useful for Epiq to include a column for each claim it ultimately determines to be valid that lists the name(s) and address(es) returned by TransUnion and LexisNexis for the relevant number(s) to see if the reverse lookup results match the claimant's information or not.

Best regards,
Robbie

**From:** Castillejos, Orlando <Orlando.Castillejos@epiqglobal.com>
**Sent:** Thursday, February 23, 2023 3:58 PM
**To:** Collins, Robert (CH) <Robert.Collins@lw.com>; Mester, Mark (CH) <mark.mester@lw.com>; Slater, Gabe (CH) <Gabe.Slater@lw.com>; ghara@andersonwanca.com; m@mcalaw.net; rkelly@andersonwanca.com; wsolberg@andersonwanca.com; ross@loftusandeisenberg.com
**Cc:** Cansler, Erik <Erik.Cansler@epiqglobal.com>; Bithell, Richard <rbit@epiqglobal.com>; Robinson, Kiara <Kiara.Robinson@epiqglobal.com>; Palmer, Adam <apalmer@epiqglobal.com>; Amin-Giwner, Stephanie <stephanie.Amin-Giwner@epiqglobal.com>; Diego, Juana <jdiego@epiqglobal.com>
**Subject:** RE: Cin-Q Auto. Inc. v BTL Activity Report

Hi Robbie,

Currently, we are not reviewing Florida Department of State records for claims filed by businesses. We are looking to see if we can perform a review that provides the date of incorporation or organization and if so, the cost associated with the review.

Thank you,
Orlando

**Orlando Castillejos**
Epiq | Project Manager
Mobile:  +1 502 931 0892

Email: orlando.castillejos@epiqglobal.com

**People. Partnership. Performance.**
www.epiqglobal.com

---

**From:** Robert.Collins@lw.com <Robert.Collins@lw.com>
**Sent:** Wednesday, February 22, 2023 2:11 PM
**To:** Diego, Juana <jdiego@epiqglobal.com>; mark.mester@lw.com; Gabe.Slater@lw.com; ghara@andersonwanca.com; m@mcalaw.net; rkelly@andersonwanca.com; wsolberg@andersonwanca.com
**Cc:** Cansler, Erik <Erik.Cansler@epiqglobal.com>; Bithell, Richard <rbit@epiqglobal.com>; Castillejos, Orlando <Orlando.Castillejos@epiqglobal.com>; Robinson, Kiara <Kiara.Robinson@epiqglobal.com>; Palmer, Adam <apalmer@epiqglobal.com>; Amin-Giwner, Stephanie <stephanie.Amin-Giwner@epiqglobal.com>; ross@loftusandeisenberg.com
**Subject:** RE: Cin-Q Auto. Inc. v BTL Activity Report

(Resending this email with Ross Good on the chain)

Juana –

Thanks much for the explanation; we appreciate it.

We pulled Astro Companies LLC's Articles of Organization from the Florida Department of State, and the LLC was not created until February 15, 2011, a year or more after the faxes were alleged sent in this case, so this claim is, at minimum, deficient and potentially fraudulent.

This raises a separate question as to whether Epiq is reviewing Florida Department of State records for, at minimum, date of incorporation or organization of a claiming entity before determining a claim to be valid?

Best regards,
Robbie

---

**From:** Collins, Robert (CH)
**Sent:** Wednesday, February 22, 2023 12:15 PM
**To:** 'Diego, Juana' <jdiego@epiqglobal.com>; Mester, Mark (CH) <MARK.MESTER@lw.com>; Slater, Gabe (CH) <Gabe.Slater@lw.com>; ghara@andersonwanca.com; m@mcalaw.net; rkelly@andersonwanca.com; wsolberg@andersonwanca.com
**Cc:** Cansler, Erik <Erik.Cansler@epiqglobal.com>; Bithell, Richard <rbit@epiqglobal.com>; Castillejos, Orlando <Orlando.Castillejos@epiqglobal.com>; Robinson, Kiara <Kiara.Robinson@epiqglobal.com>; Palmer, Adam <apalmer@epiqglobal.com>; Amin-Giwner, Stephanie <stephanie.Amin-Giwner@epiqglobal.com>
**Subject:** RE: Cin-Q Auto. Inc. v BTL Activity Report

Juana –

Thanks much for the explanation; we appreciate it.

We pulled Astro Companies LLC's Articles of Organization from the Florida Department of State, and the LLC was not created until February 15, 2011, a year or more after the faxes were alleged sent in this case, so this claim is, at minimum, deficient and potentially fraudulent.

This raises a separate question as to whether Epiq is reviewing Florida Department of State records for, at minimum, date of incorporation or organization of a claiming entity before determining a claim to be valid?

