# EXHIBIT 10

Cin-Q Automobiles, Inc., et al. v. BTL
Case No. 8:13-cv-01592-AEP (M.D. Fla.)

| | |
|---|---|
| **From:** | Collins, Robert (CH) |
| **Sent:** | Wednesday, March 8, 2023 3:53 AM |
| **To:** | Diego, Juana; Mester, Mark (CH); Slater, Gabe (CH); Glenn Hara; Michael Addison; rkelly@andersonwanca.com; wsolberg@andersonwanca.com; ross@loftusandeisenberg.com |
| **Cc:** | Cansler, Erik; Bithell, Richard; Castillejos, Orlando; Robinson, Kiara; Palmer, Adam; Amin-Giwner, Stephanie |
| **Subject:** | RE: Cin-Q Auto. Inc. v BTL Activity Report |

Thank you, Juana.  Is this data now inclusive of the 32 claims that were associated with 15,000+ fax lines?

**From:** Diego, Juana <jdiego@epiqglobal.com>
**Sent:** Tuesday, March 7, 2023 12:15 PM
**To:** Mester, Mark (CH) <mark.mester@lw.com>; Slater, Gabe (CH) <Gabe.Slater@lw.com>; Glenn Hara <ghara@andersonwanca.com>; Collins, Robert (CH) <Robert.Collins@lw.com>; Michael Addison <m@mcalaw.net>; rkelly@andersonwanca.com; wsolberg@andersonwanca.com; ross@loftusandeisenberg.com
**Cc:** Cansler, Erik <Erik.Cansler@epiqglobal.com>; Bithell, Richard <rbit@epiqglobal.com>; Castillejos, Orlando <Orlando.Castillejos@epiqglobal.com>; Robinson, Kiara <Kiara.Robinson@epiqglobal.com>; Palmer, Adam <apalmer@epiqglobal.com>; Amin-Giwner, Stephanie <stephanie.Amin-Giwner@epiqglobal.com>
**Subject:** Cin-Q Auto. Inc. v BTL Activity Report

Hello Everyone,

Attached please find the activity report for Cin-Q Auto. Inc. v BTL. The stats are cumulative through March 3, 2023. The total number of claims received is 3,180. For the claims received, there are a total of 2,973 unique valid (matched to the original fax number list) fax numbers claimed.

Per the Order filed on October 11, 2022, the opt out list is attached. Two versions are included with one that includes the address and the other without the address of the individual. As of March 6, 2023, we have received 3 timely opt out requests and 0 late requests. Images of the opt out requests have been previously provided to the parties but please let us know if you would like to have the images sent again.

Thank you,

**Juana Diego**
Epiq | Associate Project Manager
10300 SW Allen Blvd
Beaverton, Oregon  97005
Office: +1 503.350.4263
Email: jdiego@epiqglobal.com

**People. Partnership. Performance.**
www.epiqglobal.com

This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected from disclosure to anyone other than its intended recipient(s). If you have received this message in error, please notify the sender immediately by reply email of the inadvertent transmission and then immediately delete the original message (including any attachments) in its entirety.