# EXHIBIT 11

| | |
|---|---|
| **From:** | Collins, Robert (CH) |
| **Sent:** | Wednesday, March 22, 2023 9:52 AM |
| **To:** | Diego, Juana; Mester, Mark (CH); Slater, Gabe (CH); Glenn Hara; Michael Addison; rkelly@andersonwanca.com; wsolberg@andersonwanca.com; ross@loftusandeisenberg.com |
| **Cc:** | Cansler, Erik; Bithell, Richard; Castillejos, Orlando; Robinson, Kiara; Palmer, Adam; Amin-Giwner, Stephanie |
| **Subject:** | RE: Cin-Q Auto. Inc. v BTL Activity Report |

Juana –

Thanks for the update. We just have a few questions.

First, we understand from your email that there are currently a total of 3,191 claims, but the spreadsheet produced yesterday only appears to list a total of 3,009 claims. Are there additional claims that still need to be fully processed and reflected in the spreadsheet?

Additionally, this activity report lists a total of 5 new claims this week, but the number of claims marked "late" has increased by 8. What accounts for this difference? And is Epiq counting fax numbers listed in claims marked late in its count of unique, valid fax numbers?

Best,
Robbie

**From:** Diego, Juana <jdiego@epiqglobal.com>
**Sent:** Tuesday, March 14, 2023 3:51 PM
**To:** Mester, Mark (CH) <mark.mester@lw.com>; Slater, Gabe (CH) <Gabe.Slater@lw.com>; Glenn Hara <ghara@andersonwanca.com>; Collins, Robert (CH) <Robert.Collins@lw.com>; Michael Addison <m@mcalaw.net>; rkelly@andersonwanca.com; wsolberg@andersonwanca.com; ross@loftusandeisenberg.com
**Cc:** Cansler, Erik <Erik.Cansler@epiqglobal.com>; Bithell, Richard <rbit@epiqglobal.com>; Castillejos, Orlando <Orlando.Castillejos@epiqglobal.com>; Robinson, Kiara <Kiara.Robinson@epiqglobal.com>; Palmer, Adam <apalmer@epiqglobal.com>; Amin-Giwner, Stephanie <stephanie.Amin-Giwner@epiqglobal.com>
**Subject:** Cin-Q Auto. Inc. v BTL Activity Report

Hello Everyone,

Attached please find the activity report for Cin-Q Auto. Inc. v BTL. The stats are cumulative through March 10, 2023. The total number of claims received is 3,186. For the claims received, there are a total of 2,975 unique valid (matched to the original fax number list) fax numbers claimed. Note, two new rows have been added to the Claim Forms section which indicates the number of late claims received.

Also, the Secretary of State search results are almost complete. We expect to provide an update on the results later this week.

Thank you,

**Juana Diego**
Epiq | Associate Project Manager
10300 SW Allen Blvd
Beaverton, Oregon  97005

Office: +1 503.350.4263
Email: jdiego@epiqglobal.com

**People. Partnership. Performance.**

www.epiqglobal.com

*This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected from disclosure to anyone other than its intended recipient(s). If you have received this message in error, please notify the sender immediately by reply email of the inadvertent transmission and then immediately delete the original message (including any attachments) in its entirety.*