# EXHIBIT 13

Cin-Q Automobiles, Inc., et al. v. BTL
Case No. 8:13-cv-01592-AEP (M.D. Fla.)

| | |
|---|---|
| **From:** | Collins, Robert (CH) |
| **Sent:** | Friday, May 19, 2023 5:11 PM |
| **To:** | Amin-Giwner, Stephanie; Castillejos, Orlando; Mester, Mark (CH); Jonathan@classlawyers.com; ghara@andersonwanca.com; m@mcalaw.net; Slater, Gabe (CH); phil@classlawyers.com; robert@classlawyers.com; ross@loftusandeisenberg.com |
| **Cc:** | Bithell, Richard; Diego, Juana; Kovach, Loree; Palmer, Adam; Cansler, Erik; sfitzgerald@andersonwanca.com; svega@andersonwanca.com |
| **Subject:** | RE: Cin-Q v. BTL |

Dear Ms. Amin-Giwner –

Following up on our earlier email, during the meet and confer process the Parties have agreed to seek Epiq's input on two questions.

First, in light of the claim submitted by Astro Companies, LLC ("Astro"), the Parties would like to determine a reasonable mechanism for identifying potential fax service providers like Astro, so that any such claimant can be sent requests for additional information.  Please let us know what means Epiq has at its disposal for determining if a claimant is potentially a fax service provider.

Second, the parties also want to identify any fraudulent claims submitted by claimants who sent their claim from a prison or jail.  What means does Epiq have of reviewing the return addresses provided by a claimant to identify such claims?

Best regards,
Robbie