# EXHIBIT 14

Cin-Q Automobiles, Inc., et al. v. BTL
Case No. 8:13-cv-01592-AEP (M.D. Fla.)

| | |
|---|---|
| **From:** | Jon Piper <Jonathan@classlawyers.com> |
| **Sent:** | Wednesday, July 5, 2023 8:59 AM |
| **To:** | Mester, Mark (CH); Collins, Robert (CH); ghara@andersonwanca.com; ross@loftusandeisenberg.com; m@mcalaw.net |
| **Cc:** | Slater, Gabe (CH) |
| **Subject:** | Re: Cin-Q v. BTL |

Unless you are going to correct the false statements we oppose the motion, and please consider yourself on notice that we reserve the right to pursue Rule 11 sanctions.

**From:** mark.mester@lw.com <mark.mester@lw.com>
**Sent:** Wednesday, July 5, 2023 9:55 AM
**To:** Jon Piper <Jonathan@classlawyers.com>; Robert.Collins@lw.com <Robert.Collins@lw.com>; ghara@andersonwanca.com <ghara@andersonwanca.com>; ross@loftusandeisenberg.com <ross@loftusandeisenberg.com>; m@mcalaw.net <m@mcalaw.net>
**Cc:** Gabe.Slater@lw.com <Gabe.Slater@lw.com>
**Subject:** RE: Cin-Q v. BTL

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Actually, Jon, the focus of our motion was going to be the notable omissions in your submission on Friday.   But Robbie can and will provide a more detailed response to your email if you wish.

Sent with BlackBerry Work
([www.blackberry.com](www.blackberry.com))

**From:** Jon Piper <Jonathan@classlawyers.com>
**Date:** Wednesday, Jul 05, 2023 at 8:59 AM
**To:** Collins, Robert (CH) <Robert.Collins@lw.com>, ghara@andersonwanca.com <ghara@andersonwanca.com>, ross@loftusandeisenberg.com <ross@loftusandeisenberg.com>, m@mcalaw.net <m@mcalaw.net>
**Cc:** Mester, Mark (CH) <mark.mester@lw.com>, Slater, Gabe (CH) <Gabe.Slater@lw.com>
**Subject:** Re: Cin-Q v. BTL

Are you going to correct the false statements of fact contained in your previous two filings?

1

Glenn, Ross, Mike, and Jon –

BTL intends to file a motion for leave to reply to Intervenors' response brief filed on June 30, 2023 (Dkt. 460).  Can you please let us know this morning if we can represent that this motion is unopposed?

Best regards,
Robbie

**Robert C. Collins III**

**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800 | Chicago, IL 60611
D: +1.312.876.6566 | M: +1.219.789.3376

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.