# EXHIBIT 15

Cin-Q Automobiles, Inc., et al. v. BTL
Case No. 8:13-cv-01592-AEP (M.D. Fla.)

| | |
|---|---|
| **From:** | Jon Piper <Jonathan@classlawyers.com> |
| **Sent:** | Monday, July 10, 2023 3:59 PM |
| **To:** | Collins, Robert (CH); stephanie.Amin-Giwner@epiqglobal.com; ghara@andersonwanca.com; jdiego@epiqglobal.com; loree.Kovach@epiqglobal.com; rbit@epiqglobal.com; Orlando.Castillejos@epiqglobal.com; Mester, Mark (CH); Slater, Gabe (CH); Phil Bock; Robert Hatch |
| **Cc:** | mca2175@hotmail.com; m@mcalaw.net; ross@loftusandeisenberg.com |
| **Subject:** | Re: Cin-Q v. BTL--Motions re: Claims Process |

Counsel and Epiq -

There is another apparent issue with Epiq's summary spreadsheet, which has to do with the names of the claiming entities.

Although the claims form contained data for both individual and business names, the Epiq spreadsheet reduces these two data points to one data point, a column labelled "Key Name."

Hence, although TTA submitted both the individual name of Michael Higgins and the business name Technology Training Associates, Inc., the only name appearing in the Epiq spreadsheet is Michael Higgins.

The info Higgins submitted:



The Epiq spreadsheet:

I may be mistaken, but I believe BTL has raised an issue regarding claimants who are individuals not businesses. If so, that issue may be based on misinformation in the spreadsheet and the scope of the issue may be exaggerated as a result. In any case, it would seem this needs to be reviewed and fixed for purposes of re-noticing the class and sending checks.

I raise this now for purposes of efficiency. BTL, I assume you will acknowledge and address this problem in your submission but if not we can file a supplement to address it. Please let us know.