# EXHIBIT 17

Cin-Q Automobiles, Inc., et al. v. BTL
Case No. 8:13-cv-01592-AEP (M.D. Fla.)

| | |
|---|---|
| **From:** | Castillejos, Orlando <Orlando.Castillejos@epiqglobal.com> |
| **Sent:** | Friday, July 14, 2023 7:38 AM |
| **To:** | Slater, Gabe (CH); Jonathan@classlawyers.com; Collins, Robert (CH); Amin-Giwner, Stephanie; ghara@andersonwanca.com; Diego, Juana; Kovach, Loree; Bithell, Richard; Mester, Mark (CH); phil@classlawyers.com; robert@classlawyers.com |
| **Cc:** | mca2175@hotmail.com; m@mcalaw.net; ross@loftusandeisenberg.com |
| **Subject:** | RE: Cin-Q v. BTL--Motions re: Claims Process |

Gabe,

That is correct. The inclusion of "Key_Name" was included for tracking purposes to avoid confusion in instances where a claimant provided both a contact name as well as the name of a business. As you have identified in the example for Michael Higgins, as indicated in the updated report, the record is identified accurately as a "Business" and not an "Individual".

Thank you,
Orlando

**Orlando Castillejos**
Epiq | Project Manager
Mobile:  +1 502 931 0892
Email:  orlando.castillejos@epiqglobal.com

**People. Partnership. Performance.**
www.epiqglobal.com

---

**From:** Gabe.Slater@lw.com <Gabe.Slater@lw.com>
**Sent:** Wednesday, July 12, 2023 7:16 PM
**To:** Jonathan@classlawyers.com; Robert.Collins@lw.com; Amin-Giwner, Stephanie <stephanie.Amin-Giwner@epiqglobal.com>; ghara@andersonwanca.com; Diego, Juana <jdiego@epiqglobal.com>; Kovach, Loree <loree.Kovach@epiqglobal.com>; Bithell, Richard <rbit@epiqglobal.com>; Castillejos, Orlando <Orlando.Castillejos@epiqglobal.com>; mark.mester@lw.com; phil@classlawyers.com; robert@classlawyers.com
**Cc:** mca2175@hotmail.com; m@mcalaw.net; ross@loftusandeisenberg.com
**Subject:** RE: Cin-Q v. BTL--Motions re: Claims Process

Orlando –

Our understanding in reviewing the spreadsheet Epiq previously provided to the Parties and Intervenors (on April 4, 2023) was that names supplied in the column designated "Key_Name" (i.e., Column CD) were simply used for tracking purposes to avoid confusion in instances where a claimant provided both a contact name as well as the name of a business.  We further understood that Epiq separately indicated in the column designated "Is_Business" (i.e., Column CJ) whether the claimant is in fact a business or an individual.  For instance, while Michael Higgins' name indeed appears to be listed as the "Key Name" for the claim submitted on behalf of TTA (as Mr. Piper pointed out in his July 10, 2023 email), the "Is_Business" column (i.e., Column CJ) nonetheless correctly states that TTA is a business, not an individual.

For reasons that are not at all clear, Mr. Piper does not appear to account for the additional columns in Epiq's spreadsheet, and instead, Mr. Piper seems to be unilaterally focused on the column designated "Key_Name" (i.e., Column CD) without placing that reference in context.  Perhaps he overlooked these other columns in the spreadsheet, but in any case, we would appreciate it if you could confirm our understanding of the purpose and meaning of the

1

columns from Epiq's prior spreadsheet addressed in this email and Mr. Piper's email of July 10, 2023.  See July 10, 2023 Email from J. Piper.

We also understand that the revised spreadsheet distributed by Epiq yesterday evening now includes columns for both the "Business_Name" and "Representative_Name," which presumably should eliminate any remaining concerns (if any) of Mr. Piper.

Thank you.

P.S.:    Jon – I believe Robbie will be sending you a separate email on other issues raised in your July 10, 2023 email.  See July 10, 2023 Email from J. Piper.


**Gabe Slater**
Pronouns: he/him/his

**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800 | Chicago, IL 60611
D: +1.312.777.7194

2