# EXHIBIT 18

Cin-Q Automobiles, Inc., et al. v. BTL
Case No. 8:13-cv-01592-AEP (M.D. Fla.)

| | |
|---|---|
| **From:** | Castillejos, Orlando <Orlando.Castillejos@epiqglobal.com> |
| **Sent:** | Thursday, July 13, 2023 1:11 PM |
| **To:** | Collins, Robert (CH); Mester, Mark (CH) |
| **Cc:** | Bithell, Richard; Amin-Giwner, Stephanie; Diego, Juana |
| **Subject:** | Cin-Q Claim Forms Requested |

Dear Robbie,

As requested, Epiq has identified 10 examples of Claim Forms where the contact "telephone" number was not on the Biggerstaff list but Epiq did include that "telephone" number in the column of your spreadsheet that was titled "Total Fax Numbers Provide. We have also identified a total of 14 Claim Forms which listed in the "telephone" field a number that is on the Biggerstaff list.

The Claim Forms are being sent to you and Mark via a secured email.  Please let us know if you have any questions.

Thank you,
Orlando

**Orlando Castillejos**
Epiq | Project Manager
10300 SW Allen Blvd
Beaverton, OR 97005
Mobile:  +1 502 931 0892
Email:  orlando.castillejos@epiqglobal.com

**People. Partnership. Performance.**
www.epiqglobal.com

This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected from disclosure to anyone other than its intended recipient(s).  If you have received this message in error, please notify the sender immediately by reply email of the inadvertent transmission and then immediately delete the original message (including any attachments) in its entirety.

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication to include any copy that may reside in your sent box. Thank you for your cooperation.