# EXHIBIT 19

Cin-Q Automobiles, Inc., et al. v. BTL
Case No. 8:13-cv-01592-AEP (M.D. Fla.)

| | |
|---|---|
| **From:** | Castillejos, Orlando <Orlando.Castillejos@epiqglobal.com> |
| **Sent:** | Tuesday, July 11, 2023 3:14 PM |
| **To:** | Jon Piper; Collins, Robert (CH); ghara@andersonwanca.com; Mester, Mark (CH); Slater, Gabe (CH); Phil Bock; Robert Hatch; ross@loftusandeisenberg.com; m@mcalaw.net; mca2175@hotmail.com |
| **Cc:** | Amin-Giwner, Stephanie; Diego, Juana; Kovach, Loree; Bithell, Richard |
| **Subject:** | RE: Cin-Q v. BTL--Motions re: Claims Process |

Dear Counsel,

As requested, Epiq generated an updated report that only includes numbers provided by claimants in the fax number section of their claim form. In total, 2,450 numbers were removed from the report due to the number being listed in the "Phone Number:" field of the claim form. The report has also been updated to include the FirstName, LastName, or Business Name provided on the claim form, and the "Key Name" has been removed. Business representative names are found in the Representative_Name field.

The report has been sent to you via a secured email.

We are also working on the two additional requests and will have an update as soon as possible.

Please let us know if you have any questions.

Thank you,
Orlando

**Orlando Castillejos**
Epiq | Project Manager
Mobile:  +1 502 931 0892
Email:  orlando.castillejos@epiqglobal.com

**People. Partnership. Performance.**
www.epiqglobal.com