# EXHIBIT 21

| | |
|---|---|
| **From:** | Castillejos, Orlando <Orlando.Castillejos@epiqglobal.com> |
| **Sent:** | Tuesday, July 11, 2023 3:58 PM |
| **To:** | Jon Piper; Collins, Robert (CH); ghara@andersonwanca.com; Mester, Mark (CH); Slater, Gabe (CH); Phil Bock; Robert Hatch; ross@loftusandeisenberg.com; m@mcalaw.net; mca2175@hotmail.com |
| **Cc:** | Amin-Giwner, Stephanie; Diego, Juana; Kovach, Loree; Bithell, Richard |
| **Subject:** | RE: Cin-Q v. BTL--Motions re: Claims Process |

Dear Counsel,

The previous file sent included phone numbers that matched to the Biggerstaff list. An updated report is being sent shortly.

Thank you for patience,
Orlando

**Orlando Castillejos**
Epiq | Project Manager
Mobile:  +1 502 931 0892
Email:  orlando.castillejos@epiqglobal.com

**People. Partnership. Performance.**
www.epiqglobal.com