# EXHIBIT 23

Cin-Q Automobiles, Inc., et al. v. BTL
Case No. 8:13-cv-01592-AEP (M.D. Fla.)

| | |
|---|---|
| From: | Rachel Christman <Rachel.Christman@epiqglobal.com> |
| Sent: | Tuesday, July 11, 2023 10:58 PM |
| To: | Mester, Mark (CH) |
| Subject: | Cin-Q Auto. Inc. v. Buccaneers Ltd Claim Detail Report |

## Secure Delivery

The following file(s) have been sent to you from
Rachel.Christman@epiqglobal.com

Cin-Q Auto Inc v BTL 2023-07-11.xlsx    433.60 KB

**Download Files**

The secure message expires on 7/13/23 8:57:31 PM

If the link above does not open, please copy and paste the following URL into your browser:
https://transfer.epiqglobal.com/pkg?token=d9ba0371-8f1f-4060-8936-762f5520cd88

Powered by GoAnywhere

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication to include any copy that may reside in your sent box. Thank you for your cooperation.