# EXHIBIT 24

| | |
|---|---|
| **From:** | Collins, Robert (CH) |
| **Sent:** | Monday, July 10, 2023 6:24 PM |
| **To:** | Jon Piper |
| **Cc:** | Mester, Mark (CH); Slater, Gabe (CH) |
| **Subject:** | Cin-Q v. BTL, No. 8:13-cv-01592-AEP (M.D. Fla.) -- Intervenors |

Jon -

We write consistent with our obligation to meet and confer with you.

As you know, your clients were absent members of the proposed class in the above-captioned matter when merits discovery was underway, and as a result, no discovery was sought from them in advance of the filing by Class Counsel of their motion for class certification (Dkt. 207).  We understand, however, that all or at least some of your clients have submitted Claim Forms seeking funds from the Settlement Fund, and each of your clients have obviously objected to the Settlement Agreement.  See Intervenors' Objs. (Dkt. 434).  Accordingly, we wanted to confirm that each of your clients (a) are in fact members of the Settlement Class (i.e., they held one or more numbers on the Biggerstaff list from July 14, 2009, and June 9, 2010) and (b) have Article III standing insofar as the faxes they claim to have received that were sent on behalf of BTL were not received through an online service.  See, e.g., In re Amerifactors, Nos. 02-278, 05-338, 2019 WL 6712128 (F.C.C. 2019); Scoma Chiropractic v. Nat'l Spine & Pain Centers, 2022 WL 16695130, *6 (M.D. Fla. 2022).

We naturally assume you verified all of this during your pre-filing inquiries for the various pleadings, motions and other papers you have filed over the last several years, and we certainly hope we can secure verification of the foregoing from you without the need to raise these issues with the Court.  At your earliest convenience, however, we would appreciate it if you could provide us the information you have addressing whether each of your clients are Settlement Class Members and whether they each have Article III standing under governing law.  If you do not have this information already, we would, in turn, respectfully request that you seek it from your clients as soon as possible.

Thank you,
Robbie

**Robert C. Collins III**

**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800 | Chicago, IL 60611
D: +1.312.876.6566 | M: +1.219.789.3376