**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| CASE #: | 8:13-cv-1592 AEP | DATE: | July 17, 2023 |
|---|---|---|---|
| HONORABLE ANTHONY E. PORCELLI | | | |
| CIN-Q AUTOMOBILES, INC.<br>　　　　Plaintiff,<br>v.<br>BUCCANEERS LIMITED PARTNERSHIP<br>　　　　Defendant | | **PLAINTIFF COUNSEL**<br>Ross Good, Glenn Hara, Mike Addison | |
| | | **DEFENSE COUNSEL**<br>Robert Collins, Mark Mester, Joe Varner<br><br>Jonathan Piper, Esq. for TTA intervenors | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:** 2:02 to 3:12   **TOTAL:** 1.10 min | | **COURTROOM:** | Zoom |

PROCEEDINGS:   MOTION HEARING (ZOOM)

MOTION for Miscellaneous Relief, specifically Motion Regarding Claims Process by Cin-Q Automobiles, Inc., Medical & Chiropractic Clinic, Inc. (#451)

MOTION to Compel to Compel Compliance with Section VIII of the Settlement Agreement (Redacted) by Buccaneers Limited Partnership. (#454)

Oral argument heard.

Court finds the language in the claim form, etc. is clear and unambiguous.   Oral Opinion rendered.

Court granted in part and denied in part the motions at Dkt 451 and 454.   Order to be entered.