UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CIN-Q AUTOMOBILE, INC., and
MEDICAL & CHIROPRACTIC CLINIC
INC., Florida corporations, individually and
As the representative of a class of
similarly-situated persons,

    Plaintiffs,

v.

                                  Case No.: 8:13-cv-1592-17AEP

BUCCANEERS LIMITED PARTNERSHIP
And JOHN DOES 1-10,

    Defendants.
_____/

## NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESS

The undersigned counsel and the firm of Blalock Walters, P.A., hereby give notice of their representation of claimant, Astro Companies, LLC, in this cause. The following email addresses are designated for service by electronic mail:

    Primary Email:     dvanetten@blalockwalters.com

    Secondary Email:  eservice@blalockwalters.com

[Certificate of Service follows]

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 2 day of October, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which served all relevant parties.

_____
Daniel P. VanEtten, Esquire
FBN: 126227
Primary Email: dvanetten@blalockwalters.com
Secondary Email:
eservice@blalockwalters.com
Blalock Walters, P.A.
802 11th Street West
Bradenton, Florida  34205
Telephone:   941.748.0100
Facsimile:    941.745.2093