**EXHIBIT C**

# Glenn Hara

| | |
|---|---|
| **From:** | Castillejos, Orlando <Orlando.Castillejos@epiqglobal.com> |
| **Sent:** | Tuesday, August 22, 2023 4:32 PM |
| **To:** | Glenn Hara; Gabe.Slater@lw.com; Jonathan@classlawyers.com; Robert.Collins@lw.com; mark.mester@lw.com; m@mcalaw.net; phil@classlawyers.com; robert@classlawyers.com; ross@loftusandeisenberg.com |
| **Cc:** | Bithell, Richard; Diego, Juana; Kovach, Loree; Palmer, Adam; Cansler, Erik; Amin-Giwner, Stephanie; Susan Vega; Sue Fitzgerald |
| **Subject:** | Cin-Q v. BTL Preliminary Status Report |
| **Attachments:** | Cin-Q Auto Inc_Preliminary Status Report_08222023.pdf |

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Dear Counsel,

I've attached the Preliminary Status Report.  The only claims which have been rejected thus far are those claims which were late, were duplicates or rescinded by a claimant.  I will provide a final report on November 3.

Thank you,
Orlando

**Orlando Castillejos**
Epiq | Project Manager
10300 SW Allen Blvd
Beaverton, OR 97005
Mobile:  +1 502 931 0892
Email:  orlando.castillejos@epiqglobal.com

**People. Partnership. Performance.**
www.epiqglobal.com

*This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected from disclosure to anyone other than its intended recipient(s).  If you have received this message in error, please notify the sender immediately by reply email of the inadvertent transmission and then immediately delete the original message (including any attachments) in its entirety.*

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication to include any copy that may reside in your sent box. Thank you for your cooperation.