**EXHIBIT D**

Cin-Q Automobiles, Inc., v. Buccaneers Limited Partnership
No. 8:13-cv-01592-AEP
August 22, 2023

## Preliminary Status Report

|  | Claim Count | Faxes Received |
|---|---:|---:|
| Claims Submitted | 3,211 | 9,153 |
| Claims Under Review | 1,641 | 5,347 |
| Claims Rejected | 271 | 153 |
| Claims Accepted | 1,299 | 3,653 |