UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CIN-Q AUTOMOBILES, INC., *et al.*,

    Plaintiffs,

v.                                            Case No. 8:13-cv-1592-AEP

BUCCANEERS LIMITED
PARTNERSHIP,

    Defendant.
_____/

## ORDER

This cause comes before the Court upon Plaintiffs' Motion to Modify Deadlines (Doc. 478). The Parties seek to amend some of the remaining deadlines previously set by the Court (*see* Doc. 447).[1] The Court previously entered an Order addressing the Notice Program and claims process, which is incorporated herein (*see* Doc. 409). Plaintiffs assert that the proposed amended deadlines are not opposed by Defendant.

Accordingly, it is hereby

ORDERED:

1. The Court sets the following deadlines:

    a. No later than November 3, 2023, the Settlement Administrator shall provide a final report to the Court of claims rejected and accepted by the

---

[1] The previously set deadlines not modified by this Order have already passed or are not affected by this Order.

Settlement Administrator, including an affidavit attesting to the completeness and accuracy thereof and compliance with the Court's Orders regarding the Notice Program and Preliminary Approval (*see* Docs. 343 and 409).

        b.      No later than November 17, 2023, Class Counsel shall move for final approval of the Settlement and respond to Settlement Class Member objections.

        c.      No later than December 8, 2023, the Parties may present to the Court disputed claims that cannot be resolved through good faith negotiations between the Parties and objections to determinations made by the Settlement Administrator.[2]

        d.      No later than December 15, 2023, all responses/oppositions to Class Counsel's motion for final approval of the Settlement are due.

        e.      No later than December 29, 2023, Class Counsel may file a reply brief in support of its motion for final approval of the Settlement.

        2.      Any Settlement Class Member who does not file a timely written objection to the settlement or who fails to otherwise comply with applicable requirements shall be foreclosed from seeking any adjudication or review of the settlement by appeal or otherwise.

        3.      To the extent that it does not conflict with the above deadlines, the Court's prior Order granting preliminary approval of the class settlement (Doc. 343) is incorporated herein, to specifically include that until such time as a Settlement

---

[2] Including any objections to a claimant's standing.

2

Class Member has timely excluded himself or herself from the Settlement Class, Settlement Class Members are preliminarily enjoined from (i) filing, commencing, prosecuting, intervening in, or participating as plaintiff, claimant, or class member in any other lawsuit or administrative, regulatory, arbitration, or other proceeding in any jurisdiction based on, relating to, or arising out of the claims and causes of action or the facts and circumstances giving rise to the litigation and/or the released claims; (ii) filing, commencing, participating in, or prosecuting a lawsuit or administrative, regulatory, arbitration, or other proceeding as a class action on behalf of any member of the Settlement Class who has not timely excluded himself or herself (including by seeking to amend a pending complaint to include class allegations or seeking class certification in a pending action), based on, relating to, or arising out of the claims and causes of action or the facts and circumstances giving rise to the litigation and/or the released claims; and (iii) attempting to effect opt-outs of a class of individuals in any lawsuit or administrative, regulatory, arbitration, or other proceeding based on, relating to, or arising out of the claims and causes of action or the facts and circumstances giving rise to the litigation and/or released claims. Any person who knowingly violates such injunction shall pay the attorneys' fees and costs incurred by Defendant, any other released person, and Class Counsel resulting from the violation. Nothing prohibits members of the Settlement Class from participating in any action or investigation initiated by a state or federal agency.

    4.    The fairness hearing previously scheduled for January 19, 2024, at

1:00 p.m., in Courtroom 10A of the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida remains unchanged.

DONE AND ORDERED in Tampa, Florida, on this 20th day of October, 2023.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc:   Counsel of Record