# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC. and MEDICAL & CHIROPRACTIC CLINIC, INC., individually and on behalf of a class, | ) ) ) ) |
| Plaintiffs, | ) No.: 8:13-CV-01592-AEP ) |
| v. | ) ) |
| BUCCANEERS LIMITED PARTNERSHIP, | ) ) |
| Defendant. _____ | ) ) ) |
| TECHNOLOGY TRAINING ASSOCS., INC. *et al.*, | ) ) ) |
| Intervenors. | ) ) |

## PLAINTIFFS' UNOPPOSED MOTION
## FOR LEAVE TO FILE EXCESS PAGES

Pursuant to L.R. 3.01(a), Plaintiffs, Cin-Q Automobiles, Inc. and Medical & Chiropractic Clinic, Inc., respectfully request that the Court grant leave for Plaintiffs to file a Motion for Final Approval of more than 25 pages. Specifically, Plaintiffs request leave to file a Motion for Final Approval of 32 pages. Undersigned counsel conferred with counsel for Defendant and counsel for Intervenors, and the other parties do not object to this request. The basis for this motion is as follows:

1. Under the current scheduling Order, Plaintiffs' Motion for Final Approval of the class-action settlement of this matter is due November 17, 2023. (Doc. 479 ¶ 1.b).

2. Under L.R. 3.01(a), the default page limit for a motion and accompanying memorandum is 25 pages, unless the movant obtains leave from the Court in a motion explaining "the need for, and the length of" the proposed motion.

3. Plaintiffs have a "need for" seven additional pages, given the long and complicated history of this litigation. As the Court has observed, the "extensive history" of this case has generated nearly 500 docket entries, one appeal to the Eleventh Circuit, *see Tech. Training Assocs., Inc. v. Buccaneers Ltd. P'ship*, 874 F.3d 692 (11th Cir. 2017), and voluminous briefing. (*See generally*, Order, Doc. 475 at 2).

4. As for "the length of" the proposed motion, Plaintiffs respectfully request an additional seven pages, for a total combined motion and memorandum of 32 pages.

## Local Rule 3.01(g) Certification

The undersigned certifies that, pursuant to L.R. 3.01(g), undersigned counsel conferred with counsel for Defendant, Buccaneers Team LLC, formerly Buccaneers Limited Partnership, and counsel for Intervenors, Technology Training Assocs., Inc., Larry F. Schwanke, D.C., Barewood Outlet, Inc., and Thomas Savino d/b/a WebRx Pharmacy Palace, regarding the relief sought.

Both Defendant and Intervenors advised that they do not object to the relief sought, provided that Plaintiffs do not object to a similar request of up to seven additional pages for any response to the Motion for Final Approval, to which Class Counsel agreed.

## Conclusion

For the foregoing reasons, Plaintiffs request that the Court grant Plaintiffs leave to file a Motion for Final Approval and incorporated memorandum not to exceed 32 pages.

Respectfully submitted,

|  | /s/ Glenn L. Hara<br>Glenn L. Hara (admitted *pro hac vice*)<br>ANDERSON + WANCA<br>3701 Algonquin Road, Suite 500<br>Rolling Meadows, IL  60008<br>Telephone: (847) 368-1500<br>Facsimile: (847) 368-1501<br>ghara@andersonwanca.com<br><br>Michael C. Addison (Fla. Bar. No. 0145579)<br>ADDISON LAW OFFICE, P.A.<br>1304 Alicia Avenue<br>Tampa, Florida 33604<br>Telephone: (813) 223-2000<br>Facsimile: (813) 228-6000<br>m@mcalaw.net<br><br>Ross M. Good (Fla. Bar. No. 116405)<br>LOFTUS & EISENBERG, LTD.<br>161 N. Clark, Suite 1600<br>Chicago, Illinois 60601<br>T: (786) 539-3952<br>ross@loftusandeisenberg.com<br><br>*Class Counsel* |
|---|---|

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 16, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                             s/Glenn L. Hara