# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC. and MEDICAL & CHIROPRACTIC CLINIC, INC., individually and on behalf of a class, Plaintiffs, v. BUCCANEERS LIMITED PARTNERSHIP, Defendant. | No.: 8:13-CV-01592-AEP Hon. ANTHONY E. PORCELLI AFFIDAVIT OF STEPHANIE AMIN-GIWNER REGARDING NOTICE AND SETTLEMENT ADMINISTRATION |

**AFFIDAVIT OF STEPHANIE AMIN-GIWNER**
**REGARDING NOTICE AND SETTLEMENT ADMINISTRATION**

I, STEPHANIE AMIN-GIWNER, hereby declare and state as follows

1.      I am a Director of Client Services for Epiq Class Action & Claims Solutions, Inc. ("Epiq").   The following statements are based on my personal knowledge and information provided by other Epiq employees working under my supervision and, if called on to do so, I could and would testify competently thereto.  I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2.      Epiq was retained by the Parties to be the Settlement Administrator pursuant to the Court's Preliminary Approval Order (the "Order") dated March 29, 2022, and in accordance with the Settlement Agreement And Release dated August 27, 2021 (the "Agreement").[1] I submit this Affidavit in order to advise the Parties and the Court regarding the implementation of the Court-approved Notice Program   and to report on Epiq's handling to date of the Settlement administration, in accordance with the Order and the Agreement.

---

[1] All capitalized terms not otherwise defined in this document shall have the same meanings ascribed to them in the Agreement.

3.      Epiq was established in 1968 as a client services and data processing company. Epiq has administered bankruptcies since 1985 and settlements since 1993. Epiq has routinely developed and executed notice programs and administrations in a wide variety of mass action contexts including settlements of consumer, antitrust, products liability, and labor and employment class actions, settlements of mass tort litigation, Securities and Exchange Commission enforcement actions, Federal Trade Commission disgorgement actions, insurance disputes, bankruptcies, and other major litigation. Epiq has administered more than 4,500 settlements, including some of the largest and most complex cases ever settled. Epiq's class action case administration services include administering notice requirements, designing direct-mail notices, implementing notice fulfillment services, coordinating with the United States Postal Service ("USPS"), developing and maintaining notice websites and dedicated telephone numbers with recorded information and/or live operators, processing exclusion requests, objections, claim forms and correspondence, maintaining class member databases, adjudicating claims, managing settlement funds, and calculating claim payments and distributions. As an experienced neutral third-party administrator working with settling parties, courts, and mass action participants, Epiq has handled hundreds of millions of notices, disseminated hundreds of millions of emails, handled millions of phone calls, processed tens of millions of claims, and distributed hundreds of billions in payments.

## OVERVIEW OF ADMINISTRATION

4.     Pursuant to the Agreement and Order Epiq was retained to provide, and did provide, the following administrative services for the benefit of Settlement Class Members, as they are defined in the Agreement:

- Mail a Long Form Notice and Claim Form to Class Members;

- Establish and maintain an official Settlement Website containing information about Settlement;

- Establish and maintain an official toll-free number that Settlement Class Members may contact for additional information about the Settlement;

- Review and process Requests for Exclusion sent to or received by Epiq;

- Review and track objections sent to or received by Epiq;

- Receive, process, track, and report on Claim Forms sent to or received by Epiq;

- Mail deficiency and additional information letters, and track responses thereto;

## CLASS ACTION FAIRNESS ACT NOTICE

5.     As described in the September 7, 2021 *Declaration of Stephanie J. Fiereck, Esq. on Implementation of CAFA Notice* ("CAFA Declaration"), on September 7, 2021, Epiq sent a CAFA notice packet (or "CAFA Notice") to federal and state officials as required by the Class Action Fairness Act of 2005 (CAFA), 28 U.S.C. § 1715. The CAFA Notice was mailed by certified mail to two officials, which included the Attorney General of the United States and the Attorneys General of Florida. Attached hereto as **Attachment A** is the *Declaration of Stephanie J. Fiereck, Esq. on Implementation of CAFA Notice (*"CAFA Declaration")

## DATA TRANSFER

6.      On March 30, 2022, Class Counsel provided Epiq with 1 electronic file containing 131,011 records.  The file contained fax numbers and the number of facsimiles for potential Class Members. Epiq loaded the information into its proprietary database created for the proposed Settlement.  Epiq assigned unique identifiers to all the records it received in order to maintain the ability to track them throughout the Settlement administration process.  Epiq combined the data and removed exact duplicate records, which resulted in 114,301 of potential Class Member records (the "Class List").

7.      Epiq utilized a third party vendor, Transunion, to obtain the mailing addresses of potential class members through a reverse look up of the fax numbers provided in the Class Data. As the result of the Court's order to conduct a second reverse lookup, Epiq contracted LexisNexis to conduct an additional reverse look up.  In its September 2, 2022, Order the Court directed to provide Notice to all of the matched results from the TransUnion reverse lookup and to the single matched results from the LexisNexis reverse look up.

