UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CIN-Q AUTOMOBILE, INC., and
MEDICAL & CHIROPRACTIC CLINIC
INC., Florida corporations, individually and
As the representative of a class of
similarly-situated persons,

   Plaintiffs,
v.

               Case No.: 8:13-cv-1592-17AEP

BUCCANEERS LIMITED PARTNERSHIP
And JOHN DOES 1-10,

   Defendants.
_____/

## POTENTIAL CLASS MEMBER, ASTRO COMPANIES, LLC'S NOTICE OF INTENT TO OPT OUT OF PROPOSED CLASS SETTLEMENT

  Potential Class Member, Astro Companies, LLC ("Claimant"), hereby files its Notice of Intent to Opt Out of Proposed Class Settlement and in support of the foregoing states as follows:

  1. **Introduction.** The Court should allow Claimant to opt out of the proposed class settlement in the above captioned matter as (the "Proposed Class Settlement"), with respect to Claimant, the Proposed Class Settlement is unfair, unreasonable, and inadequate.

  2. **Statement of Facts.** Between July 14, 2009 and June 9, 2010, BTL successfully faxed 343,122 advertisements for group tickets to Buccaneers football

games to 131,011 unique fax numbers. Biggerstaff Report, ¶¶ 1, 23, Exs. 2, 3, 6, 7. BTL sent three different fax ads. *Id.* BTL hired 127 High Street to broadcast the first ad on July 14, 15, and 16, 2009, and the data for these were found on a hard drive obtained from 127 High Street. *Id.* ¶¶ 9, 17-22, Ex 6. Later, BTL hired Rocket Messaging to broadcast two different fax ads, the first between August 17, 2009 and August 20, 2009, and the second between May 24, 2010 and June 9, 2010. *Id.*, ¶¶ 13-16, Ex. 3. Rocket Messaging produced fax logs detailing its fax broadcasts for BTL. *Id.* Only about half of the unique fax numbers in the 127 High Street records and Rocket Messaging records were the same. *Id*, ¶¶ 73-74.

Many of the foregoing faxes went to approximately 869 facsimile numbers owned by Claimant. These unsolicited faxes tied up Claimant's resources and needlessly hampered its business resources by clogging its lines with BTL'S spam faxes. Upon receiving notice of the Proposed Class Settlement, Claimant timely filed its Proof of Claim for each of these approximately 869 facsimile numbers based on its understanding of the clear language within the proposed agreement wherein Claimant was to receive a fixed sum for **each** of the fax messages received from BTL on **each** of its facsimile numbers during the subject period.

Seven months after submitting its Proof of Claim, Claimant learned that the Proposed Class Settlement would be interpreted as capping Claimant's total

4567165v1

settlement for the thousands of faxes it received from BTL at $615.00 [Doc. 475, Page 7].

3. **Argument**. The Proposed Class Settlement is not fair, reasonable, or adequate as it relates to Claimant. Claimant's business was substantially impacted as a result of thousands of spam faxes sent to it during the subject time period. By capping Claimant's recovery at $615.00, the damages Claimant suffered as a result of receiving thousands of spam faxes from BTL would be reduced to mere pennies per spam fax received. By means of an additional example, while Claimant would receive mere pennies for each spam fax it received, another class member who received 5 spam faxes would receive $123.00 per fax. Such a result is not fair, reasonable, or adequate in that it fails to adequately compensate Claimant for the damages it suffered and would unreasonably result in a de minimis recovery for Claimant, as compared to other affected class members, despite Claimant having facially suffered more damage on both a per fax basis and aggregate basis.

4. **Conclusion**. Should the Court approve the Proposed Class Settlement, it should allow Claimant to opt out and be excluded from such settlement so that it can pursue its own individual remedy for the harm it has suffered.

4567165v1

/s/ Daniel P. VanEtten
Daniel P. VanEtten, Esquire
FBN: 0126227
Primary email:
dvanetten@blalockwalters.com
Secondary email:
eservice@blalockwalters.com
Blalock Walters, P.A.
802 11th Street West
Bradenton, Florida 34205
941.748.0100 - Office
941.745.2093 - Facsimile
Attorneys for Astro Companies, LLC

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 8 day of December, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which served all relevant parties.

Daniel P. VanEtten, Esquire
FBN: 126227
Primary Email:
dvanetten@blalockwalters.com
Secondary Email:
eservice@blalockwalters.com
Blalock Walters, P.A.
802 11th Street West
Bradenton, Florida  34205
Telephone:  941.748.0100
Facsimile:   941.745.2093

4

4567165v1