UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC., et al., <br>                    Plaintiffs, <br> v. <br> BUCCANEERS LIMITED PARTNERSHIP and JOHN DOES 1-10, <br>                    Defendants, <br> TECHNOLOGY TRAINING ASSOCIATES, INC., et al., <br>                    Intervenors. | Case No. 8:13-cv-01592-AEP <br><br> Magistrate Judge <br> Anthony E. Porcelli |

INDEX OF EXHIBITS TO
MOTION AND INCORPORATED MEMORANDUM OF LAW
OF BTL TO DISMISS CLASS CLAIMS FOR LACK OF ARTICLE III
STANDING AND TO DECERTIFY THE SETTLEMENT CLASS

Exhibit 1 - Declaration of Ken Sponsler

Exhibit 2 - August 21, 2023 Email from O. Castillejos

Exhibit 3 - July 7, 2023 Email from M. Mester

Exhibit 4 - August 2, 2023 Email from G. Slater

Exhibit 5 - Declaration of Robert C. Collins III

Exhibit 6 - Declaration of Matt C. McKinley

Exhibit 7 - August 15, 2023 Email from G. Slater

Exhibit 8 - August 9, 2023 Email from G. Hara

Exhibit 9 - October 16, 2023 Emails between G. Hara and M. Mester