# EXHIBIT 2

| | |
|---|---|
| **From:** | Castillejos, Orlando <Orlando.Castillejos@epiqglobal.com> |
| **Sent:** | Monday, August 21, 2023 3:39 PM |
| **To:** | Glenn Hara; Slater, Gabe (CH); Jonathan@classlawyers.com |
| **Cc:** | Collins, Robert (CH); Amin-Giwner, Stephanie; Mester, Mark (CH); m@mcalaw.net; phil@classlawyers.com; robert@classlawyers.com; ross@loftusandeisenberg.com; Bithell, Richard; Diego, Juana; Kovach, Loree; Palmer, Adam; Cansler, Erik; Sue Fitzgerald; Susan Vega |
| **Subject:** | RE: Cin-Q v. BTL |

Counsel,

We will be sending, via secure delivery, a complete list of tracking numbers for claims that will receiving defect letters and/or additional information request letters. The Excel file name is *Cin-Q Auto. Inc. v. Buccaneers Ltd_Defect Tracking Numbers 08212023*. In total, 1,641 unique tracking numbers will receive at least one letter. A summary of the records by category is below and can also be found in the "Summary" tab of the file.

| | |
|---|---|
| Government Entity | 11 |
| Missing Signature | 18 |
| Outside of Class Period | 30 |
| Fax Service Provider | 63 |
| Multi-Claimed Fax | 711 |
| Non-Matching Fax Number | 897 |
| Total | 1730 |

Note, the total number of codes is greater than the number of tracking numbers because a claim could be defective or require additional information for more than one reason. The Multi-Claimed Fax and Non-Matching Fax Number counts have also changed due to phone numbers no longer being treated as potential fax numbers.

Today's report does not include preliminary estimated payment information. We can add this preliminary information and circulate a revised report by the end of the week. Please let me know if you would like us to circulate a revised report, nothing that information will not be final and will be subject to change.

Thank you,
Orlando


**Orlando Castillejos**
Epiq | Project Manager
Mobile:  +1 502 931 0892
Email:  orlando.castillejos@epiqglobal.com

**People. Partnership. Performance.**
www.epiqglobal.com

1