# EXHIBIT 3

| From: | Mester, Mark (CH) |
|---|---|
| Sent: | Friday, July 7, 2023 5:37 PM |
| To: | ghara@andersonwanca.com |
| Cc: | Collins, Robert (CH) |
| Subject: | Cin-Q, et al. v. BTL, No. 8:13-cv-01592-AEP (M.D. Fla.) |

Dear Glenn:

We write consistent with our obligations to meet and confer with you.

At the Court's directive, we addressed in our February 18, 2022 submission the various problems with the Biggerstaff list. See Submission Of BTL Regarding List Of Numbers Included With The Reports Of Robert Biggerstaff (Dkt. 341). Among other things, we addressed in that submission the issue of online services and also provided Mr. Sponsler's view on this issue. See id. at 15-17; Sponsler Decl. (Dkt. 341-2) at ¶¶ 6, 13, 14, 40-47, 54-76.

To my knowledge, Class Counsel did not address this issue and to date have not done so. Given recent events, however, we believe it would be appropriate to revisit this issue. See, e.g., In re Amerifactors, Nos. 02-278, 05-338, 2019 WL 6712128 (F.C.C. 2019); Scoma Chiropractic v. Nat'l Spine & Pain Centers, 2022 WL 16695130, *6 (M.D. Fla. 2022).

To that end, we would like to know Class Counsel's current position on these issues so that we can determine whether it is necessary to raise them with the Court:

1.      Is it Class Counsel's position that the definition of the Settlement Class in the Settlement Agreement excludes faxes purportedly sent on behalf of BTL that were sent through an online service?

2.      Is it Class Counsel's position that it is possible at this point in time, based on information available to the Parties, to ascertain which Settlement Class Members received faxes purportedly sent on behalf of BTL on stand-alone fax machines versus through online services?

3.      If Class Counsel answers Question No. 2 in the affirmative, please identify the telephone numbers on the Biggerstaff list that you contend received faxes through online services.

If you could provide us with your positions on these issues in advance of the next hearing, we would appreciate it.

Best regards.

**Mark S. Mester**

**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800 | Chicago, IL 60611
D: +1.312.876.7623