# EXHIBIT 6

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC., et al., <br> Plaintiffs, <br> v. <br> BUCCANEERS LIMITED PARTNERSHIP and JOHN DOES 1-10, <br> Defendants, <br><br> TECHNOLOGY TRAINING ASSOCIATES, INC., et al., <br> Intervenors. | Case No. 8:13-cv-01592-AEP <br><br> Magistrate Judge <br> Anthony E. Porcelli |

### DECLARATION OF MATT C. MCKINLEY

I, Matt C. McKinley, declare and state as follows:

1. I am an adult resident of the state of Florida. I am the Chief Information Officer for the law firm of Holland & Knight LLP, which I understand is counsel for Defendant Buccaneers Team LLC, f/k/a Buccaneers Limited Partnership ("BTL"). This declaration is based upon my review of information in the possession of Holland & Knight. If called upon to do so, I could and would testify competently thereto.

2. During the period of 2009 to 2010, Holland & Knight contracted with a company called RightFax to deliver faxes to the Tampa office of the firm.

3. Incoming faxes would be delivered to an email inbox, rather than to a fax machine that would print incoming faxes.

4. One of the fax numbers held by Holland & Knight during that time period was (813) 229-0134. This is the general fax number for Holland & Knight. Based on information that I reviewed, additional fax numbers held by Holland & Knight at that time are attached hereto as Appendix 1.

5. In the period 2009 and 2010, each of these numbers would have received faxes that were delivered by email using RightFax rather than a traditional fax machine.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 13, 2023 in Tampa, Florida.

*Matt McKinley*
Matt C. McKinely

# Appendix 1
## List of Holland & Knight Fax Numbers

| # | Number | # | Number | # | Number |
|---|---|---|---|---|---|
| 1. | (813) 229-0134 | 32. | (813) 314-5033 | 63. | (813) 314-5067 |
| 2. | (813) 314-5000 | 33. | (813) 314-5034 | 64. | (813) 314-5068 |
| 3. | (813) 314-5001 | 34. | (813) 314-5035 | 65. | (813) 314-5069 |
| 4. | (813) 314-5002 | 35. | (813) 314-5036 | 66. | (813) 314-5070 |
| 5. | (813) 314-5003 | 36. | (813) 314-5037 | 67. | (813) 314-5071 |
| 6. | (813) 314-5004 | 37. | (813) 314-5038 | 68. | (813) 314-5072 |
| 7. | (813) 314-5005 | 38. | (813) 314-5039 | 69. | (813) 314-5073 |
| 8. | (813) 314-5006 | 39. | (813) 314-5040 | 70. | (813) 314-5074 |
| 9. | (813) 314-5007 | 40. | (813) 314-5041 | 71. | (813) 314-5075 |
| 10. | (813) 314-5008 | 41. | (813) 314-5042 | 72. | (813) 314-5076 |
| 11. | (813) 314-5009 | 42. | (813) 314-5043 | 73. | (813) 314-5078 |
| 12. | (813) 314-5010 | 43. | (813) 314-5044 | 74. | (813) 314-5079 |
| 13. | (813) 314-5011 | 44. | (813) 314-5045 | 75. | (813) 314-5080 |
| 14. | (813) 314-5012 | 45. | (813) 314-5046 | 76. | (813) 314-5081 |
| 15. | (813) 314-5013 | 46. | (813) 314-5047 | 77. | (813) 314-5082 |
| 16. | (813) 314-5014 | 47. | (813) 314-5048 | 78. | (813) 314-5083 |
| 17. | (813) 314-5015 | 48. | (813) 314-5049 | 79. | (813) 314-5084 |
| 18. | (813) 314-5016 | 49. | (813) 314-5050 | 80. | (813) 314-5085 |
| 19. | (813) 314-5017 | 50. | (813) 314-5051 | 81. | (813) 314-5086 |
| 20. | (813) 314-5019 | 51. | (813) 314-5052 | 82. | (813) 314-5087 |
| 21. | (813) 314-5020 | 52. | (813) 314-5053 | 83. | (813) 314-5089 |
| 22. | (813) 314-5021 | 53. | (813) 314-5054 | 84. | (813) 314-5090 |
| 23. | (813) 314-5022 | 54. | (813) 314-5055 | 85. | (813) 314-5091 |
| 24. | (813) 314-5023 | 55. | (813) 314-5056 | 86. | (813) 314-5092 |
| 25. | (813) 314-5024 | 56. | (813) 314-5057 | 87. | (813) 314-5096 |
| 26. | (813) 314-5025 | 57. | (813) 314-5059 | 88. | (813) 314-5097 |
| 27. | (813) 314-5026 | 58. | (813) 314-5060 | 89. | (813) 314-5098 |
| 28. | (813) 314-5029 | 59. | (813) 314-5062 | 90. | (813) 314-5099 |
| 29. | (813) 314-5030 | 60. | (813) 314-5063 | 91. | (813) 314-5100 |
| 30. | (813) 314-5031 | 61. | (813) 314-5065 | 92. | (813) 314-5101 |
| 31. | (813) 314-5032 | 62. | (813) 314-5066 | 93. | (813) 314-5102 |

