# EXHIBIT 7

| | |
|---|---|
| **From:** | Slater, Gabe (CH) |
| **Sent:** | Tuesday, August 15, 2023 4:33 PM |
| **To:** | Glenn Hara |
| **Cc:** | ross@loftusandeisenberg.com; m@mcalaw.net; Mester, Mark (CH); Collins, Robert (CH) |
| **Subject:** | RE: Cin-Q v. BTL |

Glenn –

Thank you for your call today.  In addition, we would appreciate written responses from Class Counsel in response to our August 8, 2023 email.  See Aug. 8, 2023 Email fr. G. Slater.  We understood that you planned to provide a response, but have yet to receive one.  See Aug. 9, 2023 Email fr. G. Hara.

Namely, please confirm the that we have accurately stated your position on each of the following points:

First, we understand your position to be that the Settlement Class includes any persons or entities who received faxes through an online fax service.

Second, we understand that your position is that the Parties agreed to the Settlement Agreement, in part, to avoid litigating the standing issue associated with Settlement Class Members who received faxes through an online fax service.  If you have any evidence to support this position, we would appreciate it if you would provide that to us.  But in any event and as we pointed out, subject-matter jurisdiction is not an issue parties can simply dispense with by agreement.

Third, when we asked what steps (if any) Class Counsel believed could be taken to identify Settlement Class Members who received faxes sent on behalf of BTL through online services, Ross suggested that (if possible) the fax machines at issue could be physically inspected.  It was agreed, however, that this would be the only way to identify Settlement Class Members who received faxes through online services. As such, we understand that Class Counsel is not aware of any other steps that can or could be taken to identify Settlement Class Members who received faxes through an online service.

Thank you,
Gabe

**Gabe Slater**
Pronouns: he/him/his

**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800 | Chicago, IL 60611
D: +1.312.777.7194