# EXHIBIT 8

## Thomas, Joseph (CH)

| | |
|---|---|
| **From:** | Glenn Hara <ghara@andersonwanca.com> |
| **Sent:** | Wednesday, August 9, 2023 11:24 AM |
| **To:** | Slater, Gabe (CH); Collins, Robert (CH); Mester, Mark (CH) |
| **Cc:** | ross@loftusandeisenberg.com; m@mcalaw.net; mca2175@hotmail.com |
| **Subject:** | RE: BTL Notices |

Gabe,

We accept your edits to the Additional Information Request. Will you send the final Cover Letter, Defect Notice, and Additional Information Request to Epiq (and Plaintiffs and Intervenors) on the long email chain?

We will respond to your questions re: online fax services separately.

Glenn

**From:** Gabe.Slater@lw.com <Gabe.Slater@lw.com>
**Sent:** Tuesday, August 8, 2023 5:37 PM
**To:** Glenn Hara <ghara@andersonwanca.com>; Robert.Collins@lw.com; mark.mester@lw.com
**Cc:** ross@loftusandeisenberg.com; m@mcalaw.net; mca2175@hotmail.com
**Subject:** RE: BTL Notices

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Glenn –

We write to provide updated drafts of the Request for Additional Information and Defect Notice and in response to your email earlier today. See Aug. 8, 2023 Email fr. G. Hara. We have no further edits to the Defect Letter, and given that it appears you have agreed that claimants must include a certification made under the penalty of perjury in the Request for Additional Information, we are also largely in agreement on that letter. The attached redline thus simply reflects minor edits against the draft you sent on Friday.

We would also like to follow-up on our meet and confer in an effort to confirm your position regarding Article III standing and the receipt of faxes by Settlement Class Members through online services.

First, we understand your position to be that the Settlement Class _includes_ any persons or entities who received faxes through an online fax service.

Second, we understand that your position is that the Parties agreed to the Settlement Agreement, in part, to avoid litigating the standing issue associated with Settlement Class Members who received faxes through an online fax service. If you have any evidence to support this position, we would appreciate it if you would provide that to us. But in any event and as we pointed out, subject-matter jurisdiction is _not_ an issue parties can simply dispense with by agreement.

Third, when we asked what steps (if any) Class Counsel believed could be taken to identify Settlement Class Members who received faxes sent on behalf of BTL through online services, Ross suggested that (if possible) the fax machines at

issue could be physically inspected. It was agreed, however, that this would be the only way to identify Settlement Class Members who received faxes through online services. As such, we understand that Class Counsel is not aware of any other steps that can or could be taken to identify Settlement Class Members who received faxes through an online service.

Please confirm at your earliest convenience whether these are indeed Class Counsel's positions on each of the above issues.

Best,
Gabe


**Gabe Slater**
Pronouns: he/him/his

**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800 | Chicago, IL 60611
D: +1.312.777.7194

---

**From:** Glenn Hara <ghara@andersonwanca.com>
**Sent:** Tuesday, August 8, 2023 10:25 AM
**To:** Collins, Robert (CH) <Robert.Collins@lw.com>; Slater, Gabe (CH) <Gabe.Slater@lw.com>; Mester, Mark (CH) <mark.mester@lw.com>
**Cc:** Ross Good <ross@loftusandeisenberg.com>; Michael Addison <m@mcalaw.net>; Michael Addison <mca2175@hotmail.com>
**Subject:** RE: BTL Notices

Counsel,

Please let us know if BTL agrees that we can send these notices to Epiq today.

Regards,
Glenn L. Hara
Anderson + Wanca
3701 Algonquin Rd., Suite 500
Rolling Meadows, IL 60008
(847) 368-1500

---

**From:** Glenn Hara
**Sent:** Friday, August 4, 2023 9:09 PM
**To:** Robert.Collins@lw.com; Gabe.Slater@lw.com; Mark S. Mester (mark.mester@lw.com) <mark.mester@lw.com>
**Cc:** Ross Good <ross@loftusandeisenberg.com>; Michael Addison <m@mcalaw.net>; Michael Addison <mca2175@hotmail.com>
**Subject:** BTL Notices

Counsel,

As we discussed on the phone today, I've attached our updated redlines of L+W's revisions to Epiq's draft following our meet and confer today. (I named these files V.2). It includes our total re-write of Epiq's draft language regarding "fax service providers."

2

Note that we included "telephone bills" as one of the categories of "documentation" that certain claimants might want to provide. That's in the redline. We did not specifically discuss that on the phone today, but we think it makes sense.

Glenn L. Hara
Anderson + Wanca
3701 Algonquin Rd., Suite 500
Rolling Meadows, IL 60008
(847) 368-1500

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.