# EXHIBIT 9

| | |
|---|---|
| **From:** | Mester, Mark (CH) |
| **Sent:** | Monday, October 16, 2023 5:15 PM |
| **To:** | Glenn Hara; Slater, Gabe (CH) |
| **Cc:** | ross@loftusandeisenberg.com; m@mcalaw.net; Collins, Robert (CH); mca2175@hotmail.com; Wallace Solberg |
| **Subject:** | RE: Cin-Q v. BTL |

Glenn - Thanks for asking.   Please caption it Unopposed (In Part) and then include the language we requested in the 3.01(g) certification.

Best regards.

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** Glenn Hara <ghara@andersonwanca.com>
**Date:** Monday, Oct 16, 2023 at 5:42 PM
**To:** Mester, Mark (CH) <mark.mester@lw.com>, Slater, Gabe (CH) <Gabe.Slater@lw.com>
**Cc:** ross@loftusandeisenberg.com <ross@loftusandeisenberg.com>, m@mcalaw.net <m@mcalaw.net>, Collins, Robert (CH) <Robert.Collins@lw.com>, mca2175@hotmail.com <mca2175@hotmail.com>, Wallace Solberg <wsolberg@andersonwanca.com>
**Subject:** RE: Cin-Q v. BTL

Mark,

To clarify, this is currently drafted as a Joint Motion. Do you want me to change it back to Plaintiffs' Unopposed Motion and include the language in your email below in the Rule 3.01(g) statement? Or do you want it to remain a Joint Motion?

Glenn

---

**From:** mark.mester@lw.com <mark.mester@lw.com>
**Sent:** Monday, October 16, 2023 4:32 PM
**To:** Glenn Hara <ghara@andersonwanca.com>; Gabe.Slater@lw.com
**Cc:** ross@loftusandeisenberg.com; m@mcalaw.net; Robert.Collins@lw.com; mca2175@hotmail.com; Wallace Solberg <wsolberg@andersonwanca.com>
**Subject:** RE: Cin-Q v. BTL

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Glenn - With due respect, our motion directly relates to the schedule set by Judge Porcelli, as I think should be clear to you.  If Article III standing is lacking, that quite clearly impacts the entire approval process, which is obviously the purpose of the schedule itself.   If you refuse to include our motion in the schedule, however, then we would ask that you state in the Local Rule 3.01 Certification that BTL does not object to the proposed modifications to the schedule but

that BTL does object to the refusal of Class Counsel to include in the proposed schedule the Article III motion that BTL intends to file.

As for the motion, you actually have participated in a meet and confer on the Article III issue. That was back in August. We followed up with an email and then one or more reminders, but you neglected to address either the follow-up email or the reminders. But you most certainly did meet and confer on the Article III issue. And as was made clear during that meet and confer, our anticipated motion will address the Article III standing of Settlement Class Members as well as the inability of Class Counsel and the Parties to identify (given, among other things, the passage of time) those Settlement Class Members that received faxes purportedly sent on behalf of BTL through online services.

We have no objection to you circulating the motion to Intervenors' Counsel. We assume you will advise them of our position as well.

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** Glenn Hara <ghara@andersonwanca.com>
**Date:** Monday, Oct 16, 2023 at 5:18 PM
**To:** Mester, Mark (CH) <mark.mester@lw.com>, Slater, Gabe (CH) <Gabe.Slater@lw.com>
**Cc:** ross@loftusandeisenberg.com <ross@loftusandeisenberg.com>, m@mcalaw.net <m@mcalaw.net>, Collins, Robert (CH) <Robert.Collins@lw.com>, mca2175@hotmail.com <mca2175@hotmail.com>, Wallace Solberg <wsolberg@andersonwanca.com>
**Subject:** RE: Cin-Q v. BTL

Mark,

Our position is that this Motion to Amend the existing deadlines should do just that: explain why the parties are asking the Court to modify the existing deadlines set by Judge Porcelli's order (Doc. 447). If BTL wants some other relief that does not relate to the schedule Judge Porcelli has ordered, we think BTL should file a motion seeking that relief.

I cannot answer whether the 14 days BTL has proposed is enough time for us to respond to your contemplated motion because the parties have not met and conferred on it. For example, we don't know what relief your motion will seek.

Can we send the draft I circulated at 10:10 a.m. this morning to Intervenors' counsel for their position?


Glenn

---

**From:** mark.mester@lw.com <mark.mester@lw.com>
**Sent:** Monday, October 16, 2023 3:16 PM
**To:** Glenn Hara <ghara@andersonwanca.com>; Gabe.Slater@lw.com
**Cc:** ross@loftusandeisenberg.com; m@mcalaw.net; Robert.Collins@lw.com; mca2175@hotmail.com; Wallace Solberg <wsolberg@andersonwanca.com>
**Subject:** RE: Cin-Q v. BTL


CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

2

Glenn - I was traveling today.   But could you explain why you are unwilling to let the Court know for purposes of planning and scheduling that this  motion will be forthcoming in the near term?  And do object to our proposed schedule for this motion?   If so, what would you propose instead?

Sent with BlackBerry Work
([www.blackberry.com](www.blackberry.com))

---

**From:** Glenn Hara <ghara@andersonwanca.com>
**Date:** Monday, Oct 16, 2023 at 4:08 PM
**To:** Slater, Gabe (CH) <Gabe.Slater@lw.com>
**Cc:** ross@loftusandeisenberg.com <ross@loftusandeisenberg.com>, m@mcalaw.net <m@mcalaw.net>, Mester, Mark (CH) <mark.mester@lw.com>, Collins, Robert (CH) <Robert.Collins@lw.com>, Michael Addison <mca2175@hotmail.com>, Wallace Solberg <wsolberg@andersonwanca.com>
**Subject:** RE: Cin-Q v. BTL

Counsel,

Can you please tell us when you expect to respond?

Glenn L. Hara
Anderson + Wanca
3701 Algonquin Rd., Suite 500
Rolling Meadows, IL 60008
(847) 368-1500

---

**From:** Glenn Hara
**Sent:** Monday, October 16, 2023 10:10 AM
**To:** Gabe.Slater@lw.com
**Cc:** ross@loftusandeisenberg.com; m@mcalaw.net; mark.mester@lw.com; Robert.Collins@lw.com; Michael Addison <mca2175@hotmail.com>; Wallace Solberg <wsolberg@andersonwanca.com>
**Subject:** RE: Cin-Q v. BTL

Gabe,

I have attached a redline accepting all of BTL's revisions, *except* the proposed briefing schedule on BTL's proposed "motion regarding Article III standing." The motion we file today should address extending the deadlines set by the current scheduling order (Doc. 447). There is no briefing schedule on any such motion regarding Article III standing in that order.

Please let us know if BTL agrees to this motion to extend the existing deadlines, and I will send to counsel for Intervenors for their position.

Note, I have added Mike Addison's secondary email address, as well as Wally Solberg from my firm, to this email. Please include both in correspondence going forward.

Regards,
Glenn L. Hara
Anderson + Wanca
3701 Algonquin Rd., Suite 500

Rolling Meadows, IL 60008
(847) 368-1500