# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC. and MEDICAL CHIROPRACTIC CLINIC, INC., individually and on behalf of a class, | ) ) ) ) ) |
| Plaintiffs, | ) No. 8:13-cv-01592-AEP ) ) Hon. Anthony E. Porcelli |
| v. | ) ) |
| BUCCANEERS TEAM LLC, | ) ) |
| Defendant | ) ) ) |
| TECHNOLOGY TRAINING ASSOCIATES, INC., *et al.*, | ) ) ) ) |
| Intervenors. | ) |

## INTERVENORS/OBJECTORS' UNOPPOSED MOTION TO FILE EXHIBIT UNDER SEAL

Pursuant to Local Rule 1.11(c) and the Protective Order for this case (Dkts. 292-1, 293), Intervenors Technology Training Associates, Inc., Larry F. Schwanke, D.C., d/b/a Back to Basics Family Chiropractic, Barewood Outlet, Inc., and Thomas Savino d/b/a WebRX Pharmacy Palace, d/b/a RxPalace.com (collectively "Intervenors"), respectfully move for leave to file under seal an exhibit in connection with their response in opposition to Plaintiffs' motion for final approval of class action settlement.

As part of its response, which is due today, Intervenors intend to include as an exhibit to a declaration a spreadsheet containing a limited subset of claims data from the Epic Final Claims Report previously been submitted to the Court *in camera*. The purpose of the more limited spreadsheet is to draw the Court's attention to certain specific claims information and enable the Court to review it without the necessity of scrolling through the much larger, full Epiq report. The spreadsheet will be submitted to the Court by email and to the Clerk of the Court by flash drive. The reason for filing this information under seal is to avoid public disclosures of class members' personal information including fax numbers.

Intervenors' public ECF filings will refer to the claimants and their claim forms only by reference to the claim form tracking numbers in the Epiq report, which will also be included in the spreadsheet exhibit Intervenors will be filing. The single exception would be that Intervenors' public filing will refer to Astro Companies, LLC ("Astro") by name and state the number of fax numbers and transmissions for which Astro made a claim. Intervenors will not, however, publicly disclose Astro's (or anyone else's) specific fax numbers.

Accordingly, Intervenors request that the Court grant it leave to file a spreadsheet exhibit under seal containing confidential information, specifically names and fax numbers, by transmitting the file in native format to the Court via electronic mail and by flash drive to the Clerk of the Court.

Respectfully submitted,

TECHNOLOGY TRAINING ASSOCIATES, INC., LARRY E. SCHWANKE, D.C. d/b/a BACK TO BASICS FAMILY CHIROPRACTIC, BAREWOOD OUTLET, INC., AND THOMAS SAVINO D/B/A WEBRX PHARMACY PALACE, D/B/A RXPALACE.COM


By: /s/ Jonathan B. Piper

Phillip A. Bock
Robert M. Hatch
Jonathan B. Piper
Bock Hatch & Oppenheim, LLC
203 N. LaSalle Street, Suite 2100
Chicago, IL 60601

3

## **LOCAL RULE 3.01(G) CERTIFICATION**

      Pursuant to Local Rule 3.01(g), the undersigned hereby certifies that he conferred with counsel for Plaintiffs, Defendant, and Astro Companies LLC with respect to the instant motion, and all counsel confirmed that they have no objection to the specific relief requested.

Date:  December 15, 2023

                                                                                  <u>/s/ Jonathan B. Piper</u>

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 15, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

                                                   By: /s/ Jonathan B. Piper