# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BUCCANEERS LIMITED PARTNERSHIP and JOHN DOES 1-10, )<br>)<br>)<br>Defendants, )<br>)<br>────────────────── )<br>)<br>TECHNOLOGY TRAINING ASSOCIATES, INC., et al., )<br>)<br>Intervenors. ) | Case No. 8:13-cv-01592-AEP<br><br>Magistrate Judge<br>Anthony E. Porcelli |

## UNOPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMITATIONS SET BY LOCAL RULE 3.01(b)

Pursuant to Local Rule 3.01(b), Defendant Buccaneers Team LLC ("BTL") respectfully requests leave to exceed the page limitations set by Local Rule 3.01(b) for BTL's response to Plaintiffs' Motion for Final Approval of Class Action Settlement ("Final Approval Motion").[1] Specifically, BTL requests leave to file a response of 30 pages or less in length. In support of this motion, BTL states as follows:

1. On November 17, 2023, Plaintiffs filed their Final Approval Motion. See Dkt. 482. That motion was 30 pages in length. See id.

---

[1] Capitalized terms have the meaning ascribed to them in the Settlement Agreement filed with the motion for preliminary approval of Plaintiffs Cin-Q Automobiles, Inc. and Medical & Chiropractic Clinic, Inc. ("Plaintiffs"). See Settlement Agt. (Dkt. 324-1).

2. Under the current schedule, BTL's response to Plaintiffs' Final Approval Motion is due on December 15, 2023. See Dkt. 479 ¶ 1.d.

3. Prior to filing their Final Approval Motion, Class Counsel contacted BTL's counsel to see if BTL objected to Class Counsel exceeding the page limits set by Local Rule 3.01(a). BTL advised Class Counsel that it did not object but requested that Class Counsel agree to a corresponding extension for BTL, which Class Counsel readily agreed to. See Nov. 16, 2023 Email fr. G. Hara, Ex. 1 hereto.

4. Under Local Rule 3.01(b), the default page limit for a response to a motion is 20 pages, unless the movant obtains leave from the Court in a motion explaining "the need for, and the length of" the proposed response. M.D. Fla. L.R. 3.01(b).

5. BTL needs additional pages given the length of Plaintiffs' Final Approval Motion, the extended and complex procedural history of this case and the numerous issues to which BTL must respond given the status of the claims process and deficiency process under the Settlement Agreement. BTL also needs additional pages due to the fact that Class Counsel did not address in their Final Approval Motion a number of issues that we believe must be addressed for purposes of assessing the propriety of final approval and permanent certification of the Settlement Class (i.e., Article III standing, ascertainability and adequacy). See, e.g., BTL's Mot. to Dismiss (Dkt. 492). As a result, BTL is compelled to raise those issues in response to Plaintiffs' Final Approval Motion.

6. BTL respectfully requests that the length of the extension be ten pages, for a total of 30 pages or less, which is equal in length to Plaintiffs' Final Approval Motion.

7. As noted, BTL has conferred with counsel for Plaintiffs, who have confirmed that they do not oppose the relief requested herein. <u>See</u> Dec. 12, 2023 Email fr. G. Hara, Ex. 2 hereto.

WHEREFORE, for the foregoing reasons, BTL respectfully requests that the Court grant it leave to file a motion that exceeds the limitations set by Local Rule 3.01(b).

Date:  December 15, 2023

Respectfully submitted,

*/s/ Mark S. Mester*
Mark S. Mester, One of the Attorneys for Defendant Buccaneers Team LLC

Mark S. Mester
  (admitted *pro hac vice*)
Robert C. Collins III
  (admitted *pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
E-mail:  mark.mester@lw.com
        robert.collins@lw.com

Joseph H. Varner, III
  (Bar No. 394904)
HOLLAND & KNIGHT LLP
100 North Tampa Street, Suite 4100
Tampa, Florida 33602-3644
Telephone:  (813) 227-8500
Facsimile:  (813) 229-0134
Email:  joe.varner@hklaw.com

## **LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g), the undersigned hereby certifies that we conferred with Plaintiffs' counsel by email with respect to the instant motion and have been informed that Plaintiffs do not oppose the relief requested herein.

Date:  December 15, 2023

*/s/ Mark S. Mester*
Mark S. Mester, One of the Attorneys for Defendant Buccaneers Team LLC

Mark S. Mester
    (admitted *pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
E-mail:  mark.mester@lw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which served all relevant parties.

Date:  December 15, 2023

*/s/ Mark S. Mester*
Mark S. Mester
  (admitted *pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
E-mail:  mark.mester@lw.com