UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> BUCCANEERS LIMITED PARTNERSHIP and JOHN DOES 1-10, <br><br> Defendants, <br><br> ──────────────────────── <br><br> TECHNOLOGY TRAINING ASSOCIATES, INC., et al., <br><br> Intervenors. | Case No. 8:13-cv-01592-AEP <br><br> Magistrate Judge <br> Anthony E. Porcelli |

**INDEX OF EXHIBITS TO
UNOPPOSED MOTION FOR LEAVE TO EXCEED
THE PAGE LIMITATIONS SET BY LOCAL RULE 3.01(b)**

Exhibit 1 - November 16, 2023 Email from G. Hara

Exhibit 2 - December 12, 2023 Email from G. Hara