# EXHIBIT 1

| | |
|---|---|
| **From:** | Glenn Hara <ghara@andersonwanca.com> |
| **Sent:** | Thursday, November 16, 2023 9:25 AM |
| **To:** | Jon Piper; Collins, Robert (CH); Phil Bock; Robert Hatch; Mester, Mark (CH); ~Slater, Gabe (CH) |
| **Cc:** | mca2175@hotmail.com; m@mcalaw.net; ross@loftusandeisenberg.com |
| **Subject:** | RE: Cin-Q v. BTL--Mot. Excess Pages |

Robbie,

Thank you. We agree not to oppose a similar request from BTL for a response.

Glenn L. Hara
Anderson + Wanca
3701 Algonquin Rd., Suite 500
Rolling Meadows, IL 60008
(847) 368-1500

---

**From:** Jon Piper <Jonathan@classlawyers.com>
**Sent:** Thursday, November 16, 2023 9:20 AM
**To:** Robert.Collins@lw.com; Glenn Hara <ghara@andersonwanca.com>; Phil Bock <phil@classlawyers.com>; Robert Hatch <robert@classlawyers.com>; mark.mester@lw.com; Gabe.Slater@lw.com
**Cc:** mca2175@hotmail.com; m@mcalaw.net; ross@loftusandeisenberg.com
**Subject:** Re: Cin-Q v. BTL--Mot. Excess Pages

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Same for intervenors with the same proviso that we get a similar length. If you want to do it as a joint motion extending the maximum length of your motion and any responses that would also be fine.

---

**From:** Robert.Collins@lw.com <Robert.Collins@lw.com>
**Sent:** Thursday, November 16, 2023 9:53 AM
**To:** ghara@andersonwanca.com <ghara@andersonwanca.com>; Jon Piper <Jonathan@classlawyers.com>; Phil Bock <phil@classlawyers.com>; Robert Hatch <robert@classlawyers.com>; mark.mester@lw.com <mark.mester@lw.com>; Gabe.Slater@lw.com <Gabe.Slater@lw.com>
**Cc:** mca2175@hotmail.com <mca2175@hotmail.com>; m@mcalaw.net <m@mcalaw.net>; ross@loftusandeisenberg.com <ross@loftusandeisenberg.com>
**Subject:** RE: Cin-Q v. BTL--Mot. Excess Pages

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Glenn –

BTL does not oppose your request so long as Plaintiffs and Intervenors agree not to oppose a similar request from BTL for any response to the motion.

Best,
Robbie

---

**From:** Glenn Hara <ghara@andersonwanca.com>
**Sent:** Wednesday, November 15, 2023 1:43 PM
**To:** Jon Piper <Jonathan@classlawyers.com>; Phil Bock <phil@classlawyers.com>; Robert Hatch <robert@classlawyers.com>; Mester, Mark (CH) <mark.mester@lw.com>; Collins, Robert (CH) <Robert.Collins@lw.com>
**Cc:** Michael Addison <mca2175@hotmail.com>; Michael Addison <m@mcalaw.net>; Ross Good <ross@loftusandeisenberg.com>
**Subject:** Cin-Q v. BTL--Mot. Excess Pages

Dear Counsel for BTL and Intervenors,

We plan to file a motion for a 7-page extension on our Motion for Final Approval, for a total of 32 pages. Do your clients consent?

Regards,
Glenn L. Hara
Anderson + Wanca
3701 Algonquin Rd., Suite 500
Rolling Meadows, IL 60008
(847) 368-1500

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.