# EXHIBIT 2

| | |
|---|---|
| From: | Glenn Hara <ghara@andersonwanca.com> |
| Sent: | Tuesday, December 12, 2023 4:06 PM |
| To: | Thomas, Joseph (CH); m@mcalaw.net; ross@loftusandeisenberg.com; jon@classlawyers.com; phil@classlawyers.com; robert@classlawyers.com |
| Cc: | Mester, Mark (CH); Collins, Robert (CH) |
| Subject: | RE: Cin-Q v. BTL |

Joseph,

That's correct. Plaintiffs do not object.

Glenn L. Hara
Anderson + Wanca
3701 Algonquin Rd., Suite 500
Rolling Meadows, IL 60008
(847) 368-1500

---

**From:** Joseph.Thomas@lw.com <Joseph.Thomas@lw.com>
**Sent:** Tuesday, December 12, 2023 2:42 PM
**To:** Glenn Hara <ghara@andersonwanca.com>; m@mcalaw.net; ross@loftusandeisenberg.com; jon@classlawyers.com; phil@classlawyers.com; robert@classlawyers.com
**Cc:** mark.mester@lw.com; Robert.Collins@lw.com
**Subject:** Cin-Q v. BTL

> You don't often get email from joseph.thomas@lw.com. Learn why this is important

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Glenn,

We are preparing our motion for additional pages to respond to Plaintiffs' Motion for Final Approval. We just wanted to reconfirm Plaintiffs' agreement that Plaintiffs do not object to BTL seeking up to 30 pages for its opposition, like Plaintiffs did for their opening motion?

Thanks,
Joseph

**Joseph B. Thomas**
Associate

**LATHAM & WATKINS** LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
D: +1.312.777.7220

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.