UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **CIN-Q AUTOMOBILES, INC., et al.,** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**BUCCANEERS LIMITED PARTNERSHIP and JOHN DOES 1-10,** )<br>)<br>)<br>Defendants, )<br>)<br>───────────────── )<br>)<br>**TECHNOLOGY TRAINING ASSOCIATES, INC., et al.,** )<br>)<br>Intervenors. ) | Case No. 8:13-cv-01592-AEP<br><br>**Magistrate Judge<br>Anthony E. Porcelli** |

**INDEX OF EXHIBITS TO
BTL'S RESPONSE TO
<u>PLAINTIFFS' MOTION FOR FINAL APPROVAL</u>**

Exhibit 1 - Comparison of Settlement Agreements

Exhibit 2 - July 16, 2021 Email from A. Palmer

Exhibit 3 - Declaration of Ken Sponsler

Exhibit 4 - November 14, 2023 Email from J. Piper