# EXHIBIT 1

**Comparison of Terms as Between (1) TTA Settlement and (2) Cin-Q Settlement**

| Term: | TTA Settlement: | Cin-Q Settlement: |
|---|---|---|
| Fund Size | $19,500,000 | $19,750,000 |
| Claim Pay-Outs | $350 for first fax;<br>$100 for second fax;<br>$75 for third fax;<br>$20 for fourth fax;<br>$20 for fifth fax subject<br>to pro rata reduction | $350 for first fax;<br>$125 for second fax;<br>$90 for third fax;<br>$25 for fourth fax;<br>$25 for fifth fax subject<br>to pro rata reduction |
| Incentive Award | $23,000<br>(i.e., $20,000 to Plaintiff TTA and<br>$3,000 to Plaintiff Larry E. Schwanke, D.C.) | $10,000 each to Plaintiffs Cin-Q and M&C<br>(pending reversal of Eleventh Circuit<br>decision abolishing incentive awards) |
| Fees | 25% of fund for aggregate fees and expenses<br>($4,875,000) | 25% of fund<br>($4,937,500) |
| Expenses | Included within 25% of fund fee disbursement | Reasonable out-of-pocket expenses not to exceed $250,000 in addition to 25% of fund in attorneys' fees |
| Clear-Sailing Agreement | BTL agrees to not oppose Class Counsel's application for award of fees, costs and expenses. | BTL agrees to not oppose Class Counsel's application for award of fees, costs and expenses. |
| Reversion | Yes | Yes |
| Notice | (1) Mailed notice, (2) publication notice and (3) settlement website | (1) Mailed notice, (2) settlement website and (3) per decision of Judge Porcelli, either none of, one of, or both of (i) fax notice and (ii) publication notice |
| Notice & Administration Costs | BTL shall directly pay reasonable costs arising under the Settlement Agreement by making payments directly to the Settlement Administrator as costs are incurred. | Notice and administration costs paid out of the Settlement Fund. |