# EXHIBIT 2

| | |
|---|---|
| **From:** | Palmer, Adam <apalmer@epiqglobal.com> |
| **Sent:** | Friday, July 16, 2021 6:22 AM |
| **To:** | Collins, Robert (CH); Borges, Ricky |
| **Cc:** | Paschal, Jon; Thomas, Joseph (CH) |
| **Subject:** | RE: reverse searches |
| **Attachments:** | 07.16.21 Epiq TBB Fax TCPA Estimate Summary.pdf; 07.16.21 PC 60% 3% Epiq TBB Fax TCPA Estimate Summary.pdf; 07.16.21 DblPC Return Postage 60% 12% Epiq TBB Fax TCPA Estimate Summary.pdf |

Robbie and Joseph,

Attached is an estimate summary along with two detailed estimates for two of the nine estimates I've built out to show how form of notice and % of reverse search hits impact claims rates and admin costs. I think the biggest takeaway here is that form of notice will have a material impact on both claims rates and total admin costs. I wanted to make sure you're aware of that dynamic as you negotiate a final settlement.

You may notice that the Postcard, 60% reverse search hit rate, 3% claims rate estimate is higher than what I sent earlier today. That is because we're likely to find multiple owners of each of the phone numbers we find hits for given we're looking for all owners over a period of time – not just the most current owner. I've assumed we'll find an average of 1.5 names/addresses for each fax number for which we find one more addresses for.

I've had my schedule change a bit on Tuesday – any chance you can meet between 11am and Noon Central to discuss? I could also do from 8-9:30am on Monday if that's better.

Thank you,

**Adam Palmer**
Epiq | Vice President
Mobile: +1 312 515 6695
Email: apalmer@epiqglobal.com