# EXHIBIT 4

| | |
|---|---|
| **From:** | Jon Piper <Jonathan@classlawyers.com> |
| **Sent:** | Tuesday, November 14, 2023 8:56 PM |
| **To:** | Glenn Hara; Mester, Mark (CH); Collins, Robert (CH); Phil Bock; Robert Hatch |
| **Cc:** | Michael Addison; Michael Addison; Ross Good; Wallace Solberg; Sue Fitzgerald; Brian Wanca |
| **Subject:** | Re: Cin-Q v. BTL--Pls.' Mot. Final Approval |

Easy for Intervenor/objectors. We oppose.

Can't wait to hear how Mr. "Both Sides of His Mouth" Mester responds

---

**From:** Glenn Hara <ghara@andersonwanca.com>
**Sent:** Tuesday, November 14, 2023 9:48:58 PM
**To:** Mark S. Mester (mark.mester@lw.com) <mark.mester@lw.com>; Robert.Collins@lw.com <Robert.Collins@lw.com>; Phil Bock <phil@classlawyers.com>; Jon Piper <Jonathan@classlawyers.com>; Robert Hatch <robert@classlawyers.com>
**Cc:** Michael Addison <m@mcalaw.net>; Michael Addison <mca2175@hotmail.com>; Ross Good <ross@loftusandeisenberg.com>; Wallace Solberg <wsolberg@andersonwanca.com>; Sue Fitzgerald <sfitzgerald@andersonwanca.com>; Brian Wanca <bwanca@andersonwanca.com>
**Subject:** Cin-Q v. BTL--Pls.' Mot. Final Approval

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Counsel for BTL and Counsel for Intervenors,

With respect to the "Local Rule 3.01(g) Certification" required in Plaintiffs' Motion for Final Approval, due 11-17-23, what is your position on final approval of the Settlement Agreement? Do you oppose or do not oppose final approval?

Regards,
Glenn L. Hara
Anderson + Wanca
3701 Algonquin Rd., Suite 500
Rolling Meadows, IL 60008
(847) 368-1500

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.