# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC. and MEDICAL CHIROPRACTIC CLINIC, INC., individually and on behalf of a class,<br><br>                Plaintiffs,<br><br>v.<br><br>BUCCANEERS LIMITED PARTNERSHIP,<br><br>                Defendant<br><br>TECHNOLOGY TRAINING ASSOCIATES, INC., *et al.*,<br><br>                Intervenors. | No. 8:13-cv-01592-AEP<br><br>Hon. Anthony E. Porcelli |

## **DECLARATION OF DAVID BACHMANNHUFF**

I, David Bachmannhuff, state as follows:

1. I am employed at the law firm of Bock Hatch & Oppenheim, LLC in Miami Beach, Florida. I am experienced in using Microsoft Excel software to review data in .xls and .xlsx format, including performing queries and searches.

2. I was asked by attorney Jonathan Piper to search the file named "Cin-Q Auto, Inc. v Buccaneers Ltd. Final Claim Detail & Award Calculation 11032023.xlxs" (the "Epic Final Claim Report") that was shared by secure delivery with attorney Piper by Erik Cansler of Epiq Global on November 8, 2023.

3. The Excel Final Claim Report provides data such as fax numbers, names, and other identifying information for purported class members who submitted claim forms in this action. In it, there are three types of tabs:

    a. One tab for claims deemed eligible by Epiq ("Eligible");

    b. One tab for claims deemed ineligible by Epiq ("Ineligible"); and

    c. Twenty-three tabs for claimants who claimed numerous fax numbers (named by the tracking number associated with the fax numbers claimed).

4. I reviewed the "Eligible" tab and found five sets of claimants with similar or the same names that are being paid for more than five faxes because they submitted multiple claims. The claims data concerning these claimants is contained in the tab titled "Claimants w mult valid claims" in the spreadsheet that is Exhibit A to this declaration that I understand will be submitted under seal.

5. The first group consists of claim forms associated with people with the exact same last name (and one with a different last name, but the same address as one of the claimants in this group) and oftentimes similar first names, that submitted 12 claims relating to 35 valid fax numbers that received a total of 89 faxes. They are shown on Exhibit A on tab 1, rows 2-13 and are associated with the Epiq claim form tracking numbers 177311, 177258, 177326, 177244, 177214, 177275, 177252, 177286, 177321, 177329, 177291, and 177274.

6. The second group consists of claim forms associated with people with the exact same last name and the same or very similar first names that submitted nine claims relating to nine valid fax numbers that received a total of 22 faxes. They are shown on Exhibit A on tab 1, rows 16-24 and are associated with the Epiq claim form tracking numbers 177264, 177314, 177250, 177247, 177251, 177323, 177304, 177288, and 177320.

7. The third group consists of claim forms associated with people with very similar last names and the majority have the same or very similar first names, all with addresses from the same out of state area, that submitted six claims relating to 21 valid fax numbers that received a total of 83 faxes. They are shown on Exhibit A on tab 1, rows 27-32 and are associated with the Epiq claim form tracking numbers 177561, 177583, 177650, 177173, 177181, 177174.

8. The fourth group consists of claim forms associated with people with the exact same first and last name that submitted two claims relating to four valid fax numbers that received a total of ten faxes. They are shown on Exhibit A on tab 1, rows 35-36 and are associated with the Epiq claim form tracking numbers 177228 and 177229.

9. The fifth group consists of claim forms associated with people with the exact same last name that submitted two claims relating to six valid fax numbers that

received a total of 17 faxes. They are shown on Exhibit A on tab 1, rows 39-40 and are associated with the Epiq claim form tracking numbers 177051 and 177298.

10. I also identified ten instances where separate claim forms were submitted by different persons, often with the same last name and/or address, relating to identical valid fax numbers and where payment to both claimants was approved and one instance where separate claim forms were submitted seemingly by the same or related claimants for the same valid fax number three times and where payment to all three claimants was approved. See tab 2 of Exhibit A – "Claimants paid for same fax #."

11. In addition, there are 52 claimants who claimed more than five faxes (excluding claimants addressed in ¶ 4-10 above) and are approved for payment only for five faxes. See tab 3 of Exhibit A – "Claimants who claim >5 faxes."

12. One claimant, a large retailer (tracking number 177658), submitted a claim relating to 110 fax numbers and 330 faxes, but is only approved for payment for five faxes.

13. Another claimant, Astro Companies LLC (tracking number 177503), submitted a claim relating to 780 valid fax numbers and 2,122 faxes but is only approved for payment for five faxes.

14. Another claimant, a financial institution (tracking number 177457), submitted a claim relating to 95 valid fax numbers and 285 faxes but is only approved for payment of five faxes.

15. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 15, 2023.

_____
David Bachmannhuff

# EXHIBIT A

Filed under seal