UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

| CASE #: | 8:13-cv-1592 AEP | DATE: | December 18, 2023 |
|---|---|---|---|
| HONORABLE ANTHONY E. PORCELLI | | | |
| CIN-Q AUTOMOBILES, INC.<br>Plaintiff,<br>v.<br>BUCCANEERS LIMITED PARTNERSHIP<br>Defendant | | **PLAINTIFF COUNSEL**<br>Ross Good, Glenn Hara, Mike Addison | |
| | | **DEFENSE COUNSEL**<br>Robert Collins, Mark Mester, Joe Varner<br><br>Jonathan Piper, Esq. for TTA intervenors<br><br>Daniel P. Vanetten for Claimant Astro Co. | |
| COURT REPORTER: DIGITAL | | DEPUTY CLERK: | Lynne Vito |
| TIME: 3:45 to 4:41    TOTAL:  56 min | | COURTROOM: | Zoom |

PROCEEDINGS:    STATUS HEARING (ZOOM)

Court to grant the motions pending at #488, 494 and 495.

Status conference held.

Hearing - January 4 at 11:30 am via zoom.