Delete | Archive | Report | Reply | Reply all | Forward | Read / Unread

**RE: Cin-Q v. BTL**

ⓘ You replied on Fri 7/7/2023 10:59 AM

M  mark.mester@lw.com                                                                Fri 7/7/2023 10:56 AM
   To: Jon Piper; Robert.Collins@lw.com; ghara@andersonwanca.com; ross@loftusandeisenberg.com;
   Cc: Gabe.Slater@lw.com

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jon - At this point, I am not even sure about that.   As the Settlement Administrator made clear, the copies you attached to your June 30 motion were not from the Settlement Administrator but, instead, were presumably copies you obtained from your clients.  So we don't actually know what (if anything) your clients submitted to the Settlement Administrator or what information was provided on any Claim Forms that were submitted to the Settlement Administrator.   It is for that reason (among others) that we asked the Settlement Administrator yesterday for copies of the actual Claim Forms your clients submitted.

Moreover, you have been conspicuously unwilling to confirm that your clients are actually members of the Settlement Class, a question we posed to you as early as late May.   Perhaps that was just an oversight on your part, but I am sure you can understand why we would find it odd that you seem unwilling to provide what should be basic information about your clients.   If one or more of your clients lack standing, however, that is certainly something that we think everyone (including the Court) should know, as among other things, it would certainly impact their ability to object to the Settlement Agreement.

Sent with BlackBerry Work
(www.blackberry.com)

**From:** Jon Piper <Jonathan@classlawyers.com>
**Date:** Friday, Jul 07, 2023 at 10:47 AM
**To:** Mester, Mark (CH) <mark.mester@lw.com>, Collins, Robert (CH) <Robert.Collins@lw.com>, ghara@andersonwanca.com <ghara@andersonwanca.com>, ross@loftusandeisenberg.com <ross@loftusandeisenberg.com>, m@mcalaw.net <m@mcalaw.net>
**Cc:** Slater, Gabe (CH) <Gabe.Slater@lw.com>
**Subject:** Re: Cin-Q v. BTL

Then just say in your motion for more time that you made false statements about Intervenors

**From:** mark.mester@lw.com <mark.mester@lw.com>
**Sent:** Friday, July 7, 2023 10:46 AM
**To:** Jon Piper <Jonathan@classlawyers.com>; Robert.Collins@lw.com <Robert.Collins@lw.com>; ghara@andersonwanca.com <ghara@andersonwanca.com>; ross@loftusandeisenberg.com