## RE: Cin-Q v. BTL - No. 8:13-cv-01592 (M.D. Fla.) - Dec. 8, 2023 Filings

**mark.mester@lw.com** <mark.mester@lw.com>
Thu 12/14/2023 11:21 AM

To: Jon Piper <Jonathan@classlawyers.com>;Joseph.Thomas@lw.com <Joseph.Thomas@lw.com>;ghara@andersonwanca.com <ghara@andersonwanca.com>;ross@loftusandeisenberg.com <ross@loftusandeisenberg.com>;m@mcalaw.net <m@mcalaw.net>;Phil Bock <phil@classlawyers.com>;Robert Hatch <robert@classlawyers.com>
Cc: Robert.Collins@lw.com <Robert.Collins@lw.com>

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jon - I apologize for the delay. I was traveling this week and got behind on emails.

In terms of your inquiry, it is obviously possible that Intervenor's claims would be subsumed in the sampling we have asked the Court to allow us to undertake on claims accepted by the Settlement Administrator or be the subject of other confirmatory discovery. We have also asked the Settlement Administrator to run a CLEAR search on the fax numbers claimed by Intervenors and are in the process of reviewing those results. Finally, consistent with the Article III issue we raised some time ago, we are endeavoring to determine whether any Intervenors used online services for the receipt of faxes in 2009 and 2010, though we aren't having much luck at all with that. But subject to these caveats, you are correct that BTL did not challenge the claims of Intervenors in the submissions we made last Friday.

Best regards.

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** Jon Piper <Jonathan@classlawyers.com>
**Date:** Monday, Dec 11, 2023 at 4:22 PM
**To:** Thomas, Joseph (CH) <Joseph.Thomas@lw.com>, ghara@andersonwanca.com <ghara@andersonwanca.com>, ross@loftusandeisenberg.com <ross@loftusandeisenberg.com>, m@mcalaw.net <m@mcalaw.net>, Phil Bock <phil@classlawyers.com>, Robert Hatch <robert@classlawyers.com>
**Cc:** Mester, Mark (CH) <mark.mester@lw.com>, Collins, Robert (CH) <Robert.Collins@lw.com>
**Subject:** Re: Cin-Q v. BTL - No. 8:13-cv-01592 (M.D. Fla.) - Dec. 8, 2023 Filings

Counsel, particularly Latham --

From initial perusal of your Friday filings it does not appear that you are challenging the validity of claims submitted by the 5 intervenors. Can you please confirm that, or if it is not true explain what the challenge is and where that is found in your papers.

Similarly, it does not appear that you are seeking discovery with regard to the claims submitted by the 5 intervenors. Again, can you please confirm that or explain what discovery you are seeking.

---

**From:** Joseph.Thomas@lw.com <Joseph.Thomas@lw.com>
**Sent:** Saturday, December 9, 2023 12:01 AM

**To:** ghara@andersonwanca.com <ghara@andersonwanca.com>; ross@loftusandeisenberg.com <ross@loftusandeisenberg.com>; m@mcalaw.net <m@mcalaw.net>; Jon Piper <Jonathan@classlawyers.com>; Phil Bock <phil@classlawyers.com>; Robert Hatch <robert@classlawyers.com>

**Cc:** mark.mester@lw.com <mark.mester@lw.com>; Robert.Collins@lw.com <Robert.Collins@lw.com>; Joseph.Thomas@lw.com <Joseph.Thomas@lw.com>

**Subject:** Cin-Q v. BTL - No. 8:13-cv-01592 (M.D. Fla.) - Dec. 8, 2023 Filings

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Your attachments have been security checked by Mimecast Attachment Protection. Files where no threat or malware was detected are attached.

Counsel,

Attached please find the submissions filed under seal by BTL today in the above-captioned action, as well as copies of the Notices of Electronic Filing.

Thanks, and have a good weekend,
Joseph

**Joseph B. Thomas**
Associate

**LATHAM & WATKINS** LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
D: +1.312.777.7220

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.