# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CIN-Q AUTOMOBILES, INC.,     )
et al.,     )
       Plaintiffs,     )
   v.     )
BUCCANEERS LIMITED     )
PARTNERSHIP and JOHN DOES     )
1-10,     )
       Defendants,     )
_____ )
TECHNOLOGY TRAINING     )
ASSOCIATES, INC., et al.,     )
       Intervenors.     )

Case No. 8:13-cv-01592-AEP

**Magistrate Judge
Anthony E. Porcelli**

## UNOPPOSED MOTION TO APPEAR PRO HAC VICE ON BEHALF OF BTL, CONSENT TO DESIGNATION AND REQUEST TO RECEIVE NOTICE OF ELECTRONIC FILING

In accordance with Local Rule 2.02 of the United States District Court for the Middle District of Florida, the undersigned respectfully moves for the admission pro hac vice of Joseph B. Thomas of the law firm of Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago, Illinois, 60611, (312) 876-7700, for the purpose of appearance as co-counsel of behalf of Defendant Buccaneers Team LLC (f/k/a Buccaneers Limited Partnership) ("BTL"), in the above-captioned action only, and pursuant to CM/ECF Administrative Procedures, to permit Joseph B. Thomas to receive electronic filings in this case.  In support of this motion, movant states:

1. Joseph B. Thomas is a non-resident attorney who is a member in good standing of the Illinois Bar as well as the United States District Court for the Northern District of Illinois.  Mr. Thomas does not maintain an office or a residence

in the State of Florida, nor does he provide legal services on a regular basis in the State of Florida.

2.      Movant, Joseph H. Varner, III, of Holland & Knight LLP, 100 North Tampa Street, Suite 4100, Tampa, FL 33602, is a member of the bar of the Middle District of Florida, maintains an office in Florida for the practice of law, and is authorized to file through the Court's electronic filing system.  Joseph H. Varner, III consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.

3.      Mr. Thomas has not appeared in any other case in state or federal court in Florida in the last thirty-six months.

4.      Mr. Thomas has reviewed and is familiar with the Local Rules for the Middle District of Florida, the Federal Rules of Evidence, and the Federal Rules of Civil Procedure.  He is also familiar with the Florida Code of Professional Conduct.

5.      In accordance with the local rules of this Court, Mr. Thomas will make payment of this Court's $150 admission fee.   The original Special Admission Attorney Certification form will be filed with the Clerk in accordance with Local Rule 2.01(d).

6.      Mr. Thomas, by and through designated counsel and pursuant to the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to him at this email address: joseph.thomas@lw.com.

WHEREFORE, Joseph H. Varner, III moves this Court to enter an order allowing Joseph B. Thomas to appear before this Court pro hac vice on behalf of BTL for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to electronically provide notice of electronic filings to Joseph B. Thomas.

Date:  December 29, 2023

Respectfully submitted,

*/s/ Joseph H. Varner, III*

Mark S. Mester
   (admitted *pro hac vice*)
Robert C. Collins III
   (admitted *pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
E-mail:  mark.mester@lw.com
        robert.collins@lw.com

Joseph H. Varner, III
   (Bar No. 394904)
HOLLAND & KNIGHT LLP
100 North Tampa Street, Suite 4100
Tampa, Florida 33602-3644
Telephone:  (813) 227-8500
Facsimile:  (813) 229-0134
Email:  joe.varner@hklaw.com

## CERTIFICATE OF COMPLIANCE WITH LOCAL
## <u>RULE 3.01(G) AND STATEMENT OF AGREEMENT</u>

The undersigned has conferred with counsel for all parties, and is authorized to represent that the relief requested herein is unopposed.

Date:  December 29, 2023

*/s/ Joseph H. Varner, III*
Joseph H. Varner, III (Bar No. 394904)
HOLLAND & KNIGHT LLP
100 North Tampa Street, Suite 4100
Tampa, Florida 33602-3644
Telephone:  (813) 227-8500
Facsimile:  (813) 229-0134
Email:  joe.varner@hklaw.com