**EXHIBIT C**

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC. and MEDICAL & CHIROPRACTIC CLINIC, INC., individually and on behalf of a class, | ) ) ) ) |
| Plaintiffs, | ) Case No.: ) 8:13-CV-01592-AEP |
| v. | ) ) |
| BUCCANEERS TEAM LLC, | ) ) |
| Defendant. | ) ) |
| _____ | ) |
| | ) |
| TECHNOLOGY TRAINING ASSOCS., INC. *et al.*, | ) ) ) |
| | ) |
| Intervenors. | ) |

## DECLARATION OF MICHAEL C. ADDISON

I, Michael C. Addison, declare as follows:

1.      I have personal knowledge of the facts set forth in this Declaration.

2.      I am of sound mind, and I am otherwise competent to testify to these facts.

3.      In late August of 2009 I received a telephone call from Attorney Steve Scott inquiring whether I would be willing to file a class action lawsuit on behalf of a client of his.  Mr. Scott knew that I had handled a number of TCPA cases in the past.

4.      I agreed to represent Plaintiff Cin-Q Automobiles, Inc. in bringing a
TCPA case against the Defendant because Cin-Q Automobiles, Inc. received an
unsolicited facsimile advertisement on August 19, 2009.

5.      I filed an Action in Hillsborough County state court on August 28,
2009, seeking damages on behalf of Cin-Q Automobiles, Inc. and a class of persons
who received similar facsimile advertisements sent on behalf of the Buccaneers.

6.      Cin-Q Automobiles, Inc. provided me with the original facsimile
advertisement that it received.

7.      I attached a copy of that document to the Complaint when it was filed
on August 28, 2009.

8.      Eventually the United States Supreme Court issued an opinion that
ruled that a TCPA case, like that filed in 2009, could be brought in federal court.

9.      In 2013, I dismissed the state court action and filed a new action in the
Tampa Division of the United States District Court for the Middle District of
Florida.

10.      In 2014 an attorney representing the Buccaneers, David Borucke, made
an appointment with Cin-Q Automobiles, Inc. to come to its office to examine the
facsimile machine he had in his office as well as the original fax which was provided
to me.

11.      An expert witness, Thomas W. Vastrick, accompanied counsel for the
Buccaneers at the time of that inspection, and approximately 2.5 hours of time was
expended by them during that visit.

2

12.     My paralegal, Ms. Darlene Lesnek, was in attendance at the office of Mr. Cinque during that expert witness examination, and she prepared a memo detailing the events that took place during that visit.  A true and correct copy of Ms. Lesnek's memo to the file is attached as Exhibit 1.

13.     Cin-Q Automobiles, Inc. provided the expert witness with full access to the facsimile machine and the fax copies of the transmissions that he was routinely receiving using that facsimile machine, as well as the operator's manual.  A true and correct copy of the manual is attached as Exhibit 2.

14.     Cin-Q Automobiles, Inc. also provided copies of his business cards in use at that time which contained a listing of his facsimile telephone number.  True and correct copies of the business cards are attached as Composite Exhibit 3.

15.     A true and correct copy of Cin-Q's phone bill relating to the fax number where BTL's faxes were received is attached as Exhibit 4.

16.      A true and correct copy of the payment ledger for Cin-Q's business checking account showing payment for the phone bill is attached as Exhibit 5.

17.     A true and correct copy of the attestation of Cin-Q and backup documentation submitted to Epiq is attached as Exhibit 8.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on December 28, 2023                   s/Michael C. Addison

**EXHIBIT 1**

**Memo to file**

Date: 5/5/14
Author: Darlene Lesnek
Matter: Cin-Q.Bucs
Re: Inspection of Cin-Q's fax machine by Buc's Expert

1.  I arrived at Cin-Q's office at 9:45 a.m. The Buc's Expert Tom Vastrick and
    David Borocke were present. Vastrick identified himself as an expert in
    document examination and handwriting analysis

2.  Vastrick and Borocke logged onto Cin-Q's Wi-Fi

3.  Vastrick asked for and received Cin-Q's original fax from me

4.  I verified Cin-Q's fax number with Craig Cinque then Vastrick sent a test fax to
    Cin-Q's fax machine

5.  Vastrick encased the original fax in mylar, viewed it through a microscope, then
    used a machine to add moisture to the original fax, then scanned original fax
    with an electrostatic testing machine, added particles on top of mylar to detect
    indentations on surface of original fax; the spectral analysis involved lots of
    technical equipment and setup time, expert brought all equipment in cases and
    on a wheeled cart; discarded mylar cover, viewed the original fax through
    various colored filters with supplemental lighting

6.  Vastrick reviewed 27 pages of junk faxes received by Cin-Q since Craig
    Cinque's deposition (these faxes were in a paper box top next to the fax
    machine, Craig Cinque sorted the faxes as some were not junk faxes, before
    giving the resulting stack to me, which I produced to Vastrick); Vastrick looked
    at each page of the junk faxes, compared some of the pages to the original fax
    (without any technical equipment); Vastrick made notes on his laptop on some
    of the junk faxes

7.  Vastrick asked for the fax machine manuals, made a list on his laptop, read some
    of the pages in the manuals, returned all of the manuals to me

8.  Vastrick viewed the settings on Cin-Q's fax machine, made notes on his laptop

9.  Vastrick examined the original fax through a microscope with a flashlight, he
    worked across and then down the text, then the edges, both front and back sides,
    paid special attention to the edges, made notes on his laptop

10. Vastrick finished his exam at 12:18 pm and returned the original fax to me

11.  Vastrick asked for and I made him a copy of the original fax

12.  Vastrick returned the junk faxes to me then loaded his equipment and left

13.  I spoke with Craig Cinque and his wife, Kim Cinque, about the production of copies of the AT&T Invoices and the redacted bank statements for July and September 2009.  (We already produced August 2009.)  Kim located the bank statements.  She will send copies after they have been redacted.  Kim could not find the AT&T invoices.  She will order them from AT&T and then send them to me upon receipt.  I added a To Do for receipt of these four documents.  I left Cin-Q's office at 12:30 pm, called Mr. Addison with an update, then drove to Tampa.

\\mca2014\clients open\cin-q auto.buccaneers\misc\memo re inspection of cin-q fax machine 79435.docx

**EXHIBIT 2**



**Read This First**

*9016/9021d*
DSm716/DSm721d
LD316/LD320d
Aficio™ MP 1600/2000

Operating Instructions
**About This Machine**



1 Getting Started
2 Entering Text
3 Appendix

Read this manual carefully before you use this machine and keep it handy for future reference. For safe and correct use, be sure to read the Safety Information in this manual before using the machine.

## Introduction

This manual contains detailed instructions and notes on the operation and use of this machine. For your safety and benefit, read this manual carefully before using the machine. Keep this manual in a handy place for quick reference.

### Important

Contents of this manual are subject to change without prior notice. In no event will the company be liable for direct, indirect, special, incidental, or consequential damages as a result of handling or operating the machine.

### Notes:

Some illustrations in this manual might be slightly different from the machine.

Certain options might not be available in some countries. For details, please contact your local dealer.

Depending on which country you are in, certain units may be optional. For details, please contact your local dealer.

### Laser Safety:

CDRH Regulations

This equipment complies with requirements of 21 CFR subchapter J for class 1 laser products. This equipment contains a 5-milliwatt, 760–800 nanometer wavelength, GaAlAs laser diode. This equipment does not emit hazardous light, since the beam is totally enclosed during all customer modes of operation and maintenance.

### Caution:

Use of controls or adjustments or performance of procedures other than those specified in this manual might result in hazardous radiation exposure.

### Notes:

The model names of the machines do not appear in the following pages. Check the type of your machine before reading this manual. (For details, see p.11 "Machine Types".)

• Type 1: 9016/DSm716/LD316/Aficio MP 1600
• Type 2: 9021d/DSm721d/LD320d/Aficio MP 2000

Certain types might not be available in some countries. For details, please contact your local dealer.

Two kinds of size notation are employed in this manual. With this machine refer to the inch version.

For good copy quality, the supplier recommends that you use genuine toner from the supplier.

The supplier shall not be responsible for any damage or expense that might result from the use of parts other than genuine parts from the supplier with your office products.

### Power Source

120V, 60Hz, 12A or more

Please be sure to connect the power cord to a power source as above. For details about power source, see Troubleshooting.

# Manuals for This Machine

Refer to the manuals that are relevant to what you want to do with the machine.

### ● Important

❒ Media differ according to manual.

❒ The printed and electronic versions of a manual have the same contents.

❒ Adobe Acrobat Reader/Adobe Reader must be installed in order to view the manuals as PDF files.

❒ Depending on which country you are in, there may also be html manuals. To view these manuals, a Web browser must be installed.

❖ **About This Machine**

Be sure to read the Safety Information in this manual before using the machine. This manual provides an introduction to the functions of the machine. It also explains the control panel, preparation procedures for using the machine, how to enter text, and how to install the CD-ROMs provided.

❖ **General Settings Guide**

Explains User Tools settings, and Address Book procedures such as registering fax numbers, e-mail addresses, and user codes. Also refer to this manual for explanations on how to connect the machine.

❖ **Troubleshooting**

Provides a guide to solving common problems, and explains how to replace paper, toner, and other consumables.

❖ **Security Reference**

This manual is for administrators of the machine. It explains security functions that the administrators can use to protect data from being tampered with, or prevent the machine from unauthorized use. Also refer to this manual for the procedures for registering administrators, as well as setting user and administrator authentication.

❖ **Copy Reference**

Explains Copier functions and operations. Also refer to this manual for explanations on how to place originals.

❖ **Facsimile Reference**

Explains Facsimile functions and operations.

❖ **Printer Reference**

Explains Printer functions and operations.

❖ **Scanner Reference**

Explains Scanner functions and operations.

❖ **Network Guide**

Explains how to configure and operate the machine in a network environment, and use the software provided.
This manual covers all models, and includes descriptions of functions and settings that might not be available on this machine. Images, illustrations, and information about operating systems that are supported might also differ slightly from those of this machine.

❖ **Other manuals**

- PostScript3 Supplement
- UNIX Supplement
- Manuals for DeskTopBinder Lite
  - DeskTopBinder Lite Setup Guide
  - DeskTopBinder Introduction Guide
  - Auto Document Link Guide

📌 **Note**

❑ Manuals provided are specific to machine types.

❑ For "UNIX Supplement", please visit our Web site or consult an authorized dealer.

❑ "PostScript3 Supplement" and "UNIX Supplement" include descriptions of functions and settings that might not be available on this machine.

❑ The following software products are referred to using general names:

| Product name | General name |
|---|---|
| DeskTopBinder Lite and DeskTopBinder Professional [1] | DeskTopBinder |
| ScanRouter EX Professional [1] and ScanRouter EX Enterprise [1] | The ScanRouter delivery software |

[1] Optional

---

# What You Can Do with This Machine

This section introduces the features of this machine.

📌 **Note**

❑ For details about options, see "Options".

📎 **Reference**

p.15 "Options"

## Copier, Facsimile, Printer, and Scanner Functions

This machine provides copier, facsimile (optional), printer (optional), and scanner (optional) functions.



- You can make copies of originals. See Copy Reference.
- You can send originals by fax or e-mail, and receive faxes from other parties. See Facsimile Reference.
- You can print documents created in applications. See Printer Reference.
- You can print documents from Windows 95/98/Me (TCP/IP, IPP), Windows 2000 (TCP/IP, IPP), Windows XP/ Server 2003 (TCP/IP, IPP), Windows NT 4.0 (TCP/IP, IPP), NetWare, UNIX (TCP/IP), and Macintosh (AppleTalk) environments because the machine supports all these (multi-protocol).
- You can scan originals and send scan files to a computer. See Scanner Reference.

CinQ007032

## Paperless Fax Transmission

You can send a file by fax without printing it.

