**EXHIBIT E**

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

## Appeal No. 23-13087 (lead)
## 23-13269 (cross)

SCOMA CHIROPRACTIC, P.A.,

    Plaintiff-Appellant/Cross-Appellee,

v.

NATIONAL SPINE & PAIN CENTERS, LLC, *et al.,*

    Defendants-Appellees/Cross-Appellants.

District Court Case No.
2:20-cv-00430-JLB-NPM

Appeal from the United States District Court for the
Middle District of Florida, Orlando Division

## JOINT MOTION TO DISMISS APPEAL

## AND CROSS-APPEAL

*Scoma Chiropractic, P.A. v.*
*National Spine and Pain Centers LLC, et al.*
*Appeal No.* 23-13087
*Cross Appeal No.* 23-13269

# **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1, SCOMA CHIROPRACTIC, P.A. provides the following Certificate of Interested Persons and Corporate Disclosure Statement:

Corporate Disclosure:

Plaintiff-Appellant Scoma Chiropractic, P.A. states that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Interested Persons:

1. Anderson + Wanca – Counsel for Plaintiff-Appellant

2. Badalamenti, John L. – United States District Court Judge

3. Boynton, Brian M. – Principal Deputy Assistant Attorney General, Civil Division, U.S. Department of Justice

4. Hara, Glenn L. – Counsel for Plaintiff-Appellant

5. Kelly, Ryan M. – Counsel for Plaintiff-Appellant

6. Kimberly, Michael B. – Counsel for Defendant-Appellee

7. Knowles, Matthew L. – Counsel for Defendant-Appellee

8. Lum, Laurel H. – Counsel for the United States

9. McDermott, Will & Emery, LLP – Counsel for Defendant-Appellee

10. Mizell, Nicholas P. – U.S. Magistrate Judge

11. National Spine and Pain Centers LLC – Defendant-Appellee

12. Pain Management Consultants of Southwest Florida, P.L. – Defendant-Appellee

13. Powell, Lindsey – Counsel for the United States

14. Rodd, Elizabeth A. – Counsel for Defendant-Appellee

15. Scoma Chiropractic, P.A. – Plaintiff-Appellant

16. Sleiman, Kamal H. – Counsel for Defendant-Appellee

17. Solberg, Wallace C. – Counsel for Plaintiff-Appellant

18. Stern, Mark B. – Counsel for the United States

19. Womack, Eric R. – Counsel for the United States

20. Wynosky, Kevin J. – Counsel for the United States

Respectfully submitted,

By: /s/ Glenn L. Hara
Glenn L. Hara
Anderson + Wanca
3701 Algonquin Road
Suite 500
Rolling Meadows, IL 60008
Telephone:  847-368-1500
ghara@andersonwanca.com

# JOINT MOTION TO DISMISS APPEAL AND CROSS-APPEAL

Pursuant to Fed. R. App. P. 42, Plaintiff-Appellant/Cross-Appellee Scoma Chiropractic, P.A. and Defendants-Appellees/Cross-Appellants National Spine and Pain Centers LLC and Pain Management Consultants of Southwest Florida, P.L., through their undersigned attorneys, move the Court to dismiss this appeal and cross-appeal, each side to bear its own costs, by mutual agreement of the parties.

Dated: December 28, 2023

Respectfully Submitted,

| **Anderson + Wanca** | **MCDERMOTT WILL & EMERY LLP** |
|---|---|
| */s/ Glenn L. Hara* | */s/ Matthew L. Knowles* |
| Glenn L. Hara | Matthew L. Knowles |
| Ryan M. Kelly (FBN 90110) | McDermott Will & Emery LLP |
| Anderson + Wanca | 200 Clarendon Street, 58 Floor |
| 3701 Algonquin Road, Suite 500 | Boston, MA  02116 |
| Rolling Meadows, IL 60008 | Orlando, Florida 32801 |
| Telephone: (847) 368-1500 | Telephone: (617) 535-4000 |
| | |
| | Michael B. Kimberly |
| | McDermott Will & Emery LLP |
| | 500 North Capitol Street NW |
| | Washington, DC 20001 |
| | Telephone: (202) 756-8000 |
| *Counsel for Plaintiff-Appellant/ Cross-Appellee* | |
| | Kamal H. Sleiman |
| | McDermott Will & Emery LLP |
| | 333 SE 2nd Avenue, Suite 4500 |
| | Miami, FL 33131 |
| | Telephone: (305) 358-3500 |
| | |
| | *Counsel for Defendants-Appellees/ Cross - Appellants* |

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-stye requirements of Federal Rule of Appellate Procedure 32(a)(6).

                                                                              */s/ Glenn L. Hara*
                                                                              Glenn L. Hara

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Plaintiff-Appellant Joint Motion to Dismiss the Appeal was served on counsel of record via the Court's electronic filing system on December 28, 2023.

                                                           */s/Glenn L. Hara*
                                                           Glenn L. Hara