**EXHIBIT F**

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 29, 2023

Clerk - Middle District of Florida
U.S. District Court
U.S. Courthouse and Federal Building
2110 1ST ST
FORT MYERS, FL 33901

Appeal Number: 23-13087-F
Case Style: Scoma Chiropractic, P.A. v. National Spine and Pain Centers LLC, et al
District Court Docket No: 2:20-cv-00430-JLB-NPM

The enclosed copy of the Clerk's Order of Dismissal pursuant to the joint stipulation of the parties to dismiss is issued as the mandate of this court.

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers
| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

No. 23-13087-F

SCOMA CHIROPRACTIC, P.A.,
a Florida corporation, individually and as the
representative of a class of similarly-situated persons,

                                      Plaintiff - Appellant - Cross Appellee,

UNITED STATES OF AMERICA,

                                      Intervenor - Appellee,

versus

NATIONAL SPINE AND PAIN CENTERS LLC,
a Delaware limited liability company,
PAIN MANAGEMENT CONSULTANTS OF SOUTHWEST FLORIDA, P.L.,
Florida limited liability companies,

                                      Defendants - Appellees - Cross Appellants,

SPINE CENTER OF FL, LLC,
Florida limited liability companies,

                                      Defendant.

Appeal from the United States District Court
for the Middle District of Florida

ORDER: Joint motion to voluntarily dismiss appeal and cross-appeal filed by Appellant-Cross Appellee Scoma Chiropractic, P.A. is GRANTED by clerk [10101977-2]. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date; Motion to dismiss appeal for lack of jurisdiction is MOOT [10051730-2].

Effective December 29, 2023.

                    DAVID J. SMITH
Clerk of Court of the United States Court
    of Appeals for the Eleventh Circuit

                                      FOR THE COURT - BY DIRECTION