UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC., et al., <br> Plaintiffs, <br> v. <br> BUCCANEERS LIMITED PARTNERSHIP and JOHN DOES 1-10, <br> Defendants, <br><br> TECHNOLOGY TRAINING ASSOCIATES, INC., et al., <br> Intervenors. | Case No. 8:13-cv-01592-AEP <br><br> Magistrate Judge <br> Anthony E. Porcelli |

**UNOPPOSED MOTION AND INCORPORATED
MEMORANDUM OF LAW IN SUPPORT OF BTL'S
MOTION FOR LEAVE TO FILE UNDER SEAL**

Defendant Buccaneers Team LLC ("BTL"), pursuant to Local Rule 1.11(c) and the Protective Order for this case (Dkts. 292-1, 293), respectfully seeks leave to file under seal three exhibits to its contemporaneously-filed Response to Plaintiffs' Statement of Disputed Claims that contain personal identity information derived from the Settlement Administrator's Final Claims Report.[1] Consistent with this Court's previous orders regarding such information derived from the Final Claims Report (see, e.g., Dkts. 450, 498, 499), BTL requests that the Court enter an order permitting BTL to file these documents under seal and publicly file redacted versions.

---

[1] Capitalized terms have the meaning ascribed to them in the Settlement Agreement filed with Plaintiffs' motion for preliminary approval. See Settlement Agt. (Dkt. 324-1).

In accordance with Local Rule 1.11(c), the incorporated memorandum of law identifies and describes the material proposed to be sealed, the reasons that sealing is necessary and cannot be accomplished through other means, a statement of the proposed duration of the seal and legal authority supporting sealing. See M.D. Fla. L.R. 1.11(c). BTL has conferred with counsel for Plaintiffs, who have confirmed that they do not oppose the relief requested herein. For the reasons stated in the incorporated memorandum of law, BTL therefore respectfully requests that its motion for leave to file under seal be granted.

## MEMORANDUM OF LAW

**A.  DESCRIPTION OF THE DOCUMENTS TO BE FILED UNDER SEAL AND THE NECESSITY OF SEALING THE INFORMATION**

The documents BTL seeks leave to file under seal are 1) an email exchange between BTL's counsel and Class Counsel discussing the identity of certain claimants at issue in Plaintiffs' Statement of Disputed Claims (Dkt. 487); 2) copies of Requests for Additional Information and/or Deficiency Letters sent to certain of those claimants by the Settlement Administrator; and 3) a response to the Request for Additional Information submitted by a claimant whose tracking number is 115350. The exhibits contain personal information of the claimants, including their names, addresses and claimed phone numbers in the case. Such information constitutes "personal identity information" within the meaning of the Protective Order in this litigation. See Agreed Confidentiality and Protective Order (Dkt. 292-1) at ¶ 2. This information can, however, be redacted so that the majority of the exhibits' content can be publicly filed without needing redactions.

## B.   THE REQUEST TO SEAL

Under Eleventh Circuit precedents, "[a] party's privacy or proprietary interest in information sometimes overcomes the interest of the public in accessing the information." Romero v. Drummond Co., 480 F.3d 1234, 1246 (11th Cir. 2007). In this instance, sealing is justified given the personally identifiable information contained in the documents (including names, addresses and fax numbers of claimants). See, e.g., Hausburg v. McDonough, 2023 WL 2432322, *1 (M.D. Fla. 2023) (finding defendant "has shown good cause to seal the identified exhibits, as they contain personally identifiable information"). In light of this concern, the Court has previously granted the parties' motions to seal certain documents and exhibits referencing personal identity information of claimants. See Dkts. 450, 498, 499; see also, e.g., Order (Dkt. 93), Scoma Chiro. v. Nat'l Spine, No. 2:20-cv-00430 (M.D. Fla. May 5, 2022) (granting seal of spreadsheet containing personally identifiable information of claimants in a class action).

Consistent with this Court's June 16, 2023 Order addressing the sealing of other documents referencing claimants' personal identity information, BTL respectfully requests that the Clerk maintain the exhibits under seal until 30 days after this case is closed and all appeals exhausted. See Order (Dkt. 450).

WHEREFORE, for the foregoing reasons and pursuant to Local Rule 1.11(c), BTL respectfully requests that the Court enter an order permitting BTL to file the

3

above-described exhibits to its Response to Plaintiffs' Statement of Disputed Claims under seal and to publicly file redacted copies of the documents.

Date:  December 29, 2023   Respectfully submitted,

/s/ Robert C. Collins III
Robert C. Collins III, One of the Attorneys
for Defendant Buccaneers Team LLC

| | |
|---|---|
| Mark S. Mester<br>   (admitted *pro hac vice*)<br>Robert C. Collins III<br>   (admitted *pro hac vice*)<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue<br>Suite 2800<br>Chicago, Illinois 60611<br>Telephone:  (312) 876-7700<br>Facsimile:  (312) 993-9767<br>E-mail:  mark.mester@lw.com<br>            robert.collins@lw.com | Joseph H. Varner, III<br>   (Bar No. 394904)<br>HOLLAND & KNIGHT LLP<br>100 North Tampa Street, Suite 4100<br>Tampa, Florida 33602-3644<br>Telephone:  (813) 227-8500<br>Facsimile:  (813) 229-0134<br>Email:  joe.varner@hklaw.com |

## **LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g), the undersigned hereby certifies that we conferred with counsel for Plaintiffs by telephone with respect to the instant motion and have been informed that Plaintiffs do not oppose the relief requested herein.

Date:  December 29, 2023    */s/ Robert C. Collins III*
Robert C. Collins III, One of the Attorneys
for Defendant Buccaneers Team LLC

Robert C. Collins III
   (admitted *pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
E-mail:  robert.collins@lw.com

## CERTIFICATE OF SERVICE

  I hereby certify that on December 29, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which served all relevant parties.

Date:  December 29, 2023        */s/ Robert C. Collins III*
                  Robert C. Collins III
                   (admitted *pro hac vice*)
                  LATHAM & WATKINS LLP
                  330 North Wabash Avenue, Suite 2800
                  Chicago, Illinois 60611
                  Telephone:  (312) 876-7700
                  Facsimile:  (312) 993-9767
                  E-mail:  robert.collins@lw.com