UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> BUCCANEERS LIMITED PARTNERSHIP and JOHN DOES 1-10, <br><br> Defendants, <br><br>———————————————— <br><br> TECHNOLOGY TRAINING ASSOCIATES, INC., et al., <br><br> Intervenors. | Case No. 8:13-cv-01592-AEP <br><br> Magistrate Judge <br> Anthony E. Porcelli |

**INDEX OF EXHIBITS TO
BTL'S RESPONSE TO
PLAINTIFFS' DECEMBER 8, 2023
STATEMENT OF DISPUTED CLAIMS (DKT. 487)**

Exhibit 1 - December 7, 2023 Emails between G. Hara and R. Collins

Exhibit 2 - December 13, 2023 Email from O. Castillejos

Exhibit 3 - Excerpts of Requests for Additional Information and Deficiency Letters

Exhibit 4 - Tracking No. 115350 Response to Request for Additional Information

Exhibit 5 - Excerpts of October 30, 2015 Supplemental Expert Report of Robert Biggerstaff