# EXHIBIT 1

| | |
|---|---|
| **From:** | Glenn Hara <ghara@andersonwanca.com> |
| **Sent:** | Thursday, December 7, 2023 8:37 PM |
| **To:** | Collins, Robert (CH) |
| **Cc:** | Mester, Mark (CH); ross@loftusandeisenberg.com; ~Slater, Gabe (CH); m@mcalaw.net; Thomas, Joseph (CH) |
| **Subject:** | Re: Cin-Q v. BTL |

Robbie,

Thanks, and yes, that's fine. We will say that in our 3.01(g) statement.

Glenn

Sent from my iPhone

> On Dec 7, 2023, at 8:29 PM, Robert.Collins@lw.com wrote:
>
> CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
>
> Glenn –
>
> ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
>
> We won't be able to review all of these by tomorrow in light of other meetings and commitments tomorrow. If you are intending to file something, we'd ask that you note that BTL received the request today and has not yet had time to review the files provided, so BTL cannot yet take a position.
>
> Thanks,
> Robbie
>
> **From:** Glenn Hara <ghara@andersonwanca.com>
> **Sent:** Thursday, December 7, 2023 8:18 PM
> **To:** Collins, Robert (CH) <Robert.Collins@lw.com>
> **Cc:** Mester, Mark (CH) <mark.mester@lw.com>; ross@loftusandeisenberg.com; ~Slater, Gabe (CH) <Gabe.Slater@lw.com>; m@mcalaw.net; Thomas, Joseph (CH) <Joseph.Thomas@lw.com>
> **Subject:** Re: Cin-Q v. BTL
>
> Robbie,
>
> ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ The basis for the request is that these 26 claimants whose claims were denied solely due to suspected "fax service provider" status are clearly not fax service providers.

1

They are, e.g., podiatrists, lighting companies, security companies, etc. The nature of the documentation is material we were able to find on the internet showing what type of business they are engaged in.

Regards,
Glenn Hara

Sent from my iPhone


On Dec 7, 2023, at 7:26 PM, Robert.Collins@lw.com wrote:


CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Ross –

It will be difficult for us to review the files you sent along with your request by tomorrow. But can you please let us know the basis for the request and/or what generally the documents are?

Thanks,
Robbie

**From:** Mester, Mark (CH) <mark.mester@lw.com>
**Sent:** Thursday, December 7, 2023 4:32 PM
**To:** Ross Good <ross@loftusandeisenberg.com>; ~Slater, Gabe (CH) <Gabe.Slater@lw.com>; ghara@andersonwanca.com; m@mcalaw.net
**Cc:** Collins, Robert (CH) <Robert.Collins@lw.com>; Thomas, Joseph (CH) <Joseph.Thomas@lw.com>
**Subject:** RE: Cin-Q v. BTL



Robbie or Joseph will address the balance of your email.  I would note, however, that Gabe sent his email to you on Monday and yet you waited four days to respond on the eve of the deadline for the submission of objections to decisions by the Settlement Administrator.  In our view, that is not conducive to a productive meet and confer process.

Best regards.


Sent with BlackBerry Work
([www.blackberry.com](www.blackberry.com))

---

**From:** Ross Good <ross@loftusandeisenberg.com>
**Date:** Thursday, Dec 07, 2023 at 12:41 PM
**To:** ~Slater, Gabe (CH) <Gabe.Slater@lw.com>, ghara@andersonwanca.com <ghara@andersonwanca.com>, m@mcalaw.net <m@mcalaw.net>
**Cc:** Mester, Mark (CH) <mark.mester@lw.com>, Collins, Robert (CH) <Robert.Collins@lw.com>, Thomas, Joseph (CH) <Joseph.Thomas@lw.com>
**Subject:** Re: Cin-Q v. BTL

Counsel,



As previously discussed during our Meet-and-Confer, Class Counsel believes the following submissions (identified by Epiq Tracking #) were found to be ineligible in error and requests your position on including them as eligible:

| |
|---:|
| 100240 |
| 108584 |
| 116126 |
| 43109 |
| 100112 |
| 25084 |
| 21838 |
| 95111 |
| 50201 |
| 9911 |
| 115706 |
| 112660 |
| 99934 |
| 2236 |
| 100259 |

3

| | |
|---:|---|
| 99766 | |
| 115350 | |
| 11069 | |
| 108927 | |
| 50134 | |
| 45004 | |
| 114421 | |
| 31448 | |
| 95093 | |
| 108641 | |
| 109364 | |

These are the tracking numbers for entities suspected of operating Online Fax Services despite any evidence in support. In support of Class Counsel's position, please download the documentation:

https://www.dropbox.com/scl/fi/vucsiwrzalp8cc93lmp8e/Fax-Service-Providers-Documentation.zip?rlkey=5jxsotolclwvedmpfcoawgvaw&dl=0

Please confirm you were able to download the documentation.

Thank you

--

Ross M. Good, Esq.

Loftus & Eisenberg, Ltd.

161 N. Clark, Suite 1600

Chicago, IL 60601

office: (312) 899-6625

direct: (786) 539-3952

ross@loftusandeisenberg.com

<image001.png>

This e-mail is the property of Loftus & Eisenberg, Ltd. It is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential, or otherwise protected from disclosure. Distribution or copying of this e-mail, or the information contained herein, by anyone other than Loftus & Eisenberg, Ltd. is prohibited. If you have received this e-mail in error, please immediately notify the sender.

4