# EXHIBIT 2

| | |
|---|---|
| **From:** | Castillejos, Orlando <Orlando.Castillejos@epiqglobal.com> |
| **Sent:** | Wednesday, December 13, 2023 9:08 AM |
| **To:** | Thomas, Joseph (CH); Diego, Juana; Amin-Giwner, Stephanie; Bithell, Richard |
| **Cc:** | Mester, Mark (CH); Collins, Robert (CH); Buettner, Thomas (CH) |
| **Subject:** | RE: Cin-Q v. BTL |

Joseph,

I expect to have the CLEAR search results and letters over to you on Thursday. I do want to clarify one thing from your email below. Epiq did not identify these claimants as being fax service providers. As previously indicated in Stephanie Amin-Giwner's July 5, 2023 email, there was no programmatic way to identify claims submitted by potential fax service providers. In order to identify claims submitted by potential fax service providers, Epiq manually reviewed claims that self-identified as a business on their claim form. We then conducted an initial review and excluded any claimant where we can confirm that it is clearly not a fax service provider based on the name on the claim form, such as law firms, medical professionals, plumbers, painters, etc. For any remaining claimants where we could not confirm that it is a fax service provider, we conducted a further round of manual review to use internet research for further information to help us identify any fax service providers. For those claims where we still didn't have enough information after the internet search was completed, we mailed them an additional information request letting them know that we were unable to determine if their business is a Fax Service Provider. These claimants didn't respond to their letters, so their claims were denied.

Thank you,
Orlando

**Orlando Castillejos**
Epiq | Project Manager
Mobile:  +1 502 931 0892
Email:  orlando.castillejos@epiqglobal.com

**People. Partnership. Performance.**
www.epiqglobal.com