# EXHIBIT 3

# Tracking No. 2236

**Cin-Q Automobiles, Inc., et al. v.**
**Buccaneers Limited Partnership**
Settlement Administrator
P.O. Box 6394
Portland, OR 97228-6394

Toll-Free Number: 1-800-974-0698
Website: BTL-TCPA-Settlement.com



*40052416001247403*
000 0000001 00000000 0001 0006 00059 INS:

Tracking Number: 2236

Response Deadline: October 6, 2023
Claim Number: 1839

September 1, 2023

### *Cin-Q Automobiles, Inc., et al. v. Buccaneers Limited Partnership*

Case No. 8:13-cv-01592-AEP

Dear ▮▮▮▮▮▮▮:

Please find enclosed two letters requesting information from you regarding your Claim.

The first letter, *Notice of Request for Additional Information*, requests documentation needed to determine the validity of fax number(s) provided on your Claim Form.

The second letter, *Notice of Deficient Claim Form*, explains why your Claim Form is defective and provides you an opportunity to cure your defect(s).

Your response must be **postmarked no later than October 6, 2023**.

If you have any questions, please contact the Settlement Administrator at 1-800-974-0698, or visit BTL-TCPA-Settlement.com.

Sincerely,
*Cin-Q Automobiles, Inc., et al. v. Buccaneers Limited Partnership*
Attn: Settlement Administrator
P.O. Box 6394
Portland, OR 97228-6394

AJ1561 v.04



**Cin-Q Automobiles, Inc., et al. v.**
**Buccaneers Limited Partnership**
Settlement Administrator
P.O. Box 6394
Portland, OR 97228-6394

Toll-Free Number: 1-800-974-0698
Website: BTL-TCPA-Settlement.com


*400524160001247403*

Tracking Number: 2236

Response Deadline: October 6, 2023
Claim Number: 1839

September 1, 2023

### Notice of Request for Additional Information

Case No. 8:13-cv-01592-AEP

Dear ▮▮▮▮▮▮▮:

We received the Claim Form ("Claim") you submitted in connection with the *Cin-Q Automobiles, Inc., et al. v. Buccaneers Limited Partnership* Settlement. After reviewing your Claim, we now need you to provide additional information as stated below in order to determine the validity of your Claim. Please provide a copy of this Notice along with your written response. Please be advised that failure to respond to the request(s) listed below could result in the denial of your Claim, in whole or in part. Your response must be **postmarked no later than October 6, 2023**.

**Fax Service Provider**

We are unable to determine whether your business is a Fax Service Provider. The Settlement Class is defined as "[a]ll persons who received or were successfully sent in 2009 or 2010 one or more facsimile advertisements relating to tickets for Tampa Bay Buccaneers games." A Fax Service Provider is not eligible to file claims on behalf of fax numbers it leased to or otherwise held on behalf of its customers during the relevant time period.

**How to Resolve:**
Please provide documentation either (1) showing that your business was not one that provided fax services in 2009 or 2010; or (2) showing that your business was using the fax number(s) provided in your Claim Form for its business use, rather than leasing the number to someone else in 2009 or 2010. Examples of this documentation include but are not limited to a declaration signed under penalty of perjury, telephone bills, letterhead, business cards, and printouts of websites.

To be eligible to share in the Settlement proceeds obtained in this action, please respond to this Notice. Failure to provide the requested documentation listed above could result in the rejection of your Claim.

Your response to this Notice along with the requested documentation must be postmarked no later than October 6, 2023 and should be mailed to the return address listed above. Please include a copy of this Notice with your response.

If you have any questions, please contact the Settlement Administrator at 1-800-974-0698, or visit BTL-TCPA-Settlement.com.



*400524160001247403*

I certify under penalty of perjury that the information and/or documentation contained in this response is true and correct.

