# EXHIBIT 4

# Cin-Q Auto. Inc. v. Buccaneers Ltd CA40052416

**Defective Response #**  400000141



RECEIVED
092923
LEGAL SERVICES


4005241604

## Document Range

| Begin: | End: | Quantity: |
|---|---|---|
| 141 | — | 1 |

| Prepped by: | QC: | Stats: | Scanned by: |
|---|---|---|---|
| ID #: 375 P4<br>10-2-23 | ✓ | AH<br>OCT 03 2023 | [signature]<br>OCT 03 2023 |

**Route to:** Vault    *Route to: _____

**Cin-Q Automobiles, Inc., et al. v.**
**Buccaneers Limited Partnership**
Settlement Administrator
P.O. Box 6394
Portland, OR 97228-6394

Toll-Free Number: 1-800-974-0698
Website: BTL-TCPA-Settlement.com

*400524160001252577*
000 0000625 00000000 0001 0001 00625 INS: 0 0

Tracking Number: 115350

Response Deadline: October 6, 2023
Claim Number: 1926

September 1, 2023

### Notice of Request for Additional Information

Case No. 8:13-cv-01592-AEP

Dear

We received the Claim Form ("Claim") you submitted in connection with the *Cin-Q Automobiles, Inc., et al. v. Buccaneers Limited Partnership* Settlement. After reviewing your Claim, we now need you to provide additional information as stated below in order to determine the validity of your Claim. Please provide a copy of this Notice along with your written response. Please be advised that failure to respond to the request(s) listed below could result in the denial of your Claim, in whole or in part. Your response must be **postmarked no later than October 6, 2023**.

**Fax Service Provider**

We are unable to determine whether your business is a Fax Service Provider. The Settlement Class is defined as "[a]ll persons who received or were successfully sent in 2009 or 2010 one or more facsimile advertisements relating to tickets for Tampa Bay Buccaneers games." A Fax Service Provider is not eligible to file claims on behalf of fax numbers it leased to or otherwise held on behalf of its customers during the relevant time period.

**How to Resolve:**
Please provide documentation either (1) showing that your business was not one that provided fax services in 2009 or 2010; or (2) showing that your business was using the fax number(s) provided in your Claim Form for its business use, rather than leasing the number to someone else in 2009 or 2010. Examples of this documentation include but are not limited to a declaration signed under penalty of perjury, telephone bills, letterhead, business cards, and printouts of websites.

To be eligible to share in the Settlement proceeds obtained in this action, please respond to this Notice. Failure to provide the requested documentation listed above could result in the rejection of your Claim.

Your response to this Notice along with the requested documentation must be postmarked no later than October 6, 2023 and should be mailed to the return address listed above. Please include a copy of this Notice with your response.

If you have any questions, please contact the Settlement Administrator at 1-800-974-0698, or visit BTL-TCPA-Settlement.com.

AJ1571 v.04



I certify under penalty of perjury that the information and/or documentation contained in this response is true and correct.

Date: 09 - 25 - 2023
    MM    DD    YYYY

Sincerely,
*Cin-Q Automobiles, Inc., et al. v. Buccaneers Limited Partnership*
Attn: Settlement Administrator
P.O. Box 6394
Portland, OR 97228-6394

AJ1572 v.04

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, ▮▮▮▮▮ THE OWNER AND AUTHORIZED AGENT OF THE CORPORATION ▮▮▮▮▮ DECLARE UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING LIST OR DOCUMENT OF Cin-q automobiles, Inc., et al v. Buccaneers Limited partnership settlement.

I where in use of the fax number for this business in 2009 thru 2010. The provider for my telephone and fax was with Comcast. This corporation ▮▮▮▮▮ ▮▮▮▮▮ was not a fax service provider we were a automobile repair shop.

DATE 9-25 2023     SIGNATURE ▮▮▮▮▮

PRINT NAME/TITLE ▮▮▮▮▮




