# EXHIBIT 5

**PROPRIETARY AND CONFIDENTIAL**

# SUPPLEMENTAL EXPERT REPORT OF ROBERT BIGGERSTAFF

Prepared in the matter of:

*Cin-Q Autos., Inc. v Buccaneers Ltd. Partnership.*

No. 13-CV-01592-17

Pending in the United States District Court
for the Middle District of Florida.

October 30, 2015

**Notice**

This report is proprietary and confidential.  If you are not the intended recipient of this document, any use, dissemination, distribution, or duplication of this document or any portion of its contents is expressly prohibited. The information contained in this document may also be privileged and/or subject to nondisclosure under applicable court rules.

Copyright© 2015 Robert Biggerstaff.  All Rights Reserved.  No portion of this document or any exhibits, appendices, attachments, or any other parts hereof, in whole or in part, may be duplicated or used for any purposes without the express written permission of the author.

**PROPRIETARY AND CONFIDENTIAL**

date service started. In practice, the current subscriber is the same as the person who used the number 5-6 years ago (in 2009-10) for the vast majority of the 131,011 phone numbers at issue.

8. Carriers also have historical subscriber data for the vast majority of phone numbers.

9. According to FCC documents, there are approximately 700 million phone numbers in use in the US.[1] Reassignment rates (i.e the churn rate or rate that numbers are disconnected and reconnected to a new user) have been reported by the FCC at 37 million numbers annually.[2] This is a churn rate of 5.3% annually. At this average reassignment rate, in the 6 years since the faxes at issue in this case were sent, 72% of those fax numbers would be expected to still belong to the same user. So for 72% of the numbers, the *current* subscriber info, would be the *same* as the subscriber information in 2009. Therefore the carrier data for the current subscriber (which is obviously available) would be expected to identify the user at the time of the faxes in this case for approximately 72% of the 131,011 unique fax numbers that received faxes in 2009-10.[3] By examining the date service started for each phone number the precise fax numbers where the subscriber identification has not changed since the faxes were sent in 2009-10 can be objectively determined, along with the names and contact information for those users.

10. Since only about 3% of phone numbers are connected to fax machines, the 28% of numbers that would be expected to have been reassigned in the intervening 6 years, only about 3% of those would be expected to be connected to a fax machine today and thus be able to currently receive a fax. Mathematically, 3% of 28% is 0.8% so 0.8% of the 131,011 unique fax numbers (i.e. 1,048 fax numbers) in that list would be expected to be reassigned to new users in the intervening 6 years since 2009-10 **and** be reassigned to someone who is using it as a fax line. Therefore sending notice via fax to the 131,011 unique fax numbers would be expected to be received by someone

---

1. 677 million in 2011. FCC Wireline Competition Bureau, *Numbering Resource Utilization in the United States*, (2013).

2. Alyssa Abkowitz, "Wrong Number? Blame Companies' Recycling," *The Wall Street Journal* (Dec. 1, 2011) (citing FCC sources),

3. Obviously, the exact number would be determinable by reference to the carrier information for the current subscribers, and the service start date.

**PROPRIETARY AND CONFIDENTIAL**

who was not the user in 2009-10 (i.e. over-inclusive), in only 1,048 instances.

### *Carriers' Responses to Subpoena Requests for Subscriber Data*

11. Acquiring the names and addresses of the holders of telephone numbers who were using those numbers several years into the past is not difficult, and I have been involved in other cases where this was done. In my experience, carriers such as AT&T that command large portions of market share, retain historical scriber information, while the carriers that lack that data are more commonly smaller carriers with little market share. This is important because one carrier, AT&T, services 39.5% of the market.[4] The top 7 carriers alone hold over 90% of phone numbers:

| Carrier | Market Share | Cumulative Share |
|---|---|---|
| ATT | 39.5 | 39.5 |
| Verizon | 24.7 | 64.2 |
| CentruyLink | 9.9 | 74.1 |
| Level 3 | 6.5 | 80.6 |
| Frontier | 4.9 | 85.5 |
| Paetec | 3.9 | 89.4 |
| Fairpoint | 1.7 | 91.1 |

12. In addition, when asking for data for a list of phone numbers, larger carriers such as AT&T have dedicated teams with automated systems that can produce the desired information automatically and efficiently. In my experience, smaller carriers are much more likely to be the ones to complain of a burden in complying with civil subpoenas, particularly from out-of-state courts that a small carrier who only operates in a small geographic region may feel lacks jurisdiction over the carrier. In my experience, smaller carriers are also the ones more likely to have less historical data than larger carriers.

## Conclusions

13. The task of obtaining the name and address data of the holders of the fax numbers in this case is both quantitatively and qualitatively manageable. This is particularly applicable here given that the numbers in this case are all in a small geographic region

---

4. *See* http://www.statista.com/statistics/214192/us-market-share-of-wireline-local-services-by-provider/

**PROPRIETARY AND CONFIDENTIAL**

which is served by a single incumbent carrier (AT&T).

14. Simple mathematics indicates that approximately three-fourths of the recipients of faxes in this case are expected to be easily identifiable through the data identifying the *current* subscribers from the phone carriers—data that carriers certainly have. For the remaining recipients many carriers *do* have historical data that will identify those subscribers. This is particularly applicable here given that the numbers in this case are all in a small geographic region which is served by a single incumbent carrier (AT&T).

15. The methodologies for identifying the holders of telephone numbers I have described in this report are both administratively feasible, efficient, and accurate. The same methodologies have been used in other cases I have been involved in.

16. The facts, conclusions, and opinions stated herein are made to a reasonable degree of scientific certainly based upon examination of the available information. The principles and methods I have used are reliable, repeatable, and generally accepted. To the extent any portion of this report is based on limited information or where further analysis, testimony, opinions, or information are provided, the contents of this report are subject to revision and supplementation.

_____   October 30, 2015
Robert Biggerstaff, CCE

**PROPRIETARY AND CONFIDENTIAL**

## Table of Exhibits

None