UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **CIN-Q AUTOMOBILES, INC.,** **et al.**, <br><br> Plaintiffs, <br><br> v. <br><br> **BUCCANEERS LIMITED PARTNERSHIP and JOHN DOES 1-10,** <br><br> Defendants, <br><br> **TECHNOLOGY TRAINING ASSOCIATES, INC., et al.,** <br><br> Intervenors. | Case No. 8:13-cv-01592-AEP <br><br> Magistrate Judge <br> Anthony E. Porcelli |

**INDEX OF EXHIBITS TO
BTL'S NOTICE OF ADDITIONAL CLAIMS UNDER EVALUATION
BY THE SETTLEMENT ADMINISTRATOR AND BY THE PARTIES**

Exhibit 1 - December 28, 2023 Email from O. Castillejos

Exhibit 2 - January 2, 2024 Email from O. Castillejos

Exhibit 3 - January 2, 2024 Email from R. Collins

Exhibit 4 - January 3, 2024 Email from O. Castillejos