# EXHIBIT 1

| | |
|---|---|
| **From:** | Castillejos, Orlando <Orlando.Castillejos@epiqglobal.com> |
| **Sent:** | Thursday, December 28, 2023 4:10 PM |
| **To:** | Ross Good; Glenn Hara; Michael Addison; Collins, Robert (CH); Mester, Mark (CH); Thomas, Joseph (CH) |
| **Cc:** | Diego, Juana; Bithell, Richard; Amin-Giwner, Stephanie |
| **Subject:** | Cin-Q v. BTL |

All,

Plaintiffs' Counsel recently brought to our attention claims where fax numbers appeared in more than one tracking number on the Eligible tab of the Final Claim Detail & Award Calculation report.

We looked into this and found that there were 18 claims where the claim initially received a defect letter because the fax number on the claim form did not match to the class list. In response to the defect letter, the claimant provided a fax number that was included on the class list and the claim was included on the eligible tab. Upon further review, these claims listed below do claim for a fax number in another claim. For other claims in this situation, letters were sent to both claims asking for proof of ownership – but that was not done here because of the timing. The tracking numbers for these claims are below:

TN: 78568
TN: 93646
TN: 36433
TN: 36435
TN: 41949
TN: 41951
TN: 71663
TN: 71664
TN: 28519
TN: 28522
TN: 58695
TN: 58696
TN: 59890
TN: 59891
TN: 177147
TN: 177146
TN: 28176
TN: 30849

There are 5 claims that received a defect letter because the fax number was present on multiple claims. These claimants provided documentation to substantiate ownership of the fax number and these claims were included on the eligible. In response to the questions by Plaintiffs' counsel we re-reviewed the documentation and for 5 claims found the documentation to be identical and therefore 3 claims should be denied as duplicates. These tracking numbers are listed below

TN: 69935
TN: 69936
TN: 34129
TN: 34126

TN: 34127

Finally there were 2 claims, TN: 82950 and TN: 82951 that in response to the defect letters provided distinct documentation demonstrating ownership.  The total award is recommended to be evenly distributed to the claims recommended for payment.

Thank you,
Orlando

**Orlando Castillejos**
Epiq | Project Manager
10300 SW Allen Blvd
Beaverton, OR 97005
Mobile:  +1 502 931 0892
Email:  orlando.castillejos@epiqglobal.com

**People. Partnership. Performance.**
www.epiqglobal.com

This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected from disclosure to anyone other than its intended recipient(s).  If you have received this message in error, please notify the sender immediately by reply email of the inadvertent transmission and then immediately delete the original message (including any attachments) in its entirety.

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication to include any copy that may reside in your sent box. Thank you for your cooperation.