UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

| CASE #: | 8:13-cv-1592 AEP | DATE: | January 4, 2024 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **CIN-Q AUTOMOBILES, INC.**<br>            Plaintiff,<br><br>v.<br><br>**BUCCANEERS LIMITED PARTNERSHIP**<br>            Defendant | | **PLAINTIFF COUNSEL**<br>Ross Good, Glenn Hara, Mike Addison, Ryan Kelly | |
| | | **DEFENSE COUNSEL**<br>Robert Collins, Mark Mester, Joe Varner, Joseph Thomas<br><br>Jonathan Piper, Esq. for TTA intervenors<br><br>Daniel P. Vanetten for Claimant Astro Co. | |
| **COURT REPORTER:**   DIGITAL | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME: 11:30 to 1:43     TOTAL:   2.13 min** | | **COURTROOM:** | Zoom |

PROCEEDINGS:        STATUS HEARING (ZOOM)

Fairness hearing to be canceled.

Court addressed documents at docket # 486, 487, 489, 490, 492, 503.

Order to be entered after Jan 19, 2024 hearing.