UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC., et al.,<br>                Plaintiffs,<br>v.<br>BUCCANEERS LIMITED PARTNERSHIP and JOHN DOES 1-10,<br>                Defendants,<br><br>TECHNOLOGY TRAINING ASSOCIATES, INC., et al.,<br>                Intervenors. | Case No. 8:13-cv-01592-AEP<br><br>Magistrate Judge<br>Anthony E. Porcelli |

## NOTICE OF COMPLIANCE

Pursuant to this Court's Order dated January 2, 2024 (Dkt. #512), admitting attorney Joseph B. Thomas pro hac vice in this matter, Mr. Thomas respectfully files this Notice of Compliance and states as follows:

1. Mr. Thomas has paid the pro hac vice fee and registered for a CM/ECF account with this Court on January 2, 2024 and it is active as of January 3, 2024.

Date: January 8, 2024

Respectfully submitted,

*/s/ Joseph B. Thomas*
Joseph B. Thomas, One of the Attorneys
for Defendant Buccaneers Team LLC

Mark S. Mester
   (admitted *pro hac vice*)
Robert C. Collins III
   (admitted *pro hac vice*)
Joseph B. Thomas
   (admitted *pro hac vice)*
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
E-mail:       mark.mester@lw.com
       robert.collins@lw.com
       joseph.thomas@lw.com

Joseph H. Varner, III
   (Bar No. 394904)
HOLLAND & KNIGHT LLP
100 North Tampa Street, Suite 4100
Tampa, Florida 33602-3644
Telephone:  (813) 227-8500
Facsimile:  (813) 229-0134
Email:  joe.varner@hklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which served all relevant parties.

Date: January 8, 2024

/s/ *Joseph B. Thomas*
Joseph B. Thomas
 (admitted *pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
E-mail: joseph.thomas@lw.com