UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CIN-Q AUTOMOBILES, INC., *et al.*,

    Plaintiffs,

v.                                                            Case No. 8:13-cv-1592-AEP

BUCCANEERS LIMITED
PARTNERSHIP,

    Defendant.
_____/

**<u>ORDER</u>**

This cause comes before the Court following this matter's January 4, 2024, motion hearing and status conference. (Doc. 518). At the hearing, argument was heard as to the following pending matters: Defendant's Motion to Dismiss Class Claims for Lack of Article III Standing and to Decertify the Settlement Class (Doc. 492), Potential Class Member Astro Companies, LLC's Motion to Opt Out of Proposed Class Settlement (Doc. 502), Plaintiffs' Motion to Approve Payment to Absent Class Members Identified (Doc. 487), Defendant's Objection to the Claim of Cin-Q Automobiles, Inc. (Doc. 489), and Defendant's Objection the Settlement Administrator's Final Claims Report (Doc. 490). The arguments concerning same identify that several ongoing issues exist with the administration of the settlement claims process which presently prevent final adjudication of the settlement class.

Accordingly, it is hereby

ORDERED:

1. The fairness hearing previously scheduled for January 19, 2024, at 1:00 p.m., in Courtroom 10A of the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida is CANCELED.

2. Upon resolution of the above matters, the Court will provide a new date for the fairness hearing and direct that notice be given to all class members through an approved means.

3. The cancellation of the fairness hearing shall be published by the settlement administrator on this matter's website.

DONE AND ORDERED in Tampa, Florida, on this 9th day of January, 2024.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record