UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CIN-Q AUTOMOBILE, INC., and
MEDICAL & CHIROPRACTIC CLINIC
INC., Florida corporations, individually and
As the representative of a class of
similarly-situated persons,

    Plaintiffs,

v.

                                            Case No.: 8:13-cv-1592-17AEP

BUCCANEERS LIMITED PARTNERSHIP
And JOHN DOES 1-10,

    Defendants.
_____/

**NOTICE OF FILING AFFIDAVIT OF MIKE RAY IN RESPONSE TO NOTICE**

COMES NOW, ASTRO COMPANIES, LLC, by and through its undersigned counsel, hereby files this Notice of Filing of the Affidavit of Mike Ray in Response to Notice, attached hereto as Exhibit "A."

[Certificate of Service follows]

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 16 day of January, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which served all relevant parties.

Daniel P. VanEtten, Esquire
FBN: 126227
Primary Email: dvanetten@blalockwalters.com
Secondary Email: eservice@blalockwalters.com
Blalock Walters, P.A.
802 11th Street West
Bradenton, Florida  34205
Telephone:   941.748.0100
Facsimile:    941.745.2093
Attorneys for Astro Companies, LLC