UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CIN-Q AUTOMOBILE, INC., and
MEDICAL & CHIROPRACTIC CLINIC
INC., Florida corporations, individually and
As the representative of a class of
similarly-situated persons,

    Plaintiffs,

v.

BUCCANEERS LIMITED PARTNERSHIP
And JOHN DOES 1-10,

    Defendants.
_____/

Case No.: 8:13-cv-1592-17AEP

## AFFIDAVIT OF MIKE RAY IN RESPONSE TO NOTICE

BEFORE ME, this day personally appeared Mike Ray who upon oath, deposes on personal knowledge and says:

1. My name is Mike Ray. I am over the age of eighteen and competent to provide this affidavit based on my personal knowledge and records.

2. My address is 11523 Palm Brush, Trl #401, Lakewood Ranch, Florida 34202.

3. I am now, and all relevant times, the manager of Astro Companies, LLC, a Florida limited liability company ("Astro").

4. I have personal knowledge of the facts contained in this Affidavit.

5. Regarding the question of whether the facsimile numbers claimed by Astro were ever intended for utilized for customer facsimile or other use: our records indicate that these numbers were not issued to our subscribers on or around the time that the disputed facsimiles were received. Accordingly, we have not knowingly submitted any



EXHIBIT A

numbers which were active for any subscriber during the subject time as best reflected by our records.

6. Regarding the question of, for the relevant time periods, what were the Astro's business purposes for maintaining these facsimile numbers and what were they being utilized for: Astro maintained and continues to maintain spare telephone numbers in each distinct geographic area in which it provides service, so that its customers (new or existing) can instantly activate or augment service in its systems when desired without waiting for Astro to acquire and activate telephone numbers for the service.

FURTHER AFFIANT SAYETH NOT.

ASTRO COMPANIES, LLC

By: _____
Mike Ray, Manager

24605836v1

STATE OF FLORIDA

COUNTY OF <u>MANATEE</u>

The foregoing was sworn to before me by means of online notarization this <u>13</u> day of January, 2024 by Mike Ray, as Manager of Astro Companies, LLC, a Florida limited liability company who is personally known to me and who has personal knowledge of the facts contained herein, who did take an oath, and who acknowledged before me that (s)he executed same freely and voluntarily for the purposes therein expressed.

NICKOLAUS OLSEN
Notary Public
State of Florida
Comm# HH196730
Expires 11/8/2025

NOTARY PUBLIC – State of Florida
Printed Name: <u>NICKOLAUS OLSEN</u>
My commission expires: <u>11/8/2025</u>

34605836v1