UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> BUCCANEERS LIMITED PARTNERSHIP and JOHN DOES 1-10, <br><br> Defendants, <br><br> TECHNOLOGY TRAINING ASSOCIATES, INC., et al., <br><br> Intervenors. | Case No. 8:13-cv-01592-AEP <br><br> Magistrate Judge <br> Anthony E. Porcelli |

**INDEX OF EXHIBITS TO
BTL'S MOTION TO DENY AS MOOT
THE MOTION OF ASTRO COMPANIES, LLC
TO OPT OUT OF THE SETTLEMENT CLASS**

Exhibit 1 - Excerpts of January 4, 2024 Hearing Transcript

Exhibit 2 - December 26, 2023 Email to Daniel VanEtten

Exhibit 3 - December 28, 2023 Email to Daniel VanEtten

Exhibit 4 - January 3, 2024 Email to Daniel VanEtten

Exhibit 5 - January 6, 2024 Email to Daniel VanEtten

Exhibit 6 - January 12, 2024 Email to Ross Good, Glenn Hara and Michael Addison

Exhibit 7 - January 14, 2024 Email from Michael Addison