# EXHIBIT 2

Cin-Q Automobiles, Inc., et al. v. BTL
Case No. 8:13-cv-01592-AEP (M.D. Fla.)

| | |
|---|---|
| **From:** | Collins, Robert (CH) |
| **Sent:** | Tuesday, December 26, 2023 2:13 PM |
| **To:** | Daniel VanEtten |
| **Cc:** | Mester, Mark (CH); Thomas, Joseph (CH) |
| **Subject:** | Cin-Q v. BTL |

Daniel -

BTL has a few additional questions about Astro's motion and its claim. Can you please let us know when you have time to discuss by phone?

Thank you,
Robbie