# EXHIBIT 5

Cin-Q Automobiles, Inc., et al. v. BTL
Case No. 8:13-cv-01592-AEP (M.D. Fla.)

| | |
|---|---|
| **From:** | Collins, Robert (CH) |
| **Sent:** | Saturday, January 6, 2024 1:16 PM |
| **To:** | Daniel VanEtten |
| **Cc:** | Mester, Mark (CH); Thomas, Joseph (CH) |
| **Subject:** | RE: Cin-Q v. BTL – Follow-Up Questions |

Daniel –

We would appreciate if Astro could provide answers to the following questions, which we believe subsume the questions the Court asked Astro to answer during the hearing this week.  Receiving Astro's answers will better allow BTL to assess Astro's position and claim in advance of the next hearing before the Court.

1. Which of the numbers listed on Astro's claim, if any, were:
    a. used by Astro's customers as part of their subscription to Astro's online fax service?
    b. used by Astro's customers as part of a subscription to a traditional fax service?
    c. used by Astro for its own business use?
    d. For the lines identified in your answer to 1(c), what equipment did Astro use for the fax service at issue?  Did that equipment for any of the lines have the ability to print?
    e. For the lines identified in your answer to 1(c), what was Astro's reason or purpose for having those fax lines for its own purposes?
2. Please let us know when Astro or its counsel first communicated with Class Counsel and counsel for Intervenors.

If Astro is not willing to provide these answers (consistent with its refusal to respond to our questions below), we will need to raise them with the Court.

Best regards,
Robbie

**Robert C. Collins III**
Pronouns: He/Him/His

**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800 | Chicago, IL 60611
D: +1.312.876.6566 | M: +1.219.789.3376