# EXHIBIT 6

Cin-Q Automobiles, Inc., et al. v. BTL
Case No. 8:13-cv-01592-AEP (M.D. Fla.)

| | |
|---|---|
| **From:** | Mester, Mark (CH) |
| **Sent:** | Friday, January 12, 2024 2:01 PM |
| **To:** | Ross Good; Glenn Hara; Michael Addison |
| **Cc:** | Collins, Robert (CH) |
| **Subject:** | Astro |

Counsel - In advance of next week's hearing, we ask that you let us know when you first communicated with Astro and/or its counsel and what the dates were of each subsequent communication you had with Astro and/or its counsel.  If you are unwilling to provide us with this information, please let us know as soon as possible so that we can raise the issue with the Court.

Thank you for your anticipated cooperation.

Sent with BlackBerry Work
(www.blackberry.com)