# EXHIBIT 7

| | |
|---|---|
| **From:** | Michael Addison <m@mcalaw.net> |
| **Sent:** | Sunday, January 14, 2024 3:48 PM |
| **To:** | Mester, Mark (CH); Ross Good; Glenn L. Hara (ghara@andersonwanca.com) |
| **Subject:** | Re: Astro |

Mark,

I have never spoken or otherwise communicated with counsel for Astro.

Mike Addison
m@mcalaw.net
mca2175@hotmail.com
813 327 9457 cell

---

**From:** Michael Addison <m@mcalaw.net>
**Sent:** Sunday, January 14, 2024 4:46 PM
**To:** mark.mester@lw.com <mark.mester@lw.com>
**Subject:** Re: Astro

---

**From:** mark.mester@lw.com <mark.mester@lw.com>
**Sent:** Friday, January 12, 2024 3:00 PM
**To:** ross@loftusandeisenberg.com <ross@loftusandeisenberg.com>; ghara@andersonwanca.com <ghara@andersonwanca.com>; Michael Addison <m@mcalaw.net>
**Cc:** Robert.Collins@lw.com <Robert.Collins@lw.com>
**Subject:** Astro


Counsel - In advance of next week's hearing, we ask that you let us know when you first communicated with Astro and/or its counsel and what the dates were of each subsequent communication you had with Astro and/or its counsel.  If you are unwilling to provide us with this information, please let us know as soon as possible so that we can raise the issue with the Court.

Thank you for your anticipated cooperation.

Sent with BlackBerry Work
(www.blackberry.com)

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.