UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

| CASE #: | 8:13-cv-1592 AEP | DATE: | January 19, 2024 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **CIN-Q AUTOMOBILES, INC.**<br>         Plaintiff,<br>v.<br>**BUCCANEERS LIMITED PARTNERSHIP**<br>         Defendant | | **PLAINTIFF COUNSEL**<br>Ross Good, Glenn Hara, Mike Addison | |
| | | **DEFENSE COUNSEL**<br>Robert Collins, Mark Mester, Joe Varner<br><br>Jonathan Piper, Esq. for TTA intervenors<br><br>Daniel P. VanEtten for Claimant Astro Co. | |
| COURT REPORTER: Tana Hess - DIGITAL | | DEPUTY CLERK: | Lynne Vito |
| TIME: 12:58 to 2:36    TOTAL:   1.38 min | | COURTROOM: | 10A |

PROCEEDINGS:      MOTION HEARING – in person

MOTION for Miscellaneous Relief, specifically Deny As Moot the Motion of Astro Companies, LLC to Opt Out of the Settlement Class by Buccaneers Limited Partnership (#524)

Oral  Argument heard.   Court to deny without prejudice the Astro motion.

Court directs the parties to brief the following:   Explanation how to reconcile with the four opinions.   Argument as to what the court should do and how the statute is applied if Chevron is not applied. If court finds standing issue, does that end the inquiry.

Initial filings due within 30 days of today's date.   Responses due 30 days after the initial filings.   Reply can be filed within 21 days after receipt of the response.