UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> BUCCANEERS LIMITED PARTNERSHIP and JOHN DOES 1-10, <br><br> Defendants, <br><br> TECHNOLOGY TRAINING ASSOCIATES, INC., et al., <br><br> Intervenors. | Case No. 8:13-cv-01592-AEP <br><br> Magistrate Judge <br> Anthony E. Porcelli |

**UNOPPOSED MOTION FOR LEAVE TO EXCEED
THE PAGE LIMITATIONS SET BY LOCAL RULE 3.01(a)**

Pursuant to Local Rule 3.01(a), Defendant Buccaneers Team LLC ("BTL") respectfully requests leave to exceed the page limitations set by Local Rule 3.01(a) for BTL's submission being made pursuant to the Court's directive at the January 19, 2024 hearing. Specifically, BTL requests leave to exceed the page limitations of Local Rule 3.01(a) by seven (7) pages. In support of this motion, BTL states as follows:

1. At the January 19, 2024 hearing in this matter, the Court requested the Parties to address questions raised by the Court at that hearing. See Clerk's Minutes (Dkt. 525); Hr'g Tr. (Dkt. 530). It was not entirely clear at the time whether the page limitations set by Local Rule 3.01 would apply to these submissions, but out of an abundance of caution, we are assuming that they do.

2. Under Local Rule 3.01(a), the default limit for a memorandum in support is 25 pages, unless the movant obtains leave from the Court in a motion explaining "the need for, and the length of" the proposed memorandum. M.D. Fla. L.R. 3.01(a).

3. In order for BTL to fully address the questions raised by the Court at the January 19, 2024 hearing and to further address additional issues that directly bear upon the matters raised by the Court at that hearing, BTL respectfully requires an extension of the page limitations set forth in Local Rule 3.01(a).

4. BTL further requests that the length of the extension be seven (7) pages.

5. BTL has conferred with Class Counsel, who have indicated that they do not oppose the relief requested herein. BTL has, in turn, agreed to not oppose a request by Class Counsel for an equal number of additional pages above and beyond the limit set by Local Rule 3.01(b) for Class Counsel's anticipated response.

WHEREFORE, for the foregoing reasons, BTL respectfully requests that the Court grant it leave to file a memorandum that exceeds the limitations set by Local Rule 3.01(a).

Date:  February 20, 2024

Respectfully submitted,

*/s/ Mark S. Mester*
Mark S. Mester, One of the Attorneys
for Defendant Buccaneers Team LLC

Mark S. Mester
  (admitted *pro hac vice*)
Robert C. Collins III
  (admitted *pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
E-mail: mark.mester@lw.com
       robert.collins@lw.com

Joseph H. Varner, III
  (Bar No. 394904)
HOLLAND & KNIGHT LLP
100 North Tampa Street, Suite 4100
Tampa, Florida 33602-3644
Telephone: (813) 227-8500
Facsimile: (813) 229-0134
Email: joe.varner@hklaw.com

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned hereby certifies that we conferred with Class Counsel by email with respect to the instant motion and have been informed that Class Counsel does not oppose the relief requested herein.

Date:  February 20, 2024

/s/ *Mark S. Mester*
Mark S. Mester, One of the Attorneys for Defendant Buccaneers Team LLC

Mark S. Mester
   (admitted *pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
E-mail:  mark.mester@lw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which served all relevant parties.

Date:  February 20, 2024

*/s/ Mark S. Mester*
Mark S. Mester
  (admitted *pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
E-mail:  mark.mester@lw.com