UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BUCCANEERS LIMITED PARTNERSHIP and JOHN DOES 1-10,<br><br>Defendants,<br>_____<br><br>TECHNOLOGY TRAINING ASSOCIATES, INC., et al.,<br><br>Intervenors. | Case No. 8:13-cv-01592-AEP<br><br>Magistrate Judge<br>Anthony E. Porcelli |

### INDEX OF EXHIBITS TO
### BTL'S SUBMISSION REGARDING THE ISSUES
### ADDRESSED AT THE JANUARY 19, 2024 HEARING

Exhibit 1 -  2003 Order, 2003 WL 21517853 (F.C.C. July 3, 2003)
      A.  Selected Excerpts
      B.  Relevant Portions of Complete Ruling

Exhibit 2 -  *In re Westfax*, 2015 WL 5120880 (F.C.C. Aug. 28, 2015)
      A.  Selected Excerpts
      B.  Complete Ruling

Exhibit 3 -  *In re Amerifactors*, 2019 WL 6712128 (F.C.C. Dec. 9, 2019)
      A.  Selected Excerpts
      B.  Complete Ruling

Exhibit 4 -  *In re Ryerson*, 2020 WL 5362216 (F.C.C. Sept. 4, 2020)
      A.  Selected Excerpts
      B.  Complete Ruling

Exhibit 5 -  Faxes Sent As Emails Over The Internet -
      Excerpts from 2003 Order, *Westfax*, *Amerifactors* and *Ryerson*

Exhibit 6 -   Westfax, Inc. Petition for Consideration and Clarification (September 24, 2009)

Exhibit 7 -   Declaration of Ken Sponsler

Exhibit 8 -   The Definition of "Telephone Facsimile Machine" - Excerpts from 47 U.S.C. § 227

Exhibit 9 -   H.R. Rep. No. 102-317 (1991)

Exhibit 10 -  S. Rep. No. 102-178 (1991)

Exhibit 11 -  Equipment at Issue in *Westfax*, *Amerifactors* and *Ryerson*

Exhibit 12 -  Amerifactors Petition for Expedited Declaratory Ruling (July 13, 2017)

Exhibit 13 -  Excerpts from *Career Counseling v. Amerifactors*, 91 F.4th 202 (4th Cir. Jan. 22, 2024)

Exhibit 14 -  Finality Of *Amerifactors* And *Ryerson*

Exhibit 15 -  Career Counseling Application for Review of *Amerifactors* Declaratory Ruling (January 8, 2020)

Exhibit 16 -  Career Counseling Reply in Support of Application for Review of *Amerifactors* Declaratory Ruling (February 3, 2020)

Exhibit 17 -  Anderson + Wanca Application for Review of *Ryerson* (October 5, 2020)

Exhibit 18 -  Decisions Addressing The Issue Of Retroactivity

Exhibit 19 -  Letter from Steven A. Augustino (Kelley Drye & Warren LLP) to Marlene H. Dortch (FCC) (September 6, 2019)

Exhibit 20 -  Amerifactors Reply Comments in Support of Application for Expedited Declaratory Ruling (September 1, 2017)

Exhibit 21 -  Decisions According *Chevron* Deference To *Amerifactors*

Exhibit 22 -  Analysis Of "Both History And Congressional Judgment" Vis-À-Vis The TCPA In *Daisy, Inc. v. Mobile Mini, Inc.*, 489 F.Supp.3d 1287 (M.D. Fla. 2020)