# EXHIBIT 1-A

Cin-Q Automobiles, Inc., et al. v. BTL
Case No. 8:13-cv-01592-AEP (M.D. Fla.)

**Excerpts from 2003 Order**
**2003 WL 21517853 (F.C.C. July 3, 2003)**

> The Commission sought comment on any developing technologies, such as computerized fax servers, that might warrant revisiting these rules.

2003 Order ¶ 198.

> [736] Commenters also note that some commercial facsimile services transmit faxes to the recipients as email attachments. We emphasize that any rules the Commission adopts with respect to unsolicited facsimile advertisements would not extend to facsimile messages transmitted as email over the Internet. *See* definition of telephone facsimile machine at 47 U.S.C. § 227(a)(2).

2003 Order ¶ 199 n.736.

> We conclude that faxes sent to personal computers equipped with, or attached to, modems and to computerized fax servers are subject to the TCPA's prohibition on unsolicited faxes. However, we clarify that the prohibition does not extend to facsimile messages sent as email over the Internet.

2003 Order ¶ 200.