# EXHIBIT 8

Cin-Q Automobiles, Inc., et al. v. BTL
Case No. 8:13-cv-01592-AEP (M.D. Fla.)

### The Definition Of "Telephone Facsimile Machine"

### A.   Definition Of A "Telephone Facsimile Machine"

The term "telephone facsimile machine" means equipment which has the capacity (A) to transcribe text or images, or both, from paper into an electronic signal and to transmit that signal over a regular telephone line, or (B) to transcribe text or images (or both) from an electronic signal received over a regular telephone line onto paper.

47 U.S.C. § 227(a)(3).

### B.   The TCPA's Prohibitory Language

It shall be unlawful for any person within the United States, or any person outside the United States if the recipient is within the United States-- . . .

(C)   to use any telephone facsimile machine, computer, or other device to send, to a telephone facsimile machine, an unsolicited advertisement, unless--

   (i)   the unsolicited advertisement is from a sender with an established business relationship with the recipient;

   (ii)   the sender obtained the number of the telephone facsimile machine through--

      (I)   the voluntary communication of such number, within the context of such established business relationship, from the recipient of the unsolicited advertisement, or

      (II)   (II) a directory, advertisement, or site on the Internet to which the recipient voluntarily agreed to make available its facsimile number for public distribution, except that this clause shall not apply in the case of an unsolicited advertisement that is sent based on an established business relationship with the recipient that was in existence before July 9, 2005, if the sender possessed the facsimile machine number of the recipient before July 9, 2005; and

   (iii)   the unsolicited advertisement contains a notice meeting the requirements under paragraph (2)(D) . . . .

47 U.S.C. § 227(b)(1)(C).