# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC. and <br> MEDICAL & CHIROPRACTIC CLINIC, <br> INC., individually and on behalf of a class, <br> <br> Plaintiffs, <br> <br> v. <br> <br> BUCCANEERS LIMITED PARTNERSHIP, <br> <br> Defendant. <br> _____ <br> <br> TECHNOLOGY TRAINING ASSOCS., INC. <br> *et al.*, <br> <br> Intervenors. | No.: 8:13-CV-01592-AEP |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES

Pursuant to L.R. 3.01(d), Plaintiffs, Cin-Q Automobiles, Inc. and Medical & Chiropractic Clinic, Inc., move the Court for leave to file a Response to BTL's Submission Regarding the Issues Raised at the January 19, 2024 Hearing in excess of 25 pages, for 28 pages total, and state the following in support:

1.  At the hearing on January 19, 2024, the Court directed the parties to address several issues in supplemental briefing relevant to Plaintiffs' Motion for Final Approval of the Settlement (Doc. 482) and Defendant BTL's Motion to Dismiss Class Claims and Decertify the Settlement Class (Doc. 492). (*See* Doc. 525, Order).

2.	On February 20, 2024, BTL filed an unopposed motion for leave to file excess pages, which was granted, and BTL filed its 32-page Submission Regarding the Issues Raised at the January 19, 2024 Hearing (Doc. 532).

3.	Under L.R. 3.01(a), the default page limit for Plaintiffs' response to BTL's Submission is 25 pages.

4.	Despite their best efforts to keep to 25 pages, Plaintiffs' counsel must seek leave to file three additional pages, for a total of 28 pages.

5.	Plaintiffs' counsel state the additional pages are necessary to adequately address two main areas: (1) the status of the relevant FCC rulings spanning the past 21 years of TCPA litigation regarding the meaning of the statutory term "telephone facsimile machine" in 47 U.S.C. § 227(a)(3); (2) the standards for Article III standing in TCPA class actions under *Drazen v. Pinto*, 74 F.4th 1336 (11th Cir. 2023).

WHEREFORE, Plaintiffs seek leave to file a Response to BTL's Submission in excess of 25 pages, totaling 28 pages.

### L.R. 3.01(g) Certification

Plaintiffs' counsel conferred with counsel for BTL by email regarding this Motion, and BTL's counsel stated that BTL does not oppose the relief sought.

Respectfully submitted,

/s/Glenn L. Hara
Glenn L. Hara (pro hac vice)
**ANDERSON + WANCA**
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
Tel: (847) 368-1500 / Fax: (847) 368-1501
Email: ghara@andersonwanca.com

Michael C. Addison
Florida Bar No. 0145579
**ADDISON LAW OFFICE, P.A.**
41304 Alicia Avenue
Tampa, Florida 33604
Telephone: (813) 223-2000
Facsimile: (813) 228-6000
m@mcalaw.net

Ross M. Good (Fla. Bar. No. 116405)
LOFTUS & EISENBERG, LTD.
161 N. Clark, Suite 1600
Chicago, Illinois 60601
T: (786) 539-3952
ross@loftusandeisenberg.com

*Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

s/ Glenn L. Hara