Case 8:13-cv-01592-AEP   Document 537-2   Filed 03/21/24   Page 1 of 20 PageID 16621

# How the Internet Works

Eighth Edition

**Preston Gralla**

Illustrated by Michael Troller



800 East 96th Street
Indianapolis, IN 46240

**How the Internet Works, Eighth Edition**

Copyright © 2007 by Que Publishing

| | |
|---|---|
| Associate Publisher | Greg Wiegand |
| Acquisitions Editor | Stephanie J. McComb |
| Development Editor | Kevin Howard |
| Managing Editor | Patrick Kanouse |
| Project Editor | Mandie Frank |
| Copy Editor | Linda Seifert |
| Indexer | Ken Johnson |
| Proofreader | Kathy Bidwell |
| Technical Editor | David Eytchison |
| Publishing Coordinator | Cindy Teeters |
| Interior Designer | Trina Wurst |
| Cover Designer | Anne Jones |

All rights reserved. No part of this book shall be reproduced, stored in a retrieval system, or transmitted by any means, electronic, mechanical, photocopying, recording, or otherwise, without written permission from the publisher. No patent liability is assumed with respect to the use of the information contained herein. Although every precaution has been taken in the preparation of this book, the publisher and author assume no responsibility for errors or omissions. Nor is any liability assumed for damages resulting from the use of the information contained herein.

International Standard Book Number: 0-7897-3626-8

Printed in the United States of America

Sixth Printing: August 2015

## Trademarks

All terms mentioned in this book that are known to be trademarks or service marks have been appropriately capitalized. Que Publishing cannot attest to the accuracy of this information. Use of a term in this book should not be regarded as affecting the validity of any trademark or service mark.

## Warning and Disclaimer

Every effort has been made to make this book as complete and as accurate as possible, but no warranty or fitness is implied. The information provided is on an "as is" basis. The author(s) and the publisher shall have neither liability nor responsibility to any person or entity with respect to any loss or damages arising from the information contained in this book.

## Bulk Sales

Que Publishing offers excellent discounts on this book when ordered in quantity for bulk purchases or special sales. For more information, please contact

    U.S. Corporate and Government Sales

    1-800-382-3419

    corpsales@pearsontechgroup.com

For sales outside of the U.S., please contact

    International Sales

    international@pearsoned.com

Library of Congress Cataloging-in-Publication Data

Gralla, Preston.

How the Internet works / Preston Gralla, Michael Troller. -- 8th ed.

    p. cm.

Includes index.

ISBN 0-7897-3626-8 (pbk. : alk. paper)

1. Internet--Popular works. I. Troller, Michael. II. Title.

TK5105.875.I57G72423 2007

004.67'8--dc22

2006027737

# CHAPTER 5

# How Internet Addresses and Domains Work



THE heart of how the Internet works is the Domain Name System (DNS), the way in which computers can contact each other and do things such as exchange email or display web pages. When someone on the Internet wants to contact a location—for example, to visit a website—he types in an address, such as www.metahouse.com. (A specific location on the Internet is also referred to as a *uniform resource locator*, or *URL*.) The DNS translates the plain English address, www.metahouse.com, into a series of numbers called an IP (for Internet Protocol) address. An IP address, such as 123.23.43.121, marks the location of a computer on the Internet similar to the way a house number and street mark the location of where you live.

In this example, metahouse.com is called a *domain*. To work most efficiently, the Internet has been organized into a number of major domains. *Major domains* refer to the letters at the end of a plain English address, such as .com. A number of common domains are .com (commercial), .edu (education), .gov (government), .mil (military), .net (Internet service providers and networks—companies and groups concerned with the organization of the Internet), and .org (organization).

Domains are organized in a hierarchical manner, so that beneath major domains are many minor domains. As an example of how the DNS and domains work, look at NASA's SPACElink Internet address: spacelink.nasa.gov. The top domain is .gov, which stands for government. The domain just below that is .nasa, which is the NASA domain. Then, spacelink identifies the NASA computer that runs the SPACElink program. SPACElink's numeric IP address has changed through the years, but its Internet address has stayed the same.

