IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC. and MEDICAL CHIROPRACTIC CLINIC, INC., individually and on behalf of a class,<br><br>Plaintiffs,<br><br>v.<br><br>BUCCANEERS TEAM LLC,<br><br>Defendant,<br>_____<br><br>TECHNOLOGY TRAINING ASSOCIATES, INC., et al.,<br><br>Intervenors. | )<br>)<br>)<br>)<br>)<br>) No. 8:13-cv-01592-AEP<br>)<br>) Hon. Anthony E. Porcelli<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF ANDREW BARNETT

I, Andrew Barnett, declare and state as follows:

1. I am a retired executive with over 22 years of experience in the telecommunications industry. I was the VP of sales and development for Profax Inc. from 1999 until 2021. Profax Inc. was an information dissemination company with a large focus on automated fax distribution and receipt of incoming faxes. Since my departure, Profax Inc. has ceased operations.

2. My key areas of expertise encompass the implementation of fax technology, including server and PC-based inbound and outbound fax services over Public Switched Telephone Network ("PTSN") phone lines, including T1 lines (dedicated transmission connection between a service provider and client) and DS3 lines (digital signal level 3 T-carrier lines). All systems included fax cards, both digital and analogue. During my career, I was responsible for the day-to-day operations of the organization's fax to email, email to fax and fax on demand services, primarily via various web portals. Included in my responsibilities was oversight over the storing of inbound faxes and printing over local networks, as well as the automated printing of faxes on receipt. Online fax services provide a service of sending and receiving faxes to customers for a fee. It was also part of my responsibilities to be generally familiar with the services offered by competing online fax service providers, including pricing.

3. Generally customers have one or more fax numbers that are either assigned by the fax service or ported to the fax service by the customer. These fax numbers would typically be 10 digit numbers of the North American Numbering Plan Administration ("NANPA").

4. When a fax is received at the 10 digit NANPA number of a customer, it is received by the online fax service as an incoming telecommunication over a telephone line.

5. Online fax services receive faxes through equipment known as fax servers. Fax servers are computer equipment, often personal computers like a desktop, configured with a fax modem board installed. The servers are typically shelved on computer racks and networked.

6. The incoming fax communication is received over the public switched telephone network over a telephone line connected to a fax card (i.e., a fax server modem board). It is generally not possible to send a fax to a 10 digit NANPA fax number without the transmission being sent, at least in part, over the public switched telephone network. The exceptions would be faxes sent over dedicated local networks, for example within a single business with multiple offices.

7. In contrast to faxes, emails are addressed not to NANPA 10-digit telephone numbers, but to email addresses, typically in a form such as xxx@domain.yyy, and are routed over the internet, not the PSTN. While it is possible that some portion of a fax transmission will take place via the internet, fax transmissions must include some portion that is transmitted over the PSTN because it is the PSTN that routes the fax to the 10-digit



NANPA number. As a result, the receiving fax equipment must be connected in some way to the PSTN in order to receive a fax directed to a 10-digit NANPA number.

8. Online fax services are a paid service. The pricing usually involves one or more of a flat rate, a per page charge, or a per minute charge. The online fax service pays a telecommunications carrier for the telecommunications service for the phone lines on which the faxes are sent and received. These costs are passed on to the customers through the pricing. Actual charges by online fax services vary depending on the service provider and the pricing plan, but in the 2009-2010 period a customer receiving a one- or two-page fax through an online fax service would most likely have been charged by the service several cents for the fax.

9. The fax servers used by online fax services are like other computer equipment and have ports for connecting equipment. It is possible to connect printers to online fax servers. It is also possible to print from an online fax server to a printer via wifi or through a local network. It is an option for customers to set their account to automatically print all incoming faxes or to select which incoming faxes to print.

10. If fax advertisements sent to customers using online fax services were not regulated, and that increased the number of fax advertisements sent to such customers, the result would be increased telecommunications phone bills for the service, which would be passed on to customers either through increased flat rates, per page charges, or per minute charges.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 19th, 2024

_____
Andrew Barnett