UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| CIN-Q AUTOMOBILES, INC., <u>et al.</u>, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BUCCANEERS LIMITED | ) | Case No. 8:13-cv-01592-AEP |
| PARTNERSHIP and JOHN DOES 1- | ) | |
| 10, | ) | Magistrate Judge Anthony E. Porcelli |
| | ) | |
| Defendants, | ) | |
| _____ | ) | |
| | ) | |
| TECHNOLOGY TRAINING | ) | |
| ASSOCIATES, INC., <u>et al.</u>, | ) | |
| | ) | |
| Intervenors. | ) | |
| | ) | |

## DECLARATION OF KEN SPONSLER IN SUPPORT OF BUCCANEERS TEAM LLC'S SUBMISSION REGARDING THE <u>RELIABILITY OF THE BIGGERSTAFF REPORT DATA</u>[1]

I, Ken Sponsler, declare and state as follows:

## I.   INTRODUCTION

1.   My name is Ken Sponsler.  I am the Senior Vice President at PossibleNOW Services, Inc. d/b/a CompliancePoint Litigation Support Services ("CPLSS"), located in Duluth, Georgia.

---

[1] Expert Report of Robert Biggerstaff dated March 20, 2014.

United States Postal Service or in any other way than their customers' desired email attachment, would be completely absurd.

63.     In order to receive an image of the fax as an email attachment using an Online Fax Service, the Online Fax Service, using hardware and software, converts the audio frequency tones to a TIFF or PDF image and an email is sent to a designated email address associated with the fax number. The "from" section is the service provider, the "subject" section is the fax sender's fax number and other data, and the fax as it was transmitted is attached to the email. Web interfaces, desktop software, or smartphone apps can be logged into for checking faxes to receive faxes through a webpage, computer, or smartphone.

64.     In the context of an Online Fax Service, the recipient of the fax does not receive the transmission "over a regular telephone line." The service stores the faxes online and either allows the recipient to view the file from a web portal or to receive the file via email attachment. The user of an Online Fax Service does not need to have an analog telephone line dedicated to incoming faxes because there is no transmission over a regular telephone line to a fax machine owned/operated by the ultimate intended recipient. Instead, the transmission in such instances engages the telephone lines that belong to the Online Fax Services.

Declaration of Ken Sponsler
*Cin-Q Automobiles, Inc. et al. v. Buccaneers Limited Partnership*
Case No. 8:13-cv-01592-AEP

Page 38 of 46