# BUSINESS FAX PLANS

Faxing has never been easier. No hardware required. We can port over your existing number or give you a new number (toll free available as well). Our plans scale with your organization. From an entrepreneur to enterprise level solutions we can manage all your fax needs.

Looking for **HIPAA Compliant plans**? We have plans for any sized organization.

| BASIC PLAN | FAX 1500 | FAX 3K | ENTERPRISE |
|---|---|---|---|
| MONTHLY PRICE | MONTHLY PRICE | MONTHLY PRICE | MONTHLY AND YEARLY PLANS |
| **$8.99** | **$29.95** | **$59.95** | **CALL** |
| ENTREPRENEUR | SMALL OFFICE | CORPORATE | ALSO AVAILABLE THROUGH WESTFAX PARTNERS |
| 500 Pages | 1500 Pages | 3000 Pages | Net Billing Terms / Priority Call Routing |
| $0.03 overage | $0.03 overage | $0.03 overage | SSO/AD Sync / PGP Security |
| $4.95/addl line | $4.95/addl line | $4.95/addl line | FaxDrive/AutoPrint / Security Auditing Tools |
| 1 User | 5 Users | 20 Users | MFP/MFD Integration / Webhooks (inbound/outbound) |
| Print to Fax Driver | Print to Fax Driver | Print to Fax Driver | Print to Fax Driver / EHR Integration |
| Month to Month | API Access | API Access | Adv. Admin Features / FaxConnect |
| Standard Support online only | Standard Support online only | Standard Support online only | OCR Available / Custom cover pages |
| Credit Card Only | Credit Card Only | Credit Card Only | OCR to Direct Message Protocol / Secure FTP Access |
|  |  |  | API Access / Unlimited Storage |
|  |  |  | Fax Metadata access / 24/7 Live Support |
|  |  |  | White Label Portal / SLA Agreement |
| SIGN UP | SIGN UP | SIGN UP | CONTACT US |

**Click here to check if your number is portable.**





Need Support

3/20/24, 11:43 AM                WestFax - Secure Cloud Fax - Start Faxing Today!

Case 8:13-cv-01592-AEP   Document 587-5   Filed 03/21/24   Page 2 of 3 PageID 16649

## All of our online fax to email plans have the following features:

- **Yes, you can keep your existing fax number!**
- Send and receive faxes from your computer, phone or device.
- Unlimited storage — never lose a fax again
- Integrate our Cloud Fax API in your application
- Private & secure — password protection, TLS 1.2 encryption
- HIPAA Compliant Fax Cover page
- Print to Fax Software
- IOS and Android Apps
- Generous send / receive allowances
- Low overage rates





### Enterprise Fax

Need an enterprise solution, MFC integration or a custom solution? We can handle any fax need with our Digital Cloud Fax technology. HIPAA? We do that as well.

REQUEST CUSTOM QUOTE

## Quicklinks

Compliance: HIPAA / GLBA / FERPA / CJIS

HIPAA Compliant Fax

- Press Releases
- White Papers
- FAQ
- Send a Fax using Gmail
- Porting Form
- Videos

# WESTFAX HQ

**WestFax, Inc**
8085 S Chester St.
Suite 270
Centennial, CO 80112

Toll-Free: 800-473-6208
Local: 303-299-9329
Fax: 303-299-9309
info@westfax.com



Ready to see more?
Schedule a WestFax Demo

© 2023 WestFax, Inc. All rights reserved.    Sitemap    XML    Privacy Policy    Terms and Conditions    Contact