📞 800 878-7151    🛟 Contact Us    🔒 Log In

Menu        Sign Up

Annual | Monthly

# eFax Plus
### For Individuals

~~$18.99~~

## $5

for your 1st Month

**Start for Only $5**

Send 170 pages/mo
Receive 170 pages/mo
Free Local Fax Number

# eFax Pro
### For Small Business

~~$24.99~~

## $10

for your 1st Month

**Start for Only $10**

Chat With Us

📞 800 878-7151      🛟 Contact Us      🔒 Log In



Sign Up

BEST VALUE

# eFax Protect

## For Regulated Industries

~~$49.99~~

# $15

for your 1st month

500 pages /month ⇅

**Start for Only $15**

500 total pages/mo
HIPAA Compliant
Free Local or Toll-Free Number

# eFax Corporate

## For Customization at Scale

✓ Scalable page volume

✓ HIPAA Compliant

✓ HITRUST certified

✓ Fax API for easy integration

Chat With Us

📞 800 878-7151    🛟 Contact Us    🔒 Log In



Sign Up

Or Call us at (833) 903-4283

## All plans include these powerful features

✓ Multiple Users

✓ Secure Free Online Storage

✓ Email to Fax

See More

## Common Questions

Below are a few questions our customers most commonly ask. For more eFax questions, please visit our FAQ page.

### Can I choose my fax number?

Chat With Us



📞 800 878-7151    🛟 Contact Us    🔒 Log In



Sign Up

**Can I have more than one fax number?**
Yes, your eFax account allows you to have up to 10 fax numbers.

**What happens if I run out of monthly pages?**
Don't worry, we'll always send out your faxes. If you run out of your monthly pages, then it's only 10¢ a page for U.S. and Canada. International send rates will vary by country, click here to view all.

**Is it possible to upgrade my plan?**
Yes, upgrade by calling our customer service team at (800) 878-7151.

## Still have questions? We'd love to help.

### Call us at (800) 878-7151

### No Fax Machine

### No More Paper Jams

### No Maintenance

[1] When compared to eFax Plus plan

**Fax Online**

Toll Free Fax Number

Local Fax Number

**Company**

Contact Us

Resource Center

Chat With Us

800 878-7151  Contact Us  Log In



Sign Up

Free Fax Online

Search







eFax is the world's #1 online fax service. Millions of customers use eFax every day to send and receive faxes from their computer, smartphone and email. See how we've made faxing simple for over 20 years.

Sign up now »

 Change Language

Accessibility Statement

About Us | Privacy Policy | Manage Cookie Consent | Customer Agreement | Legal Notices | Report Fax Spam | Sitemap

© 2024 Consensus Cloud Solutions Inc. and its subsidiaries ("Consensus"). All rights reserved. Consensus® and eFax® are registered trademarks of Consensus.
700 S. Flower St., 15th Floor, Los Angeles, CA 90017

Chat With Us