# EXHIBIT B

Cin-Q Automobiles, Inc., et al. v. BTL
Case No. 8:13-cv-01592-AEP (M.D. Fla.)

| | |
|---|---|
| **From:** | usdc_ecf_ilnd@ilnd.uscourts.gov |
| **Sent:** | Friday, March 22, 2024 10:56 AM |
| **To:** | ecfmail_ilnd@ilnd.uscourts.gov |
| **Subject:** | Activity in Case 1:16-cv-08727 National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation - Single Sport/Single School (Football) memorandum opinion and order |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** There is no charge for viewing opinions.

United States District Court

Northern District of Illinois - CM/ECF NextGen 1.7.1.1

## Notice of Electronic Filing

The following transaction was entered on 3/22/2024 at 10:55 AM CDT and filed on 3/22/2024

| | |
|---|---|
| **Case Name:** | National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation - Single Sport/Single School (Football) |
| **Case Number:** | 1:16-cv-08727 |
| **Filer:** | |
| **Document Number:** | 454 |

**Docket Text:**
**MEMORANDUM Opinion and Order. Signed by the Honorable Manish S. Shah on 3/22/2024: Plaintiffs' motion to proceed with Rule 23(c)(4) issue certification is denied. The NCAA's motion to compel the sample-case plaintiffs to respond to discovery requests is denied as moot. A status hearing is set for 4/4/24 at 11:00 a.m. in Courtroom 1919. [For further detail see attached order.] Notices mailed. (psm, )**


**1:16-cv-08727 Notice has been electronically mailed to:**

ALEX BARLOW     barlow@heardrobins.com

Aaron M. Healey     ahealey@jonesday.com

Allyson Elena Riemma     ariemma@mwe.com, ChicagoDocketing@mwe.com, kwagner@mwe.com

Andrew Kopon , Jr     akopon@tresslerllp.com, chicagodocket@tresslerllp.com, egamino@tresslerllp.com, mrivas@tresslerllp.com

Andrew James O'Donnell     dodonnell@tresslerllp.com, chicagodocket@tresslerllp.com, lcastellano@tresslerllp.com, mrivas@tresslerllp.com

Andrew Philip Slania     efile@raiznerlaw.com

1

Andrew S. Rosenman     arosenman@mayerbrown.com, 6031938420@filings.docketbird.com, courtnotification@mayerbrown.com, GJordt@mayerbrown.com

Andrew T Bayman     abayman@kslaw.com, ghogan@kslaw.com, ldillman@kslaw.com

Anne-Louise T. Mittal     amittal@foley.com

Anthony Tarricone     atarricone@kreindler.com, kkeefe@kreindler.com, srusso@kreindler.com, sschade@kreindler.com

Ari Jonathan Scharg     ascharg@edelson.com, 4313815420@filings.docketbird.com, docket@edelson.com

Benjamin Conrad Block     bblock@cov.com

Benjamin G. Chojnacki     bchojnacki@ralaw.com, kwaldron@walterhav.com

Benjamin Harris Richman     brichman@edelson.com, 8293072420@filings.docketbird.com, docket@edelson.com

Benjamin Scott Thomassen     ben.thomassen@zwillgen.com

Brandon Lloyd Myers     bmyers@cov.com

Brian C. Langs     brian@merceroaklaw.com

CALE H CONLEY     cale@conleygriggs.com

Caitlin E Dahl     caitlin.dahl@lw.com, caitlin-dahl-8202@ecf.pacerpro.com, chefiling@lw.com, chicago-litigation-services-9637@ecf.pacerpro.com

Caitlin Jemilha Morgan     caitlin.morgan@us.dlapiper.com, DallasDocketing@polsinelli.com, ltiner@polsinelli.com, mkeith@polsinelli.com

Chad S. Pehrson     cpehrson@parrbrown.com

Christopher Lomax     clomax@jonesday.com

Christopher Marshall McHugh     cmchugh@sb-kc.com, jschmeltz@sb-kc.com, mfriend@sb-kc.com

