# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| **CIN-Q AUTOMOBILES, INC., et al.,** )<br>                    Plaintiffs, )<br>     v. )<br>**BUCCANEERS LIMITED PARTNERSHIP and JOHN DOES 1-10,** )<br>                    Defendants, )<br>_____<br>**TECHNOLOGY TRAINING ASSOCIATES, INC., et al.,** )<br>                    Intervenors. ) | Case No. 8:13-cv-01592-AEP<br><br>Magistrate Judge<br>Anthony E. Porcelli |

## UNOPPOSED MOTION FOR LEAVE TO EXCEED
## PAGE LIMITATIONS SET BY LOCAL RULE 3.01

Pursuant to Local Rule 3.01, Defendant Buccaneers Team LLC ("BTL") respectfully requests leave to file replies of nine (9) and fifteen (15) pages respectively to the submissions made on March 21, 2024 by Intervenors Technology Training Associates, Inc., et al. ("Intervenors") (Dkt. 537) and Plaintiffs Cin-Q Automobiles, Inc., et al. ("Plaintiffs'") (Dkt. 536). In support of this motion, BTL states as follows:

1. At the January 19, 2024 hearing in this matter, the Court requested the Parties address questions raised by the Court at that hearing. See Clerk's Minutes (Dkt. 525); Hr'g Tr. (Dkt. 530) at 58:14-59:18. The Court then set a schedule for the filing of those submissions as follows:

      (a)    BTL's opening submission – February 20, 2024;

      (b)    Plaintiffs' Response – March 21, 2024; and

        (c)       BTL's Reply – April 11, 2024.[1]

Clerk's Minutes (Dkt. 525).

2. BTL filed its initial submission on February 20, 2024, and Plaintiffs and Intervenors then filed <u>separate</u> responses on March 21, 2024. <u>See</u> BTL's Submission (Dkt. 532); Plaintiffs' Submission (Dkt. 536); Intervenors' Submission (Dkt. 537).

3. BTL's initial submission was 32 pages in length, and the two separate responses by Plaintiffs and Intervenors were <u>each</u> 28 page in length or 56 pages in <u>total</u>.[2] <u>See</u> BTL's Submission (Dkt. 532); Plaintiffs' Submission (Dkt. 536); Intervenors' Submission (Dkt. 537).

4. At the January 19, 2024 hearing, the Court provided BTL with leave to file a reply to the submissions of Plaintiffs and Intervenors. <u>See</u> Hr'g Tr. (Dkt. 530) at 65:15-16 ("They will file, and then I will give you a chance to reply.").

5. Local Rule 3.01 does not set a page limit <u>per se</u> for replies on motions other than motions for summary judgment. <u>See</u> M.D. Fla. L.R. 3.01. Out of an abundance of caution, however, BTL respectfully requests leave to file replies of nine (9) and fifteen (15) pages respectively to the submissions of Intervenors and Plaintiffs. <u>See</u> disc. <u>infra</u> at ¶ 6. Taken together with BTL's initial submission, this would put the <u>total</u> number of pages filed by <u>both</u> sides at 56 or an <u>equal</u> number of pages filed by <u>both</u> sides. <u>See</u> disc. <u>supra</u> at ¶ 3.

---

[1] The due date for BTL's replies was later reset to April 26, 2024. <u>See</u> Endorsed Order (Dkt. 540).

[2] For its initial submission, BTL moved for leave on an unopposed basis to exceed the page limit set by Local Rule 3.01(a), having reached a reciprocal agreement with Class Counsel in terms of page lengths. <u>See</u> BTL's Unopposed Motion for Leave to Exceed Page Limitations (Dkt. 531).

6.      In order to fully address the issues raised by Plaintiffs and Intervenors in their respective submissions and the materials attached thereto, BTL respectfully requires fifteen (15) pages within which to reply to Plaintiffs' submission and nine (9) pages within which to reply to Intervenors' submission.

7.      BTL has conferred with Class Counsel and counsel for Intervenors, who have indicated that they do not oppose the relief requested herein.

WHEREFORE, for the foregoing reasons, BTL respectfully requests that the Court grant it leave to file replies to the submission of Plaintiffs and Intervenors that exceed the limitations set by Local Rule 3.01.

| Date:  April 26, 2024 | Respectfully submitted, |
|---|---|
| | */s/ Mark S. Mester* |
| | Mark S. Mester, One of the Attorneys for Defendant Buccaneers Team LLC |
| Mark S. Mester<br>   (admitted *pro hac vice*)<br>Robert C. Collins III<br>   (admitted *pro hac vice*)<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, Illinois 60611<br>Telephone:  (312) 876-7700<br>Facsimile:  (312) 993-9767<br>E-mail:  mark.mester@lw.com<br>            robert.collins@lw.com | Joseph H. Varner, III<br>   (Bar No. 394904)<br>HOLLAND & KNIGHT LLP<br>100 North Tampa Street, Suite 4100<br>Tampa, Florida 33602-3644<br>Telephone:  (813) 227-8500<br>Facsimile:  (813) 229-0134<br>Email:  joe.varner@hklaw.com |

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned hereby certifies that we conferred with Class Counsel and counsel for Intervenors by email with respect to the instant motion and have been informed that Class Counsel and counsel for Intervenors do not oppose the relief requested herein.

Date:  April 26, 2024          */s/ Mark S. Mester*
                                             Mark S. Mester, One of the Attorneys for Defendant Buccaneers Team LLC

Mark S. Mester
  (admitted *pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
E-mail:  mark.mester@lw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which served all relevant parties.

Date:  April 26, 2024

*/s/ Mark S. Mester*
Mark S. Mester
 (admitted *pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
E-mail:  mark.mester@lw.com