UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> BUCCANEERS LIMITED PARTNERSHIP and JOHN DOES 1-10, <br><br> Defendants, <br><br> TECHNOLOGY TRAINING ASSOCIATES, INC., et al., <br><br> Intervenors. | Case No. 8:13-cv-01592-AEP <br><br> **Magistrate Judge Anthony E. Porcelli** |

**INDEX OF EXHIBITS TO
BTL'S RESPONSE TO PLAINTIFFS' MARCH 21, 2024 SUBMISSION
CONCERNING THE ISSUES RAISED AT JANUARY 19, 2024 HEARING**

Exhibit 1 -  Excerpts from *Kisor v. Wilkie*, 139 S. Ct. 2400 (2019)

Exhibit 2 -  Cases and Authorities Supporting BTL's and Plaintiffs' Positions

Exhibit 3 -  Decisions Applying Chevron and/or Auer to Interpretive Rules and Adjudications

Exhibit 4 -  Glenn O'Hara Petition for Panel Rehearing or Rehearing En Banc in *True Health v. McKesson*

Exhibit 5 -  Excerpts from January 19, 2024 Hearing Transcript (Dkt. 530)

Exhibit 6 -  BTL's Unanswered and/or Conceded Arguments

Exhibit 7 -  Declaration of Ken Sponsler