UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>BUCCANEERS LIMITED PARTNERSHIP and JOHN DOES 1-10,<br><br>　　　　　Defendants,<br><br>TECHNOLOGY TRAINING ASSOCIATES, INC., et al.,<br><br>　　　　　Intervenors. | Case No. 8:13-cv-01592-AEP<br><br>Magistrate Judge<br>Anthony E. Porcelli |

### INDEX OF EXHIBITS TO
### BTL'S RESPONSE TO INTERVENORS' MARCH 21, 2024 SUBMISSION CONCERNING THE ISSUES RAISED AT JANUARY 19, 2024 HEARING

Exhibit 1 -   Cameron Johnson, What Is PSTN and How Does It Work?, Nextiva (Aug. 12, 2023)

Exhibit 2 -   Telephone World, Telephone Switch Timeline (Sept. 14, 2022)

Exhibit 3 -   A. Wikipedia, Plain Old Telephone Service
　　　　　　B. Wikipedia, T.38 Protocol
　　　　　　C. Wikipedia, Voice over IP

Exhibit 4 -   Apollo Technical, Online Faxing 101 – How Does It Work? (May 9, 2023)

Exhibit 5 -   ProCirrus, ProFax - Sending Faxes (Jun. 14, 2019)

Exhibit 6 -   Internet Fax Reviews and Pricing (2009-2010)

Exhibit 7 -   Declaration of Robert C. Collins III