# EXHIBIT 4

Cin-Q Automobiles, Inc., et al. v. BTL
Case No. 8:13-cv-01592-AEP (M.D. Fla.)

www.apollotechnical.com /online-faxing-101/

# Online Faxing 101: How Does It Work?

5/9/2023

Nowadays, the need for efficient and effective communication is paramount to the success of many businesses and enterprises. While most companies have embraced email, messaging apps, and social media, the humble fax machine still holds a special place for secure, legal, and timely document transmission.

Despite its rising prominence, many individuals and businesses still struggle to understand its operational intricacies. Fortunately, this article provides a lucid and accessible guide to anyone interested in implementing online faxing in their personal or professional lives.

So, whether you're a tech enthusiast, a business owner looking for ways to streamline your communication or a curious learner, this article will furnish you with the essential knowledge of online faxing.



## What Is Online Faxing?

Online faxing, also known as internet faxing or e-faxing, is a modern method of sending and receiving faxes via the internet. It eliminates the need for a physical fax machine, dedicated phone lines, and paper, making it a more efficient and environmentally friendly alternative to traditional faxing.

In online faxing, documents are transmitted as digital files (usually in PDF or TIFF format) through email or web-based fax service. This technology converts the digital file into a format compatible with traditional fax machines, if necessary, and vice versa, allowing seamless communication between the two systems.

Online faxing can be accessed using various devices such as computers, smartphones, or tablets, making it a flexible and convenient communication tool for individuals and businesses alike.

## How Does Online Faxing Work?

Online faxing works by leveraging the power of the internet and advanced communication protocols to transmit documents as digital files. The process involves converting, sending, and receiving faxes through an email or web-based fax service, like eFax, while ensuring compatibility with traditional fax machines.

Here's a step-by-step explanation of the science behind online faxing:

1. **Document Preparation:** The user prepares a digital document (e.g., PDF, TIFF, or JPG) that they want to fax. This can be achieved by scanning a physical document or creating it using various software applications.
2. **Online Fax Service:** The user signs up for an online fax service, which provides a virtual fax number and an interface to send and receive faxes. The service acts as a bridge between the internet and the traditional Public Switched Telephone Network (PSTN).
3. **Document Conversion:** When the user sends a fax, the online fax service converts the digital document into a format that is compatible with traditional fax machines. This is usually done using the T.30 or T.38 fax protocol, which compresses the document and encodes it into a fax signal.
4. **Transmission:** The online fax service transmits the fax signal over the internet to the recipient's fax number. If the recipient is using a traditional fax machine, the signal is routed through the PSTN to reach the intended machine. If the recipient also uses an online fax service, the transmission occurs directly via the internet.
5. **Reception And Decoding:** Upon reaching the recipient, the fax signal is decoded and converted back into a digital document. If the recipient is using a traditional fax machine, the machine prints the document on paper. If the recipient uses an online fax service, they receive the document as an email attachment or via the web-based interface.

By employing internet-based communication and digital file conversion, online faxing offers a more efficient, cost-effective, and environmentally friendly alternative to traditional faxing while maintaining compatibility with legacy systems.

## Benefits Of Online Faxing

Online faxing offers numerous benefits over traditional faxing, making it an attractive communication method for individuals and businesses alike. Some of the key advantages include:

1. **Cost Savings:** Online faxing eliminates the need for a physical fax machine, dedicated phone lines, and consumables like paper and ink, which can lead to significant cost savings. Additionally, many online fax services offer affordable monthly plans, further reducing expenses.
2. **Convenience And Flexibility:** With online faxing, users can send and receive faxes from any device with internet access, such as a computer, smartphone, or tablet. This provides flexibility and

   convenience, as users are no longer confined to a physical location or a specific machine to handle their faxing needs.
3. **Environmental Friendliness:** By reducing reliance on paper, ink, and other consumables, online faxing promotes a more sustainable and eco-friendly method of communication.
4. **Easy Integration And Organization:** Online fax services allow users to easily integrate faxing with their existing email or document management systems, making it simpler to organize, store, and retrieve faxes. Digital faxes can also be indexed and searched more efficiently than paper-based faxes.
5. **Enhanced Security:** Many online fax services offer advanced security features such as data encryption, secure file storage, and password protection, ensuring that sensitive information is protected during transmission and storage.
6. **Scalability:** Online faxing allows businesses to easily scale their faxing needs, as adding or removing virtual fax numbers can be done quickly and without any additional hardware requirements.
7. **Improved Reliability:** Online fax services often provide better reliability and uptime than traditional fax machines, as they are not prone to hardware failures or issues related to phone lines.
8. **Compatibility:** Online faxing maintains compatibility with traditional fax machines, ensuring that users can communicate seamlessly with those who still rely on legacy systems.

Overall, online faxing offers numerous benefits that make it an appealing choice for modern communication, enabling increased efficiency, cost savings, and convenience.

Sending And Receiving Online Faxes

Sending and receiving faxes online is a straightforward process that typically involves using an online fax service or an email-to-fax service.

Before you can send and receive faxes, you must acquire an online fax service. Here's how:

- Choose an online fax service: Research and select an online fax service that meets your needs. These services usually offer a range of plans, including free options with limited features and paid plans with more comprehensive offerings.
- Sign up and get a virtual fax number: Register with the chosen online fax service and obtain a virtual fax number. This number functions like a traditional fax number and allows you to send and receive faxes without a physical fax machine.

After securing your account, you can now send an online fax. Here's a step-by-step guide:

1. Log in to your online fax service account or use your email, depending on the service's features.
2. Compose a new fax or email. In the "To" field, enter the recipient's fax number, followed by the domain provided by your online fax service (e.g., 123@examplefaxservice.com).
3. Attach the document you wish to fax, typically in PDF, TIFF, or JPG format. You can either create a digital document using various software applications or scan a physical document.
4. Include any additional information in the body of the email or the online fax service's interface, such as a cover page or a note to the recipient.

5. Click "Send" or a similar button to transmit the fax. Your online fax service will convert the document into a format compatible with fax machines and send it to the recipient.

To receive an online fax, follow these steps:

1. Provide your virtual fax number to the sender. They will use this number to send the fax, just as they would with a traditional fax machine.
2. When you receive a fax, the online fax service will convert the fax into a digital document, usually in PDF or TIFF format.
3. The fax will either be delivered to your email as an attachment or made available in the web-based interface of the online fax service, depending on your service's settings.
4. Download or view the received fax, and if needed, forward, print, or save the document as per your requirements.

With these simple steps, you can easily send and receive faxes online using a virtual fax number and an online fax service, making the process convenient, efficient, and cost-effective.

## Conclusion

Online faxing has emerged as a modern, efficient, and environmentally friendly alternative to traditional faxing. By harnessing the power of the internet and advanced communication protocols, online faxing allows users to send and receive faxes without the need for a physical fax machine, dedicated phone lines, or paper.