# EXHIBIT 5

Cin-Q Automobiles, Inc., et al. v. BTL
Case No. 8:13-cv-01592-AEP (M.D. Fla.)

support.procirrus.com /index.php

# Sending Faxes

**ProFax**

Posted by Dan Shelton, Last modified by Dan Shelton on Jun 14 2019 09:04 AM

As a ProFax subscriber you have several convenient ways to send and receive faxes.

## From Outlook

Outlook is the most convenient way to send faxes with ProFax. To send a fax from Outlook, you simply create an email and instead of sending it to an email address, you send it to the fax number @profaxsend.com. For example, 3334445555@profaxsend.com. The body of your email will become your fax cover sheet and any attachments will become your faxed pages.



*Make sure not to add punctuation to your number like ( ) or -. Just use the numbers and add @profaxsend.com*

*To make it more convenient, consider creating a new contact group called "Faxes" for frequent numbers.*

*You will receive a transmission report a few minutes after sending your fax.*

## From Office Applications

When working in Office applications, like Word or Excel, you can fax your documents directly by sending the document (emailing) to (FaxNumber)@profaxsend.com or by printing the document to the printer called ProFax Web Fax.
When using the print option, you will be taken to the ProFax Web application, Compose Fax page, and your document will be attached automatically.

## From the ProZone Application

 You can access the web client by clicking the ProFax Web Icon from the ProZone. You may have the option to set up single sign-on which will automatically log you into ProFax in the future.
Otherwise, use your ProZone username and password to log in. Once logged in you will see the web application.

## From Web Interface

The ProFax interface is fairly straight forward. To send a fax, click on the "Compose Fax" and you can address your fax on the top left, add comments to your cover page on the right and add attachments on the bottom right of the view. Once completed, press the "Send" button on the top left corner.



**Receiving Faxes**

There are (4) ways that you may receive inbound faxes depending upon how your account was originally set up.

1. Inbound faxes will arrive in your Outlook Inbox. This is the most common setting.
2. Inbound faxes may arrive in the **View Faxes** tab in the web interface. If you are set to receive email in Outlook, your emails will not appear here.
3. Inbound faxes may arrive in unique fax email account. If your company has this setting, an additional mailbox may be visible on the left navigation bar of your Outlook.
4. Inbound faxes may be directed to a SharePoint library. If your company has this setting, emails will be routed to your company's SharePoint site. You can set alerts on the site to inform you of new faxes.

If you have any questions regarding how your fax works or is set up, please contact support at support@procirrus.com.

**Web Interface Navigation Options**

There are (5) commonly used tabs on the navigation bar of the ProFax interface. On the submenu located next to the Logoff link, you can set your Personal Settings.

1. **Compose Fax:** This is where you create faxes. The left side is for adding recipients, the top right is for your cover page and the bottom right is for adding attachments. NOTE: If you are a ProZone users you will not have access to your ProZone files if you access ProFax from a browser out of session.
2. **View Faxes (X):** This is where you can view faxes you have received. NOTE: If your account is set to receive faxes as emails or to SharePoint, your faxes will not appear here.
3. **Pending:** When faxes are sent out, they are queued and depending upon the system load or the receiving fax, the fax will remain in this queue until it succeeds or fails. If you've sent a fax and the recipient has not received it, this is where you look.
4. **Activity:**This a log of all of your faxes. In the type column, RX is a received fax and TX is a sent fax.
5. **Phonebook:**If you use the web client instead of Outlook, the Phonebook allows your to store commonly used Public or Private fax numbers.