# EXHIBIT 6

The Wayback Machine - https://web.archive.org/web/20090503123836/http://www.faxcompare.com:80/internet-fax-reviews

faq | about | news | contact

An **"apples to apples"** comparison of the top providers of **internet fax services.**
FaxCompare.com was created to consolidate and organize information about the top providers of internet fax services so that you can make an "apples to apples" comparison of the different service providers and select the one that best fits your needs.

*What is an internet fax?*

*How do I choose?*

*Online Fax Services*

## Internet Fax Reviews

MyFax - RingCentral - TrustFax - GoFaxer - RapidFAX - MetroFax - eFax - SRFax - MaxEmail - FaxAge
CallWave - Packetel - Fax.com - Fax2Mail - FaxFreedom - Send2Fax - ClickFax - AirComUSA - GreenFax.com
SmartFax - eXtremeFax - jConnect - SimplifyFax - SaveOnFaxes - PayPerFax - Venali - OneSuite - UnityFax
FaxMicro - OneFax - 101Fax

### Internet Fax Reviews

MyFax
MetroFax
RingCentral
GoFaxer
TrustFax
RapidFAX
eFax
SRFax
MaxEmail
FaxAge
*More Reviews. . .*

### Newsletter Signup

Enter your email address below to receive updates on newly reviewed product categories.



### A Complete Phone and Fax Service

Interested in a solution that manages your phone and fax needs? Simplify your communications with RingCentral Online and get a central location for all your fax, email and voicemail accounts. Toll free numbers are included at no additional cost.

## MyFax

**Plan Reviewed: Best Value**

Pros
- 30 Day free trial period
- User friendly interface
- Excellent customer service
- Monthly or annual contracts available
- Multiple Users available
- Online storage for 1 year

Cons
- Pages in plan aren't combined; 200 pages earmarked for incoming and 100 pages for outgoing

Conclusion
**MyFax has a user friendly online interface, great pricing and outstanding Customer Service.** The "Best Value" plan is one of the most aggressively priced in our survey. They have a 30 day trial period that includes 200 inbound and 100 outbound pages for free and upgrades available for higher use customers. MyFax is an excellent option for people who send and receive faxes regularly. Complete MyFax Review



| | |
|---|---|
| Service Name | Best Value |
| Monthly Fee | **$10.00** |
| Hidden Fees | No |
| Start Up Fee | $0.00 |
| Free Trial Period | 30 Days |
| Free Incoming Pages | 200 |
| Free Outgoing Pages | 100 |
| Users in plan | 5 |
| Online fax storage | 1 Year |
| Customer Support | **24/7** |
| Premium Upgrades | Yes |
| Corporate Packages | Yes |
| Send faxes by email | Yes |
| Incoming Overage Pages | $0.10 |
| Outgoing Overage Pages | $0.10 |

sign up now

back to top

## MetroFax

**Plan Reviewed: Virtual Fax**

Pros
- 1000 pages per month
- Low overage rates
- Easy-to-use interface
- MetroFax charges per page NOT per minute (no matter how long the page takes to transmit)

Cons
- $9.95 start up fee
- Your 1 free month is the second month, which means no free trial
- $2 extra per user email

Conclusion
**This is an excellent program for higher volume users.** You get 1000 combined minutes for $12.95 per month. Their interface is also really easy to use. However, there is a start up fee, no free trial and only one email address can be set as a recipient for incoming faxes. It's also important to note that local numbers aren't available for Louisiana, North Carolina, and South Carolina, but MetroFax gives these locations a toll free number at no additional charge. Complete MetroFax Review



| | |
|---|---|
| Service Name | Personal |
| Monthly Fee | $12.95 |
| Hidden Fees | No |
| Start Up Fee | $9.95 |
| Free Trial Period | **No, but** |
| Free Incoming Pages | **1000 Total** |
| Free Outgoing Pages | Combined |
| Users in plan | 1 |
| Online fax storage | 30 Days |
| Customer Support | 5-6:30 PST |
| Premium Upgrades | No |
| Corporate Packages | Yes |
| Send faxes by email | Yes |
| Incoming Overage Pages | $0.03 |
| Outgoing Overage Pages | $0.03 |

sign up now

back to top

## RingCentral

**Plan Reviewed: Fax 300**

Pros

- Bundled Services Available
- No start up fee
- Most economical plan for both sending and receiving faxes in our survey
- 5.9 cents per page over 300 pages
- 300 page plan can be used for both inbound and outbound faxes
- Multiple Users available

Cons

- 30 day free trial period only includes 60 pages
- Only 30 days of online fax storage

Conclusion

**RingCentral offers a very competitively priced plan and a reliable service.** If you're looking for more than just a digital fax line, you might be able to realize additional savings by bundling services. Their free trial is limited to 60 pages and 30 days, but it's adequate enough to try out their service. **If unsolicited faxes is a problem for you, we recommend using RingCentral.** They are the only internet fax provider so far that has a "blocked" AND "approved" list to help prevent unsolicited faxes.* Most other providers have "spam" or "junk fax" filters, but customers are still required to pay for these faxes since they technically received them.

RingCentral historically had great customer service, but they recently outsourced this function. It has taken them some time to transition, but RingCentral's support seems to be back on track. Although they are clearly an overseas call center, agents are friendly and helpful and wait times are less than a minute. Complete RingCentral Review



| Service Name | Fax 300 |
|---|---|
| Monthly Fee | **$9.99** |
| Hidden Fees | No |
| Start Up Fee | $0.00 |
| Free Trial Period | 30 Days |
| Free Incoming Pages | 300 Total |
| Free Outgoing Pages | Combined |
| Users in plan | **6** |
| Online fax storage | 30 Days |
| Customer Support | 24/7 |
| Premium Upgrades | Yes |
| Corporate Packages | **Yes** |
| Send faxes by email | Yes |
| Incoming Overage Pages | $0.06 |
| Outgoing Overage Pages | $0.06 |

sign up now

back to top

\* See BTL Sub. at ___ (addressing blocking technologies and their impact on Article III).

