# EXHIBIT 7

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **CIN-Q AUTOMOBILES, INC., et al.,**<br>　　　　　　　　**Plaintiffs,**<br>　　v.<br>**BUCCANEERS LIMITED PARTNERSHIP and JOHN DOES 1-10,**<br>　　　　　　　　**Defendants,**<br><br>**TECHNOLOGY TRAINING ASSOCIATES, INC., et al.,**<br>　　　　　　　　**Intervenors.** | Case No. 8:13-cv-01592-AEP<br><br>**Magistrate Judge Anthony E. Porcelli** |

## **DECLARATION OF ROBERT COLLINS III**

I, Robert Collins III, declare and state as follows:

1. My name is Robert Collins III. I am an attorney at Latham and Watkins LLP. I have personal knowledge of the facts set forth in this Declaration and if called as a witness, could and would testify competently thereto.

2. The Internet Archive has created a service known as the Wayback Machine. The Wayback Machine makes it possible to search billions of pages stored in the Internet Archive's web archive. Visitors to the Wayback Machine can search archives by URL (i.e., a website address). If archived records for a URL are available, the visitor will be presented with a list of available dates. The visitor may select one of those dates and then begin searching on an archived version of the Web.

3. The links on the archived files, when served by the Wayback Machine, point to other archived files (whether HTML pages or images). If a visitor clicks on

1

2

a link on an archived page, the Wayback Machine will serve the archived file with the closest available date to the page upon which the link appeared and was clicked.

4.     The Internet Archive assigns a URL on its site to the archived files in the format http://web.archive.org/web/[Year in yyyy][Month in mm][Day in dd][Time code in hh:mm:ss]/[Archived URL].  Thus, the Internet Archive URL http://web.archive.org/web/19970126045828/http://www.archive.org/ would be the URL for the record of the Internet Archive home page HTML file (http://www.archive.org/) archived on January 26, 1997 at 4:58 a.m. and 28 seconds (1997/01/26 at 04:58:28).  A web browser may be set such that a printout from it will display the URL of a web page in the printout's footer.

5.     Attached to BTL's Response to Intervenors' March 21, 2024 Submission as Exhibit 6 is a true and correct copy of a printout of the Internet Archive's records of the HTML files for the URL www.faxcompare.com:80/internet-fax-reviews, archived on May 3, 2009 at 12:38 p.m. and 36 seconds.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 26, 2024 in Chicago, Illinois.

_____
**Robert Collins III**