Best regards,

Robbie

---

**From:** Diego, Juana <jdiego@epiqglobal.com>
**Sent:** Wednesday, February 22, 2023 11:49 AM
**To:** Collins, Robert (CH) <Robert.Collins@lw.com>; Mester, Mark (CH) <mark.mester@lw.com>; Slater, Gabe (CH) <Gabe.Slater@lw.com>; ghara@andersonwanca.com; m@mcalaw.net; rkelly@andersonwanca.com; wsolberg@andersonwanca.com
**Cc:** Cansler, Erik <Erik.Cansler@epiqglobal.com>; Bithell, Richard <rbit@epiqglobal.com>; Castillejos, Orlando <Orlando.Castillejos@epiqglobal.com>; Robinson, Kiara <Kiara.Robinson@epiqglobal.com>; Palmer, Adam <apalmer@epiqglobal.com>; Amin-Giwner, Stephanie <stephanie.Amin-Giwner@epiqglobal.com>
**Subject:** RE: Cin-Q Auto. Inc. v BTL Activity Report

Robbie,

Although the number of valid claims changed by only a few, the number of valid fax numbers increased by nearly 1,000 because those few new claims consist of many fax numbers. Just 8 newly-added claims increased the count of valid fax numbers by 962; a single claim accounted for 781 of those.

The single claim was filed by Astro Companies LLC. Assuming the claim by Astro Companies LLC is not deficient and since no additional entities were listed, Astro Companies LLC may be approved for up to 5 valid faxes per the Settlement Agreement.

Adding the new valid numbers required a batch process which we just completed, as we waited to run it until after the claim deadline to ensure we had to do it only once.

As always, please let us know if you have other questions.

Best Regards,

**Juana Diego**
Epiq | Associate Project Manager
Office: +1 503.350.4263
Email: jdiego@epiqglobal.com

---

**From:** Robert.Collins@lw.com <Robert.Collins@lw.com>
**Sent:** Tuesday, February 21, 2023 4:13 PM
**To:** Diego, Juana <jdiego@epiqglobal.com>; mark.mester@lw.com; Gabe.Slater@lw.com; ghara@andersonwanca.com; m@mcalaw.net; rkelly@andersonwanca.com; wsolberg@andersonwanca.com
**Cc:** Cansler, Erik <Erik.Cansler@epiqglobal.com>; Bithell, Richard <rbit@epiqglobal.com>; Castillejos, Orlando <Orlando.Castillejos@epiqglobal.com>; Robinson, Kiara <Kiara.Robinson@epiqglobal.com>; Palmer, Adam <apalmer@epiqglobal.com>; Amin-Giwner, Stephanie <stephanie.Amin-Giwner@epiqglobal.com>
**Subject:** RE: Cin-Q Auto. Inc. v BTL Activity Report

> **CAUTION:** This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the "Phish Alert Report" button above.

Juana –

Last week you reported 3,144 claims, involving 1,940 numbers on the Biggerstaff list. How has the number of claims risen only slightly to 3,172 in 7 days, but the number of numbers on the Biggerstaff list has gone up to 2,858, almost 1,000 more?

Robbie

**From:** Diego, Juana <jdiego@epiqglobal.com>
**Sent:** Tuesday, February 21, 2023 5:53 PM
**To:** Mester, Mark (CH) <mark.mester@lw.com>; Slater, Gabe (CH) <Gabe.Slater@lw.com>; Glenn Hara <ghara@andersonwanca.com>; Collins, Robert (CH) <Robert.Collins@lw.com>; Michael Addison <m@mcalaw.net>; rkelly@andersonwanca.com; wsolberg@andersonwanca.com
**Cc:** Cansler, Erik <Erik.Cansler@epiqglobal.com>; Bithell, Richard <rbit@epiqglobal.com>; Castillejos, Orlando <Orlando.Castillejos@epiqglobal.com>; Robinson, Kiara <Kiara.Robinson@epiqglobal.com>; Palmer, Adam <apalmer@epiqglobal.com>; Amin-Giwner, Stephanie <stephanie.Amin-Giwner@epiqglobal.com>
**Subject:** Cin-Q Auto. Inc. v BTL Activity Report

Hello Everyone,

Attached please find the activity report for Cin-Q Auto. Inc. v BTL. The stats are cumulative through February 17, 2023. The total number of claims received is 3,172. For the claims received, there are a total of 2,858 unique valid (matched to the original fax number list) fax numbers claimed.

Thank you,

**Juana Diego**
Epiq | Associate Project Manager
10300 SW Allen Blvd
Beaverton, Oregon  97005
Office: +1 503.350.4263
Email: jdiego@epiqglobal.com

**People. Partnership. Performance.**
www.epiqglobal.com

*This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected from disclosure to anyone other than its intended recipient(s). If you have received this message in error, please notify the sender immediately by reply email of the inadvertent transmission and then immediately delete the original message (including any attachments) in its entirety.*

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.