## DISSEMINATION OF NOTICE

8.      Prior to dissemination of the Notice in accordance with the September 2, 2022 Order, all mailing addresses were checked against the National Change of Address ("NCOA") database maintained by the United States Postal Service ("USPS").[2]  In addition, the addresses were processed via the Coding Accuracy Support System ("CASS") to ensure the quality of the zip code, and verified through Delivery Point Validation ("DPV") to verify the accuracy of the addresses. To the extent that any potential Class Member had filed a USPS change of address request, and the

---

[2] The NCOA database contains records of all permanent change of address submissions received by the USPS for the last four years.  The USPS makes this data available to mailing firms and lists submitted to it are automatically updated with any reported move based on a comparison with the person's name and last known address.

address was certified and verified, the current address listed in the NCOA database was used in connection with the Notice mailing.   This address updating process is standard for the industry and for the majority of promotional mailings that occur today.

9.       Epiq also established a dedicated post office box to mail notice from and to allow potential Class Members to contact the Settlement Administrator or submit documents by mail. Epiq has and will continue to maintain the P.O. Box throughout the administration process.

10.       On November 7, 2022, Epiq mailed 114,301 Notices via First Class USPS Mail to potential Class Members identified as a result of the TransUnion and LexisNexis reverse lookups. In addition, a Claim Package has been mailed via First Class U.S. Mail to all persons who submitted a request for one.  As of October 11, 2023, 22 Notices have been mailed as a result of such requests.  Attached hereto as **Attachment B** is the Long Form Notice and Claim Form that Epiq disseminated by mail ("Notice") via U.S. First Class Mail.

11.       As of October 11, 2023, 1,296 Notices were returned by the USPS with forwarding information and promptly re-mailed to the forwarding address.   In addition, a total of 19,579 Notices were returned to Epiq without forwarding address information.  As a result of skip trace searches performed by Epiq, a total of 9,289 addresses were updated and 9,289 Notices were re-mailed to the updated addresses.

12.       As of October 11, 2023, 10,003 Notices to unique potential Class Members are currently known to be undeliverable, which is a 91.25% deliverable rate of the Class List.

## SETTLEMENT WEBSITE

13.       Pursuant to Section VII of the Agreement, on April 28, 2022, Epiq launched a website, www.btl-tcpa-settlement.com, that potential Class Members could visit to obtain additional information about the proposed Settlement, as well as important documents, including

AFFIDAVIT OF STEPHANIE AMIN-GINWER REGARDING NOTICE AND SETTLEMENT ADMINISTRATION

the Long Form Notice, Claim Form, Settlement Agreement, Preliminary Approval Order, and any other relevant information that the parties agree to provide or that the Court may require ("Website"). The Website contains a summary of options available to Class Members, deadlines to act, and provides answers to frequently asked questions. Class Members were also able to file a Claim Form via the website, or download a paper Claim Form, which they could then file by mail. References to the Website were prominently displayed in the Notice.

14.     As of October 11, 2023, the Website has been visited by 5,911 unique visitors and 18,087 website pages have been viewed. Epiq has maintained and will continue to maintain and update the Website throughout the administration of the proposed Settlement.

## TOLL-FREE INFORMATION LINE AND FAX NUMBER

15.     On November 2, 2022, Epiq established and is maintaining a toll-free interactive Voice Response Unit ("VRU"), 800-974-0698, to provide information and accommodate inquiries from potential Class Members. Callers hear an introductory message and then are provided with scripted information about the Settlement in the form of recorded answers to frequently asked questions. Callers also have the options of requesting a Notice by mail. The toll-free number was included in the Notice sent to the Class List and the automated telephone system is available 24 hours per day, 7 days per week.

16.     As of October 11, 2023, the toll-free number has received 476 calls representing 1,274 total minutes. Epiq has and will continue to maintain and update the VRU throughout the Settlement administration process.

17.     Pursuant to the Agreement, Epiq established and maintains a fax number, 1-833-627-0966, for potential Class Members to submit Claim Forms. As of October 11, 2023 Epiq has received a total of 777 incoming faxes.

**OBJECTIONS RECEIVED**

18.     Pursuant to Section 1.f of the Order filed on October 11, 2022, Class Members who wish to object to the Settlement were required to submit written objections to the Clerk of the Court, Counsel for the Defendant, and Class Counsel, such that they were postmarked received on or before the objection deadline of April 28, 2023.  As of October 11, 2023, Epiq is aware of and has not received any written objections from Class Members to the Settlement.

**DEFICIENCY PROCESS**

19.     Pursuant to Section III of the Court's July 25, 2023, Epiq was directed to send letters requesting additional information and defect letters to six categories of claimants, including potential fax service providers.

20.     On September 1, 2023, Epiq mailed 795 letters requesting additional information to Claimants in the following categories:

- Claimants that submitted a Claim Form containing a fax number also listed on another Claim Form;

- Claimants that may be government entities;

- Business Claimants registered after the class period (July 2010);

- Claim Form from Business Claimants Epiq was unable to determine whether they were a fax service provider.

(i)     Also, on September 1, 2023, Epiq mailed 899 defect letters to claimants informing them that their claims were defective and advising them how to cure their claims defects in their claims.  The claim defects included Claim Forms that contained non-matching fax numbers and Claimants who did not sign their Claim Form.  Attached hereto as **Attachment C** is the Notice of Deficient Claim Form letter, Notice of Request For Additional Information and cover letter that

was used for Claimants who received both letters that Epiq disseminated by mail via U.S. First Class Mail.

21.     As of November 1, 2023, Epiq has received 329 timely responses to the letters, of which 148 were received in response to the Notice of Request For Additional Information letter and 181 were received in response to the Notice of Deficient Claim Form letter.