| | | | | | |
|---|---|---|---|---|---|
| 94. | (813) 314-5103 | 128. | (813) 314-5138 | 162. | (813) 314-5175 |
| 95. | (813) 314-5104 | 129. | (813) 314-5139 | 163. | (813) 314-5176 |
| 96. | (813) 314-5105 | 130. | (813) 314-5140 | 164. | (813) 314-5179 |
| 97. | (813) 314-5106 | 131. | (813) 314-5141 | 165. | (813) 314-5180 |
| 98. | (813) 314-5107 | 132. | (813) 314-5142 | 166. | (813) 314-5181 |
| 99. | (813) 314-5108 | 133. | (813) 314-5143 | 167. | (813) 314-5182 |
| 100. | (813) 314-5109 | 134. | (813) 314-5144 | 168. | (813) 314-5183 |
| 101. | (813) 314-5110 | 135. | (813) 314-5146 | 169. | (813) 314-5184 |
| 102. | (813) 314-5111 | 136. | (813) 314-5147 | 170. | (813) 314-5185 |
| 103. | (813) 314-5112 | 137. | (813) 314-5148 | 171. | (813) 314-5186 |
| 104. | (813) 314-5113 | 138. | (813) 314-5149 | 172. | (813) 314-5187 |
| 105. | (813) 314-5114 | 139. | (813) 314-5150 | 173. | (813) 314-5190 |
| 106. | (813) 314-5115 | 140. | (813) 314-5151 | 174. | (813) 314-5191 |
| 107. | (813) 314-5116 | 141. | (813) 314-5152 | 175. | (813) 314-5192 |
| 108. | (813) 314-5117 | 142. | (813) 314-5153 | 176. | (813) 314-5193 |
| 109. | (813) 314-5119 | 143. | (813) 314-5154 | 177. | (813) 314-5194 |
| 110. | (813) 314-5120 | 144. | (813) 314-5155 | 178. | (813) 314-5195 |
| 111. | (813) 314-5121 | 145. | (813) 314-5156 | 179. | (813) 314-5196 |
| 112. | (813) 314-5122 | 146. | (813) 314-5157 | 180. | (813) 314-5197 |
| 113. | (813) 314-5123 | 147. | (813) 314-5158 | 181. | (813) 314-5198 |
| 114. | (813) 314-5124 | 148. | (813) 314-5160 | | |
| 115. | (813) 314-5125 | 149. | (813) 314-5161 | | |
| 116. | (813) 314-5126 | 150. | (813) 314-5162 | | |
| 117. | (813) 314-5127 | 151. | (813) 314-5163 | | |
| 118. | (813) 314-5128 | 152. | (813) 314-5164 | | |
| 119. | (813) 314-5129 | 153. | (813) 314-5165 | | |
| 120. | (813) 314-5130 | 154. | (813) 314-5166 | | |
| 121. | (813) 314-5131 | 155. | (813) 314-5168 | | |
| 122. | (813) 314-5132 | 156. | (813) 314-5169 | | |
| 123. | (813) 314-5133 | 157. | (813) 314-5170 | | |
| 124. | (813) 314-5134 | 158. | (813) 314-5171 | | |
| 125. | (813) 314-5135 | 159. | (813) 314-5172 | | |
| 126. | (813) 314-5136 | 160. | (813) 314-5173 | | |
| 127. | (813) 314-5137 | 161. | (813) 314-5174 | | |