### Transmission

You can send a fax from your computer over the network (Ethernet, or wireless LAN) to this machine, which then forwards the fax via its telephone connection (LAN-Fax).



- To send a fax, print from the Windows application you are working with, select LAN-Fax as the printer, and then specify the destination.
- You can also check the sent image data.
- For details about the machine's settings, see "Network Settings", General Settings Guide.
- For details about how to use the function, see "Fax via Computer", Facsimile Reference.

## Fax Transmission and Reception Through the Internet

You can send fax documents via e-mail by specifying the recipient's e-mail address (Internet Fax Transmission). You can receive sent documents via Internet Fax, or from computers (Internet Fax Reception). You can send fax documents by specifying IP-Fax destination using IP addresses (IP-Fax Transmission). You can receive sent documents via Internet Fax (IP-Fax Reception).



### ❖ Internet Fax

- You can send fax documents through e-mail by specifying the recipient's e-mail address.
- E-mails can be received on a fax machine that supports Internet Fax, or on a computer that can receive normal e-mail.
- You can receive e-mails or Internet Fax, and then print or forward them.
- For details about the machine's settings, see "Network Settings", General Settings Guide.
- For details about how to use the function, see "Transmission", Facsimile Reference.

### ❖ IP-Fax

- You can exchange documents between fax machines directly connected to the TCP/IP network.
- You can send documents by specifying an IP address or host name instead of a fax number.
- For details about the machine's settings, see "Network Settings", General Settings Guide.
- For details about how to use this function, see "Transmission", Facsimile Reference.

CinQ007033

## Using the Scanner in a Network Environment

You can use a scanner over the network.



- You can send scan files to a specified destination using e-mail (Sending scan file by e-mail). See "Sending Scan Files by E-mail", Scanner Reference.
- With the ScanRouter delivery software, you can save scan files in specified destinations on network computers (Saving scan files). See "Sending Scan Files by Scan to Folder", Scanner Reference.
- You can send scan files directly to folders (Sending scan file by Scan to Folder). See "Sending Scan Files by Scan to Folder", Scanner Reference.
- Under the network delivery scanner function, you can use the machine as a delivery scanner for the ScanRouter delivery software or DeskTopBinder. You can save scan files or fax-received files in the delivery server, or deliver them to a folder on a computer on the same network.
- For details about specifying the machine's settings for using its scanner function over the network, see "Network Settings", General Settings Guide.
  For details about using the scanner function over the network, see "Using the Network TWAIN Scanner Function", Scanner Reference.

## Administrating the Machine (Security Functions)

You can prevent information leakage by managing the machine.



- You can control the use of the machine, as well as prevent machine settings from being changed without authorization. See Security Reference.
- By setting passwords, you can prevent unauthorized access via the network. See Security Reference.

CinQ007034

## Monitoring the Machine Via Computer

You can change the machine's settings and monitor its status from a connected computer.



Web Image Monitor lets you configure and operate the machine using the Web browser on a computer. You can also install SmartDeviceMonitor for Admin on a computer to configure and operate the machine.

Using Web Image Monitor, you can register information in the address book, specify the machine's settings, and check the machine's status with ease.

Using Web Image Monitor, you can check, specify the initial settings (system settings), printer features, fax features, network settings, security settings/certificate management, and E-mail Notification), control print jobs, display the print job journal, and protect the data in the machine using authentication.

You can also use SmartDeviceMonitor for Admin to register information in the address book.

### ♪ Reference

General Settings Guide

SmartDeviceMonitor for Admin Help

Web Image Monitor's Help

# TABLE OF CONTENTS

Manuals for This Machine......................................... i
What You Can Do with This Machine........................... iii
Copier, Facsimile, Printer, and Scanner Functions............ iii
Paperless Fax Transmission........................................ iv
Fax Transmission and Reception Through the Internet........ v
Using the Scanner in a Network Environment.................. vi
Administrating the Machine (Security Functions).............. vii
Monitoring the Machine Via Computer.......................... viii
Notice................................................................... 1
Important............................................................. 1
Notice To Wireless LAN Interface (option) Users............. 1
How to Read This Manual.......................................... 4
Symbols............................................................... 4
Names of Major Options........................................... 4
Safety Information................................................... 5
Safety During Operation........................................... 5
Positions of △WARNING and △CAUTION labels.............. 8
ENERGY STAR Program............................................ 9
Specifications......................................................... 10
Recycled Paper....................................................... 10
Machine Types........................................................ 11

## 1. Getting Started
Guide to Components............................................... 13
Options................................................................. 15
Control Panel......................................................... 17
Display................................................................. 20
Reading the Display and Using Keys........................... 20
When the Authentication Screen Is Displayed............... 21
User Code Authentication (Using the Control Panel)......... 21
User Code Authentication (Using a Printer Driver)........... 21
Login (Using the Control Panel)................................. 22
Logout (Using the Control Panel)............................... 22
Login (Using a Printer Driver).................................. 23
Login (Using Web Image Monitor)............................. 23
Logout (Using Web Image Monitor)........................... 23
Changing Modes..................................................... 24
Turning On the Power.............................................. 25
Turning On the Main Power....................................... 25
Turning On the Power.............................................. 26
Turning Off the Power............................................. 26
Turning Off the Main Power...................................... 27
Saving Energy........................................................ 28

CINiQ007035

## 2. Entering Text

Entering Text............................................................................29
Available Characters....................................................................29
Keys....................................................................................29
How to Enter Text.......................................................................30

## 3. Appendix

Dos and Don'ts..........................................................................39
Software and Utilities Included on the CD-ROM...........................................40
Viewing the Contents of the CD-ROM......................................................40
Printer Drivers for This Machine........................................................41
TWAIN Driver............................................................................43
LAN-Fax Driver..........................................................................43
DeskTopBinder Lite......................................................................44
DeskTopBinder for Admin.................................................................45
SmartDeviceMonitor for Admin............................................................45
SmartDeviceMonitor for Client...........................................................46
DeskTopBinder-SmartDeviceMonitor for Client.............................................46
Installing the Operating Instructions...................................................47
PDF Manuals.............................................................................48
Opening the Installed Operating Instructions............................................49
Opening from the Icon...................................................................49
Opening from the [Start] Menu...........................................................49
Opening from the CD-ROM.................................................................50
Specifications for the Main Unit........................................................51
Specifications for Options..............................................................55
Exposure Glass Cover....................................................................55
Auto Document Feeder (ADF)..............................................................55
Auto Document Feeder capable of scanning both sides of a sheet (ARDF)...................56
Internal Tray 2 (1 bin tray)............................................................56
Paper Tray Unit (1-tray type)...........................................................57
Paper Trays Unit (2-tray type)..........................................................57
Copy Paper..............................................................................58
Recommended Paper Sizes and Types.......................................................58
Unusable Paper..........................................................................61
Paper Storage...........................................................................62
INDEX...................................................................................63

# Notice

## Important

Do not copy or print any item for which reproduction is prohibited by law.

Copying or printing the following items is generally prohibited by local law:

bank notes, revenue stamps, bonds, stock certificates, bank drafts, checks, passports, driver's licenses.

The preceding list is meant as a guide only and is not inclusive. We assume no responsibility for its completeness or accuracy. If you have any questions concerning the legality of copying or printing certain items, consult with your legal advisor.

## Notice To Wireless LAN Interface (option) Users

### Notes to users

It is strictly forbidden to use antenna(s) except designated.

The antenna used for this transmitter must be installed to provide a separation distance of at least 2.5 cm from all persons and must not be co-located or operating in conjunction with any other antenna or transmitter.

### Notes to users in the United States of America

This equipment complies with FCC RF radiation exposure limits set forth for an uncontrolled environment.

#### Notice:

This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to Part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:

- Reorient or relocate the receiving antenna.
- Increase the separation between the equipment and receiver.
- Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
- Consult the dealer or an experienced radio/TV technician for help.

CinQ007036

MEMO

In accordance with IEC 60417, this machine uses the following symbols for the main power switch:

**I** means POWER ON.

⏻ means STAND BY.

## Trademarks

Microsoft®, Windows® and Windows NT® are registered trademarks of Microsoft Corporation in the United States and/or other countries.

Adobe®, PostScript®, and Acrobat® are registered trademarks of Adobe Systems Incorporated.

The Bluetooth® word mark and logos are owned by the Bluetooth SIG, Inc. and any use of such marks by Ricoh Company, Ltd. is under license.

NetWare is a registered trademark of Novell, Inc.

PCL® is a registered trademark of Hewlett-Packard Company.

AppleTalk, Macintosh, and Mac OS are trademarks of Apple Computer, Inc., registered in the U.S. and other countries.

PowerPC is a trademark of International Business Machines Corporation in the United States, other countries, or both.

UNIX is a registered trademark in the United States and other countries, licensed exclusively through X/Open Company Limited.

Other product names used herein are for identification purposes only and might be trademarks of their respective companies. We disclaim any and all rights to those marks.

The proper names of the Windows operating systems are as follows:

* The product name of Windows® 95 is Microsoft® Windows® 95
* The product name of Windows® 98 is Microsoft® Windows® 98
* The product name of Windows® Me is Microsoft® Windows® Millennium Edition (Windows Me)
* The product names of Windows® 2000 are as follows:
  Microsoft® Windows® 2000 Advanced Server
  Microsoft® Windows® 2000 Server
  Microsoft® Windows® 2000 Professional
* The product names of Windows® XP are as follows:
  Microsoft® Windows® XP Professional
  Microsoft® Windows® XP Home Edition
* The product names of Windows Server™ 2003 are as follows:
  Microsoft® Windows Server™ 2003 Standard Edition
  Microsoft® Windows Server™ 2003 Enterprise Edition
  Microsoft® Windows Server™ 2003 Web Edition
* The product names of Windows NT® are as follows:
  Microsoft® Windows NT® Server 4.0
  Microsoft® Windows NT® Workstation 4.0

EN

(USA)

B843-7652

Copyright © 2006

CmQ007037

Type for 9016/DSm716/LD316/Aficio MP 1600
Type for 9021d/DSm721d/LD320d/Aficio MP 2000
Printed in China
EN (USA) B843-7652



B8437652





Operating Instructions   About This Machine

CinQ007038

**9016/9021d**
DSm716/DSm721d
*LD316/LD320d*
Aficio™ MP 1600/2000

Operating Instructions
**Security Reference**

1. Getting Started
2. Authentication and its Application
3. Ensuring Information Security
4. Managing Access to the Machine
5. Enhanced Network Security
6. Specifying the Extended Security Functions
7. Troubleshooting
8. Appendix

Read this manual carefully before you use this machine and keep it handy for future reference. For safe and correct use, be sure to read the Safety Information in "About This Machine" before using the machine.

# Introduction

This manual contains detailed instructions and notes on the operation and use of this machine. For your safety and benefit, read this manual carefully before using the machine. Keep this manual in a handy place for quick reference.

## Important

Contents of this manual are subject to change without prior notice. In no event will the company be liable for direct, indirect, special, incidental, or consequential damages as a result of handling or operating the machine.

Do not copy or print any item for which reproduction is prohibited by law.

Copying or printing the following items is generally prohibited by local law:

bank notes, revenue stamps, bonds, stock certificates, bank drafts, checks, passports, driver's licenses.

The preceding list is meant as a guide only and is not inclusive. We assume no responsibility for its completeness or accuracy. If you have any questions concerning the legality of copying or printing certain items, consult with your legal advisor.

## Notes

Some illustrations in this manual might be slightly different from the machine.

Certain options might not be available in some countries. For details, please contact your local dealer.

Depending on which country you are in, certain units may be optional. For details, please contact your local dealer.

### Caution:

Use of controls or adjustments or performance of procedures other than those specified in this manual might result in hazardous radiation exposure.