Date: ☐☐ - ☐☐ - ☐☐☐☐

MM      DD      YYYY

(Sign your name here)

Sincerely,

*Cin-Q Automobiles, Inc., et al. v. Buccaneers Limited Partnership*
Attn: Settlement Administrator
P.O. Box 6394
Portland, OR 97228-6394

AJ1574 v.04

**Cin-Q Automobiles, Inc., et al. v.**
**Buccaneers Limited Partnership**
Settlement Administrator
P.O. Box 6394
Portland, OR 97228-6394

Toll-Free Number: 1-800-974-0698
Website: BTL-TCPA-Settlement.com


*400524160001247403*

Tracking Number: 2236

Response Deadline: October 6, 2023
Claim Number: 1839

September 1, 2023

### Notice of Deficient Claim Form

Dear ▮▮▮▮▮▮▮▮:

We received and processed the Claim Form ("Claim") you submitted in connection with the *Cin-Q Automobiles, Inc., et al. v. Buccaneers Limited Partnership* Settlement. This Notice is to provide you with an opportunity to cure the defect(s) of your Claim. Please be advised that failure to cure the defect(s) listed below could result in the denial of your Claim, in whole or in part. In order to cure your Claim, you must provide the information requested in this Notice as specified below. Your response must be **postmarked no later than October 6, 2023**.

**Non-Matching Fax Number**

The fax number(s) provided below does (do) not match any of the fax numbers identified in this Action.

Fax Number Not Matched: ▮▮▮▮▮▮▮

**How to Resolve:**

If you believe you provided the above fax number(s) in error, please provide a corrected fax number(s) that received one or more facsimile advertisements relating to tickets for Tampa Bay Buccaneers games between July 14, 2009, and June 9, 2010. You must also complete the certification below regarding any newly provided fax number(s).

Fax Number(s):

☐☐☐ - ☐☐☐ - ☐☐☐☐    ☐☐☐ - ☐☐☐ - ☐☐☐☐

☐☐☐ - ☐☐☐ - ☐☐☐☐    ☐☐☐ - ☐☐☐ - ☐☐☐☐

☐☐☐ - ☐☐☐ - ☐☐☐☐    ☐☐☐ - ☐☐☐ - ☐☐☐☐

AI4065 v 09



*400524160001247403*

**VERIFY OWNERSHIP OF THE FAX NUMBER(S) LISTED ABOVE AND RECEIPT OF A FAX OR FAXES.**

Between July 14, 2009, and June 9, 2010, my company or I subscribed to the fax number(s) identified above and faxes were received at such number or numbers, including faxes from the Tampa Bay Buccaneers.

I certify under penalty of perjury that the foregoing is true and correct.

Date: [ ][ ] - [ ][ ] - [ ][ ][ ][ ]
     MM    DD    YYYY

(Sign your name here)

To be eligible to share in the Settlement proceeds obtained in this action, please respond to this Notice. Failure to cure the defect(s) listed above could result in the rejection of your Claim.

Your response to this Notice must be postmarked no later than October 6, 2023, and should be mailed to the return address listed above.

If you have any questions, please contact the Settlement Administrator at 1-800-974-0698 or visit BTL-TCPA-Settlement.com.

Sincerely,
*Cin-Q Automobiles, Inc., et al. v. Buccaneers Limited Partnership*
Attn: Settlement Administrator
P.O. Box 6394
Portland, OR 97228-6394

AI4066 v 09

# Tracking No. 9911

**Cin-Q Automobiles, Inc., et al. v.**
**Buccaneers Limited Partnership**
Settlement Administrator
P.O. Box 6394
Portland, OR 97228-6394

Toll-Free Number: 1-800-974-0698
Website: BTL-TCPA-Settlement.com



*40052416001247460*
000 0000001 00000000 0001 0006 00152 INS:

Tracking Number: 9911

Response Deadline: October 6, 2023
Claim Number: 1983

September 1, 2023

### *Cin-Q Automobiles, Inc., et al. v. Buccaneers Limited Partnership*

Case No. 8:13-cv-01592-AEP

Dear ████████:

Please find enclosed two letters requesting information from you regarding your Claim.

The first letter, *Notice of Request for Additional Information*, requests documentation needed to determine the validity of fax number(s) provided on your Claim Form.

The second letter, *Notice of Deficient Claim Form*, explains why your Claim Form is defective and provides you an opportunity to cure your defect(s).

Your response must be **postmarked no later than October 6, 2023**.

If you have any questions, please contact the Settlement Administrator at 1-800-974-0698, or visit BTL-TCPA-Settlement.com.