Computers called *name servers* are responsible for keeping track of such changes and translating them between IP addresses and domain addresses. The Internet can't understand alphanumeric Internet addresses, such as ziffdavis.com, so name servers translate those addresses into their proper numeric IP addresses, such as 163.52.128.72. Name servers contain tables that match alphanumeric Internet addresses to numeric IP addresses.

When you connect your computer to the Internet, your computer needs to have an IP address assigned to it to do common things, such as browsing the Web. Depending on how your computer is set up and how your service provider operates, you might have a static address or a dynamic address. A *static* IP address never changes, so if you have one, you will have the same IP address every time you connect to the Internet. However, because the Internet has only a limited number of IP addresses, many ISPs use dynamic addresses. With a *dynamic* IP address, you are given an IP address from a limited block of IP addresses every time you connect. In this way, ISPs don't have to have an individual address for every subscriber. Instead, they can share their pool of addresses among all subscribers.

# Understanding Internet Addresses and Domains

**1** The Internet Protocol (IP) delivers mail based on the specific email address. The domain of the address is expressed as four numbers, separated by periods (called dots), such as 163.52.128.72. However, because it would be difficult to remember such complex addresses, you can instead use Internet addresses made up of words, letters, and numbers. Computers called domain name servers translate the alphanumeric address into a numerical address, so email can be sent to the proper location.

**2** An email address is made up of two major parts separated by an @ (at) sign. The address can tell you a good deal of information about the person who owns the address. The first part of the address (to the left of the @ sign) is the username, which usually refers to the person who holds the Internet account and is often that person's login name or in some way identifies her. The second part of the address (to the right of the @ sign) contains the hostname (which can refer to a specific server on a network), followed by the Internet address, which together identify the specific computer on which the person has an Internet email account.

preston@biz.zd.com
Username  Hostname  Domain Name

Name Server

**3** When you send email, the Internet must know the numeric IP address, such as 163.52.128.72. Name servers look up the alphanumeric address and substitute the numeric IP address for it so the email can be delivered properly.



**4** The Domain Name System (DNS) divides the Internet into understandable groups, or domains. Note the portion of the domain section at the far right of the address. It identifies the largest domain names and type of organization where the person's address resides.

**5** To the left of the largest domain is specific information about the organization, which tells routers to which network the email should be sent. It can be a single Internet address, such as nasa.gov, or it can be a group of domains and subdomains, such as spacelink.nasa.gov.

**7** The domain and hostnames tell the Internet to which computer the email should be delivered. The receiving host computer looks at the username and delivers the mail to the proper email box.

**6** To the left of the Internet address is the hostname, which tells routers to which specific computer within the domain the email should be delivered.

Case 8:13-cv-01592-AEP   Document 537-2   Filed 03/21/24   Page 7 of 20 PageID 16627

# How Domain Name System Servers Work



Web Browser

**1** When a particular uniform resource locator (URL) needs to be contacted, the address with the URL must be matched to the true IP address. Your web browser first goes to a local name server maintained by your ISP, online service, or company to get this information. If the IP address is a local one—on the same network as the one you are on—the name server can resolve the URL with the IP address. It will send the true IP address to your computer.



www.zdp.com

Yes www.zpd.com
123.333.29.8

**3** If the information you have requested isn't on a local network, the local name server might not have the address you're looking for. In that instance, the local name server must get the information from a name server on the Internet. The local name server contacts the root domain server. The root domain server tells the local server which primary name server and secondary name server have the information about the requested URL.



InterNIC
Internet
Name Server



**2** Your web browser now has the true IP address of the place you're trying to locate. It uses that IP address and contacts the site. The site sends you the information you've requested.

www.zpd.com
123.333.29.8

**4** The local name server now contacts the primary name server. If the information cannot be found in the primary name server, the local name server contacts the secondary name server. One of those name servers will have the proper information. It then passes the information back to the local name server.