Colette Lynn Kopon     ckopon@littler.com, mdokianos@littler.com, mobioraobi@littler.com

Colin P. Smith     colin.smith@hklaw.com, hapi@hklaw.com, trish.balnius@hklaw.com

Courtney E.S. Mendelsohn     courtney.mendelsohn@tuckerellis.com, Macy.Besch@tuckerellis.com

Curtis B. Krasik     curtis.krasik@klgates.com, klgateseservice@klgates.com

Dan L. Boho     dboho@hinshawlaw.com, courtfiling@hinshawlaw.com, dan-boho-2983@ecf.pacerpro.com, skotterer@hinshawlaw.com

Daniel Joshua Schneider     dschneider@legalactionchicago.org

Daniel Leslie Ring     DRing@mayerbrown.com, 4179295420@filings.docketbird.com,

courtnotification@mayerbrown.com

David Erik Albright     ealbright@foxrothschild.com, gholland@foxrothschild.com, kcrouch@foxrothschild.com, ofajen@foxrothschild.com, tshaw@foxrothschild.com

David P. Healy     dhealy@davidhealylaw.com

David S. Jasmer     dsjasmer@yahoo.com

David Samuel Senoff     dsenoff@firstlawstrategy.com, cmcnally@firstlawstrategy.com, hweinstein@firstlawstrategy.com

Donald Timothy McVey     dtm@mcveyparsky-law.com, clw@mcveyparsky-law.com

Dudley Frank Davis     fdavis@davisnorris.com

Dwight E. Jefferson     djefferson@grealishmczeal.com, vhernandez@coatsrose.com

Edward B. Ruff , III     eruff@pretzel-stouffer.com, ccallihan@pretzel-stouffer.com

Eric L. Samore     Esamore@amundsendavislaw.com, aherrera@amundsendavislaw.com, DocketGeneral@amundsendavislaw.com

Eugene R Egdorf     gene@dtlawyers.com, frankie@dtlawyers.com, sara@dtlawyers.com

Francis W Ryan     frank.ryan@dlapiper.com

Frank J. Di Bella     frank@dibellalawyers.com

Gary Zhao     gzhao@amundsendavislaw.com, jadams@salawus.com, wflynn@salawus.com

Geoffrey M Coan     gcoan@hinshawlaw.com, lgrimard@hinshawlaw.com

Gina Marie Di Bella     gina@dibellalawyers.com

Glenn F. Fencl     fenclg@jbltd.com, castom@jbltd.com

Gregory B. Whiston     gwhiston@sb-kc.com, , agaston@sb-kc.com, jschmeltz@sb-kc.com

Heidi Levine     hlevine@sidley.com, heidi-levine-8515@ecf.pacerpro.com, nyefiling@sidley.com

Hunter Jay Shkolnik     Hunter@nsprlaw.com, 1505475420@filings.docketbird.com

JAMES B HARTLE     jim@shraderlaw.com

JAMES MATTHEW STEPHENS     mstephens@mmlaw.net

JANET WARD BLACK     jwblack@wardblacklaw.com

Jacob R. Sorensen     jake.sorensen@pillsburylaw.com

James R Clark     jclark@foley.com, jim-clark-8948@ecf.pacerpro.com

Jamie Renee Schumacher     jschumacher@mijb.com

Janissa Strabuk     jstrabuk@tousley.com, cshiel@tousley.com, efile@tousley.com, erashby@tousley.com, jmrozek@tousley.com

Jason C Novak     jnovak@hinshawlaw.com, bmcdowell@hinshawlaw.com, courtfiling@hinshawlaw.com, jason-novak-0053@ecf.pacerpro.com

Jason E. Luckasevic     jluckasevic@gpwlaw.com

Jay Edelson     jedelson@edelson.com, 5923412420@filings.docketbird.com, docket@edelson.com

Jeannine Stephanie Gilleran     jsg@crayhuber.com, lynn@crayhuber.com

Jeffrey D. Baltruzak     jbaltruzak@jonesday.com, ecf-ilnd-5495324013264896@inbound.docketalarm.com