## GoFaxer

**Plan Reviewed: Home**



Pros

- No start up fee
- Multiple Users available
- Online storage up to 1 GB
- Combined pages in plan
- Monthly or annual contracts available
- Easy-to-use interface

Cons

- Can only send faxes through the online interface. You can't send them through a standard email.

Conclusion

**The feature set of GoFaxer's Home plan is consistent with our Market Standard and gives you 400 fax pages per month.** GoFaxer is a relatively new company, but as of November 7, 2008, they have switched out their old back-end system so that it's no longer outsourced. We tested their new system by sending and receiving several faxes, and it has made a huge improvement. In fact, **their faxes transmitted faster than several other internet fax companies we have tested.** During GoFaxer's 30-day free trial, you receive 400 total pages with a limit of 10 faxes per day; this limitation is lifted when you become a paying customer. The biggest shortfall in their feature set is the inability to send faxes through Outlook. If this isn't an issue for you, GoFaxer's Home plan is a great option. Complete GoFaxer Review

| Service Name | Home |
|---|---|
| Monthly Fee | $9.95 |
| Hidden Fees | No |
| Start Up Fee | $0.00 |
| Free Trial Period | 30 Days |
| Free Incoming Pages | 400 Total |
| Free Outgoing Pages | Combined |
| Users in plan | Unlimited |
| Online fax storage | **Unlimited** |
| Customer Support | M-F 8-8 EST |
| Premium Upgrades | Yes |
| Corporate Packages | No |
| Send faxes by email | **Yes & No** |
| Incoming Overage Pages | $0.05 |
| Outgoing Overage Pages | $0.05 |

sign up now

back to top

## TrustFax

**Plan Reviewed: Pro Local**

Pros



| Service Name | Pro Local |
|---|---|

- 525 in plan pages
- Unlimited online fax storage
- Up to 10 Users in plan
- No start up fee

Cons

- Cannot send faxes through their interface with Safari
- Only 125 of the 525 pages in plan can be used for outgoing faxes
- 30 day free trial only includes 5 free faxes
- Limited Customer Service

Conclusion

**TrustFax is a good option for people who receive a fairly large number of faxes but don't send too many.** Their pricing is comparable to other plans, they offer significantly more minutes than other comparable plans and they have no start up fee and a 30 day trial period. However, their free trial period only includes 5 total pages. If you sign up for this service, we recommend you contact the Customer Service department before the trial is over to ensure that they are up to your personal standards. Complete TrustFax Review

| | |
|---|---|
| Monthly Fee | $9.95 |
| Hidden Fees | No |
| Start Up Fee | $0.00 |
| Free Trial Period | 5 free faxes |
| Free Incoming Pages | 400 |
| Free Outgoing Pages | 125 |
| Users in plan | 10 |
| Online fax storage | **Unlimited** |
| Customer Support | M-F 9-5 EST |
| Premium Upgrades | Yes |
| Corporate Packages | Yes |
| Send faxes by email | Yes |
| Incoming Overage Pages | $0.10 |
| Outgoing Overage Pages | $0.10 |

sign up now

back to top

## RapidFAX

**Plan Reviewed: Individual and Small Business Plan**

Pros

- No start up fee
- 30 day free trial
- $0.08 per minute overage charges

Cons

- Hidden Fees: If you port your existing fax number to RapidFAX then later to leave RapidFAX service and take your number with you, RapidFAX will charge you $40+ dollars to port the number back out to another phone company or service
- Hidden Fees: RapidFAX charges for storing faxes online for more than 30 days, which is the default setting in their online interface
- Only 2 users per account

Conclusion

**RapidFAX is a good option for people who have only a very small number of people who will need to receive faxes directly.** Their pricing is reasonable and their service is comprehensive. They offer a 30 day free trial with 300 total pages. The primary potential drawback is the fact that you can only have the faxes sent to two email addresses. We also found it difficult to get a hold of their customer service.
Complete RapidFAX review

\* Not that it really matters but RapidFAX is owned by j2 Global Communications along with Fax.com, Send2Fax, jConnect, eFax and SmartFax.

| | |
|---|---|
| Service Name | Individual |
| Monthly Fee | $9.95 |
| Hidden Fees | **Yes** |
| Start Up Fee | $0.00 |
| Free Trial Period | 30 Days |
| Free Incoming Pages | 300 Total |
| Free Outgoing Pages | Combined |
| Users in plan | 2 |
| Online fax storage | **30 Days Free** |
| Customer Support | M-F 8-5 PST |
| Premium Upgrades | Yes |
| Corporate Packages | Yes |
| Send faxes by email | Yes |
| Incoming Overage Pages | $0.08 |
| Outgoing Overage Pages | $0.08 |

sign up now

back to top

## eFax

**Plan Reviewed: eFax Plus**



Pros

- Responsive Customer Service
- Multiple Users included with most accounts
- Online fax storage for 1 year with most plans

Cons

- Hidden Fees: eFax does not include any inbound pages with a toll-free number and the fee per page is $0.20
- $10.00 start up fee
- Higher prices than most providers in our survey
- Fewer included pages than most other providers