## CLAIMS RECEIVED AND FINAL STATUS REPORT

22.     Pursuant to Section 1.b of the Court's October 11, 2022 Order, Class Members who wished to make a claim to receive a distribution from the Net Settlement Fund were required to submit a completed Claim Form to the Settlement Administrator online, by fax or via U.S. Mail, so that it was submitted no later than February 6, 2023.  As of November 1, 2023, Epiq has received 3,213 Claim Forms.

- Of the 3,213 claims received, 1,566 have been deemed timely and complete, 196 are duplicative of another claim, 1,449 are deemed deficient or late and 2 were withdrawn.

- Of the timely and complete claims to date, Class Members have claimed a total of 7,425 facsimiles received.

- Of the timely and complete claims to date, Class Members have been approved for $799,725.00 in total payments.

- 1,449 of claims totaling 1,808 facsimiles received have been deemed deficient or late and have been denied.

AFFIDAVIT OF STEPHANIE AMIN-GINWER REGARDING NOTICE AND SETTLEMENT ADMINISTRATION

Further affiant saith not.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of November 2023.

_Stephanie Amin-Giwner_

STEPHANIE AMIN-GIWNER
Director
Epiq Class Action & Claims Solutions, Inc. ("Epiq")

Sworn to and subscribed before me
this __3rd__ day of November 2023.

_Kathleen Komraus_

NOTARY PUBLIC

KATHLEEN KOMRAUS
Notary Public
State of Washington
Commission # 21034493
My Comm. Expires Oct 18, 2025

Attachment A

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC. and <br> MEDICAL & CHIROPRACTIC CLINIC, <br> INC., individually and on behalf of a class, <br><br>     Plaintiffs, <br><br>          v. <br><br> BUCCANEERS LIMITED PARTNERSHIP, <br><br>     Defendant. <br> _____ <br><br> TECHNOLOGY TRAINING ASSOCS., INC. <br> *et al.,* <br><br>     Intervenors. | ) <br> ) <br> ) <br> ) <br> ) <br> )    No.: 8:13-CV-01592-AEP <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DECLARATION OF STEPHANIE J. FIERECK, ESQ. ON IMPLEMENTATION OF CAFA NOTICE**

I, STEPHANIE J. FIERECK, ESQ., hereby declare and state as follows:

1.      My name is Stephanie J. Fiereck, Esq.  I am over the age of 21 and I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2.      I am the Legal Notice Manager for Epiq Class Action & Claims Solutions, Inc. ("Epiq"), a firm that specializes in designing, developing, analyzing and implementing large-scale, un-biased, legal notification plans.

3.      Epiq is a firm with more than 25 years of experience in claims processing and settlement administration.  Epiq's class action case administration services include coordination of all notice requirements, design of direct-mail notices, establishment of fulfillment services, receipt and processing of opt-outs, coordination with the United States Postal Service, claims database management, claim adjudication, funds management and distribution services.

DECLARATION OF STEPHANIE J. FIERECK, ESQ. ON IMPLEMENTATION OF CAFA NOTICE

4.      I am an active member of the Oregon State Bar, and received my Juris Doctor degree from the University of Oregon School of Law.  I have served as the Legal Notice Manager for Epiq since 2012.  During that time, I have overseen virtually all Class Action Fairness Action ("CAFA") noticing efforts and handled more than 325 CAFA mailings.

5.      The facts in this Declaration are based on what I personally know, as well as information provided to me in the ordinary course of my business by my colleagues at Epiq.

### CAFA NOTICE IMPLEMENTATION

6.      At the direction of counsel for the Defendant Buccaneers Limited Partnership, now known as Buccaneers Team LLC, the Attorneys General of the United States and Florida were identified to receive the CAFA notice.  Epiq maintains a list of these officials with contact information for the purpose of providing CAFA notice.  Prior to mailing, the names and addresses selected from Epiq's list were verified.

7.      On September 7, 2021, Epiq sent two CAFA Notice Packages ("Notice").  The Notice was sent via UPS to the Attorneys General of the United States and Florida.  The CAFA Notice Service List is included as **Attachment 1**.

8.      The materials sent to the officials included a cover letter, which provided notice of the proposed settlement of the above-captioned case.  The cover letter is included as **Attachment 2**.

9.      The cover letter was accompanied by a CD, which included the following:

      a.      Class Action Complaint, Amended Complaint, and Second Amended Complaint;

      b.      Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and Notice to the Class (with exhibits):

            •      Exhibit 1 – Settlement Agreement and Release (with exhibits);

DECLARATION OF STEPHANIE J. FIERECK, ESQ. ON IMPLEMENTATION OF CAFA NOTICE

  o  Exhibit A – Proof of Claim Form;

  o  Exhibits B & C – Class Notices; and

 • Exhibit 2 – [Proposed] Preliminary Approval Order.

 I declare under penalty of perjury that the foregoing is true and correct.  Executed on September 7, 2021.

Stephanie J. Fiereck, Esq.