# Manuals for This Machine

Refer to the manuals that are relevant to what you want to do with the machine.

## ❖Important

❑ Media differ according to manual.

❑ The printed and electronic versions of a manual have the same contents.

❑ Adobe Acrobat Reader/Adobe Reader must be installed in order to view the manuals as PDF files.

❑ Depending on which country you are in, there may also be html manuals. To view these manuals, a Web browser must be installed.

❖ **About This Machine**

Be sure to read the Safety Information in this manual before using the machine. This manual provides an introduction to the functions of the machine. It also explains the control panel, preparation procedures for using the machine, how to enter text, and how to install the CD-ROMs provided.

❖ **General Settings Guide**

Explains User Tools settings, and Address Book procedures such as registering fax numbers, e-mail addresses, and user codes. Also refer to this manual for explanations on how to connect the machine.

❖ **Troubleshooting**

Provides a guide to solving common problems, and explains how to replace paper, toner, and other consumables.

❖ **Security Reference**

This manual is for administrators of the machine. It explains security functions that the administrators can use to protect data from being tampered with, or prevent the machine from unauthorized use. Also refer to this manual for the procedures for registering administrators, as well as setting user and administrator authentication.

❖ **Copy Reference**

Explains Copier functions and operations. Also refer to this manual for explanations on how to place originals.

❖ **Facsimile Reference**

Explains Facsimile functions and operations.

❖ **Printer Reference**

Explains Printer functions and operations.

❖ **Scanner Reference**

Explains Scanner functions and operations.

❖ **Network Guide**

Explains how to configure and operate the machine in a network environment, and use the software provided.

This manual covers all models, and includes descriptions of functions and settings that might not be available on this machine. Images, illustrations, and information about operating systems that are supported might also differ slightly from those of this machine.

❖ **Other manuals**

• PostScript3 Supplement
• UNIX Supplement
• Manuals for DeskTopBinder Lite
  DeskTopBinder Lite Setup Guide
  DeskTopBinder Introduction Guide
  Auto Document Link Guide

✐ **Note**

❑ Manuals provided are specific to machine types.

❑ For "UNIX Supplement", please visit our Web site or consult an authorized dealer.

❑ "PostScript3 Supplement" and "UNIX Supplement" include descriptions of functions and settings that might not be available on this machine.

| Product name | General name |
|---|---|
| DeskTopBinder Lite and DeskTopBinder Professional¹ | DeskTopBinder |
| ScanRouter EX Professional¹ and ScanRouter EX Enterprise | the ScanRouter delivery software |

¹ Optional

# TABLE OF CONTENTS

Manuals for This Machine ....................................................... i
How to Read This Manual ....................................................... 1
  Symbols .......................................................................... 1
Display ............................................................................. 2

**1. Getting Started**

Enhanced Security ............................................................... 3
  Glossary ......................................................................... 3
  Setting Up the Machine ....................................................... 4
  Using Web Image Monitor ..................................................... 5
Security Measures Provided by this Machine ............................... 7
  Using Authentication and Managing Users ................................ 7
  Preventing Information Leaks ............................................... 8
  Limiting and Controlling Access ........................................... 9
  Enhanced Network Security ................................................ 10

**2. Authentication and Its Application**

Administrators and Users .................................................... 11
  Administrators ................................................................ 11
  User ............................................................................ 12
The Management Function .................................................... 13
  About Administrator Authentication ...................................... 14
  About User Authentication ................................................ 15
Enabling Authentication ...................................................... 16
  Authentication Setting Procedure ........................................ 16
Administrator Authentication ............................................... 17
  Specifying Administrator Privileges ..................................... 18
  Registering the Administrator ............................................ 18
  Logging on Using Administrator Authentication ....................... 20
  Logging off Using Administrator Authentication ...................... 24
  Changing the Administrator ............................................... 25
User Authentication ........................................................... 28
  User Code Authentication .................................................. 28
  Basic Authentication ........................................................ 28
  Windows Authentication .................................................... 33
  LDAP Authentication ........................................................ 44
  Integration Server Authentication ....................................... 54
If User Authentication Has Been Specified ............................... 62
  User Code Authentication (Using the Control Panel) .................. 71
  User Code Authentication (Using a Printer Driver) ................... 72
  Login (Using the Control Panel) .......................................... 72
  Log Off (Using the Control Panel) ....................................... 72
  Login (Using a Printer Driver) ........................................... 73
  Login (Using Web Image Monitor) ........................................ 73
  Log Off (Using Web Image Monitor) ...................................... 73
  Auto Logout ................................................................... 74
  Authentication using an external device ............................... 75

CinQ007041

## 3. Ensuring Information Security

Preventing Unauthorized Copying ....................................................................................................77
  Unauthorized Copy Prevention ...................................................................................................78
  Data Security for Copying ............................................................................................................79
  Printing Limitations ......................................................................................................................80
  Notice ...........................................................................................................................................81
  Printing with Unauthorized Copy Prevention and Data Security for Copying ...........................81
Preventing Data Leaks Due to Unauthorized Transmission. ......................................................83
  Restrictions on Destinations ........................................................................................................83
Protecting the Address Book .........................................................................................................85
  Address Book Access Permission ...............................................................................................85
  Encrypting the Data in the Address Book. ...................................................................................88

## 4. Managing Access to the Machine

Preventing Modification of Machine Settings. ..............................................................................91
Menu Protect. ...................................................................................................................................92
  Menu Protect. ...............................................................................................................................92
Limiting Available Functions. .........................................................................................................96
  Specifying Which Functions are Available. .................................................................................96
Managing Log Files ..........................................................................................................................99
  Transfer Log Setting. ..................................................................................................................100

## 5. Enhanced Network Security

Preventing Unauthorized Access. .................................................................................................101
  Enabling/Disabling Protocols .....................................................................................................101
  Access Control. ...........................................................................................................................103
  Specifying Network Security Level. ............................................................................................104
Encrypting Transmitted Passwords. .............................................................................................107
  Driver Encryption Key. ................................................................................................................108
  Group Password for PDF files. ...................................................................................................109
  IPP Authentication Password. .....................................................................................................111
Protection Using Encryption. ........................................................................................................112
  SSL (Secure Sockets Layer) Encryption ....................................................................................113
  User Settings for SSL (Secure Sockets Layer) ..........................................................................118
  Setting the SSL / TLS Encryption Mode. ....................................................................................119
  SNMPv3 Encryption .....................................................................................................................121

## 6. Specifying the Extended Security Functions

Changing the Extended Security Functions. ...............................................................................123
  Changing the Extended Security Functions. ..............................................................................123
  Settings ........................................................................................................................................124
Other Security Functions ..............................................................................................................128
  Fax Function ................................................................................................................................128
  Scanner Function .........................................................................................................................128
Limiting Machine Operation to Customers Only ........................................................................129
  Settings ........................................................................................................................................129

## 7. Troubleshooting

Authentication Does Not Work Properly .....................................................................................133
  A Message Appears. ...................................................................................................................133
  Machine Cannot Be Operated. ...................................................................................................135

## 8. Appendix

Supervisor Operations. ..................................................................................................................137
  Logging on as the Supervisor .....................................................................................................138
  Logging off as the Supervisor .....................................................................................................139
  Changing the Supervisor .............................................................................................................139
  Resetting an Administrator's Password ......................................................................................141
Machine Administrator Settings. ...................................................................................................144
  System Settings. ..........................................................................................................................144
  Copier Features. ..........................................................................................................................147
  Fax Features. ...............................................................................................................................147
  Printer Features. ..........................................................................................................................148
  Scanner Features. ........................................................................................................................148
  Settings via Web Image Monitor .................................................................................................149
  Settings via SmartDeviceMonitor for Admin. .............................................................................152
Network Administrator Settings. ...................................................................................................153
  System Settings. ..........................................................................................................................153
  Fax Features. ...............................................................................................................................154
  Scanner Features. ........................................................................................................................154
  Settings via Web Image Monitor .................................................................................................155
  Settings via SmartDeviceMonitor for Admin. .............................................................................157
File Administrator Settings. ...........................................................................................................158
  System Settings. ..........................................................................................................................158
  Settings via Web Image Monitor .................................................................................................158
User Administrator Settings. ..........................................................................................................159
  System Settings. ..........................................................................................................................159
  Settings via Web Image Monitor .................................................................................................160
  Settings via SmartDeviceMonitor for Admin. .............................................................................160
The Privilege for User Account Settings in the Address Book ..................................................161
User Settings. ..................................................................................................................................164
  Copier Features ...........................................................................................................................164
  Printer Functions. ........................................................................................................................165
  Scanner Features. ........................................................................................................................167
  Fax Features. ...............................................................................................................................168
  System Settings. ..........................................................................................................................169
  Web Image Monitor Setting .........................................................................................................173
Functions That Require Options ...................................................................................................186
INDEX. ..............................................................................................................................................187

MEMO

In accordance with IEC 60417, this machine uses the following symbols for the main power switch:

**I** means POWER ON.

⏻ means STAND BY.

## Trademarks

Microsoft®, Windows®, and Windows NT® are registered trademarks of Microsoft Corporation in the United States and/or other countries.

AppleTalk, EtherTalk, are registered trademarks of Apple Computer, Inc.

Bonjour is a trademark of Apple Computer Inc.

PostScript® and Acrobat® are registered trademarks of Adobe Systems, Incorporated.

NetWare is a registered trademarks of Novell, Inc.

Bluetooth is a Trademark of the Bluetooth SIG, Inc. (Special Interest Group) and licensed to Ricoh Company Limited.

Other product names used herein are for identification purposes only and might be trademarks of their respective companies. We disclaim any and all rights to those marks.

The proper names of the Windows operating systems are as follows:

The product name of Windows® 95 is Microsoft® Windows® 95

The product name of Windows® 98 is Microsoft® Windows® 98

The product name of Windows® Me is Microsoft® Windows® Millennium Edition (Windows Me)

The product names of Windows® 2000 are as follows:
Microsoft® Windows® 2000 Advanced Server
Microsoft® Windows® 2000 Server
Microsoft® Windows® 2000 Professional

The product names of Windows® XP are as follows:
Microsoft® Windows® XP Professional
Microsoft® Windows® XP Home Edition

The product names of Windows Server™ 2003 are as follows:
Microsoft® Windows Server™ 2003 Standard Edition

EN
(USA)

B843-7700

190

Copyright © 2006

CinQ007043



Type for 9016/DSm716/LD316/Aficio MP 1600
Type for 9021d/DSm721d/LD320d/Aficio MP 2000
Printed in China
EN (USA) B843-7700

B8437700

Operating Instructions   Security Reference

CinQ007044



**9016/9021d**
DSm716/DSm721d
LD316/LD320d
Aficio™ MP 1600/2000

Operating Instructions
# Troubleshooting



1. When the Machine Does Not Operate As Wanted
2. Troubleshooting When Using the Copy Function
3. Troubleshooting When Using the Facsimile Function
4. Troubleshooting When Using the Printer Function
5. Troubleshooting When Using the Scanner Function
6. Adding Paper and Replacing Toner
7. Clearing Misfeeds
8. Remarks

Read this manual carefully before you use this machine and keep it handy for future reference. For safe and correct use, be sure to read the Safety Information in "About This Machine" before using the machine.

# Manuals for This Machine

Refer to the manuals that are relevant to what you want to do with the machine.

⬤**Important**

☐ Media differ according to manual.

☐ The printed and electronic versions of a manual have the same contents.

☐ Adobe Acrobat Reader/Adobe Reader must be installed in order to view the manuals as PDF files.

☐ Depending on which country you are in, there may also be html manuals. To view these manuals, a Web browser must be installed.

❖ **About This Machine**
Be sure to read the Safety Information in this manual before using the machine. This manual provides an introduction to the functions of the machine. It also explains the control panel, preparation procedures for using the machine, how to enter text, and how to install the CD-ROMs provided.