Sincerely,
*Cin-Q Automobiles, Inc., et al. v. Buccaneers Limited Partnership*
Attn: Settlement Administrator
P.O. Box 6394
Portland, OR 97228-6394



**Cin-Q Automobiles, Inc., et al. v.**
**Buccaneers Limited Partnership**
Settlement Administrator
P.O. Box 6394
Portland, OR 97228-6394

Toll-Free Number: 1-800-974-0698
Website: BTL-TCPA-Settlement.com





*400524160001247460*

Tracking Number: 9911

Response Deadline: October 6, 2023
Claim Number: 1983

September 1, 2023

## Notice of Request for Additional Information

Case No. 8:13-cv-01592-AEP

Dear ███████

We received the Claim Form ("Claim") you submitted in connection with the *Cin-Q Automobiles, Inc., et al. v. Buccaneers Limited Partnership* Settlement. After reviewing your Claim, we now need you to provide additional information as stated below in order to determine the validity of your Claim. Please provide a copy of this Notice along with your written response. Please be advised that failure to respond to the request(s) listed below could result in the denial of your Claim, in whole or in part. Your response must be **postmarked no later than October 6, 2023**.

**Fax Service Provider**

We are unable to determine whether your business is a Fax Service Provider. The Settlement Class is defined as "[a]ll persons who received or were successfully sent in 2009 or 2010 one or more facsimile advertisements relating to tickets for Tampa Bay Buccaneers games." A Fax Service Provider is not eligible to file claims on behalf of fax numbers it leased to or otherwise held on behalf of its customers during the relevant time period.

**How to Resolve:**
Please provide documentation either (1) showing that your business was not one that provided fax services in 2009 or 2010; or (2) showing that your business was using the fax number(s) provided in your Claim Form for its business use, rather than leasing the number to someone else in 2009 or 2010. Examples of this documentation include but are not limited to a declaration signed under penalty of perjury, telephone bills, letterhead, business cards, and printouts of websites.

To be eligible to share in the Settlement proceeds obtained in this action, please respond to this Notice. Failure to provide the requested documentation listed above could result in the rejection of your Claim.

Your response to this Notice along with the requested documentation must be postmarked no later than October 6, 2023 and should be mailed to the return address listed above. Please include a copy of this Notice with your response.

If you have any questions, please contact the Settlement Administrator at 1-800-974-0698, or visit BTL-TCPA-Settlement.com.

AJ1573 v.04



*400524160001247460*

I certify under penalty of perjury that the information and/or documentation contained in this response is true and correct.

Date: ☐☐ - ☐☐ - ☐☐☐☐
          MM        DD          YYYY

(Sign your name here)

Sincerely,

*Cin-Q Automobiles, Inc., et al. v. Buccaneers Limited Partnership*
Attn: Settlement Administrator
P.O. Box 6394
Portland, OR 97228-6394

AJ1574 v.04

**Cin-Q Automobiles, Inc., et al. v.**
**Buccaneers Limited Partnership**
Settlement Administrator
P.O. Box 6394
Portland, OR 97228-6394

Toll-Free Number: 1-800-974-0698
Website: BTL-TCPA-Settlement.com



*400524160001247460*

Tracking Number: 9911

Response Deadline: October 6, 2023
Claim Number: 1983

September 1, 2023

### Notice of Deficient Claim Form

Dear ▮▮▮▮▮▮:

We received and processed the Claim Form ("Claim") you submitted in connection with the *Cin-Q Automobiles, Inc., et al. v. Buccaneers Limited Partnership* Settlement. This Notice is to provide you with an opportunity to cure the defect(s) of your Claim. Please be advised that failure to cure the defect(s) listed below could result in the denial of your Claim, in whole or in part. In order to cure your Claim, you must provide the information requested in this Notice as specified below. Your response must be **postmarked no later than October 6, 2023**.

**Non-Matching Fax Number**

The fax number(s) provided below does (do) not match any of the fax numbers identified in this Action.

Fax Number Not Matched: ▮▮▮▮▮▮

**How to Resolve:**
If you believe you provided the above fax number(s) in error, please provide a corrected fax number(s) that received one or more facsimile advertisements relating to tickets for Tampa Bay Buccaneers games between July 14, 2009, and June 9, 2010. You must also complete the certification below regarding any newly provided fax number(s).

Fax Number(s):

| | | | | | | | | | | | | | | | | | | | | | | |
|-|-|-|-|-|-|-|-|-|-|-|-|-|-|-|-|-|-|-|-|-|-|-|
| | | | - | | | | - | | | | | | | | | - | | | | - | | | | |



*400524160001247460*

**VERIFY OWNERSHIP OF THE FAX NUMBER(S) LISTED ABOVE AND RECEIPT OF A FAX OR FAXES.**

Between July 14, 2009, and June 9, 2010, my company or I subscribed to the fax number(s) identified above and faxes were received at such number or numbers, including faxes from the Tampa Bay Buccaneers.