Send it.

www.zpd.com
123.333.29.8



**5** The local name server sends the information back to you. Your web browser now uses the IP address to contact the proper site.

# How Static and Dynamic IP Addresses Work

**1** When you connect to the Internet, your computer must be identified by a number called an IP address. There are two different methods for assigning IP addresses, statically or dynamically. When you have a static IP address, your computer keeps the same IP address every time you connect to the Internet. Dynamic addresses, on the other hand, are assigned every time you connect to the Internet.

**DHCPDISCOVER**
pgralla
mac: 11-37-78-D1-C8-00

**DHCPREQUEST**
OK, I'll take 137.13.7.14

**4** The DHCP server broadcasts a response, called a DHCPOFFER packet. The packet contains the number of the reserved IP address, along with a variety of other information, including the IP address of the DHCP server.

**5** Your computer receives the DHCPOFFER packet, agrees to accept the reserved IP address, and broadcasts a DHCPREQUEST packet to the server. At this point, your computer doesn't yet have the IP address from the server—your computer is sending the DHCPREQUEST packet to tell the server that it would like to use the reserved address.

**DHCPOFFER**
132.13.7.04

**DHCP Server**

**2** To obtain a dynamic IP address, your computer sends a broadcast message called a DHCPDISCOVER packet to the network or ISP to which you're connecting. This packet contains identifying information about your computer, including its name.

**3** The packet is broadcast throughout the receiving network. It's received by a DHCP server. The DHCP server checks the list of available IP addresses and reserves one for your computer so that no other computer can be assigned that address.

**DHCPOFFER**
137.13.7.14

**DHCPPACK**
137.13.7.14 is yours

reserved 137.13.7.13
OK 137.13.7.14
reserved 137.13.7.15
137.13.7.16
137.13.7.17
reserved 137.13.7.18

**6** If there is more than one DHCP server on the network, your computer might receive more than one DHCPOFFER packet, offering an IP address. Your computer chooses just one DHCPOFFER packet and discards and ignores the rest.

**7** The accepted DHCPREQUEST packet is received by the DHCP server. In response, the server sends a DHCPPACK packet to your computer. This packet gives your computer a "lease" on the IP address. Your computer now has full use of that IP address and can use the Internet.

**8** The DHCP server and all other DHCP servers note that your computer is using the IP address, so the address is no longer available to be used by other computers. When you disconnect from the Internet, your IP address is released, and DHCP servers can use the address for someone else who connects to the network needing an IP address.

**DHCP Server**

reserve
137.13.7.14

# How Network Address Translation Works



**1** Computers and devices on the Internet need to have a unique IP address to perform simple tasks such as browsing the Web. But the Internet has grown so substantially since it was invented, that there are not enough IP addresses to go around. To solve the problem, Network Address Translation (NAT) is used, which also has the added benefit of protecting PCs inside a network. In a home network, NAT is performed by a home router.

**2** The router has its own IP address, which is assigned to it by an Internet service provider, such as a cable company or DSL provider. That IP address is visible on the Internet.

**3** Each PC on the home network gets an internal IP address from the router. This internal address is used only for communications within the network itself, and is not visible to the outside world. Commonly, these IP addresses start 192.169.1.100, and go up from there. Because they are visible and used only on the internal network, these addresses can be used by other networks as well, because they are not used on the Internet.

**4** When a PC goes onto the Internet, it appears that it has the router's IP address, not the internal IP address. It can browse the Web, and use the Internet normally.

**5** All the PCs in a network have the same external IP address. But internally, they use the router-assigned IP addresses. So when a PC browses the Web, for example, the router is able to send the data to the proper PC, because it knows the PC's internal IP address.

**6** NAT helps protect PCs against hackers and attacks, because to the Internet, and hackers, the PC's IP address appears to be the router's IP address. Because of this, it is shielded from many kinds of attacks.