Jeffrey Lewis Raizner     jraizner@raiznerlaw.com, efile@raiznerlaw.com

Jill M. Manning     jmanning@pwfirm.com, 7232231420@filings.docketbird.com

Johanna Margaret Spellman     johanna.spellman@lw.com, chefiling@lw.com, chicago-litigation-services-9637@ecf.pacerpro.com, johanna-spellman-8900@ecf.pacerpro.com

John J. Hamill , Jr     john.hamill@us.dlapiper.com, DLAPiper@ecfxmail.com, docketingchicago@dlapiper.com, sara.jerez@dlapiper.com

John Quincy Lewis     john.lewis@tuckerellis.com, rae.latch@tuckerellis.com

Jonathan Lawrence Bucher , Jr     jbucher@schultzpoguelaw.com

Jonathan O. Hafen     jhafen@parrbrown.com

Jose Antonio Isasi , II     jisasi@jonesday.com

Kacie Elisabeth Kergides     kkergides@mmwr.com, cpolkovitch@mmwr.com, kacie-kergides-8946@ecf.pacerpro.com

Kathryn Victoria Long     KLong@salawus.com, aherrera@salawus.com, DocketGeneral@salawus.com

Kevin M. Young     kevin.young@tuckerellis.com

Kristina Katz Cercone     kcercone@jonesday.com

Kurt Douglas Weaver     kurt.weaver@wbd-us.com

Larry E Coben     lcoben@anapolschwartz.com

Lauren K Sharkey     lauren.sharkey@lw.com, chefiling@lw.com, chicago-litigation-services-9637@ecf.pacerpro.com, lauren-sharkey-6714@ecf.pacerpro.com

Leah Kelman     lkelman@herrick.com, courtnotices@herrick.com

Leon DeJulius     lfdejulius@jonesday.com

Marc A. Silverman     marc.silverman@dlapiper.com

Margaret L. Behm     behm@dodsonparker.com

Mark F. James     mjames@hjdlaw.com

Mark J. Seifert     mseifert@szllp.com

Mark Steven Mester     mark.mester@lw.com, barbara.buti@lw.com, chefiling@lw.com, chicago-litigation-services-9637@ecf.pacerpro.com, mark-mester-9606@ecf.pacerpro.com

Matthew A. Kairis     makairis@jonesday.com, cydennis@jonesday.com, jgreen@jonesday.com

Matthew J Healy     matthew.healy@healy-legal.com

Matthew James Egan     megan@pretzel-stouffer.com, cmclean@pretzel-stouffer.com

Michael A. Grill     michael.grill@hklaw.com, hapi@hklaw.com, trish.balnius@hklaw.com

Michael Allen Olsen     courtnotification@mayerbrown.com, 1024489420@filings.docketbird.com, molsen@mayerbrown.com

Michael J. DiBella     michael@dibellalawyers.com

Michael J. Ruttinger     Michael.Ruttinger@tuckerellis.com

Michael L. McCluggage     mmccluggage@eimerstahl.com, docketing@eimerstahl.com, mcarvajal@eimerstahl.com

Michael Patrick Turiello     mturiello@pretzel-stouffer.com, jmedina@pretzel-stouffer.com

Michael Paul Adams     madams@hinshawlaw.com, courtfiling@hinshawlaw.com, michael-adams-5818@ecf.pacerpro.com, rnicksich@hinshawlaw.com

Michelle Alyce Ramirez     michelle.ramirez@sidley.com, efilingnotice@sidley.com, michelle-ramirez-1204@ecf.pacerpro.com

Mitchell H. Frazen     frazen@litchfieldcavo.com, davis@litchfieldcavo.com

NANCY ROUTH MEYERS     nmeyers@wardblacklaw.com

Paul Rafferty     pfrafferty@twtlaw.com, jwilliams@twtlaw.com

Paul Brian Maslo     paul.maslo@ogletree.com, maslo@pennlaw.upenn.edu

Philip Robbins Green     pgreen@kslaw.com

Rafey S. Balabanian     rbalabanian@edelson.com, 5926930420@filings.docketbird.com, docket@edelson.com