Conclusion

**eFax probably has the most subscribers of any internet fax service. However, at $16.95 per month, eFax service fees are 70% more than our "market standard."** eFax is also one of the

| | |
|---|---|
| Service Name | eFax Plus |
| Monthly Fee | **$16.95** |
| Hidden Fees | **Yes** |
| Start Up Fee | $10.00 |
| Free Trial Period | 30 Days |
| Free Incoming Pages | 130 |
| Free Outgoing Pages | **30** |
| Users in plan | 5 |
| Online fax storage | 1 Year |
| Customer Support | 24/7 |
| Premium Upgrades | Yes |
| Corporate Packages | Yes |

few carriers that charges extra for a toll free number. In addition, eFax Plus includes 130 pages/month for inbound faxes and 30 pages per month for outbound faxes, which is significantly below our "market standard". However, they do offer a 30 day free trial that includes 130 inbound pages and 30 outbound pages. If you are interested in an eFax service plan because you like going with the largest brand in the industry, we recommend looking at some other J2 Global Communications brands like RapidFAX. Complete eFax Review

\* Not that it really matters but eFax is owned by j2 Global Communications along with Fax.com, Send2Fax, jConnect, RapidFAX and SmartFax.

back to top

| | |
|---|---|
| Send faxes by email | Yes |
| Incoming Overage Pages | $0.15 |
| Outgoing Overage Pages | $0.10 |

sign up now

## SRFax

**Plan Reviewed: Lite Plan**

Pros

- No start up fee
- Monthly or annual contracts available
- 24/7 customer service
- Free toll-free number
- Online storage for 1 year
- Excellent junk fax filters **\***
- Corporate packages and premium upgrades

Cons

- Page in plan aren't combined; 300 pages earmarked for incoming and 100 pages for outgoind
- Only 9 U.S. cities available for local numbers

Conclusion

**SRFax is a good option for people who need a toll-free fax number.** Local numbers are available, but are limited to 9 U.S. cities and 24 Canadian cities. The Lite plan is competitively priced at $9.95/month with no start up fee. A drawback to their plan is that the pages aren't combined. However, they have some features that set them apart, such as excellent junk fax filters and international faxing capabilities. Their customer support was very helpful and are available 24/7. Although their free trial is only 14-days, you get unlimited incoming faxes and up to 20 outgoing faxes per day. Complete SRFax Review

back to top



| | |
|---|---|
| Service Name | Lite Plan |
| Monthly Fee | **$9.95** |
| Hidden Fees | No |
| Start Up Fee | $0.00 |
| Free Trial Period | 14 Days |
| Free Incoming Pages | 300 |
| Free Outgoing Pages | 100 |
| Users in plan | 3 |
| Online fax storage | 1 Year |
| Customer Support | 24/7 |
| Premium Upgrades | Yes |
| Corporate Packages | Yes |
| Send faxes by email | Yes |
| Incoming Overage Pages | $0.08 |
| Outgoing Overage Pages | $0.08 |

sign up now

**\*See BTL Sub. at ___ (addressing blocking technologies and their impact on Article III).**

## MaxEmail

**Plan Reviewed: Plus**

Pros

- Low Overage Fees for Incoming Pages
- Upgraded packages available
- Unused pages roll-over

Cons

- Hidden Fees: MaxEmail does not include any inbound pages with a toll-free number and the fee per page is $0.10
- $10.00 start up fee
- 30 day free trial only includes 100 inbound pages and three 10-page outbound faxes
- Customer service number is hard to find
- MaxEmail bills per 30 seconds of transmission time; most fax companies quote assuming 1 minute per page

Conclusion

**MaxEmail's Plus plan is similar to many of their competitors' plans, but they charge a $10 start up fee.** They do offer a 30 day free trial that includes 100 inbound pages and three 10-page outbound faxes. MaxEmail's internet fax service allows you to have 1 user in the plan and overage fees for incoming pages are only 5 cents. A feature fairly unique to MaxEmail is that unused pages roll-over with the Lite and Plus plans. However, we didn't find their interface particularly user friendly, and MaxEmail's customer service number is difficult to find. Also, MaxEmail is one of the few carriers that charges extra for a toll free number. Complete MaxEmail Review

| | |
|---|---|
| Service Name | Plus |
| Monthly Fee | **$9.95** |
| Hidden Fees | **Yes** |
| Start Up Fee | $10.00 |
| Free Trial Period | Limited |
| Free Incoming Pages | 250 |
| Free Outgoing Pages | 100 |
| Users in plan | 1 |
| Online fax storage | 30 Days |
| Customer Support | M-F 9-5 CST |
| Premium Upgrades | Yes |
| Corporate Packages | Yes |
| Send faxes by email | Yes |
| Incoming Overage Pages | **$0.05** |
| Outgoing Overage Pages | **$0.10** |

sign up now

back to top

## FaxAge

**Plan Reviewed: Professional**

<u>Pros</u>

- Low overage rates
- Low monthly fee
- Unlimited users in plan

<u>Cons</u>

- No free trial period
- Limited Customer Service
- $5.00 start up fee
- Limited local numbers

<u>Conclusion</u>

**This plan is competitively-priced.** There is a start up fee, no free trial and limited customer service, which is outside of our market standard, but their monthly fee is a few dollars less than our market standard for the same number of minutes.
Complete FaxAge Review

back to top



| | |
|---|---|
| Service Name | Professional |
| Monthly Fee | $7.95 |
| Hidden Fees | No |
| Start Up Fee | $5.00 |
| Free Trial Period | **No, but** |
| Free Incoming Pages | 150 |
| Free Outgoing Pages | 150 |
| Users in plan | Unlimited |
| Online fax storage | Unlimited |
| Customer Support | 9:30-4:30 MST |
| Premium Upgrades | Yes |
| Corporate Packages | Yes |
| Send faxes by email | Yes |
| Incoming Overage Pages | $0.05 |
| Outgoing Overage Pages | $0.05 |

sign up now

## CallWave

**Plan Reviewed: Basic**

<u>Pros</u>

- Online file storage for 6 months

<u>Cons</u>

- Only 1 user in plan
- Customer Service is only available M-F during business hours
- Only certain area codes are available
- $10 start up fee