Attachment 1

CAFA Notice Service List

| Company | FullName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| US Department of Justice | Merrick B. Garland | 950 Pennsylvania Ave NW | | Washington | DC | 20530 |
| Office of the Attorney General | Ashley Moody | State of Florida | The Capitol PL-01 | Tallahassee | FL | 32399 |

Attachment 2

**NOTICE ADMINISTRATOR**
HILSOFT NOTIFICATIONS
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

September 7, 2021

**VIA UPS**

| Class Action Fairness Act – Notice to Federal and State Officials |
| --- |

Dear Sir or Madam:

Pursuant to the "Class Action Fairness Act," ("CAFA"), 28 U.S.C. §1715, please find enclosed information from Defendant as Buccaneers Limited Partnership, now known as Buccaneers Team LLC, relating to the proposed settlement of a class action lawsuit.

- **Case:** *Cin-q Automobiles, Inc., et al. v. Buccaneers Limited Partnership*, Case No. 8:13-CV-01592-AEP.

- **Court:** United States District Court, Middle District of Florida, Tampa Division.

- **Defendant:** Buccaneers Limited Partnership, now known as Buccaneers Team LLC.

- **Judicial Hearing Scheduled:** At this time, a Preliminary Approval Hearing and a Final Approval Hearing have not been scheduled by the Court. At the time of the hearings, these matters may be continued without further notice.

- **Documents Enclosed:** Copies of the following documents are contained on the enclosed CD:

  1. Class Action Complaint, Amended Complaint, and Second Amended Complaint;

  2. Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and Notice to the Class (with exhibits):

     - Exhibit 1 – Settlement Agreement and Release (with exhibits);

       - Exhibit A – Proof of Claim Form;

       - Exhibits B & C – Class Notices;

     - Exhibit 2 – [Proposed] Preliminary Approval Order; and

Regarding a reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement, Plaintiff's motion for preliminary approval indicates that over 343,000 faxes were sent to over 131,000 unique fax numbers, all of which have Florida area codes.

Very truly yours,

Notice Administrator

Enclosures

Attachment B

**This is a notice of a lawsuit settlement, not a lawsuit against you.**

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> BUCCANEERS LIMITED PARTNERSHIP and JOHN DOES 1–10, <br><br> Defendants. | No. 8:13-cv-01592-AEP <br><br> Magistrate Judge <br> Anthony E. Porcelli |

### NOTICE OF CLASS ACTION SETTLEMENT WITH ATTACHED CLAIM FORM

**TO:** **All persons who received or were successfully sent in 2009 or 2010 one or more facsimile advertisements relating to tickets for Tampa Bay Buccaneers games (the "Settlement Class").**

The Court ordered us to send you this Notice because your fax number is contained on a list of fax numbers to which advertisements may have been sent by fax, and you may be a member of the Settlement Class ("Settlement Class Member") defined above.

**A.** **WHAT IS THIS LAWSUIT ABOUT?** Plaintiffs filed this class action lawsuit (the "Litigation") against Buccaneers Limited Partnership, now known as Buccaneers Team LLC ("BTL" or "Defendant") alleging that it violated the federal Telephone Consumer Protection Act ("TCPA") by allegedly sending unsolicited advertisements by fax. Defendant denies each and every allegation of wrongdoing, liability, and damages that were or could have been asserted in the Litigation and further denies that the claims would be appropriate for class treatment if the Litigation were to proceed through trial. The parties have agreed to settle all claims about 343,122 advertising faxes allegedly sent by or on behalf of BTL from July 14, 2009, to June 9, 2010. This Notice informs you of your rights regarding this Settlement as a potential member of the Settlement Class.

**B.** **WHY IS THERE A SETTLEMENT?** The Court has not decided in favor of Plaintiffs or BTL. Instead, both sides have agreed to a settlement. By agreeing to the Settlement, the parties avoid the costs and uncertainty of a trial, and if the Settlement is approved by the Court, Settlement Class Members will receive the benefits described in this Notice. The proposed Settlement does not mean that any law was broken or that BTL did anything wrong. BTL denies all legal claims in this case. Plaintiffs and their lawyers think the proposed Settlement is best for everyone who is affected.

**C.** **WHAT IS THE PROPOSED SETTLEMENT?** The Court has certified the Settlement Class defined above and preliminarily approved a settlement, subject to a final approval hearing that will occur on September 7, 2023, at 10:00 a.m. in Courtroom 10A, United States District Court, Middle District of Florida, 801 North Florida Avenue, Tampa, Florida 33602. BTL has agreed to create a settlement fund of $19,750,000.00 ("Settlement Fund") to settle this case. If the Court approves the Settlement at the final approval hearing, each valid claim will be paid up to $350.00 for the first fax, $125.00 for the second fax, $90.00 for the third fax, $25.00 for the fourth fax, and $25.00 for the fifth fax. You do not need to state on the Claim Form how many faxes you received from BTL in 2009 and 2010. You will be paid according to the electronic records obtained in this case. In the event the Settlement Fund is exhausted, these amounts are subject to reduction.