❖ **General Settings Guide**
Explains User Tools settings, and Address Book procedures such as registering fax numbers, e-mail addresses, and user codes. Also refer to this manual for explanations on how to connect the machine.

❖ **Troubleshooting**
Provides a guide to solving common problems, and explains how to replace paper, toner, and other consumables.

❖ **Security Reference**
This manual is for administrators of the machine. It explains security functions that the administrators can use to protect data from being tampered with, or prevent the machine from unauthorized use. Also refer to this manual for the procedures for registering administrators, as well as setting user and administrator authentication.

❖ **Copy Reference**
Explains Copier functions and operations. Also refer to this manual for explanations on how to place originals.

❖ **Facsimile Reference**
Explains Facsimile functions and operations.

❖ **Printer Reference**
Explains Printer functions and operations.

❖ **Scanner Reference**
Explains Scanner functions and operations.

---

## Introduction

This manual contains detailed instructions and notes on the operation and use of this machine. For your safety and benefit, read this manual carefully before using the machine. Keep this manual in a handy place for quick reference.

## Important

Contents of this manual are subject to change without prior notice. In no event will the company be liable for direct, indirect, special, incidental, or consequential damages as a result of handling or operating the machine.

## Notes:

Some illustrations in this manual might be slightly different from the machine.

Certain options might not be available in some countries. For details, please contact your local dealer.

Depending on which country you are in, certain units may be optional. For details, please contact your local dealer.

## Caution:

Use of controls or adjustments or performance of procedures other than those specified in this manual might result in hazardous radiation exposure.

## Notes:

The model names of the machines do not appear in the following pages. Check the type of your machine before reading this manual. (For details, see "Machine Types", About This Machine.)

• Type 1: 9016/DSm716/LD316/Aficio MP 1600
• Type 2: 9021d/DSm721d/LD320d/Aficio MP 2000

Certain types might not be available in some countries. For details, please contact your local dealer.

Two kinds of size notation are employed in this manual. With this machine refer to the inch version.

For good copy quality, the supplier recommends that you use genuine toner from the supplier.

The supplier shall not be responsible for any damage or expense that might result from the use of parts other than genuine parts from the supplier with your office products.

## Power Source

120V, 60Hz, 12A or more

Please be sure to connect the power cord to a power source as shown above. For details about power source, see p.95 "Power Connection".

CinQ007046

❖ **Network Guide**

Explains how to configure and operate the machine in a network environment, and use the software provided.
This manual covers all models, and includes descriptions of functions and settings that might not be available on this machine. Images, illustrations, and information about operating systems that are supported might also differ slightly from those of this machine.

• **Other manuals**

• PostScript3 Supplement
• UNIX Supplement
• Manuals for DeskTopBinder Lite
  • DeskTopBinder Lite Setup Guide
  • DeskTopBinder Introduction Guide
  • Auto Document Link Guide

🖉 **Note**

❑ Manuals provided are specific to machine types.
❑ For "UNIX Supplement", please visit our Web site or consult an authorized dealer.
❑ "PostScript3 Supplement" and "UNIX Supplement" include descriptions of functions and settings that might not be available on this machine.

# TABLE OF CONTENTS

Manuals for This Machine ......................................................................... i
How to Read This Manual .......................................................................... 1
  Symbols ..................................................................................................... 1
  Names of Major Options .......................................................................... 1

**1. When the Machine Does Not Operate As Wanted**

Indicators ................................................................................................... 3
Panel Tone .................................................................................................. 4
When the Function Status Indicator Lights Up in Red .............................. 5
When You Have Problems Operating the Machine .................................... 6
When a Job Is Not Performed .................................................................... 9

**2. Troubleshooting When Using the Copy Function**

When a Message Is Displayed .................................................................. 11
When You Cannot Make Clear Copies ..................................................... 13
When You Cannot Make Copies As Wanted ............................................ 15
  When Memory Is Full ............................................................................. 17

**3. Troubleshooting When Using the Facsimile Function**

Adjusting the Volume .............................................................................. 19
When a Message Is Displayed .................................................................. 22
When You Cannot Send or Receive Fax Messages As Wanted ................ 29
  When Memory Is Full ............................................................................. 33
When an Error Report Is Printed .............................................................. 34
Turning Off the Main Power / In the Event of Power Failure .................. 35
When an Error Occurs Using Internet Fax ............................................... 36
  Error Mail Notification .......................................................................... 36
  Error Report (E-Mail) ............................................................................ 36
  Server-Generated Error E-mail .............................................................. 36

**4. Troubleshooting When Using the Printer Function**

When a Message Is Displayed during Installation of the Printer Driver ... 37
  Windows 95/98/Me, Windows 2000 or Windows NT 4.0 ...................... 37
  Windows XP Professional or Windows Server 2003 .............................. 37
  Windows XP Home Edition .................................................................... 38
When a Message Is Displayed .................................................................. 39
  Status Messages ..................................................................................... 39
  Alert Messages ....................................................................................... 39
  Printing the Error Log ........................................................................... 41
When You Cannot Print .......................................................................... 42
Other Printing Problems ......................................................................... 45

CinQ007047

## 5. Troubleshooting When Using the Scanner Function

**When Scanning Is Not Done As Expected** ........ **53**
**When You Cannot Send Scanned Files** ........ **54**
When You Cannot Browse the Network to Send a Scanned File ........ 54
When the TWAIN Driver Cannot Be Started ........ 54
The Network Delivery Function Cannot Be Used ........ 54
Operations Are Not Possible When Messages Appear ........ 55
**When a Message Is Displayed** ........ **56**
When a Message Is Displayed on the Display Panel ........ 56
When a Message Is Displayed on the Client Computer ........ 60

## 6. Adding Paper and Replacing Toner

**Loading Paper** ........ **65**
Loading Paper into the Paper Trays ........ 65
Loading Paper into the Optional Paper Tray Unit ........ 67
Orientation-Fixed Paper or Two-Sided Paper ........ 68
**Changing the Paper Size** ........ **71**
Changing the Paper Size in the Paper Tray ........ 71
Changing a Paper Size in the Optional Paper Tray Unit ........ 79
**Adding Toner** ........ **84**
Replacing Toner ........ 85
Sending Fax Messages When Toner Has Run Out ........ 86
Waste Toner ........ 86
**Replacing the Transmission Stamp Cartridge** ........ **87**

## 7. Clearing Misfeeds

**Removing Jammed Paper** ........ **89**

## 8. Remarks

**Where to Put Your Machine** ........ **93**
Machine Environment ........ 93
Moving ........ 94
Power Connection ........ 95
Access to the Machine ........ 96
When Not Used for a Long Time ........ 96
**Maintaining Your Machine** ........ **97**
Cleaning the Exposure Glass ........ 97
Cleaning the Exposure Glass Cover ........ 98
Cleaning the ADF/ARDF ........ 98

**INDEX** ........ **99**

# How to Read This Manual

## Symbols

This manual uses the following symbols:

⚠ ***WARNING:***

Indicates important safety notes.

Ignoring these notes could result in serious injury or death. Be sure to read these notes. They can be found in the "Safety Information" section of About This Machine.

⚠ ***CAUTION:***

Indicates important safety notes.

Ignoring these notes could result in moderate or minor injury, or damage to the machine or to property. Be sure to read these notes. They can be found in the "Safety Information" section of About This Machine.

**Important**

Indicates points to pay attention to when using the machine, and explanations of likely causes of paper misfeeds, damage to originals, or loss of data. Be sure to read these explanations.

**Note**

Indicates supplementary explanations of the machine's functions, and instructions on resolving user errors.

**Reference**

This symbol is located at the end of sections. It indicates where you can find further relevant information.

**[ ]**

Indicates the names of keys that appear on the machine's display panel.

**[ ]**

Indicates the names of keys on the machine's control panel.

## Names of Major Options

Major options of this machine are referred to as follows in this manual:

- Auto Document Feeder → ADF
- Auto Document Feeder capable of scanning both sides of a sheet → ARDF

CinQ007048

100

**P**

Panel Tone, 4
Paper is not fed from selected tray, 45
Paper orientation, 68
Paper Size Selector, 78
Parts of image not copied, 13
Password not correct, 6
Power Connection, 95
Power Failure Report, 35
Power indicator, 35
Power supply, 95
Precautions when booting the machine, 93
Precautions when moving the machine, 94
Printed image is different from
    computer display, 45
Printed image is faded, 45
Printed image is in wrong orientation, 45
Printer driver installation, 37
Printing, 29
Printing does not start, 42

**R**

RDS (Remote Diagnostic System), 35
Reception, 29
Release button, 71
Removing Jammed Paper, 89
Replacing Toner, 85
Reverse side of original is copied, 13

**S**

Scanned image contains white spaces, 53
Scanned image is dirty, 53
Scanned image is distorted, 53
Scanned image is out of position, 53
Scanned image is upside down, 53
Scanner Properties dialog box not displayed, 54
Server-Generated Error E-mail, 36
Shadow appears on copies, 13
Side fences, 71, 74, 79
Stamp cartridge replacement, 87
Status Messages, 39

**T**

Toner, 84, 85, 86
Transmission, 29
Transmission/Reception, 29
TWAIN, 60
Two-Sided Paper, 68

**U**

User code entry, 6

**V**

Volume adjustment, 19

**W**

Waste Toner, 86
When A is displayed, 89
When B is displayed, 89
When P is displayed (ADF), 89
When P is displayed (ARDF), 89
When R is displayed, 89
When Using 11"x17" Size Paper, 74
When Y is displayed, 89
When Z is displayed, 89

In accordance with IEC 60417, this machine uses the following symbols for the main power switch:

**I means POWER ON.**

**⏻ means STAND BY.**

**Trademarks**

Microsoft® Windows® and Windows NT® are registered trademarks of Microsoft Corporation in the United States and/or other countries.

TrueType is registered trademarks of Apple Computer, Inc.

PostScript® and Acrobat® are registered trademarks of Adobe Systems, Incorporated.

PCL is a registered trademark of Hewlett-Packard Company.

Bluetooth is a Trademark of the Bluetooth SIG, Inc. (Special Interest Group) and licensed to Ricoh Company Limited.

Other product names used herein are for identification purposes only and might be trademarks of their respective companies. We disclaim any and all rights to those marks.

The proper names of the Windows operating systems are as follows:

- The product name of Windows® 95 is Microsoft® Windows® 95
- The product name of Windows® 98 is Microsoft® Windows® 98
- The product name of Windows® Me is Microsoft® Windows® Millennium Edition (Windows Me)
- The product names of Windows® 2000 are as follows:
    Microsoft® Windows® 2000 Advanced Server
    Microsoft® Windows® 2000 Server
    Microsoft® Windows® 2000 Professional
- The product names of Windows® XP are as follows:
    Microsoft® Windows® XP Professional
    Microsoft® Windows® XP Home Edition
- The product names of Windows Server™ 2003 are as follows:
    Microsoft® Windows Server™ 2003 Standard Edition
    Microsoft® Windows Server™ 2003 Enterprise Edition
    Microsoft® Windows Server™ 2003 Web Edition
- The product names of Windows NT® are as follows:
    Microsoft® Windows NT® Server 4.0
    Microsoft® Windows NT® Workstation 4.0

Copyright © 2006

CinQ007049

Operating Instructions Troubleshooting

**EXHIBIT 3**









CinQ007022









CinQ007023

**EXHIBIT 4**



**Monthly Statement**

J D C CINQUE INC
3202 N MAIN ST STE A
GAINESVILLE FL 32509-2377

Page       1 of 5
Account Number    352 375-0278 712 1982
Billing Date    Aug 11, 2009

Web Site    att.com



**Total Amount Due**     **$270.94**

Amount Due in Full by    Sep 10, 2009

### Billing Summary

Questions? Visit att.com       Page

**Plans and Services**        1        169.18
      1 866-620-8000
      PIN: 1982
Repair Service:
      1 866 620-6900

**AT&T Long Distance Service**   2        32.81
      1 866 620-6000

**AT&T Internet Service**       4        69.95
      1 888 321-2375

**Total Current Charges**              270.94

### News You Can Use Summary

• PREVENT DISCONNECT      • CARRIER INFORMATION
• RELAY SERVICE          • 900 # INFORMATION
• DIRECTORY ASSISTANCE   • DO NOT CALL
• PAYMENT OPTIONS
See "News You Can Use" for additional information.