I certify under penalty of perjury that the foregoing is true and correct.

Date: [ ][ ] - [ ][ ] - [ ][ ][ ][ ]
     MM    DD     YYYY

(Sign your name here)

To be eligible to share in the Settlement proceeds obtained in this action, please respond to this Notice. Failure to cure the defect(s) listed above could result in the rejection of your Claim.

Your response to this Notice must be postmarked no later than October 6, 2023, and should be mailed to the return address listed above.

If you have any questions, please contact the Settlement Administrator at 1-800-974-0698 or visit BTL-TCPA-Settlement.com.

Sincerely,
*Cin-Q Automobiles, Inc., et al. v. Buccaneers Limited Partnership*
Attn: Settlement Administrator
P.O. Box 6394
Portland, OR 97228-6394

AI4066 v 09

# Tracking No. 43109

**Cin-Q Automobiles, Inc., et al. v.**
**Buccaneers Limited Partnership**
Settlement Administrator
P.O. Box 6394
Portland, OR 97228-6394

Toll-Free Number: 1-800-974-0698
Website: BTL-TCPA-Settlement.com



*40052416000124760l*
000 0000001 00000000 0001 0006 00149 INS:

Tracking Number: 43109

Response Deadline: October 6, 2023
Claim Number: 973

September 1, 2023

### *Cin-Q Automobiles, Inc., et al. v. Buccaneers Limited Partnership*

Case No. 8:13-cv-01592-AEP

Dear ▮▮▮▮▮:

Please find enclosed two letters requesting information from you regarding your Claim.

The first letter, *Notice of Request for Additional Information*, requests documentation needed to determine the validity of fax number(s) provided on your Claim Form.

The second letter, *Notice of Deficient Claim Form*, explains why your Claim Form is defective and provides you an opportunity to cure your defect(s).

Your response must be **postmarked no later than October 6, 2023**.

If you have any questions, please contact the Settlement Administrator at 1-800-974-0698, or visit BTL-TCPA-Settlement.com.

Sincerely,
*Cin-Q Automobiles, Inc., et al. v. Buccaneers Limited Partnership*
Attn: Settlement Administrator
P.O. Box 6394
Portland, OR 97228-6394

AJ1561 v.04



**Cin-Q Automobiles, Inc., et al. v.**
**Buccaneers Limited Partnership**
Settlement Administrator
P.O. Box 6394
Portland, OR 97228-6394

Toll-Free Number: 1-800-974-0698
Website: BTL-TCPA-Settlement.com


*400524160001247601*



Tracking Number: 43109

Response Deadline: October 6, 2023
Claim Number: 973

September 1, 2023

## Notice of Request for Additional Information

Case No. 8:13-cv-01592-AEP

Dear ⬛⬛⬛⬛⬛:

We received the Claim Form ("Claim") you submitted in connection with the *Cin-Q Automobiles, Inc., et al. v. Buccaneers Limited Partnership* Settlement. After reviewing your Claim, we now need you to provide additional information as stated below in order to determine the validity of your Claim. Please provide a copy of this Notice along with your written response. Please be advised that failure to respond to the request(s) listed below could result in the denial of your Claim, in whole or in part. Your response must be **postmarked no later than October 6, 2023**.

**Fax Service Provider**

We are unable to determine whether your business is a Fax Service Provider. The Settlement Class is defined as "[a]ll persons who received or were successfully sent in 2009 or 2010 one or more facsimile advertisements relating to tickets for Tampa Bay Buccaneers games." A Fax Service Provider is not eligible to file claims on behalf of fax numbers it leased to or otherwise held on behalf of its customers during the relevant time period.

**How to Resolve:**
Please provide documentation either (1) showing that your business was not one that provided fax services in 2009 or 2010; or (2) showing that your business was using the fax number(s) provided in your Claim Form for its business use, rather than leasing the number to someone else in 2009 or 2010. Examples of this documentation include but are not limited to a declaration signed under penalty of perjury, telephone bills, letterhead, business cards, and printouts of websites.

To be eligible to share in the Settlement proceeds obtained in this action, please respond to this Notice. Failure to provide the requested documentation listed above could result in the rejection of your Claim.

Your response to this Notice along with the requested documentation must be postmarked no later than October 6, 2023 and should be mailed to the return address listed above. Please include a copy of this Notice with your response.

If you have any questions, please contact the Settlement Administrator at 1-800-974-0698, or visit BTL-TCPA-Settlement.com.