# CHAPTER 11
# How Email Works



ELECTRONIC mail, or email, might be the most heavily used feature of the Internet. You can use it to send messages to anyone who is connected to the Internet or connected to a computer network that has a connection to the Internet, such as an online service. Millions of people send and receive email every day. Email is a great way to keep up with far-flung relatives, friends, co-workers in different branches of your company, and colleagues in your field.

Email messages are sent in the same way as most Internet data. The TCP protocol breaks your messages into packets, the IP protocol delivers the packets to the proper location, and then the TCP reassembles the message on the receiving mail server so it can be read.

You can also attach binary files, such as pictures, videos, sounds, and executable files to your email messages. Because the Internet isn't capable of directly handling binary files in email, the file first must be encoded in one of a variety of encoding schemes. Popular schemes are MIME and uuencode. The person who receives the attached binary file (called an *attachment*) must decode the file with the same scheme that was used to encode the file. Many email software packages do this automatically.

When you send email to someone on the Internet, that message often has to travel through a series of networks before it reaches the recipient—networks that might use different email formats. Gateways perform the job of translating email formats from one network to another so that the messages can make their way through all the networks of the Internet.

A mailing list is one of the most intriguing uses of email. It connects a group of people who are interested in the same topic, such as Japanese cartoons or home schooling. When one person sends email to the mailing list, that message is automatically sent to everyone on the list. You can meet others and talk to them on a regular basis about your shared interests, hobbies, or professions. To get onto a mailing list, you send an email note to the mailing list administrator and include your email address.

Mailing lists can be moderated or unmoderated. A *moderated* mailing list is screened by the list administrator, who might kill duplicate messages or messages not related to the list's theme. An *unmoderated* mailing list is wide open; all mail sent to it is automatically sent to everyone on the list.

Often, when you want to subscribe to a mailing list, you send a message to a computer instead of a person. That computer, known as a *list server* (also called a *listserv*), reads your email and automatically subscribes you to the list. You can unsubscribe from the list in the same way.

In the past, finding the email address of someone was very difficult if you knew only her name. These days, it's not so hard. A variety of "white page" directories have sprung up on the Internet that enables you to easily look up people's email addresses. These sites mainly use a standard called the Lightweight Directory Access Protocol (LDAP), which enables you to find people's email addresses without even having to visit a website. Using the protocol, you can search for email addresses on the Internet from directly within your email program.

One problem with email is that it's not secure—snoopers and hackers can read it as it gets sent along the public wires that make up the Internet. To ensure that no one except the sender and receiver can read it, encryption can be used—software that scrambles the mail so only those with the proper encryption keys can read it.

# How Email Is Delivered Over the Internet

**1** After you create and send an email message, it is sent as a stream of packets using the Internet's TCP/IP protocol. Each packet bears the address of the destination, among many other kinds of information, such as the address of the sender.



**3** When all the packets have been received at the receiving address, they are recombined into an email message the recipient can read.

**2** Routers on the Internet look at the addresses in each packet and send the packets on the best path to get there. Many factors go into how the packets are routed, including the traffic volume on various backbones. Each packet might take a different route, so the mail packets can arrive at the destination out of order.



**4** Using a mailing list, you can send a single message to a group of people. A mail reflector is the program that runs on an Internet computer and routes mail to members of a mailing list. In a different type of mailing list, known as a listserv, you subscribe to a mailing list by sending it your email address. You will get every message that everyone sends to the list. In another type of email mailing list you can subscribe to, you receive only mail that a single person sends; only that person can send to the list. Often, electronic newsletters are distributed in this way.

**5** Using the Internet, email can be exchanged among all the major online services, computer bulletin boards, and other networks. From the Internet, you can send email to any of those networks—and from any of those networks, mail can be sent to the Internet. When mail is sent from one of those networks to another, it often must pass through the Internet as a way of routing the mail.