Richard C. Worf     rworf@robinsonbradshaw.com, dhuffman@robinsonbradshaw.com, docketing@robinsonbradshaw.com

Richard M. Waris     rwaris@pretzel-stouffer.com, skendrick@pretzel-stouffer.com

Robert Collins , III     robert.collins@lw.com, chefiling@lw.com, chicago-litigation-services-9637@ecf.pacerpro.com, robert-collins-3997@ecf.pacerpro.com

Robert T Dassow     rdassow@hovdelaw.com, dmiller@hovdelaw.com, neisele@hovdelaw.com

Robert Todd Hunt     rthunt@ralaw.com

Robert W. Fuller     rfuller@robinsonbradshaw.com, docketing@robinsonbradshaw.com, emorris@robinsonbradshaw.com, phouck@robinsonbradshaw.com, rworf@robinsonbradshaw.com, scox@robinsonbradshaw.com

Rocco P Imperatrice , III     rimperatrice@iablegal.com

Roger H. Taft     rtaft@mijb.com

Ronald David Balfour     rbalfour@smithamundsen.com, aherrera@amundsendavislaw.com, DocketGeneral@amundsendavislaw.com

Ronald J. Levine     rlevine@herrick.com, courtnotices@herrick.com

STEVEN J. COOPERSTEIN     scooperstein@brbs.com

Salvatore Charles Badala     SBadala@NapoliLaw.com, 1936354420@filings.docketbird.com

Shannon Marie McNulty     smm@cliffordlaw.com, docket@cliffordlaw.com, jmreasor@cliffordlaw.com, smarquez@cliffordlaw.com

Sol Weiss     sweiss@anapolweiss.com, bbozarth@anapolweiss.com, cmcnally@anapolweiss.com

Stacie O. Kinser     stacie.kinser@pillsburylaw.com, docket@pillsburylaw.com

Stephanie F. Jones     sfjones@grsm.com, dgordon@grsm.com

Stephen M. Cox     scox@robinsonbradshaw.com, docketing@robinsonbradshaw.com, kwells@robinsonbradshaw.com

Steven Pachman     spachman@mmwr.com, ldisanto@mmwr.com, steven-pachman-7851@ecf.pacerpro.com

Susan Marie Clare     sclare@kslaw.com, aharper@kslaw.com, fsacha@kslaw.com, mkitchens@kslaw.com, tharris@kslaw.com, tsoutherlin@kslaw.com

Sylvia Nichole Winston     sylvia.winston@jacksonkelly.com

Thomas R. Schultz     tschultz@schultzpoguelaw.com

Thomas Vincent-Paul Draths     tdraths@pretzel-stouffer.com, sfondren@pretzel-stouffer.com

Tiffannie Michelle Kennedy     tiffannie@levinsonstefani.com, benjamin@levinsonstefani.com

Timothy R. Couture     couturet@jbltd.com, sicaj@jbltd.com

Todd Logan    tlogan@edelson.com

Vincent P. Circelli    vcircelli@circelliwalterlaw.com, aeasley@circelliwalterlaw.com

William E. Winingham    winingham@wkw.com

William Steven Berman    wsberman@napolilaw.com

Yesha Sutaria Hoeppner    yesha.hoeppner@rate.com

stephen boyce devereaux    sdevereaux@kslaw.com

**1:16-cv-08727 Notice has been delivered by other means to:**

Mountain West Conference

Plaintiffs

Aaron Jones

Anderson Graham

Andrew Stewart

Anthony Megna

Brian Harris

Bryan Hendricks

Carlton Bargman

Carnell Hopson

Demetrics Harley

Jerry Flowers

Johnathan Brantley

Limas Sweed

Mark Helminiak

Quincy Wilson

Quinton Butler

Ray Ezell Seals

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=3/22/2024] [FileNumber=27464529-0] [1e7d04a7eda8829ce5a4cd289ad8b85dc9336be126aba5cbe38b19f89fa3aa58e8b020b6a8d463965d645bfaf8890bff5c6358953349df2dd9eaca740412ac43]]