<u>Conclusion</u>

CallWave revamped their entire internet fax service in December of 2007. Prior to that time, they only offered an unlimited receive-only plan. The pricing of their basic plan is near our "market standard" parameters. Callwave offers a 7 day trial that gives you full access to their system. However, **there are major cons of their service.** You can't preview your faxes before you send them, CallWave places branding on your cover sheet, customer service is only available through email, and only one email address can be set as a recipient for incoming faxes. Complete CallWave Review

back to top

| | |
|---|---|
| Service Name | Basic |
| Monthly Fee | $9.95 |
| Hidden Fees | No |
| Start Up Fee | $10.00 |
| Free Trial Period | 7 Days |
| Free Incoming Pages | 150 |
| Free Outgoing Pages | 100 |
| Users in plan | 1 |
| Online fax storage | 180 Days |
| Customer Support | M-F 7-6 PST |
| Premium Upgrades | Yes |
| Corporate Packages | N/A |
| Send faxes by email | Yes |
| Incoming Overage Pages | $0.10 |
| Outgoing Overage Pages | $0.10 |

sign up now

## Packetel

**Plan Reviewed: Standard**

<u>Pros</u>

- Very cheap
- Unlimited incoming pages
- You receive 1 free month when you sign up for 12 months and 2 free months when you sign up for 24 months

<u>Cons</u>

- You cannot send faxes at all
- You have to pre-pay for everything
- They don't store your faxes online at all
- $3.95 monthly price requires a 3 month minimum



| | |
|---|---|
| Service Name | Standard |
| Monthly Fee | **$3.95** |
| Hidden Fees | No |
| Start Up Fee | $0.00 |
| Free Trial Period | 2 Days |
| Free Incoming Pages | Unlimited |
| Free Outgoing Pages | None |
| Users in plan | 2 |

**Conclusion**
You get what you pay for. You can't send any faxes with this service, they don't store faxes online at all, and their free trial period is nothing to brag about. **If you're looking for the cheapest option for a receive fax number, this is it.** However, if you think you might want some of the standard features offered by most providers, it's probably worth the extra $6 per month to get a standard 300 minute plan from another provider.
Complete Packetel Review

| | |
|---|---|
| Online fax storage | None |
| Customer Support | M-F 8-6 PST |
| Premium Upgrades | No |
| Corporate Packages | No |
| Send faxes by email | No |
| Incoming Overage Pages | N/A |
| Outgoing Overage Pages | N/A |

sign up now

back to top

## Fax.com



**Plan Reviewed: Fax.com**

**Pros**
- The incoming and outgoing page allowance is combined, which makes it less likely for you to incur overage fees

**Cons**
- Customer Service is very hard to reach
- Hidden Fees: They charge for storing faxes online for more than 30 days, which is the default setting in their online interface
- There is a 10MB limit on the size of fax that you can send
- Overage fees are higher than average

**Conclusion**
Fax.com recently acquired OneFax, FaxMicro and 101Fax and appears to be managing all these systems through Fax.com's technology

There are other carriers that offer the same bundle of services for less money with better Customer Service and no hidden fees. **It's very frustrating to have a simple question, no access to Customer Service and no available online information.** We do not recommend this carrier. Complete Fax.com Review

* Not that it really matters but Fax.com is owned by j2 Global Communications along with eFax, Send2Fax, jConnect, RapidFAX and SmartFax.

| | |
|---|---|
| Service Name | Fax.com |
| Monthly Fee | $9.99 |
| Hidden Fees | **Yes** |
| Start Up Fee | $0.00 |
| Free Trial Period | 30 Days |
| Free Incoming Pages | 300 Total |
| Free Outgoing Pages | Combined |
| Users in plan | 2 |
| Online fax storage | **30 Days Free** |
| Customer Support | M-F 8-5 PST |
| Premium Upgrades | No |
| Corporate Packages | No |
| Send faxes by email | Yes |
| Incoming Overage Pages | $0.12 |
| Outgoing Overage Pages | $0.12 |

sign up now

back to top

## Fax2Mail



**Plan Reviewed: PGi Fax2Mail**

**Pros**
- Premier Global offers a wide variety of digital phone services, so if you're looking for more than just digital fax you might be able to benefit from a service bundle

**Cons**
- $20.00 start up fee
- Confusing pricing system
- Overage fees are well above average
- No free trial
- 50 pages per month is roughly 16% of what we consider market standard
- Their website is generally not very informative
- Their Customer Service is very difficult to reach