**D.** **WHO REPRESENTS THE SETTLEMENT CLASS IN THIS LITIGATION?** The Court appointed Plaintiffs Cin-Q Automobiles, Inc. and Medical & Chiropractic Clinic, Inc. as the Class Representatives, and appointed the following attorneys as Class Counsel:

| | |
|---|---|
| Michael Addison <br> Addison Law Office, P.A. <br> P.O. Box 152356 <br> Tampa, FL 33684 | Ross M. Good <br> Glenn L. Hara <br> Brian J. Wanca <br> Anderson + Wanca <br> 3701 W. Algonquin Road, Suite 500 <br> Rolling Meadows, IL 60008 |

**QUESTIONS? CALL 1-800-974-0698 OR GO TO BTL-TCPA-SETTLEMENT.COM.**

They have litigated on behalf of the Settlement Class against BTL on a contingency basis. As part of the Settlement, Class Counsel will request that the Court award each Plaintiff an Incentive Award of $10,000.00 for serving as Class Representatives and ask the Court to award attorney's fees to Class Counsel equal to 25% of the Settlement Fund for their legal services, plus their reasonable out-of-pocket litigation expenses, also to be paid out of the Settlement Fund. You can read Plaintiffs' Motion for Attorney Fees and Incentive Award on the Settlement Website. You will not have to pay any money to Class Counsel. You may retain your own counsel to represent you at your own expense. The Court will ultimately decide the amount of fees and expenses to award.

E.  **WHAT ARE YOUR FOUR OPTIONS?**

   1.  **Submit a Proof of Claim (attached) to receive a check:** You must submit a completed Claim Form (see form at end of this Notice) to the Settlement Administrator signed subject to penalty of perjury via U.S. Mail, fax, or online at BTL-TCPA-Settlement.com. Claim Forms may also be obtained on the Settlement Website, BTL-TCPA-Settlement.com. The Claim Form must be submitted to the Settlement Administrator on or before **February 6, 2023**. If mailed, the envelope must be postmarked on or before February 6, 2023. If you do not submit a Claim Form, you will not be eligible to participate in the economic recovery under this Settlement. If you submit a timely and valid Claim Form, you will be mailed a settlement check after the Court enters a Final Order and Judgment granting approval of the Settlement and after any appeals are resolved. If there are appeals, resolving them can take time. Please be patient.

   2.  **Do nothing:** You will be bound by the Settlement, and you will release your claims regarding faxes sent by or on behalf of BTL from July 14, 2009, to June 9, 2010, but you will not receive any money. Unless you opt out of the Settlement (see below), you give up any right you might have to sue BTL for legal claims that the Settlement resolves. You must exclude yourself from the Settlement Class in order to try to maintain your own lawsuit. If you start your own lawsuit, you will have to hire your own lawyer, and you will have to prove your claims.

   Unless you exclude yourself from the Settlement, you cannot sue or be part of any other lawsuit against BTL about the issues in this case, including any existing litigation, arbitration, or proceeding. Unless you exclude yourself, all of the decisions and judgments by the Court will bind you. If you file a Claim Form for benefits or do nothing at all, you will be releasing BTL from all of the claims described and identified in Section XI of the Settlement Agreement.

   The Settlement Agreement is available by visiting the Settlement Website, BTL-TCPA-Settlement.com, calling 800-974-0698, or writing to *Cin-Q Automobiles, Inc. v. Buccaneers Limited Partnership*, Attn: Settlement Administrator, P.O. Box 6394, Portland, OR 97228-6394. The Settlement Agreement provides more detail regarding the release and describes the released claims with specific descriptions in necessary, accurate legal terminology, so read it carefully. You can talk to the lawyers seeking to represent the Settlement Class and listed above for free, or you can, at your own expense, talk to your own lawyer if you have any questions about the released claims or what they mean.

   3.  **Opt out of the Settlement:** You have the right to exclude yourself from both the class action and the Settlement by submitting a written request by mail to be excluded from the Settlement Class. Your request for exclusion must be postmarked on or before **February 6, 2023**. It must list your name, fax number(s) at which you or your company received faxes between July 14, 2009, and June 9, 2010, street address, the name and number of this case, it must be personally signed by you, and it must state that you are a member of the Settlement Class and that you wish to be excluded (for example, "Exclude me from the Buccaneers settlement."). Mail your exclusion request to the Settlement Administrator, postmarked by date above, who will notify Class Counsel, BTL Counsel, and the Court of your request:

   *Cin-Q Automobiles, Inc. v. Buccaneers Limited Partnership*
   Attn: Settlement Administrator
   P.O. Box 6394
   Portland OR 97228-6394

   You <u>cannot</u> ask to be excluded on the phone, by email, or in any other manner.

   You may opt out of the Settlement Class only for yourself. So-called "mass" or "class" opt-outs, whether filed by third parties on behalf of a "mass" or "class" of members of the Settlement Class or multiple members of the Settlement Class where no personal statement has been signed by each and every individual member of the Settlement Class, are not allowed.

**QUESTIONS? CALL 1-800-974-0698 OR GO TO BTL-TCPA-SETTLEMENT.COM.**

**4.** **Object to the Settlement:** If you are a Settlement Class Member (and do not exclude yourself from the Settlement Class) and wish to object to the Settlement rather than excluding yourself, you must file a written objection with the Clerk of the United States District Court, Middle District of Florida, 801 North Florida Avenue, Tampa, Florida 33602. Your objection must be filed by **April 28, 2023**, and must contain the name and number of this case (as indicated at the top of this Notice). You must also serve copies of your objection on Class Counsel (address above) and Defendant's attorneys, Mark S. Mester and Robert C. Collins III, Latham & Watkins LLP, 330 N. Wabash Ave., Suite 2800, Chicago, IL 60611, postmarked by the same date. Your objection must include your name, fax number(s) at which you or your company received faxes between July 14, 2009, and June 9, 2010, telephone number, and street address, along with a statement of the reasons why you believe the Court should find that the proposed Settlement is not in the best interests of the Settlement Class. If you are represented by counsel, your objection must also include the name, bar number, address, and telephone number of your counsel. Your objection must also include a signed declaration stating that you are a member of the Settlement Class and in 2009 and/or 2010 received or were successfully sent one or more facsimile advertisements relating to Tampa Bay Buccaneers games. It is not sufficient to simply state that you object; you must state your reasons. Additionally, if you want the Court to consider your objection, then <u>you must also appear</u> at the final approval hearing in Courtroom 10A, on September 7, 2023, at 10:00 a.m. <u>You are not required to attend this hearing unless you object to the Settlement.</u>