### AT&T Benefits

• Select Business Rewards members can view point balances and redeem for exciting rewards at www.att.com/selectbusiness or call 1.800.290.3333.

### Plans and Services

**Promotions and Discounts**

| Item No. | Description | | |
|---|---|---|---|
| 1. | Discount for Complete Choice Business 36 Mo Term for Bill Period Aug 11, 2009 EE40QTZN1. | | 37.00CR |

**Monthly Service - Aug 11 thru Sep 10**

| | | Quantity | |
|---|---|---|---|
| 2. | Complete Choice® Mntce 3 Lines Inside Wire Protection | 1 | 7.95 |
| 3. | **Complete Choice® 3 Lines** | 1 | 148.00 |
| | Business Line | | |
| | 3Way Calling with Transfer | | |
| | 30 Code Speed Calling | | |
| | Call Forwarding Busy Line | | |
| | Call Forwarding Don't Answer | | |
| | Ring Control | | |
| | Remote Activation of Call Forwarding | | |
| | Personalized Ring 6 | | |
| | Repeat Dialing | | |
| | Call Return | | |
| | Call Trace | | |
| | Call Blocking | | |
| | Enhanced Caller ID Anonymous Call Blocking | | |
| | Caller-ID Name-Number Delivery | | |
| | Anonymous Call Blocking | | |

**Total Monthly Service**                155.95

**Additions and Changes to Service**

This section of your bill reflects charges and credits resulting from account activity.

| Item No. | Description | Quantity | Monthly Rate | Amount Billed |
|---|---|---|---|---|
| | **Activity on Jun 30, 2009** | | | |
| | **Charges for 352 375-0278** | | | |
| | Your bill reflects a charge for a change in rates for: | | | |
| | (Monthly Charges are prorated from Jul 01, 2009 to your Billing Date, Aug 11, 2009) | | | |
| 4. | Federal Universal Service Fee | 3 | .36 | .48 |

Local Services provided by AT&T Florida.

Printed on Recyclable Paper

Return bottom portion with your check in the enclosed envelope.

U.S. Pat. D410,890 and D414,510

att.com

**DUE BY:   Sep 10, 2009   $270.94          LATE: After Sep 11, 2009   $287.14**

Billing Date Aug 11, 2009       Account Number   352 375-0278 712 1982
Please include your account number on your check.

J D C CINQUE INC
3202 N MAIN ST STE A
GAINESVILLE FL 32509-2377

Make checks payable to:

AT&T
P.O. BOX 105262
ATLANTA, GA 30348-5262

3900  35237502787127  100162009100%  1980200000000000000000000027094

 **at&t**

J D C CINQUE INC
3202 N MAIN ST STE A
GAINESVILLE FL 32609-2377

**Account Number** 352 375-0278 712 1982
**Billing Date** Aug 11, 2009

## Plans and Services

### Additions and Changes to Service - Continued

| Item No. | Description | Quantity | Monthly Rate | Amount Billed |
|---|---|---|---|---|
| 1. | Federal Subscriber Line Charge | 3 | .51 | .69CR |
| | Total Charges for 352 375-0278 | | | 0.21CR |
| | **Total Additions and Changes to Service** | | | **.21CR** |

### Surcharges and Other Fees

| Item No. | Description | Quantity | | |
|---|---|---|---|---|
| 2. | Federal Subscriber Line Charge | 3 | | 19.98 |
| 3. | Federal Universal Svc Fee-Mult | 3 | | 3.30 |
| | **Total Surcharges and Other Fees** | | | **23.28** |

### Government Fees and Taxes

| Item No. | Description | Quantity | | |
|---|---|---|---|---|
| 4. | Federal Excise Tax | | | 3.92 |
| 5. | FL - State Communications Tax | | | 12.28 |
| 6. | FL - Local Communications Tax | | | 8.13 |
| 7. | Telecommunications Access System Act Surcharge | 3 | | .33 |
| 8. | Emergency 911 Service | | | 1.50 |
| | **Total Government Fees and Taxes** | | | **26.16** |

| | | | |
|---|---|---|---|
| **Total Plans and Services** | | | **168.18** |

## AT&T Long Distance Service

### Monthly Service
Charges for 352 375-0278

| Type of Service | Period | |
|---|---|---|
| 9. Bus. Pref. Rate Plan Monthly Fee | 07/21-08/20 | 5.00 |
| 10. Int'l Fixed Rate Plan Monthly Fee | 07/21-08/20 | 4.95 |
| Total Charges for 352 375-0278 | | 9.95 |
| **Total Monthly Service** | | **9.95** |

### Call Charges

**Usage Summary**

| Domestic | Minutes | Amount |
|---|---|---|
| 352 375-0278 | 84.6 | 5.35 |
| 352 357-0776 | 150.0 | 9.83 |
| 352 977-9774 | 28.2 | 1.87 |
| Total Domestic | 262.8 | 17.05 |
| Total Usage Summary | 262.8 | 17.05 |

### Call Charges - Continued

| Item No. | Date | Time | Place Called | | Number | Code | Min | |
|---|---|---|---|---|---|---|---|---|
| **Charges for 352 375-0278** | | | | | | | | |
| **Itemized Calls** | | | | | | | | |
| 11. | 06-22 | 1015A | OCALA | FL | 352 351-5100 | D | 1.8 G | .00 |
| 12. | 06-22 | 1035A | JACKSONVL | FL | 904 713-0050 | D | 0.7 G | .05 |
| 13. | 06-22 | 210P | OCALA | FL | 352 351-5100 | D | 0.9 G | .00 |
| 14. | 06-23 | 1141A | OLDHICKORY | TN | 615 847-7400 | D | 1.2 G | .06 |
| 15. | 06-24 | 1111A | DEERFLDBCH | FL | 954 803-0001 | D | 0.5 G | .03 |
| 16. | 06-25 | 1244P | TALLAHASSE | FL | 850 294-8289 | D | 1.0 G | .07 |
| 17. | 06-26 | 940A | JACKSONVL | FL | 904 443-1900 | D | 3.4 G | .23 |
| 18. | 06-26 | 1106A | MIAMI | FL | 305 444-5002 | D | 0.5 G | .03 |
| 19. | 06-26 | 236P | ORLANDO | FL | 407 291-1234 | D | 1.1 G | .06 |
| 20. | 06-26 | 420P | HAMPTON | VA | 757 848-9428 | D | 1.0 G | .07 |
| 21. | 06-29 | 306P | INDIANAPLS | IN | 317 538-5902 | D | 0.5 G | .03 |
| 22. | 06-29 | 300P | OLDHICKORY | TN | 615 847-7400 | D | 4.3 G | .30 |
| 23. | 06-30 | 313P | MIAMI | FL | 305 444-5002 | D | 3.9 G | .27 |
| 24. | 06-30 | 325P | TITTUSVILLE | FL | 407 383-3060 | D | 16.5 G | 1.14 |
| 25. | 07-01 | 425P | JACKSONVL | FL | 904 713-0050 | D | 2.5 G | .17 |
| 26. | 07-01 | 430P | JACKSONVL | FL | 904 713-0050 | D | 0.5 G | .03 |
| 27. | 07-02 | 942A | LK CHARLES | LA | 337 217-0093 | D | 3.5 G | .24 |
| 28. | 07-02 | 1105A | DAYTONABCH | FL | 386 673-1815 | D | 3.6 G | .25 |
| 29. | 07-06 | 1025A | UMATILLA | FL | 352 771-6423 | D | 1.2 G | .00 |
| 30. | 07-06 | 202P | JACKSONVL | FL | 904 713-0050 | D | 0.5 G | .03 |
| 31. | 07-06 | 514P | JACKSONVL | FL | 904 713-0050 | D | 1.4 G | .10 |
| 32. | 07-08 | 227P | OCALA | FL | 352 732-6209 | D | 2.7 G | .00 |
| 33. | 07-08 | 230P | ASHEVILLE | NC | 828 280-0001 | D | 5.0 G | .35 |
| 34. | 07-09 | 200P | ORANGEPARK | FL | 904 622-7613 | D | 0.5 G | .03 |
| 35. | 07-09 | 253P | MIAMI | FL | 305 444-5002 | D | 0.6 G | .04 |
| 36. | 07-10 | 208P | MIAMI | FL | 305 444-5002 | D | 0.6 G | .04 |
| 37. | 07-10 | 343P | MIAMI | FL | 305 444-5002 | D | 0.5 G | .03 |
| 38. | 07-14 | 250P | TAMPACEN | FL | 813 963-0105 | D | 11.5 G | .79 |
| 39. | 07-14 | 452P | TAMPACEN | FL | 813 963-0105 | D | 0.5 G | .03 |
| 40. | 07-14 | 453P | TAMPA | FL | 813 245-2535 | D | 0.5 G | .03 |
| 41. | 07-15 | 200P | ORANGEPARK | FL | 904 622-7613 | D | 0.6 G | .04 |
| 42. | 07-15 | 255P | TAMPACEN | FL | 813 963-0105 | D | 0.5 G | .03 |
| 43. | 07-16 | 136P | BRADENTON | FL | 941 758-5511 | D | 0.9 G | .06 |
| 44. | 07-16 | 441P | MIAMI | FL | 305 444-5002 | D | 2.4 G | .17 |
| 45. | 07-20 | 1035A | HAMPTON | VA | 757 848-9428 | D | 0.6 G | .04 |
| 46. | 07-20 | 229P | HAMPTON | VA | 757 848-9428 | D | 5.0 G | .35 |
| 47. | 07-20 | 343P | TAMPACEN | FL | 813 963-0105 | D | 1.7 G | .12 |
| **Total Itemized Calls** | | | | | | | | 5.35 |
| **Total Charges for 352 375-0278** | | | | | | | | 5.35 |
| **Charges for 352 357-0776** | | | | | | | | |
| **Itemized Calls** | | | | | | | | |
| 48. | 06-22 | 1023A | NEWPT NEWS | VA | 757 846-7377 | D | 2.3 G | .16 |
| 49. | 06-22 | 1258P | TALLAHASSE | FL | 850 294-8289 | D | 1.3 G | .09 |
| 50. | 06-22 | 216P | JACKSONVL | FL | 904 721-2288 | D | 9.5 G | .66 |
| 51. | 06-22 | 237P | JACKSONVL | FL | 904 721-2288 | D | 1.3 G | .09 |
| 52. | 06-23 | 1240P | TALLAHASSE | FL | 850 294-8289 | D | 1.2 G | .08 |
| 53. | 06-24 | 913A | LEXINGTON | KY | 859 797-0008 | D | 0.6 G | .04 |
| 54. | 06-25 | 1248P | TALLAHASSE | FL | 850 294-8289 | D | 1.8 G | .12 |
| 55. | 06-26 | 1033A | BELLEVIEW | FL | 352 347-2760 | D | 3.1 G | .00 |
| 56. | 06-26 | 1236P | TALLAHASSE | FL | 850 294-8289 | D | 0.5 G | .03 |
| 57. | 06-26 | 1236P | TALLAHASSE | FL | 850 294-8289 | D | 0.5 G | .03 |
| 58. | 06-26 | 1236P | TALLAHASSE | FL | 850 294-8289 | D | 0.5 G | .03 |
| 59. | 06-26 | 1237P | TALLAHASSE | FL | 850 294-8289 | D | 0.5 G | .03 |
| 80. | 06-26 | 1236P | TALLAHASSE | FL | 850 308-0120 | D | 0.5 G | .03 |
| 61. | 06-26 | 1239P | TALLAHASSE | FL | 850 294-8289 | D | 1.0 G | .07 |

©2008 AT&T Intellectual Property. All rights reserved.