*400524160001247601*

I certify under penalty of perjury that the information and/or documentation contained in this response is true and correct.

Date: [ ][ ] - [ ][ ] - [ ][ ][ ][ ]
    MM      DD      YYYY

(Sign your name here)

Sincerely,
*Cin-Q Automobiles, Inc., et al. v. Buccaneers Limited Partnership*
Attn: Settlement Administrator
P.O. Box 6394
Portland, OR 97228-6394

AJ1574 v.04

**Cin-Q Automobiles, Inc., et al. v.**
**Buccaneers Limited Partnership**
Settlement Administrator
P.O. Box 6394
Portland, OR 97228-6394

Toll-Free Number: 1-800-974-0698
Website: BTL-TCPA-Settlement.com



*400524160001247601*

Tracking Number: 43109

Response Deadline: October 6, 2023
Claim Number: 973

September 1, 2023

### <u>Notice of Deficient Claim Form</u>

Dear ▮▮▮▮▮:

We received and processed the Claim Form ("Claim") you submitted in connection with the *Cin-Q Automobiles, Inc., et al. v. Buccaneers Limited Partnership* Settlement. This Notice is to provide you with an opportunity to cure the defect(s) of your Claim. Please be advised that failure to cure the defect(s) listed below could result in the denial of your Claim, in whole or in part. In order to cure your Claim, you must provide the information requested in this Notice as specified below. Your response must be **postmarked no later than October 6, 2023**.

**Non-Matching Fax Number**

The fax number(s) provided below does (do) not match any of the fax numbers identified in this Action.

Fax Number Not Matched: ▮▮▮▮▮▮

**<u>How to Resolve:</u>**
If you believe you provided the above fax number(s) in error, please provide a corrected fax number(s) that received one or more facsimile advertisements relating to tickets for Tampa Bay Buccaneers games between July 14, 2009, and June 9, 2010. You must also complete the certification below regarding any newly provided fax number(s).

Fax Number(s):

☐☐☐ - ☐☐☐ - ☐☐☐☐    ☐☐☐ - ☐☐☐ - ☐☐☐☐

☐☐☐ - ☐☐☐ - ☐☐☐☐    ☐☐☐ - ☐☐☐ - ☐☐☐☐

☐☐☐ - ☐☐☐ - ☐☐☐☐    ☐☐☐ - ☐☐☐ - ☐☐☐☐

AI4065 v 09



*400524160001247601*

**VERIFY OWNERSHIP OF THE FAX NUMBER(S) LISTED ABOVE AND RECEIPT OF A FAX OR FAXES.**

Between July 14, 2009, and June 9, 2010, my company or I subscribed to the fax number(s) identified above and faxes were received at such number or numbers, including faxes from the Tampa Bay Buccaneers.

I certify under penalty of perjury that the foregoing is true and correct.

Date: ☐☐ - ☐☐ - ☐☐☐☐
MM    DD    YYYY

(Sign your name here)

To be eligible to share in the Settlement proceeds obtained in this action, please respond to this Notice. Failure to cure the defect(s) listed above could result in the rejection of your Claim.

Your response to this Notice must be postmarked no later than October 6, 2023, and should be mailed to the return address listed above.

If you have any questions, please contact the Settlement Administrator at 1-800-974-0698 or visit BTL-TCPA-Settlement.com.

Sincerely,
*Cin-Q Automobiles, Inc., et al. v. Buccaneers Limited Partnership*
Attn: Settlement Administrator
P.O. Box 6394
Portland, OR 97228-6394

AI4066 v 09

# Tracking No. 50134

**Cin-Q Automobiles, Inc., et al. v.**
**Buccaneers Limited Partnership**
Settlement Administrator
P.O. Box 6394
Portland, OR 97228-6394

Toll-Free Number: 1-800-974-0698
Website: BTL-TCPA-Settlement.com



*40052416001247635*
000 0000001 00000000 0001 0006 00122 INS:

Tracking Number: 50134

Response Deadline: October 6, 2023
Claim Number: 1539

September 1, 2023

### _Cin-Q Automobiles, Inc., et al. v. Buccaneers Limited Partnership_

Case No. 8:13-cv-01592-AEP

Dear ▮▮▮▮▮▮▮▮▮▮▮:

Please find enclosed two letters requesting information from you regarding your Claim.

The first letter, _Notice of Request for Additional Information_, requests documentation needed to determine the validity of fax number(s) provided on your Claim Form.