Online Service A   Online Service B   Online Service C

**92    PART 3    COMMUNICATING ON THE INTERNET**

# How Email Software Works



Mail Server



**1** After the Internet delivers mail to your email box, you need some way to read the mail, compose new mail, and respond to your messages. To do all this, you use email software, sometimes called *mailers* or *readers*.



**2** When someone sends you an Internet email message, the message isn't delivered straight to your computer. Instead, it gets sent to a mail server. Your email software logs in to the mail server and checks to see whether you have mail.

Case 8:13-cv-01592-AEP   Document 537-2   Filed 03/21/24   Page 18 of 20 PageID 16638



**3** If you have new mail, you'll see a list of your new mail messages when you log in to the server. You'll often see the name of the sender, the subject of the message, and the date and time the message was sent.

**4** When you want to read a mail message, you tell your software to download it to your own computer. There, you read the message using your mail reader, and then you can file it, delete it, or respond to it.

Here it is.

Do I have mail?

**5** Email software enables you to do things such as create folders for storing mail, search through your messages, keep an address book of people to whom you send mail, create group mailing lists, create and add a signature file, and more.

**6** Most email software reads HTML-based pages sent to you so that you can receive, in your mailbox, fully formatted web pages. When you click the links in them, your browser launches and visits the page to which it is linked.

Case 8:13-cv-01592-AEP    Document 537-2    Filed 03/21/24    Page 19 of 20 PageID 16639

**94   PART 3   COMMUNICATING ON THE INTERNET**

# How a Mailing List Works

**1** Mailing lists are a way for groups of people to have public discussions via email. After you join a mailing list, every message you write to the list can be read by everyone on the list.

**Join request from:**
gabegralla@zdnet.com



**3** The mailing list itself is a database of the email addresses of people who have subscribed to it. When you ask to subscribe, you are added to the database.

**2** To join a mailing list, you must subscribe to it. You subscribe by sending an email message to the mailing list administrator and asking to join the list. To cancel a subscription to the list, you send a cancellation request to the list administrator.

**4** When the computer on which the database resides receives a message to be sent to the mailing list, it automatically mails the message to every address in the mailing list database. Some mailing lists are very active, and people on them can get dozens of messages every day. Because of that, it's a good idea to check your mail frequently and clean out your mailbox. Otherwise, you can bog down your mail server, which can make it difficult for you to read your mail because you'll have so much of it.

johnp@aoll.com
miagralla@prodigy.com
billybob@sun.com
jqpublic@usa.gov
asmith@jupiter.com
fredg@tozikal.net

You are now part of the soccer mailing list.




Ready for soccer season?

Send Message


billybob@sun.com
gabegralla@zdnet.com
jqpublic@usa.gov
asmith@jupiter.com
fredg@tozikal.net
janeq@aoll.com
sallyr@goto.com


Send Message


Send Message

Send Message


Send Message

# How Email Is Sent Between Networks

**1** When you send an email message, it is first broken up by the Internet's TCP protocol into IP packets. Those packets are then sent to an internal router that examines the address. (An internal router is inside your network, rather than out on the Internet.) Based on the address, the internal router decides whether the mail is sent to someone on the same network or to someone outside the network. If the mail goes to someone on the same network, the mail is delivered to them.

**2** If the mail is addressed to someone outside the network, it might have to pass through a firewall—a computer that shields the network from the broader Internet so intruders can't break into the network. The firewall keeps track of messages and data going into and out of the network, to and from the Internet. It can also prevent certain packets from getting through it.

**3** Once out on the Internet, the message is sent to an Internet router. The router examines the address, determines where the message should be sent, and then sends the message on its way.

**4** A gateway at the receiving network gets the email message. This gateway uses TCP to reconstruct the IP packets into a full message. The gateway then translates the message into the protocol the target network uses and sends it on its way. The message also might be required to pass through a firewall on the receiving network.

**5** The receiving network examines the email address and sends the message to a specific mailbox.