**Conclusion**
**There are other carriers that offer the same bundle of services for less money.** Because Fax2Mail charges $11.90/month plus a $20 start-up fee for 50 total incoming and outgoing pages, it is over the market average price and under market average for total monthly pages. Also, the hidden fees associated with the service, i.e. $3.95 per added user $0.004 for every re-sent fax, makes the service less attractive than other internet fax options. Complete Fax2Mail Review

| | |
|---|---|
| Service Name | PGi Fax2Mail |
| Monthly Fee | **$11.90** |
| Hidden Fees | **Yes** |
| Start Up Fee | **$20.00** |
| Free Trial Period | No |
| Free Incoming Pages | 50 Total |
| Free Outgoing Pages | Combined |
| Users in plan | **1** |
| Online fax storage | **30 Days** |
| Customer Support | 24/7 |
| Premium Upgrades | Yes |
| Corporate Packages | Yes |
| Send faxes by email | Yes |
| Incoming Overage Pages | $0.15 |
| Outgoing Overage Pages | $0.15 |

sign up now

back to top

## FaxFreedom

**Plan Reviewed: Standard**



Pros

- $0.07 per overage page

Cons

- No free trial period
- $25 start up fee
- 100 total pages in plan (33% of average)
- Unresponsive Customer Service
- Hidden Fees: You have to pay the first and last month up front, in addition to the start up fee
- Limited Customer Service

Conclusion

There are other carriers that offer the same bundle of services for less money with better Customer Service. **We do not recommend this service.** Complete FaxFreedom Review

back to top

| | |
|---|---|
| Service Name | Standard |
| Monthly Fee | $9.95 |
| Hidden Fees | **Yes** |
| Start Up Fee | $25.00 |
| Free Trial Period | None |
| Free Incoming Pages | 100 Total |
| Free Outgoing Pages | Combined |
| Users in plan | Unlimited |
| Online fax storage | 30 Days |
| Customer Support | **M-F 6-6 PST** |
| Premium Upgrades | No |
| Corporate Packages | No |
| Send faxes by email | Yes |
| Incoming Overage Pages | $0.07 |
| Outgoing Overage Pages | $0.07 |

sign up now

## Send2Fax

**Plan Reviewed: Individual and Small Business**



Pros

- Corporate plans available
- Upgrades available

Cons

- No free trial period
- $12.95 Start Up Fee
- Hidden Fees: They charge $0.01 per page to store faxes for more than 30 days
- Limited Customer Service hours
- Overage fees exceed what we consider market standard

Conclusion

**There are other carriers that offer the same bundle of services for less money with better Customer Service.** In addition, Send2Fax has hidden fees that we uncovered. We are always skeptical about companies that have hidden fees.
Complete Send2Fax Review

\* Not that it really matters but Send2Fax is owned by j2 Global Communications along with Fax.com, eFax, jConnect, RapidFAX and SmartFax.

back to top

| | |
|---|---|
| Service Name | Small Business |
| Monthly Fee | $12.95 |
| Hidden Fees | **Yes** |
| Start Up Fee | $12.95 |
| Free Trial Period | None |
| Free Incoming Pages | 350 Total |
| Free Outgoing Pages | Combined |
| Users in plan | 2 |
| Online fax storage | **30 Days Free** |
| Customer Support | M-F 8-5 PST |
| Premium Upgrades | Yes |
| Corporate Packages | Yes |
| Send faxes by email | Yes |
| Incoming Overage Pages | $0.12 |
| Outgoing Overage Pages | $0.12 |

sign up now

## ClickFax

**Plan Reviewed: Budget Send and Receive Plan**

Pros

- The website is so difficult to navigate that you will probably not waste your time looking at their different plans

Cons

- 15 day free trial only includes 3 send faxes
- 50 pages per month is roughly 16% of what we consider market standard

Conclusion

ClickFax offers a 15 day free trial that includes 3 faxes (send only). There are other carriers that offer a more comprehensive bundle of services for less money with better Customer Service. **We will not waste your time or ours with a long review of ClickFax.** They

| | |
|---|---|
| Service Name | Bud S&R |
| Monthly Fee | $9.95 |
| Hidden Fees | No |
| Start Up Fee | $9.95 |
| Free Trial Period | **Limited** |
| Free Incoming Pages | 50 Total |
| Free Outgoing Pages | Combined |
| Users in plan | 1 |
| Online fax storage | 30 Days |
| Customer Support | No Number |
| Premium Upgrades | Yes |

were included in an effort to create a complete survey. Please choose another carrier. Complete ClickFax Review

| | |
|---|---|
| Corporate Packages | Yes |
| Send faxes by email | Yes |
| Incoming Overage Pages | $0.10 |
| Outgoing Overage Pages | $0.10 |

sign up now

[back to top](#)

## AirComUSA

**Plan Reviewed: Virtual Fax**

Pros

- Toll-free numbers available with no additional fees

Cons

- NO INCLUDED MINUTES
- 30 day free trial only includes 30 minutes for inbound faxes
- Additional faxes might be lost with additional email addresses
- $10.00 set up fee
- $12.00 upfront charge for future overage fees
- 6 days of online storage
- Limited customer service

Conclusion

This plan has set up fees, disclosed issues with faxes being lost, 6 days of online storage, limited customer service, NO INCLUDED MINUTES, etc. **We would not recommend this service to any customer.** However, they do offer a 30 day free trial that includes 30 minutes for inbound faxes.
Complete AirComUSA Review



| | |
|---|---|
| Service Name | Virtual Fax |
| Monthly Fee | $8.95 |
| Hidden Fees | **No, but** |
| Start Up Fee | $10.00 |
| Free Trial Period | 30 Days |
| Free Incoming Pages | 0 |
| Free Outgoing Pages | 0 |
| Users in plan | 5 |
| Online fax storage | 6 Days |
| Customer Support | M-F 8-6 MST |
| Premium Upgrades | Yes |
| Corporate Packages | Yes |
| Send faxes by email | Yes |
| Incoming Overage Pages | $0.10 |
| Outgoing Overage Pages | $0.10 |

sign up now

[back to top](#)