**F.** **WILL THE COURT APPROVE THE SETTLEMENT?** The Court will hold a final approval hearing on **September 7, 2023, at 10:00 a.m.** in Courtroom 10A of the Sam M. Gibbons United States District Court, Middle District of Florida, 801 North Florida Avenue, Tampa, Florida 33602, at which the Court will hear any timely and properly filed objections and arguments about the Settlement. At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. The Court will also consider the requests by Class Counsel for Attorneys' Fee Award and for Incentive Awards to the Class Representatives. After the hearing, the Court will decide whether to approve the Settlement. It is unknown how long these decisions will take. You are **not** required to attend unless you object to the Settlement. The hearing may be continued to a future date without further notice. You are welcome to attend the hearing at your own expense.

**G.** **WHERE CAN YOU GET MORE INFORMATION?** If you have specific questions, you can write to Class Counsel at the address listed above. Include the case number, your name, the fax number(s) at which you or your company received faxes between July 14, 2009, and June 9, 2010, and your current street address on any correspondence. You may also contact Addison Law Office, P.A. at 813-344-4808 or Anderson + Wanca, Class Counsel, at 855-827-2329. You can review the Complaint, Settlement documents, and Plaintiffs' Motion for Attorney Fees and Incentive Award on the Settlement Website at BTL-TCPA-Settlement.com. You may also send questions to the Settlement Administrator by calling 800-974-0698 or writing *Cin-Q Automobiles, Inc. v. Buccaneers Limited Partnership*, Attn: Settlement Administrator, P.O. Box 6394, Portland, OR 97228-6394. This Notice only summarizes the Litigation and Settlement. The Court files for this case are available for your inspection at the Office of the Clerk of Court for the United States District Court for the Middle District of Florida, (Monday through Friday, 8:30 a.m.–4:00 p.m.) or through the Court's Public Access to Electronic Records (PACER) system at https://flmd.uscourts.gov/pacer.

**DO NOT CONTACT THE JUDGE, THE JUDGE'S STAFF, OR THE CLERK OF THE COURT BECAUSE THEY CANNOT ANSWER YOUR QUESTIONS ABOUT THE SETTLEMENT.**

**BY ORDER OF THE COURT, HONORABLE ANTHONY E. PORCELLI**

MAIL ID
*0000PLACEHOLDER0000*

## PROOF OF CLAIM
### Cin-Q Automobiles, Inc., et al. v Buccaneers Limited Partnership
### Case No. 8:13-cv-01592 (M.D. Fla.)

> **Please Read This Entire Form Carefully**
> **You Must Submit Your Signed Claim by February 6, 2023.**
>
> **If You Do Not Submit a Claim Form by February 6, 2023, You Will Not Receive the Benefits Described in the Class Notice.**

*You Must Complete All Three Steps to Claim a Share of the Settlement Fund.*

**Step 1.    PROVIDE YOUR CONTACT INFORMATION.**

First Name:                          MI:      Last Name:

Company (if applicable):

Address:

City:                                State:    ZIP Code:

Phone Number:

Email:

Fax Number(s):

*List all numbers at which you or your company received faxes between July 14, 2009, and June 9, 2010. Attach a separate sheet if necessary. The Settlement Administrator will verify that the fax number(s) you provide appear(s) in the existing records related to the case before approving your claim. The parties also have the right to audit this Claim Form, verify your statements, and dispute any claims.*

**Step 2.    VERIFY OWNERSHIP OF THE FAX NUMBER(S) LISTED ABOVE AND RECEIPT OF A FAX OR FAXES.**

Between July 14, 2009, and June 9, 2010, I or my company subscribed to the fax number(s) identified above or attached to this Proof of Claim and faxes were received at such number or numbers, including faxes from the Tampa Bay Buccaneers.

I certify under penalty of perjury that the foregoing is true and correct.

Date:   MM  –  DD  –  YYYY                    (Sign your name here)

**Step 3.    RETURN THIS CLAIM FORM BY FEBRUARY 6, 2023.**

a. Fax this Claim Form to 1-833-627-0966; OR

b. Mail this Claim Form to *Cin-Q Automobiles, Inc. v. Buccaneers Limited Partnership*, Attn: Settlement Administrator, P.O. Box 6394, Portland, OR 97228-6394; OR

c. Submit this Claim Form electronically at BTL-TCPA-Settlement.com.