9692.013.180034.D1.03.0000000 NNNNNNNY 25749.360321



J D C CINQUE INC
3202 N MAIN ST STE A
GAINESVILLE FL 32609-2377

Page 3 of 5
Account Number 352 375-0278 712 1982
Billing Date Aug 11, 2009

## AT&T Long Distance Service

**Charges - Continued**

| Date | Time | Place Called | Number | Code | Min | |
|---|---|---|---|---|---|---|
| 06-26 | 1242P | TALLAHASSE FL | 850 294-8289 | D | 0.5 G | .03 |
| 06-26 | 1255P | TALLAHASSE FL | 850 294-8289 | D | 0.5 G | .03 |
| 06-29 | 1005A | MIAMI FL | 786 319-4130 | D | 0.6 G | .04 |
| 06-29 | 1204P | MIAMI FL | 786 319-4130 | D | 0.5 G | .03 |
| 06-29 | 1229P | MIAMI FL | 786 319-4130 | D | 1.4 G | .10 |
| 06-29 | 1243P | TALLAHASSE FL | 850 294-8289 | D | 1.7 G | .12 |
| 06-30 | 1002A | FORT MYERS FL | 239 590-9063 | D | 0.5 G | .03 |
| 07-01 | 1239P | TALLAHASSE FL | 850 294-8289 | D | 1.9 G | .13 |
| 07-01 | 400P | ALBANY GA | 229 395-4580 | D | 0.9 G | .06 |
| 07-01 | 406P | ALBANY GA | 229 395-4580 | D | 1.6 G | .11 |
| 07-01 | 412P | ALBANY GA | 229 395-4580 | D | 6.1 G | .42 |
| 07-01 | 452P | ALBANY GA | 229 395-4580 | D | 1.6 G | .11 |
| 07-01 | 518P | JACKSONVL FL | 904 607-9900 | D | 1.2 G | .08 |
| 07-02 | 1004A | SARASOTA FL | 941 907-4020 | D | 0.8 G | .06 |
| 07-02 | 1244P | TALLAHASSE FL | 850 294-8289 | D | 1.7 G | .12 |
| 07-02 | 228P | POLK CITY FL | 863 984-1551 | D | 0.5 G | .03 |
| 07-02 | 235P | POLK CITY FL | 863 984-1551 | D | 0.5 G | .03 |
| 07-02 | 329P | TEMPE AZ | 480 894-2400 | D | 1.0 G | .07 |
| 07-02 | 331P | TUCSON AZ | 520 574-2222 | D | 2.8 G | .19 |
| 07-02 | 420P | HOUSTON TX | 832 341-4319 | D | 0.7 G | .05 |
| 07-02 | 440P | WPALMBEACH FL | 561 790-1200 | D | 4.0 G | .28 |
| 07-02 | 447P | BORDENTOWN NJ | 609 298-3400 | D | 4.1 G | .28 |
| 07-04 | 1107A | GRANBURY TX | 817 279-7500 | D | 0.5 G | .03 |
| 07-06 | 238P | LAKE CITY FL | 904 207-1678 | D | 0.7 G | .05 |
| 07-07 | 1111A | EULESS TX | 817 399-4000 | D | 2.4 G | .17 |
| 07-07 | 215P | MILWAUKEE WI | 414 327-2100 | D | 1.3 G | .09 |
| 07-08 | 1004A | WINTERPARK FL | 407 620-3803 | D | 0.8 G | .06 |
| 07-08 | 1028A | VENICE FL | 941 966-7182 | D | 0.8 G | .06 |
| 07-08 | 1240P | TALLAHASSE FL | 850 294-8289 | D | 4.2 G | .29 |
| 07-08 | 158P | TUCSON AZ | 520 574-2222 | D | 1.2 G | .08 |
| 07-08 | 204P | TUCSON AZ | 520 574-2222 | D | 1.6 G | .11 |
| 07-08 | 225P | MANCHESTER PA | 717 266-6611 | D | 1.1 G | .08 |
| 07-08 | 218P | WINTERPARK FL | 407 620-3803 | D | 0.5 G | .03 |
| 07-08 | 228P | TITUSVILLE FL | 407 383-8469 | D | 0.5 G | .03 |
| 07-08 | 433P | SAN RAFAEL CA | 415 847-3141 | D | 0.9 G | .06 |
| 07-08 | 435P | SIOUX CITY IA | 712 276-1492 | D | 0.5 G | .03 |
| 07-08 | 439P | PARKERSBG WV | 304 428-6228 | D | 0.5 G | .03 |
| 07-08 | 440P | PARKERSBG WV | 304 482-3030 | D | 0.5 G | .03 |
| 07-09 | 850A | PORTLAND MI | 517 803-6987 | D | 1.8 G | .12 |
| 07-09 | 902A | TITUSVILLE FL | 407 383-8469 | D | 0.6 G | .04 |
| 07-09 | 903A | LAKE CITY FL | 904 207-1678 | D | 0.5 G | .03 |
| 07-09 | 932A | TITUSVILLE FL | 407 383-8469 | D | 0.5 G | .03 |
| 07-09 | 1226P | TALLAHASSE FL | 850 294-8289 | D | 1.0 G | .07 |
| 07-09 | 312P | TITUSVILLE FL | 407 383-8469 | D | 4.4 G | .30 |
| 07-10 | 915A | AIKEN SC | 803 979-9195 | D | 0.7 G | .05 |
| 07-10 | 925A | OCALA FL | 352 497-8838 | D | 0.8 G | .00 |
| 07-10 | 931A | TAMPA FL | 813 817-3690 | D | 0.6 G | .04 |
| 07-10 | 1003A | TUCSON AZ | 520 574-2222 | D | 0.5 G | .03 |
| 07-10 | 1127A | LAKELAND FL | 863 859-1533 | D | 0.7 G | .05 |
| 07-10 | 1156A | OCALA FL | 352 497-8838 | D | 2.6 G | .00 |
| 07-10 | 525P | JASPER TN | 423 942-5695 | D | 0.5 G | .03 |
| 07-10 | 526P | JASPER TN | 423 942-5695 | D | 1.7 G | .12 |
| 07-10 | 528P | CHATTNOOGA TN | 423 227-1957 | D | 0.8 G | .06 |
| 07-10 | 606P | TUCSON AZ | 520 574-2222 | D | 1.3 G | .09 |

**Call Charges - Continued**

| Item No. | Date | Time | Place Called | Number | Code | Min | |
|---|---|---|---|---|---|---|---|
| 55. | 07-13 | 1045A | TITUSVILLE FL | 407 383-8469 | D | 1.7 G | .12 |
| 56. | 07-13 | 340P | STSIMONSIS GA | 912 634-9692 | D | 7.2 G | .50 |
| 57. | 07-13 | 425P | STSIMONSIS GA | 912 634-9692 | D | 1.6 G | .11 |
| 58. | 07-14 | 1025A | LAKELAND FL | 863 859-1533 | D | 16.2 G | 1.12 |
| 59. | 07-14 | 415P | TAMPACEN FL | 813 963-0105 | D | 0.5 G | .03 |
| 60. | 07-15 | 1034A | KNOXVILLE TN | 865 688-9555 | D | 3.5 G | .24 |
| 61. | 07-15 | 231P | BOSTON MA | 617 246-8253 | D | 0.5 G | .03 |
| 62. | 07-15 | 233P | SAN DIEGO CA | 619 246-8253 | D | 0.5 G | .03 |
| 63. | 07-15 | 241P | GORE OK | 918 489-5385 | D | 1.9 G | .13 |
| 64. | 07-15 | 425P | MARTINSVL IN | 765 342-0405 | D | 8.6 G | .59 |
| 65. | 07-16 | 932A | SARASOTA FL | 941 921-0065 | D | 0.6 G | .04 |
| 66. | 07-16 | 936A | SARASOTA FL | 941 921-0065 | D | 2.0 G | .14 |
| 67. | 07-16 | 1003A | TALLAHASSE FL | 850 294-8289 | D | 1.4 G | .10 |
| 68. | 07-16 | 1006A | TALLAHASSE FL | 850 294-8289 | D | 0.5 G | .03 |
| 69. | 07-16 | 1229P | TALLAHASSE FL | 850 294-8289 | D | 0.8 G | .06 |
| 70. | 07-16 | 102P | POMONAPARK FL | 386 937-6578 | D | 0.5 G | .03 |
| 71. | 07-20 | 250P | ALBUQUERQUE NM | 505 321-3704 | D | 1.6 G | .11 |
| 72. | 07-20 | 330P | BAMMEL TX | 281 580-1800 | D | 3.9 G | .27 |
| Total Itemized Calls | | | | | | | 9.83 |
| Total Charges for 352 337-0776 | | | | | | | 9.83 |

**Charges for 352 377-9774**
**Itemized Calls**

| Item No. | Date | Time | Place Called | Number | Code | Min | |
|---|---|---|---|---|---|---|---|
| 73. | 06-22 | 1031A | DAYTONABCH FL | 386 323-7611 | D | 0.5 G | .03 |
| 74. | 06-23 | 431P | SNDG LVTA CA | 858 874-7937 | D | 0.8 G | .06 |
| 75. | 06-24 | 332P | TUCSON AZ | 520 574-9414 | D | 0.5 G | .03 |
| 76. | 06-25 | 1031A | DOTHAN AL | 334 671-9193 | D | 0.5 G | .03 |
| 77. | 06-25 | 1218P | DAYTONABCH FL | 386 323-7611 | D | 2.2 G | .15 |
| 78. | 06-25 | 138P | DOTHAN AL | 334 671-9193 | D | 0.5 G | .03 |
| 79. | 06-25 | 229P | DAYTONABCH FL | 386 238-6497 | D | 0.5 G | .03 |
| 80. | 06-26 | 1221P | TALLAHASSE FL | 850 222-5538 | D | 0.6 G | .04 |
| 81. | 06-29 | 934A | POMPANOBCH FL | 954 788-7064 | D | 1.0 G | .07 |
| 82. | 06-29 | 257P | TALLAHASSE FL | 850 222-5538 | D | 0.6 G | .04 |
| 83. | 06-30 | 318P | MIAMI FL | 305 448-5566 | D | 0.5 G | .03 |
| 84. | 06-30 | 422P | KNOXVILLE TN | 865 694-0150 | D | 0.5 G | .03 |
| 85. | 07-01 | 436P | TALLAHASSE FL | 850 222-5538 | D | 0.6 G | .04 |
| 86. | 07-01 | 441P | TALLAHASSE FL | 850 222-5538 | D | 0.7 G | .05 |
| 87. | 07-01 | 452P | ALBANY GA | 229 439-2777 | D | 0.7 G | .05 |
| 88. | 07-01 | 457P | ALBANY GA | 229 439-2777 | D | 0.8 G | .06 |
| 89. | 07-02 | 335P | OCALA FL | 352 368-3620 | D | 0.7 G | .00 |
| 90. | 07-06 | 317P | JACKSONVL FL | 904 713-0050 | D | 0.5 G | .03 |
| 91. | 07-06 | 323P | JACKSONVL FL | 904 713-0050 | D | 0.5 G | .03 |
| 92. | 07-06 | 329P | JACKSONVL FL | 904 764-0074 | D | 1.4 G | .10 |
| 93. | 07-06 | 423P | ALBANY GA | 229 439-2777 | D | 1.0 G | .07 |
| 94. | 07-07 | 1039A | MIAMI FL | 305 448-5566 | D | 1.8 G | .12 |
| 95. | 07-08 | 1010A | ENDICOTT NY | 607 754-5112 | D | 1.1 G | .08 |
| 96. | 07-08 | 1055A | SARASOTA FL | 941 907-4820 | D | 1.8 G | .12 |
| 97. | 07-08 | 243P | JACKSONVL FL | 904 764-0074 | D | 0.5 G | .03 |
| 98. | 07-10 | 420P | ORLANDO FL | 407 843-5753 | D | 1.0 G | .07 |
| 99. | 07-10 | 720P | ORLANDO FL | 407 843-5753 | D | 1.0 G | .07 |
| 100. | 07-13 | 315P | TALLAHASSE FL | 850 222-5538 | D | 0.8 G | .06 |
| 101. | 07-13 | 418P | JACKSONVL FL | 904 764-0074 | D | 0.5 G | .03 |
| 102. | 07-13 | 423P | JACKSONVL FL | 904 764-0074 | D | 0.5 G | .03 |
| 103. | 07-13 | 436P | JACKSONVL FL | 904 764-0074 | D | 0.8 G | .06 |
| 104. | 07-13 | 438P | LACRSCENTA CA | 818 279-0587 | D | 0.8 G | .06 |
| 105. | 07-20 | 1154A | OAK RIDGE TN | 885 425-2751 | D | 0.7 G | .05 |