The second letter, _Notice of Deficient Claim Form_, explains why your Claim Form is defective and provides you an opportunity to cure your defect(s).

Your response must be **postmarked no later than October 6, 2023**.

If you have any questions, please contact the Settlement Administrator at 1-800-974-0698, or visit BTL-TCPA-Settlement.com.

Sincerely,
_Cin-Q Automobiles, Inc., et al. v. Buccaneers Limited Partnership_
Attn: Settlement Administrator
P.O. Box 6394
Portland, OR 97228-6394



**Cin-Q Automobiles, Inc., et al. v.**
**Buccaneers Limited Partnership**
Settlement Administrator
P.O. Box 6394
Portland, OR 97228-6394

Toll-Free Number: 1-800-974-0698
Website: BTL-TCPA-Settlement.com


*400524160001247635*

Tracking Number: 50134

Response Deadline: October 6, 2023
Claim Number: 1539

September 1, 2023

### Notice of Request for Additional Information

Case No. 8:13-cv-01592-AEP

Dear ▮▮▮▮▮▮▮▮▮▮▮▮:

We received the Claim Form ("Claim") you submitted in connection with the *Cin-Q Automobiles, Inc., et al. v. Buccaneers Limited Partnership* Settlement. After reviewing your Claim, we now need you to provide additional information as stated below in order to determine the validity of your Claim. Please provide a copy of this Notice along with your written response. Please be advised that failure to respond to the request(s) listed below could result in the denial of your Claim, in whole or in part. Your response must be **postmarked no later than October 6, 2023**.

**Fax Service Provider**

We are unable to determine whether your business is a Fax Service Provider. The Settlement Class is defined as "[a]ll persons who received or were successfully sent in 2009 or 2010 one or more facsimile advertisements relating to tickets for Tampa Bay Buccaneers games." A Fax Service Provider is not eligible to file claims on behalf of fax numbers it leased to or otherwise held on behalf of its customers during the relevant time period.

**How to Resolve:**
Please provide documentation either (1) showing that your business was not one that provided fax services in 2009 or 2010; or (2) showing that your business was using the fax number(s) provided in your Claim Form for its business use, rather than leasing the number to someone else in 2009 or 2010. Examples of this documentation include but are not limited to a declaration signed under penalty of perjury, telephone bills, letterhead, business cards, and printouts of websites.

To be eligible to share in the Settlement proceeds obtained in this action, please respond to this Notice. Failure to provide the requested documentation listed above could result in the rejection of your Claim.

Your response to this Notice along with the requested documentation must be postmarked no later than October 6, 2023 and should be mailed to the return address listed above. Please include a copy of this Notice with your response.

If you have any questions, please contact the Settlement Administrator at 1-800-974-0698, or visit BTL-TCPA-Settlement.com.



*400524160001247635*

I certify under penalty of perjury that the information and/or documentation contained in this response is true and correct.

Date: ☐☐ - ☐☐ - ☐☐☐☐
     MM     DD     YYYY

(Sign your name here)

Sincerely,
*Cin-Q Automobiles, Inc., et al. v. Buccaneers Limited Partnership*
Attn: Settlement Administrator
P.O. Box 6394
Portland, OR 97228-6394

AJ1574 v.04

**Cin-Q Automobiles, Inc., et al. v.**
**Buccaneers Limited Partnership**
Settlement Administrator
P.O. Box 6394
Portland, OR 97228-6394

Toll-Free Number: 1-800-974-0698
Website: BTL-TCPA-Settlement.com


*400524160001247635*

Tracking Number: 50134

Response Deadline: October 6, 2023
Claim Number: 1539

September 1, 2023

**Notice of Deficient Claim Form**

Dear ▓▓▓▓▓▓▓▓▓▓▓▓:

We received and processed the Claim Form ("Claim") you submitted in connection with the *Cin-Q Automobiles, Inc., et al. v. Buccaneers Limited Partnership* Settlement. This Notice is to provide you with an opportunity to cure the defect(s) of your Claim. Please be advised that failure to cure the defect(s) listed below could result in the denial of your Claim, in whole or in part. In order to cure your Claim, you must provide the information requested in this Notice as specified below. Your response must be **postmarked no later than October 6, 2023**.

**Non-Matching Fax Number**

The fax number(s) provided below does (do) not match any of the fax numbers identified in this Action.