## GreenFax.com

**Plan Reviewed: Signature**

Pros

- Very low overage fees; $0.03 per minute for incoming pages and $0.07/$0.05 per minute for outgoing pages
- Up to 5 Users in plan
- Unlimited online storage
- Corporate upgrades available
- Premium upgrades available

Cons

- No free trial
- Limited Customer Service hours
- Pricing is above what we consider market standard

Conclusion

**This company is marketing its service as a means to positively affect the environment.** Although we agree with and support this conclusion, their service is no more environmentally friendly than other carriers', as far as we can tell. Nonetheless, their overage fees are very low and if you foresee regular overage charges, this benefit might outweigh their above-market monthly fees. GreenFax unfortunately does not have a free trial to test their service. Another unusual feature that may be a pro or a con depending on your situation is the fact that they bill quarterly. Complete GreenFax.com Review

| | |
|---|---|
| Service Name | Signature |
| Monthly Fee | **$12.95** |
| Hidden Fees | No |
| Start Up Fee | $0.00 |
| Free Trial Period | None |
| Free Incoming Pages | 250 |
| Free Outgoing Pages | 100 |
| Users in plan | 5 |
| Online fax storage | Unlimited |
| Customer Support | M-F 9-5 EST |
| Premium Upgrades | Yes |
| Corporate Packages | Yes |
| Send faxes by email | Yes |
| Incoming Overage Pages | $0.03 |
| Outgoing Overage Pages | **$0.07/$0.05** |

sign up now

[back to top](#)

## SmartFax

**Plan Reviewed: Local**

Pros

- No start up fee



- Low monthly fee

**Cons**

- Poor customer service
- Hidden Fees: SmartFax charges $0.05 per fax, per month to store faxes for more than 30 days, which is the default setting for their online interface
- Only 2 fully functioning users

**Conclusion**

**On March 17, 2009, FaxCompare was notified that SmartFax had been acquired by j2. SmartFax originally offered unlimited incoming faxes, but since being acquired, has changed their offering dramatically.** On the surface, it looks like a good value. For $6.95/month you get 250 combined pages. There is no start up fee, the overage fees are low, their 30-day free trial includes 250 combined minutes, and you can get a toll free number for no additional cost. However, SmartFax does have a hidden fee where they charge you to store faxes more than 30 days, which is the default setting for their online interface. Also, we've tested their service since being acquired by j2, and we've had major issues sending/receiving faxes. Sometimes faxes take days to come through. We've tried to contact customer support, but at this point it's non-existent; there is no phone number listed on their website, and email support consists of the same automated response. Hopefully, these problems will be resolved after the transition. Please stay tuned for an updated review. Complete SmartFax Review

back to top

| Service Name | Local |
|---|---|
| Monthly Fee | $6.95 |
| Hidden Fees | Yes |
| Start Up Fee | $0.00 |
| Free Trial Period | 30 Days |
| Free Incoming Pages | 250 Total |
| Free Outgoing Pages | Combined |
| Users in plan | 2 |
| Online fax storage | 30 Days Free |
| Customer Support | M-F 8-5 PST |
| Premium Upgrades | No |
| Corporate Packages | No |
| Send faxes by email | Yes |
| Incoming Overage Pages | $0.08 |
| Outgoing Overage Pages | $0.08 |

sign up now

# eXtremeFax

**Plan Reviewed: Standard**

**Pros**

- No start up fee
- $7.99 monthly fee
- 300 pages included in plan
- Unlimited users in plan
- 24/7 Customer Service
- $0.07 per overage pages

**Cons**

- This is an old version of what is now RingCentral
- 30 day free trial only includes 30 pages

**Conclusion**

**This is an old version of what is now RingCentral.** The good side is that you get RingCentral's 24/7 Customer Service and you get the old pricing, which is lower than RingCentral. The bad side is that this system was replaced in order to improve the interface and technology. The quality of the product is commensurate with the reduced cost. eXtremeFax offers a 7 day free trial that includes 30 combined pages. This is a good option for a value-conscious customer. Complete eXtremeFax Review

back to top



| Service Name | Standard |
|---|---|
| Monthly Fee | $7.99 |
| Hidden Fees | No |
| Start Up Fee | $0.00 |
| Free Trial Period | 7 Days |
| Free Incoming Pages | 300 Total |
| Free Outgoing Pages | Combined |
| Users in plan | Unlimited |
| Online fax storage | 30 Days |
| Customer Support | 24/7 |
| Premium Upgrades | Yes |
| Corporate Packages | No |
| Send faxes by email | Yes |
| Incoming Overage Pages | $0.07 |
| Outgoing Overage Pages | $0.07 |

sign up now

# jConnect

**Plan Reviewed: Premier**

**Pros**

- Bundled service with voice mail and other services
- 1 year online storage

**Cons**

- Highest priced provider in our survey
- $10.00 start up fee
- No outgoing pages in plan
- No free trial

**Conclusion**

**jConnect is owned by J2 Global Communications, owner of**



| Service Name | Premier |
|---|---|
| Monthly Fee | $19.95 |
| Hidden Fees | No |
| Start Up Fee | $10.00 |
| Free Trial Period | None |
| Free Incoming Pages | 170 |
| Free Outgoing Pages | None |
| Users in plan | 5 |

eFax, and appears to be the worst deal of any of the fax service plans we're aware of. In addition to their high monthly rate, no free trial, as well as the $10.00 start up fee, they include no outgoing pages in their plan. However, it does come with some extra features like voicemail, email converted to voicemail and conference calling. This could be a great service if you are looking for a similar bundle of services. However, if all you want is an email fax service, there are other providers that offer a similar bundle of services for less money.
Complete jConnect Review