*If the Settlement is granted Final Approval and your claim is accepted, you will be mailed a check representing your share of the Settlement Fund, subject to the verification process noted above. This process takes time, so please be patient. Please keep a copy of your completed Claim Form for your records and ensure that you keep your current address on file with the Settlement Administrator.*

Attachment C

**Cin-Q Automobiles, Inc., et al. v.**
**Buccaneers Limited Partnership**
Settlement Administrator
P.O. Box 6394
Portland, OR 97228-6394

Toll-Free Number: 1-800-974-0698
Website: BTL-TCPA-Settlement.com

*111222333444555*

[STUBADDRESSNAME1]
[STUBADDRESSNAME2]
[STUBADDRESS1]
[STUBADDRESS2]
[STUBADDRESS3]
[STUBADDRESS4]
[STUBADDRESS5]
[CITY] [STATE] [POSTALCODE]
[COUNTRY]

Tracking Number: <<##########>>

Response Deadline: Month DD, YYYY
Claim Number: <<##########>>

<<Mail Date (Month DD, YYYY)>>

### Notice of Deficient Claim Form

Dear <<KeyName>>:

We received and processed the Claim Form ("Claim") you submitted in connection with the *Cin-Q Automobiles, Inc., et al. v. Buccaneers Limited Partnership* Settlement. This Notice is to provide you with an opportunity to cure the defect(s) of your Claim. Please be advised that failure to cure the defect(s) listed below could result in the denial of your Claim, in whole or in part. In order to cure your Claim, you must provide the information requested in this Notice as specified below. Your response must be **postmarked no later than** Month DD, YYYY.

**Non-Matching Fax Number**

The fax number(s) provided below does (do) not match any of the fax numbers identified in this Action.

Fax Number Not Matched: <<Fax Number Provided>>

**How to Resolve:**
If you believe you provided the above fax number(s) in error, please provide a corrected fax number(s) that received one or more facsimile advertisements relating to tickets for Tampa Bay Buccaneers games between July 14, 2009, and June 9, 2010. You must also complete the certification below regarding any newly provided fax number(s).

Fax Number(s):



AI4061 v.09

'111222333444555'

**VERIFY OWNERSHIP OF THE FAX NUMBER(S) LISTED ABOVE AND RECEIPT OF A FAX OR FAXES.**

Between July 14, 2009, and June 9, 2010, my company or I subscribed to the fax number(s) identified above and faxes were received at such number or numbers, including faxes from the Tampa Bay Buccaneers.

I certify under penalty of perjury that the foregoing is true and correct.

Date: ☐☐ - ☐☐ - ☐☐☐☐

  MM     DD      YYYY

(Sign your name here)

**Missing Signature**

The Claim referenced above is missing a signature for the claimant.

**How to Resolve:**

You did not sign your Claim Form, or the name and/or signature in the Certification was in the name of a person other than the subscriber or primary user listed on the Claim Form. You can resolve this defect by having the claimant complete the Certification below and return this Notice to the Settlement Administrator by the response deadline.

**VERIFY OWNERSHIP OF THE FAX NUMBER(S) LISTED ABOVE AND RECEIPT OF A FAX OR FAXES.**

Between July 14, 2009, and June 9, 2010, my company or I subscribed to the fax number(s) identified above and faxes were received at such number or numbers, including faxes from the Tampa Bay Buccaneers.

I certify under penalty of perjury that the foregoing is true and correct.

Date: ☐☐ - ☐☐ - ☐☐☐☐

  MM     DD      YYYY

(Sign your name here)

<<Close>>

To be eligible to share in the Settlement proceeds obtained in this action, please respond to this Notice. Failure to cure the defect(s) listed above could result in the rejection of your Claim.

Your response to this Notice must be postmarked no later than Month DD, YYYY and should be mailed to the return address listed above.

If you have any questions, please contact the Settlement Administrator at 1-800-974-0698 or visit BTL-TCPA-Settlement.com.

Sincerely,

*Cin-Q Automobiles, Inc., et al. v. Buccaneers Limited Partnership*

Attn: Settlement Administrator

P.O. Box 6394

Portland, OR 97228-6394

**Cin-Q Automobiles, Inc., et al. v.**
**Buccaneers Limited Partnership**
Settlement Administrator
P.O. Box 6394
Portland, OR 97228-6394

Toll-Free Number: 1-800-974-0698
Website: BTL-TCPA-Settlement.com

‖‖‖ [QR code] ‖‖‖
'111222333444555'

[STUBADDRESSNAME1]
[STUBADDRESSNAME2]
[STUBADDRESS1]
[STUBADDRESS2]
[STUBADDRESS3]
[STUBADDRESS4]
[STUBADDRESS5]
[CITY] [STATE] [POSTALCODE]
[COUNTRY]

Tracking Number: <<##########>>

Response Deadline: Month DD, YYYY
Claim Number: <<##########>>

<<Mail Date (Month DD, YYYY)>>

<u>Notice of Request for Additional Information</u>

Case No. 8:13-cv-01592-AEP

Dear <<KeyName>>:

We received the Claim Form ("Claim") you submitted in connection with the *Cin-Q Automobiles, Inc., et al. v.*
*Buccaneers Limited Partnership* Settlement. After reviewing your Claim, we now need you to provide additional
information as stated below in order to determine the validity of your Claim. Please provide a copy of this Notice
along with your written response. Please be advised that failure to respond to the request(s) listed below could
result in the denial of your Claim, in whole or in part. Your response must be **postmarked no later than** Month
DD, YYYY.

**Multi-Claimed Fax**

More than one claim was filed regarding the fax number(s) listed below. Therefore, we are unable to confirm
your ownership of the fax number(s) listed below based on the information provided in your Claim. To be
eligible, you must have received from July 14, 2009, to June 9, 2010, one or more facsimile advertisements
relating to tickets for Tampa Bay Buccaneers games on the fax number(s) listed below.