CinQ007016



J D C CINQUE INC
3202 N MAIN ST STE A
GAINESVILLE FL 32609-2377

| | |
|---|---|
| Page | 4 of 5 |
| Account Number | 352 375-0278 712 1982 |
| Billing Date | Aug 11, 2009 |

## AT&T Long Distance Service

### Call Charges - Continued

| Item No. | Date | Time | Place Called | | Number | Code | Min | |
|---|---|---|---|---|---|---|---|---|
| 1. | 07-20 | 345P | TAMPACEN | FL | 813 253-2553 | D | 1.3 G | .09 |

| | |
|---|---|
| Total Itemized Calls | 1.87 |
| Total Charges for 352 377-9774 | 1.87 |
| **Total Call Charges** | **17.05** |

### Surcharges and Other Fees

| | | |
|---|---|---|
| 2. | Federal Universal Service Fund Fee | **1.87** |

### Government Fees and Taxes

| | | |
|---|---|---|
| 3. | FL - State Communications Tax | 2.35 |
| 4. | FL - Local Communications Tax | 1.59 |
| **Total Government Fees and Taxes** | | **3.94** |

G = State Tax Only

**Key to Calling Codes**
D Day

| | |
|---|---|
| **Total AT&T Long Distance Service** | **32.81** |

## AT&T Internet Service

### Promotions and Discounts

| | | |
|---|---|---|
| 5. | Discount for FastAccess Bls DSL 36 Month Term Agmt for Bill Period Aug 11, 2009 EE40O3W97. | 35.00CR |
| 6. | Discount for Business Solutions for Bill Period Aug 11, 2009 EET0000L9. | 5.00CR |
| **Total Promotions and Discounts** | | **40.00CR** |

### Itemized Charges and Credits

Questions Concerning Internet Charges (I90000)
Call Toll Free 1 888 321-2375
352 375-0278
Charges for Aug 01, 2009 thru Aug 31, 2009
AT&T Internet Charges
User ID: 1nc2611@bellsouth.net
DSL: 352 375-0278

| | | |
|---|---|---|
| 7. | FastAccess(R) Business 6.0 From Aug 01 thru Aug 31 | 109.95 |

| | |
|---|---|
| **Total AT&T Internet Service** | **69.95** |

## News You Can Use

**PREVENT DISCONNECT**
Thank you for being a valued customer. Please be aware that all charges must be paid each month to keep your account current and prevent collection activities. We are required to inform you that certain charges must be paid in order to prevent interruption of local service. **THESE CHARGES ARE ALREADY INCLUDED IN THE TOTAL AMOUNT DUE AND ARE $191.21.** Also, neglecting to pay for remaining charges may result in interruption or removal of these remaining services or further collection action, but will not result in disconnection of your local service. A Late Payment Charge of $15.00 may apply to an unpaid regulated balance and a 1.5% Interest charge may apply to an unpaid unregulated balance. For more information, call the Plans and Services number listed in the Billing Summary section on page 1.

**CARRIER INFORMATION**
Our records indicate that you have selected AT&T Long Distance Service or a company that resells their services as your primary local toll carrier and AT&T Long Distance Service or a company that resells their services as your primary long distance carrier. Please contact us if this does not agree with your records.

**RELAY SERVICE**
Dial 711 is a Telecommunications Relay Service for customers with hearing and speech disabilities. AT&T offers products and services for customers with visual, hearing, speech or physical disabilities. For more information, please refer to the Customer Guide section in your AT&T telephone directory, or go to att.com.

**900 # INFORMATION**
900 Number information services are provided over telephone numbers beginning with the prefix 900. You may withhold payment if you dispute these charges within 60 days. Action to collect disputed amounts will be suspended pending investigation of the dispute. Your local and long-distance telephone service cannot be suspended or disconnected for nonpayment of 900 charges. However, the company that provides the 900 service may take other actions to collect charges you have not paid and have not disputed. To protect customers from these unexpected charges, AT&T offers 900 Call Blocking. 900 charges incurred from purchasing products and services from the Internet cannot be blocked. If you fail to pay legitimate charges for calls to 900 numbers, your access to 900 numbers may be involuntarily blocked. You are not to be billed for pay-per-call services that do not comply with Federal laws and regulations. For further details on eligibility for no cost 900 Call Blocking, call your AT&T Service Representative.

**DIRECTORY ASSISTANCE**
Effective on or after October 1, 2009, the charge for each Directory Assistance call requesting one or two numbers for listings within the Company's local calling and LATA/NPA serving areas for the originating line will increase from $1.50 to $1.55. For questions about this change, please contact an AT&T Service Representative at the toll-free number on your bill. Thank you for choosing AT&T Florida.

**DO NOT CALL**
If your business makes outbound telephone solicitations, you must comply with National Do-Not-Call laws and regulations (47 C.F.R. 64.1200 and 16 C.F.R. 310) and any applicable state laws.

**PAYMENT OPTIONS**
Pay bills online FREE of charge at att.com. Go There Today! Payments made with an AT&T representative may be subject to a $5.00 payment convenience fee. You can mail your payment in the enclosed envelope.



CinQ007017

**at&t**

J D C CINQUE INC
3202 N MAIN ST STE A
GAINESVILLE FL 32609-2377

Page        5 of 5
Account Number   352 375-0278 712 1982
Billing Date   Aug 11, 2009

## News You Can Use

**RECTORY DEADLINE**

lephone directories are being reprinted for Gainesville (10/23/09) and Key
est/Florida Keys (10/13/09). If you want to change/add/delete your listings, call
ur AT&T representative at 1.888.757.6500 (residence) or 1.866.620.6000
usiness) before the date shown after your directory. Certain charges may apply.
ank you for choosing AT&T.

## Terms and Conditions

**SPUTED DEBTS**

ease note, any check or payment instrument in an amount less than the full
mount due that you send AT&T marked 'PAID IN FULL' or otherwise tender as full
atisfaction of a disputed amount, must be sent to AT&T Accounts Receivable
lanagement, 333 Commerce St, section 22, Nashville TN 37201-1800 and NOT the
ayment address shown on the payment return document.  Thank you for choosing
T&T for your communications needs.

**EXHIBIT 5**

CIN Q AUTOMOBILES INC
D/B/A A & J MOTORS
3202 N MAIN ST STE A
GAINESVILLE FL 32609

Date  8/31/09           Page    2
Primary Account         9500568201

BUSINESS CHECKING              9500568201  (Continued)

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|



----------------------------------------

### OTHER DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 8/13 | ATT    Payment    TEL | 560.19- |



CinQ007020

**EXHIBIT 6**

*400524180000663876*

## PROOF OF CLAIM
### Cin-O Automobiles, Inc., et al. v. Buccaneers Limited Partnership
Case No. 8:13-cv-01592 (M.D. Fla.)

> **Please Read This Entire Form Carefully**
> **You Must Submit Your Signed Claim by February 6, 2023.**
> **If You Do Not Submit a Claim Form by February 6, 2023, You Will Not Receive the Benefits Described in the Class Notice.**

*You Must Complete __All Three__ Steps to Claim a Share of the Settlement Fund.*

### Step 1. PROVIDE YOUR CONTACT INFORMATION.

First Name: `CRAIG`   MI: `S`   Last Name: `CINQUE`

Company (if applicable): `CIN-Q AUTOMOBILES INC`

Address: `3202 N MAIN ST.`

City: `GAINESVILLE`   State: `FL`   ZIP Code: `32609`

Phone Number: `352-258-9006`

Email: `CRAIGCINQUE@GAAIL.COM`

Fax Number(s): `352-377-9774`

*List all numbers at which you or your company received faxes between July 14, 2009, and June 9, 2010. Attach a separate sheet if necessary. The Settlement Administrator will verify that the fax number(s) you provide appear(s) in the existing records related to the case before approving your claim. The parties also have the right to audit this Claim Form, verify your statements; and dispute any claims.*

### Step 2. VERIFY OWNERSHIP OF THE FAX NUMBER(S) LISTED ABOVE AND RECEIPT OF A FAX OR FAXES.

Between July 14, 2009, and June 9, 2010, I or my company subscribed to the fax number(s) identified above or attached to this Proof of Claim and faxes were received at such number or numbers, including faxes from the Tampa Bay Buccaneers.

I certify under penalty of perjury that the foregoing is true and correct.

Date: `01-27-2023` (MM DD YYYY)

(Sign your name here)

### Step 3. RETURN THIS CLAIM FORM BY FEBRUARY 6, 2023.
a. Fax this Claim Form to 1-833-627-0966; OR
b. Mail this Claim Form to *Cin-O Automobiles, Inc. v. Buccaneers Limited Partnership*, Attn: Settlement Administrator, P.O. Box 6394, Portland, OR 97228-6394; OR
c. Submit this Claim Form electronically at BTL-TCPA-Settlement.com.

*If the Settlement is granted Final Approval and your claim is accepted, you will be mailed a check representing your share of the Settlement Fund, subject to the verification process noted above. This process takes time, so please be patient. Please keep a copy of your completed Claim Form for your records and ensure that you keep your current address on file with the Settlement Administrator.*

01-CA40052416
AG2931-v.06

## Man, Chanpisey

**From:**               support@faxmail.com
**Sent:**               Wednesday, February 1, 2023 10:49 AM
**To:**                 Fax_BTL-TCPA-Settlement
**Subject:**            Fax From:  3523779774
**Attachments:**        OpenText Internet Document.pdf

CAUTION: This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the "Phish Alert Report" button above.

Thank you for using OpenText's Fax to E-mail service.

Attached is a 1 page fax that you received on Wed Feb 01 2023 18:48 GMT.



RECEIVED

101723

LEGAL SERVICES

**Cin-Q Auto. Inc. v. Buccaneers Ltd  CA40052416**



**Additional Info Ltr #**

430000148

# Document Range



4006241643

| Begin: | End: | Quantity: |
|---|---|---|
| 148 | ⊥0 | 3 |

| Prepped by: | QC: | Stats: | Scanned by: |
|---|---|---|---|
| ID #: 184  us<br><br>OCT 23 2023 | | OCT 23 2023 | OCT 23 2023 |

Route to:   Vault        *Route to:_____

**Cin-Q Automobiles, Inc., et al. v.**
**Buccaneers Limited Partnership**
Settlement Administrator
P.O. Box 6394
Portland, OR 97228-6394

Toll-Free Number: 1-800-974-0698
Website: BTL-TCPA-Settlement.com

*400524160001252056*
000 0000077 00000000 0001 0001 00077 INS: 0 0
CIN-Q AUTOMOBILES INC
CRAIG S CINQUE
3202 N MAIN ST
GAINESVILLE FL 32609

Tracking Number: 88205

Response Deadline: October 6, 2023
Claim Number: 800000875

September 1, 2023

### Notice of Request for Additional Information

Case No. 8:13-cv-01592-AEP

Dear Cin-Q Automobiles Inc:

We received the Claim Form ("Claim") you submitted in connection with the *Cin-Q Automobiles, Inc., et al. v. Buccaneers Limited Partnership* Settlement. After reviewing your Claim, we now need you to provide additional information as stated below in order to determine the validity of your Claim. Please provide a copy of this Notice along with your written response. Please be advised that failure to respond to the request(s) listed below could result in the denial of your Claim, in whole or in part. Your response must be **postmarked no later than October 6, 2023**.