Fax Number Not Matched: ▓▓▓▓▓▓▓▓▓

**How to Resolve:**
If you believe you provided the above fax number(s) in error, please provide a corrected fax number(s) that received one or more facsimile advertisements relating to tickets for Tampa Bay Buccaneers games between July 14, 2009, and June 9, 2010. You must also complete the certification below regarding any newly provided fax number(s).

Fax Number(s):

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐☐☐ | - | ☐☐☐ | - | ☐☐☐☐ | | ☐☐☐ | - | ☐☐☐ | - | ☐☐☐☐ |
| ☐☐☐ | - | ☐☐☐ | - | ☐☐☐☐ | | ☐☐☐ | - | ☐☐☐ | - | ☐☐☐☐ |
| ☐☐☐ | - | ☐☐☐ | - | ☐☐☐☐ | | ☐☐☐ | - | ☐☐☐ | - | ☐☐☐☐ |

000 0000003 00000000 0003 0006 00122 INS:

AI4065 v 09



*400524160001247635*

**VERIFY OWNERSHIP OF THE FAX NUMBER(S) LISTED ABOVE AND RECEIPT OF A FAX OR FAXES.**

Between July 14, 2009, and June 9, 2010, my company or I subscribed to the fax number(s) identified above and faxes were received at such number or numbers, including faxes from the Tampa Bay Buccaneers.

I certify under penalty of perjury that the foregoing is true and correct.

Date: ☐☐ - ☐☐ - ☐☐☐☐
　　　MM　　DD　　YYYY

(Sign your name here)

To be eligible to share in the Settlement proceeds obtained in this action, please respond to this Notice. Failure to cure the defect(s) listed above could result in the rejection of your Claim.

Your response to this Notice must be postmarked no later than October 6, 2023, and should be mailed to the return address listed above.

If you have any questions, please contact the Settlement Administrator at 1-800-974-0698 or visit BTL-TCPA-Settlement.com.

Sincerely,
*Cin-Q Automobiles, Inc., et al. v. Buccaneers Limited Partnership*
Attn: Settlement Administrator
P.O. Box 6394
Portland, OR 97228-6394

# **Tracking No. 50201**

**Cin-Q Automobiles, Inc., et al. v.**
**Buccaneers Limited Partnership**
Settlement Administrator
P.O. Box 6394
Portland, OR 97228-6394

Toll-Free Number: 1-800-974-0698
Website: BTL-TCPA-Settlement.com



*40052416000125021*
000 0000001 00000000 0001 0002 01676 INS:

Tracking Number: 50201

Response Deadline: October 6, 2023
Claim Number: 265

September 1, 2023

## <u>Notice of Request for Additional Information</u>

Case No. 8:13-cv-01592-AEP

Dear ███████████:

We received the Claim Form ("Claim") you submitted in connection with the *Cin-Q Automobiles, Inc., et al. v. Buccaneers Limited Partnership* Settlement. After reviewing your Claim, we now need you to provide additional information as stated below in order to determine the validity of your Claim. Please provide a copy of this Notice along with your written response. Please be advised that failure to respond to the request(s) listed below could result in the denial of your Claim, in whole or in part. Your response must be **postmarked no later than October 6, 2023**.

### Multi-Claimed Fax

More than one claim was filed regarding the fax number(s) listed below. Therefore, we are unable to confirm your ownership of the fax number(s) listed below based on the information provided in your Claim. To be eligible, you must have received from July 14, 2009, to June 9, 2010, one or more facsimile advertisements relating to tickets for Tampa Bay Buccaneers games on the fax number(s) listed below.

Fax Number Claimed: ████████████

### <u>How to Resolve:</u>
Please provide documentation showing that the above fax number(s) belonged to you between July 14, 2009, and June 9, 2010. Examples of this documentation include but are not limited to letterhead, business cards, telephone bills, and websites that include the fax number(s) claimed.

### Fax Service Provider

We are unable to determine whether your business is a Fax Service Provider. The Settlement Class is defined as "[a]ll persons who received or were successfully sent in 2009 or 2010 one or more facsimile advertisements relating to tickets for Tampa Bay Buccaneers games." A Fax Service Provider is not eligible to file claims on behalf of fax numbers it leased to or otherwise held on behalf of its customers during the relevant time period.

### <u>How to Resolve:</u>
Please provide documentation either (1) showing that your business was not one that provided fax services in 2009 or 2010; or (2) showing that your business was using the fax number(s) provided in your Claim Form for its business use, rather than leasing the number to someone else in 2009 or 2010. Examples of this documentation include but are not limited to a declaration signed under penalty of perjury, telephone bills, letterhead, business cards, and printouts of websites.