* Not that it really matters but jConnect is owned by j2 Global Communications along with Fax.com, Send2Fax, eFax, RapidFAX and SmartFax.

| | |
|---|---|
| Online fax storage | 1 Year |
| Customer Support | 24/7 |
| Premium Upgrades | No |
| Corporate Packages | No |
| Send faxes by email | Yes |
| Incoming Overage Pages | $0.15 |
| Outgoing Overage Pages | $0.10 |

sign up now

back to top

## SimplifyFax



**Plan Reviewed: Basic Local**

Pros
- Relatively inexpensive
- Unlimited incoming pages

Cons
- Poor customer service
- 30 day free trial includes unlimited inbound faxes but only 30 outbound faxes
- Relatively small provider with limited resources

Conclusion
**On April 3, 2009, FaxCompare was notified that SimplifyFax was acquired by BisonFAX.** The offering appears to be the same, but we are unable to get in touch with customer support to verify this. We will update our review once the transition is complete. Complete SimplifyFax Review

back to top

| | |
|---|---|
| Service Name | Basic Local |
| Monthly Fee | $7.95 |
| Hidden Fees | No |
| Start Up Fee | $0.00 |
| Free Trial Period | 30 Days |
| Free Incoming Pages | Unlimited |
| Free Outgoing Pages | 250 |
| Users in plan | 12 |
| Online fax storage | Unlimited |
| Customer Support | M-F 9-6 EST |
| Premium Upgrades | No |
| Corporate Packages | No |
| Send faxes by email | Yes |
| Incoming Overage Pages | N/A |
| Outgoing Overage Pages | $0.05 |

sign up now

## SaveOnFaxes



**Plan Reviewed: Small Business**

Pros
- Low monthly fee
- 24/7 Customer Service

Cons
- $20.00 start up fee
- Only 250 included pages
- Expensive overage rates
- No online fax storage
- Free trial is one fax

Conclusion
At SaveOnFaxes customer service is given a priority, which is in contrast to their higher than average prices. **Customer service is available 24/7 and was found to be very helpful.** In terms of cost, SaveOnFaxes offers one of the lowest monthly subscription fees. However, the initial start up fee as well as the cost to send or receive a fax once you have surpassed your monthly allotment of 250 are both well above our market standard. Also, their free trial consists of one fax, so it's hard to get a feel for the service. Complete SaveOnFaxes Review

back to top

| | |
|---|---|
| Service Name | Small Business |
| Monthly Fee | **$6.95** |
| Hidden Fees | No |
| Start Up Fee | **$20.00** |
| Free Trial Period | 1 Fax |
| Free Incoming Pages | 250 Total |
| Free Outgoing Pages | Combined |
| Users in plan | 1 |
| Online fax storage | None |
| Customer Support | 24/7 |
| Premium Upgrades | No |
| Corporate Packages | No |
| Send faxes by email | Yes |
| Incoming Overage Pages | $0.15 |
| Outgoing Overage Pages | $0.15 |

sign up now

## PayPerFax

**Plan Reviewed: Pay Per Fax**

Pros

- No start up fee
- No monthly fee

Cons

- Limited Customer Service
- Only 1 user
- Expensive fax pages
- No free trial

Conclusion

**If you do not plan on sending a high amount of faxes per month then PayPerFax may be the right option for you and your business.** Although the cost of the first page may seem high, each page thereafter is at a rate reduced by nearly 50% per page compared to the initial one. PayPerFax offers the user a free toll-free number to use included in their service, however if you would like your toll-free number to be made available to you for over 30 minutes they do charge a fee of $0.50 per extra 30 minutes. They also don't offer a free trial so there is no way to get a feel for their service without buying something. Complete PayPerFax Review

| | |
|---|---|
| Service Name | Pay Per Fax |
| Monthly Fee | $0.00 |
| Hidden Fees | No |
| Start Up Fee | $0.00 |
| Free Trial Period | No |
| Free Incoming Pages | **$0.75, but** |
| Free Outgoing Pages | **$0.75, but** |
| Users in plan | 1 |
| Online fax storage | None |
| Customer Support | N/A |
| Premium Upgrades | No |
| Corporate Packages | No |
| Send faxes by email | Yes |
| Incoming Overage Pages | **$0.75, but** |
| Outgoing Overage Pages | **$0.75, but** |

*sign up now*

**back to top**

## Venali

**Plan Reviewed: FaxComplete Local**

Pros

- No start up fee
- Customer Service available 24/5
- Premium upgrades and corporate packages available

Cons

- No Free Trial
- Additional fees for online storage
- Only 200 pages included in plan (67% of market standard)
- Only 1 user in plan
- Limited local area codes (only 32 U.S. states are represented)

Conclusion

**If you are looking for an international toll-free number, then Venali's service is a good fit.** However, if you are looking for a basic internet fax service, we recommend choosing a service provider who offers more bells and whistles for the $9.99 monthly fee. Only 200 pages are included in the plan, and they are not combined which restricts your usage. Also, you have to pay extra for valuable online storage and a toll free number. That combined with Venali's limited availability of local area codes (only 32 states are represented) and no free trial makes the plan unattractive for a basic internet fax user. Complete Venali Review

| | |
|---|---|
| Service Name | FaxComplete Local |
| Monthly Fee | $9.95 |
| Hidden Fees | No |
| Start Up Fee | $0.00 |
| Free Trial Period | No |
| Free Incoming Pages | 100 |
| Free Outgoing Pages | 100 |
| Users in plan | 1 |
| Online fax storage | **Yes, but** |
| Customer Support | **24/5** |
| Premium Upgrades | Yes |
| Corporate Packages | Yes |
| Send faxes by email | Yes |
| Incoming Overage Pages | $0.05 |
| Outgoing Overage Pages | $0.08 |