Fax Number Claimed: <<**Fax Number Provided**>>

<u>How to Resolve:</u>
Please provide documentation showing that the above fax number(s) belonged to you between July 14, 2009, and
June 9, 2010. Examples of this documentation include but are not limited to letterhead, business cards, telephone
bills, and websites that include the fax number(s) claimed.

**Outside of Class Period**

The business claiming the fax number(s) was organized after June 9, 2010. The parties have agreed to settle all
claims relating to 343,122 advertising faxes allegedly sent by or on behalf of BTL from July 14, 2009, to
June 9, 2010. A business with an organizational date after June 9, 2010 is outside of the class period.

<u>How to Resolve:</u>
Please provide documentation showing that your business existed on or before June 9, 2010. Examples of this
documentation include but are not limited to articles of incorporation, articles of organization, letterhead,
business cards, telephone bills, and websites that reflect the business existed on or before June 9, 2010.

AJ1571 v.04


*111222333444555*

## Government Entity

The entity claiming the fax number(s) may be a government entity. The Settlement Class is defined as "[a]ll persons who received or were successfully sent in 2009 or 2010 one or more facsimile advertisements relating to tickets for Tampa Bay Buccaneers games" and person is defined as "an individual, corporation, partnership, limited partnership, limited liability company, association, member, joint stock company, estate, legal representative, trust, unincorporated association, any business or legal entity and such individual's or entity's spouse, heirs, predecessors, successors, representatives, and assignees." A claim submitted by a city, county, state, government agency, or other government entity at any level is not eligible.

<u>How to Resolve:</u>
Please provide documentation showing you are a person as defined by the Settlement Agreement and are <u>not</u> a government entity. Examples of this documentation include but are not limited to articles of incorporation, articles of organization, letterhead, business cards, and websites.

## Fax Service Provider

We are unable to determine whether your business is a Fax Service Provider. The Settlement Class is defined as "[a]ll persons who received or were successfully sent in 2009 or 2010 one or more facsimile advertisements relating to tickets for Tampa Bay Buccaneers games." A Fax Service Provider is not eligible to file claims on behalf of fax numbers it leased to or otherwise held on behalf of its customers during the relevant time period.

<u>How to Resolve:</u>
Please provide documentation either (1) showing that your business was not one that provided fax services in 2009 or 2010; or (2) showing that your business was using the fax number(s) provided in your Claim Form for its business use, rather than leasing the number to someone else in 2009 or 2010. Examples of this documentation include but are not limited to a declaration signed under penalty of perjury, telephone bills, letterhead, business cards, and printouts of websites.

<<CLOSE>>
To be eligible to share in the Settlement proceeds obtained in this action, please respond to this Notice. Failure to provide the requested documentation listed above could result in the rejection of your Claim.

Your response to this Notice along with the requested documentation must be postmarked no later than Month DD, YYYY and should be mailed to the return address listed above. Please include a copy of this Notice with your response.

If you have any questions, please contact the Settlement Administrator at 1-800-974-0698, or visit BTL-TCPA-Settlement.com.

I certify under penalty of perjury that the information and/or documentation contained in this response is true and correct.

Date: [ ] [ ] - [ ] [ ] - [ ] [ ] [ ] [ ]
     MM    DD    YYYY

(Sign your name here)

Sincerely,
*Cin-Q Automobiles, Inc., et al. v. Buccaneers Limited Partnership*
Attn: Settlement Administrator
P.O. Box 6394
Portland, OR 97228-6394

AJ1572 v.04

**Cin-Q Automobiles, Inc., et al. v.**                          Toll-Free Number: 1-800-974-0698
**Buccaneers Limited Partnership**                             Website: BTL-TCPA-Settlement.com
Settlement Administrator
P.O. Box 6394
Portland, OR 97228-6394


'111222333444555'

                                        Tracking Number: <<##########>>

[STUBADDRESSNAME1]
[STUBADDRESSNAME2]
[STUBADDRESS1]                                  Response Deadline: Month DD, YYYY
[STUBADDRESS2]                                     Claim Number: <<##########>>
[STUBADDRESS3]
[STUBADDRESS4]
[STUBADDRESS5]
[CITY] [STATE] [POSTALCODE]                       <<Mail Date (Month DD, YYYY)>>
[COUNTRY]

### _Cin-Q Automobiles, Inc., et al. v. Buccaneers Limited Partnership_

Case No. 8:13-cv-01592-AEP

Dear <<KeyName>>:

Please find enclosed two letters requesting information from you regarding your Claim.

The first letter, _Notice of Request for Additional Information_, requests documentation needed to determine the validity of fax number(s) provided on your Claim Form.

The second letter, _Notice of Deficient Claim Form_, explains why your Claim Form is defective and provides you an opportunity to cure your defect(s).

Your response must be **postmarked no later than** Month DD, YYYY.

If you have any questions, please contact the Settlement Administrator at 1-800-974-0698, or visit BTL-TCPA-Settlement.com.

Sincerely,
_Cin-Q Automobiles, Inc., et al. v. Buccaneers Limited Partnership_
Attn: Settlement Administrator
P.O. Box 6394
Portland, OR 97228-6394

AJ1561 v.04