**Multi-Claimed Fax**

More than one claim was filed regarding the fax number(s) listed below. Therefore, we are unable to confirm your ownership of the fax number(s) listed below based on the information provided in your Claim. To be eligible, you must have received from July 14, 2009, to June 9, 2010, one or more facsimile advertisements relating to tickets for Tampa Bay Buccaneers games on the fax number(s) listed below.

Fax Number Claimed: **(352) 377-9774**

**How to Resolve:**
Please provide documentation showing that the above fax number(s) belonged to you between July 14, 2009, and June 9, 2010. Examples of this documentation include but are not limited to letterhead, business cards, telephone bills, and websites that include the fax number(s) claimed.

To be eligible to share in the Settlement proceeds obtained in this action, please respond to this Notice. Failure to provide the requested documentation listed above could result in the rejection of your Claim.

Your response to this Notice along with the requested documentation must be postmarked no later than October 6, 2023 and should be mailed to the return address listed above. Please include a copy of this Notice with your response.

If you have any questions, please contact the Settlement Administrator at 1-800-974-0698, or visit BTL-TCPA-Settlement.com.

AJ1571 v.04



*400524160001252056*

I certify under penalty of perjury that the information and/or documentation contained in this response is true and correct.

Date: 1 0 - 0 4 - 2 0 2 3
        MM      DD        YYYY

CRAIG CINQUR

(Sign your name here)

Sincerely,
*Cin-Q Automobiles, Inc., et al. v. Buccaneers Limited Partnership*
Attn: Settlement Administrator
P.O. Box 6394
Portland, OR 97228-6394

AJ1572 v.04

1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.:   8:13-cv-1592-17 AEP
Volume I of II
(Pages 1 - 200)

CIN-Q AUTOMOBILES, INC., a
Florida corporation, individually
and as the representative of a
class of similarly-situated persons,

        Plaintiff,

vs.

BUCCANEERS LIMITED PARTNERSHIP
and JOHN DOES 1-10,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - -

V I D E O   D E P O S I T I O N

OF

CRAIG CINQUE
taken on behalf of the Defendants

DATE:        Friday, February 14, 2014

TIME:        10:01 a.m.

PLACE:       US Legal/Scribe Associates, Inc.
             Court Reporters
             201 Southeast Second Avenue
             Suite 207
             Gainesville, Florida  32601

REPORTER:    Debora M. Holloway
             Notary Public, State of
             Florida at Large

WWW.USLEGALSUPPORT.COM
954-463-2933

```
 1   APPEARANCES:
 2     ADDISON & HOWARD
       400 N. Tampa Street #1100
 3     Tampa, Florida  33602
       (813) 223-2000
 4     BY:  Michael C. Addison, Esquire,
            m@mcalaw.net
 5                Counsel for the Plaintiff
 6     ANDERSON & WANCA
       3701 Algonquin Road
 7     Suite 760
       Rolling Meadows, Illinois  60008
 8     (847) 368-1500
       BY:  Ryan M. Kelly, Esquire,
 9          RKelly@AndersonWanca.com
                  Co-Counsel for the Plaintiff
10
       COLE, SCOTT & KISSANE, P.A.
11     1645 Palm Beach Lakes Boulevard
       Second Floor
12     West Palm Beach, Florida  33401
       (561) 383-9200
13     BY:  Barry A. Postman, Esquire,
            barry.postman@csklegal.com
14                Counsel for the Defendants
15
     VIDEOGRAPHER:
16
       US LEGAL SUPPORT, INC.
17     225 Water Street
       Suite 1450
18     Jacksonville, Florida  32202
       (904)359-0583
19     John LuBrant, Videographer
20
     ALSO PRESENT:
21
       David S. Cohen, Esquire
22
23
24
25
```

3

```
1                    I N D E X
2
                                                    PAGE
3   WITNESS:

    CRAIG CINQUE
4   Direct Examination By Mr. Postman          4
    Volume I Ends                             200
5   Volume II Begins                          201
6   Reporter's Certificates                   290
7
                    DEFENDANT'S EXHIBITS
8
    EXHIBIT
9   NUMBER                                      PAGE
10  A    Amended Notice of Taking Video Deposition  36
         Duces Tecum
11  B    Fax - "Individual Game Tickets On Sale    110
         Now"
12  C    Internet Listings - United States        121
    D    Florida Stars Modeling Agency Internet    128
13       Page
    E    RV USA Internet Directory Listings        132
14  F    Internet Listing - Sunshine State RV's    133
    G    RV USA Internet Directory Listing         137
15  H    Magic Yellow Internet Listing             140
    I    Kudzu Internet Listing                    142
16  J    US Free Ads Internet Listing              143
    K    Plaintiff's Notice of Voluntary Dismissal 158
17       Without Prejudice
    L    10/31/13 Addison & Howard Letter          166
18  M    Complaint                                 174
    N    Final Judgment in a Civil Case            176
19
20  REPORTER'S KEY TO PUNCTUATION:
21       -- At end of question or answer references
            interruption.
22
         ... References a trail-off by the speaker.
23          No testimony omitted.
24  "Uh-huh"  References an affirmative sound.
25  "Huh-uh"  References a negative sound.
```

4

1   THEREUPON:

2                              CRAIG CINQUE

3   having been first duly sworn, testified as follows:

4                          DIRECT EXAMINATION

5   BY MR. POSTMAN:

6        Q.    Sir, could you please state your name for the

7   record.

8        A.    Craig Cinque, C-I-N-Q-U-E.

9        Q.    Mr. Cinque, my name is Barry Postman, I

10  introduced myself to you before we started.  I'm the

11  lawyer that's going to be taking your deposition today.

12            My first question is:  Have you ever had your

13  deposition taken before?

14       A.    Yes.

15       Q.    How many times?

16       A.    Five to ten.  I'm not sure.

17       Q.    Okay.  I may go over those with you in a

18  little bit.  But just so that it's clear, since you have

19  been deposed before, you have a general understanding of

20  how this process works; is that right?

21       A.    Yes.

22       Q.    Is there any reason why you can't testify

23  truthfully here today?

24       A.    No.

25       Q.    I'm going to ask you a series of questions,

4

THEREUPON:

                    CRAIG CINQUE

having been first duly sworn, testified as follows:

                    DIRECT EXAMINATION

BY MR. POSTMAN:

    Q.    Sir, could you please state your name for the
record.

    A.    Craig Cinque, C-I-N-Q-U-E.

    Q.    Mr. Cinque, my name is Barry Postman, I
introduced myself to you before we started.  I'm the
lawyer that's going to be taking your deposition today.

          My first question is:  Have you ever had your
deposition taken before?

    A.    Yes.

    Q.    How many times?

    A.    Five to ten.  I'm not sure.

    Q.    Okay.  I may go over those with you in a
little bit.  But just so that it's clear, since you have
been deposed before, you have a general understanding of
how this process works; is that right?

    A.    Yes.

    Q.    Is there any reason why you can't testify
truthfully here today?

    A.    No.

    Q.    I'm going to ask you a series of questions,

1    A.   No.

2         MR. POSTMAN:   Okay.   We're on B, right?

3         MR. ADDISON:   Yes.

4         MR. POSTMAN:   Can I borrow your pen again.

5         THE COURT REPORTER:   Whoops.

6         MR. POSTMAN:   Actually, it has a B on it

7    already.   I'll give him another one.   That's your

8    copy.

9         MR. ADDISON:   Did I get a copy of A?

10        MR. POSTMAN:   No.   It's his notice.   I gave it

11   back.   He had it.

12        MR. ADDISON:   Right.   No, I'm just asking, not

13   criticizing.

14        MR. POSTMAN:   Okay.

15        (Thereupon, Defendant's Exhibit B was marked

16   for identification.)

17   BY MR. POSTMAN:

18   Q.   Can you identify -- can you see it?

19   A.   Yeah.

20   Q.   Okay.   Can you identify what Exhibit B is?

21   A.   Yes, the Buccaneers' fax that I got.

22   Q.   Okay.   How do you know it's the fax that you

23   got?

24   A.   It says our telephone number on the top.

25   Q.   Okay.   See where it says FR dot dot?

11

1    A.    Yes.

2    Q.    There's nothing listed after that, do you know

3 why?

4    A.    No.

5    Q.    Is it a one-page fax?

6    A.    Yes.

7    Q.    And this is the fax that you specifically

8 recall receiving?

9    A.    Yes.

10    Q.    Okay.  Are you able to read it?

11    A.    Yes.

12    Q.    I didn't ask you this, you're a college grad?

13    A.    No.

14    Q.    You went to college -- I thought you said you

15 went to college?

16    A.    I did.

17    Q.    You went to where?

18    A.    University in Santa Fe.

19    Q.    Okay.  And when did -- you stopped going to

20 college?

21    A.    Yes.

22    Q.    How many years did you finish?

23    A.    Three.

24    Q.    Three.  Why did you stop?

25    A.    I opened up a bar.

Case 8:13-cv-01592-AEP   Document 508-3   Filed 12/29/23   Page 54 of 55 PageID 14999

Case 8:13-cv-01592-AEP   Document 130-5   Filed 05/27/14   Page 23 of 28 PageID 2989
Case 8:13-cv-01592-AEP   Document 76-5   Filed 01/03/14   Page 2 of 2 PageID 1295

To:13523779776                    Fr:                              11:23 08/19/09 PG 001



# INDIVIDUAL GAME TICKETS ON SALE NOW!

| | | | |
|---|---|---|---|
| | **MIAMI** | **August 27** | **8:00pm** |
| | **HOUSTON** | **September 4** | **7:00pm** |
| | **DALLAS** | **September 13** | **1:00pm** |
| | **N.Y. GIANTS** | **September 27** | **1:00pm** |
| | **CAROLINA** | **October 18** | **1:00pm** |
| | **GREEN BAY** | **November 8** | **1:00pm** |
| | **NEW ORLEANS** | **November 22** | **1:00pm** |
| | **N.Y. JETS** | **December 13** | **1:00pm** |
| | **ATLANTA** | **January 3** | **1:00pm** |

All game dates and times are subject to NFL flexible scheduling.

# TO PURCHASE TICKETS CALL 800-745-3000
## OR VISIT BUCCANEERS.COM

To immediately and permanently remove your fax number from our opt-in compiled database, please call 888-703-9205. Removaltech@FaxQom.com

EXHIBIT
B

Florida

Mr. Craig Cinque
3202 N Main St
Gainesville, FL 32609-2377

Sunshine State

$0.60 0
US POSTAGE
FIRST-CLASS
062S0014949817
FROM 32609

$0.60 0
US POSTAGE
FIRST-CLASS
062S0014949817
FROM 32609

B31540.15

B31540.14

stamps

stamps

CIN-Q AUTOMOBILES INC., ET AL. V. BUCCANEERS LIMITED PARTNERSHIP

ATTN. SETTLEMENT ADMINISTRATOR

P.O BOX 6394

PORTLAND, OR. 97228-6394

9722836394 B907