*400524160001250217*

To be eligible to share in the Settlement proceeds obtained in this action, please respond to this Notice. Failure to provide the requested documentation listed above could result in the rejection of your Claim.

Your response to this Notice along with the requested documentation must be postmarked no later than October 6, 2023 and should be mailed to the return address listed above. Please include a copy of this Notice with your response.

If you have any questions, please contact the Settlement Administrator at 1-800-974-0698, or visit BTL-TCPA-Settlement.com.

I certify under penalty of perjury that the information and/or documentation contained in this response is true and correct.

Date: [  ] - [  ] - [    ]
      MM     DD    YYYY

[                    ]
(Sign your name here)

Sincerely,
*Cin-Q Automobiles, Inc., et al. v. Buccaneers Limited Partnership*
Attn: Settlement Administrator
P.O. Box 6394
Portland, OR 97228-6394

AJ1572 v.04

# Tracking No. 115706

**Cin-Q Automobiles, Inc., et al. v.**
**Buccaneers Limited Partnership**
Settlement Administrator
P.O. Box 6394
Portland, OR 97228-6394

Toll-Free Number: 1-800-974-0698
Website: BTL-TCPA-Settlement.com



*400524160001252593*
000 0000001 00000000 0001 0002 01046 INS:

Tracking Number: 115706

Response Deadline: October 6, 2023
Claim Number: 886

September 1, 2023

### Notice of Request for Additional Information

Case No. 8:13-cv-01592-AEP

Dear ▮▮▮▮▮▮▮:

We received the Claim Form ("Claim") you submitted in connection with the *Cin-Q Automobiles, Inc., et al. v. Buccaneers Limited Partnership* Settlement. After reviewing your Claim, we now need you to provide additional information as stated below in order to determine the validity of your Claim. Please provide a copy of this Notice along with your written response. Please be advised that failure to respond to the request(s) listed below could result in the denial of your Claim, in whole or in part. Your response must be **postmarked no later than October 6, 2023**.

**Outside of Class Period**

The business claiming the fax number(s) was organized after June 9, 2010. The parties have agreed to settle all claims relating to 343,122 advertising faxes allegedly sent by or on behalf of BTL from July 14, 2009, to June 9, 2010. A business with an organizational date after June 9, 2010 is outside of the class period.

**How to Resolve:**
Please provide documentation showing that your business existed on or before June 9, 2010. Examples of this documentation include but are not limited to articles of incorporation, articles of organization, letterhead, business cards, telephone bills, and websites that reflect the business existed on or before June 9, 2010.

**Fax Service Provider**

We are unable to determine whether your business is a Fax Service Provider. The Settlement Class is defined as "[a]ll persons who received or were successfully sent in 2009 or 2010 one or more facsimile advertisements relating to tickets for Tampa Bay Buccaneers games." A Fax Service Provider is not eligible to file claims on behalf of fax numbers it leased to or otherwise held on behalf of its customers during the relevant time period.

**How to Resolve:**
Please provide documentation either (1) showing that your business was not one that provided fax services in 2009 or 2010; or (2) showing that your business was using the fax number(s) provided in your Claim Form for its business use, rather than leasing the number to someone else in 2009 or 2010. Examples of this documentation include but are not limited to a declaration signed under penalty of perjury, telephone bills, letterhead, business cards, and printouts of websites.

To be eligible to share in the Settlement proceeds obtained in this action, please respond to this Notice. Failure to provide the requested documentation listed above could result in the rejection of your Claim.

AJ1571 v.04



*400524160001252593*

Your response to this Notice along with the requested documentation must be postmarked no later than October 6, 2023 and should be mailed to the return address listed above. Please include a copy of this Notice with your response.

If you have any questions, please contact the Settlement Administrator at 1-800-974-0698, or visit BTL-TCPA-Settlement.com.

I certify under penalty of perjury that the information and/or documentation contained in this response is true and correct.

Date: ☐☐ - ☐☐ - ☐☐☐☐

   MM    DD    YYYY

(Sign your name here)

Sincerely,

*Cin-Q Automobiles, Inc., et al. v. Buccaneers Limited Partnership*
Attn: Settlement Administrator
P.O. Box 6394
Portland, OR 97228-6394

AJ1572 v.04