*sign up now*

**back to top**

## OneSuite



**Plan Reviewed: OneSuite Fax**

Pros

- Very low monthly fee
- Low overage rates
- Unlimited incoming pages
- Low international rates
- 24/7 Customer Service

Cons

- $10 starting balance
- Must download software to send faxes
- Not Mac compatible
- Toll free numbers not available

| | |
|---|---|
| Service Name | OneSuite Fax |
| Monthly Fee | $2.95 |
| Hidden Fees | No |
| Start Up Fee | **No, but** |
| Free Trial Period | 30 Days |
| Free Incoming Pages | Unlimited |
| Free Outgoing Pages | None |
| Users in plan | 5 |
| Online fax storage | No |

Conclusion

**OneSuite's fax service includes unlimited incoming faxes and the ability to send outgoing faxes for an ultra-low monthly price.** If you only want to receive incoming pages, they have another plan you can sign up for that only costs $1 per month. **It is important to note that OneSuite doesn't offer toll free numbers.**

**For being such an inexpensive plan, we were actually surprised with the quality of OneSuite's service.** There are a few drawbacks such as paying a $10 starting balance and having to download software to send faxes, but these drawbacks are definitely worth overcoming if you want to pay significantly less per month. Faxes were sent and received quickly, and we didn't encounter any problems.
Complete OneSuite Review

| | |
|---|---|
| Customer Support | 24/7 |
| Premium Upgrades | Yes |
| Corporate Packages | Yes |
| Send faxes by email | Yes |
| Incoming Overage Pages | Unlimited |
| Outgoing Overage Pages | $0.02 |

sign up now

back to top

# UnityFax

**Plan Reviewed: One Rate**

Pros
- Low monthly fee
- No start up fee
- Unlimited incoming pages
- 24/7 Customer Service

Cons
- No Free Trial
- Does not allow any outgoing faxes
- No premium upgrades
- No corporate packages

Conclusion

**UnityFax's One Rate service includes unlimited incoming faxes for an ultra-low monthly price. You can not send faxes with this provider.** According to their website, UnityFax believes that most people still need and use the basic fax machine in order to send documents and contracts which require signatures. Using this logic, UnityFax deems a sending function unnecessary for an internet fax service (i.e. you would only need to pay for what you receive).
Complete UnityFax Review

| | |
|---|---|
| Service Name | One Rate |
| Monthly Fee | $4.99 |
| Hidden Fees | No |
| Start Up Fee | $0.00 |
| Free Trial Period | No |
| Free Incoming Pages | Unlimited |
| Free Outgoing Pages | **None** |
| Users in plan | 4 |
| Online fax storage | 2 years |
| Customer Support | 24/7 |
| Premium Upgrades | No |
| Corporate Packages | No |
| Send faxes by email | **No** |
| Incoming Overage Pages | Unlimited |
| Outgoing Overage Pages | N/A |

sign up now

back to top

# FaxMicro

**As of March 18, 2009, it appears that Fax.com has acquired FaxMicro and is managing this system through Fax.com's technology. If you visit FaxMicro's website and sign-up, you will taken directly to Fax.com's sign-up page.**
Complete FaxMicro Review

back to top

| | |
|---|---|
| Service Name | Fax.com |
| Monthly Fee | $9.99 |
| Hidden Fees | Yes |
| Start Up Fee | $0.00 |
| Free Trial Period | 30 Days |
| Free Incoming Pages | 300 Total |
| Free Outgoing Pages | Combined |
| Users in plan | 2 |
| Online fax storage | 30 Days Free |
| Customer Support | M-F 8-5 PST |
| Premium Upgrades | No |
| Corporate Packages | No |
| Send faxes by email | Yes |
| Incoming Overage Pages | $0.12 |
| Outgoing Overage Pages | $0.12 |

# OneFax



**As of March 18, 2009, it appears that Fax.com has acquired OneFax and is managing this system through Fax.com's technology. If you visit OneFax's website and sign-up, you will taken directly to Fax.com's sign-up page.**

Complete OneFax Review

back to top

| | |
|---|---|
| Service Name | Fax.com |
| Monthly Fee | $9.99 |
| Hidden Fees | Yes |
| Start Up Fee | $0.00 |
| Free Trial Period | 30 Days |
| Free Incoming Pages | 300 Total |
| Free Outgoing Pages | Combined |
| Users in plan | 2 |
| Online fax storage | 30 Days Free |
| Customer Support | M-F 8-5 PST |
| Premium Upgrades | No |
| Corporate Packages | No |
| Send faxes by email | Yes |
| Incoming Overage Pages | $0.12 |
| Outgoing Overage Pages | $0.12 |

## 101Fax



**As of March 18, 2009, it appears that Fax.com has acquired 101Fax and is managing this system through Fax.com's technology. If you visit 101Fax's website and sign-up, you will taken directly to Fax.com's sign-up page.**

Complete 101Fax Review

back to top

| | |
|---|---|
| Service Name | Fax.com |
| Monthly Fee | $9.99 |
| Hidden Fees | Yes |
| Start Up Fee | $0.00 |
| Free Trial Period | 30 Days |
| Free Incoming Pages | 300 Total |
| Free Outgoing Pages | Combined |
| Users in plan | 2 |
| Online fax storage | 30 Days Free |
| Customer Support | M-F 8-5 PST |
| Premium Upgrades | No |
| Corporate Packages | No |
| Send faxes by email | Yes |
| Incoming Overage Pages | $0.12 |
| Outgoing Overage Pages | $0.12 |