# EXHIBIT 1

Cin-Q Automobiles, Inc., et al. v. BTL
Case No. 8:13-cv-01592-AEP (M.D. Fla.)

www.efax.com /about-us                                                                                                1/4

# About eFax & Our Story



**About Us**

eFax is a premium digital faxing service supported by robust security measures and encryption protocols for small, medium and large businesses.

## A World Leading Online Fax Service

Life's essential data when, where and how you need it.

eFax has been a world-leading online fax service for over two decades. From its beginnings as a digital cloud faxing organization, eFax, provided by Consensus Cloud Solutions, has evolved and spread out services to millions of customers servicing their digital faxing needs. Today, small, medium and large businesses, including Fortune 500 companies, use eFax to send and receive business faxes. These secure digital faxes are supported by security measures and encryption protocols that allow users to safely retrieve and store faxes through email as well as a cloud-based web app.

eFax allows users to quickly and easily send faxes from any internet-connected computer, tablet or smartphone.

The old days of faxing are done. eFax eliminates the need for away with machines, ink, paper and needless landline connections. No more paper jams, load errors or busy tones. Digital faxes are fast, convenient and more cost-effective.

With eFax, you can receive, review, edit, sign and send faxes from your email. You can even store and retrieve all of your faxes online in a searchable and auditable web-based environment protected by symmetric cryptography.

This digital fax solution makes it possible to bring advanced healthcare standard HL7/FHIR structured data systems to medical practice, consistent with applicable HIPAA standards and other data protection regulations. Physicians and other professionals save administrative time and streamline their office procedures thanks to Consensus Cloud Solutions' Natural Language Processing (NLP) technology and the meaningful, analytics-ready data it produces.

Users can access their faxes and digital storage anytime from any internet-capable device through the Consensus suite of interoperability integrations that offers:

- Optimized workflows
- Real-time event notifications
- On-demand patient query
- Direct secure messaging
- Universal APIs
- NLP technologies
- Electronic signature
- eFax HITRUST CSF® Certified digital cloud faxing

With over 25 years of experience providing digital, cloud-based solutions to companies who rely on Consensus Cloud Solutions for security, reliability and ease of access, eFax is a full-fledged electronic fax and document storage system for businesses of all shapes and sizes.

Cut Costs, Save Time & Increase Productivity with eFax







**News and Events**

Stay up to date with the latest news and events at eFax! From product updates and new features to industry insights and expert tips, our News and Events section is your go-to source for all things related to online faxing and document management.

Learn More



**Investor Information**

Welcome to the Investor Information section of Consensus Cloud Solutions. Here, you'll find comprehensive resources to keep you informed about our financial performance, corporate governance, and strategic initiatives. Explore financial reports, shareholder information, and news releases to stay up to date with eFax's journey in the digital communication industry.

Learn More



**Become an Affiliate**

As an affiliate, you can earn attractive commissions by promoting our industry-leading online faxing and document management solutions. Join us today and start earning while helping businesses streamline their communication processes with eFax.

Learn More



"eFax is one of the most feature rich and well-known online fax services on the market and includes features like mobile apps, e-signature capabilities, …compliance and unlimited fax storage…"

See More Reviews



"Sending fax over internet to a local or toll free number is extremely easy using its simple interface integrated with your email account. Enhanced features like digital signature and integration with mobile apps are like icing on the cake."

See More Reviews



"What I like about eFax is that it includes a share extension, so I can fax from almost all iOS apps that support sharing. This makes it easy to fax a document from almost all of my apps."

See More Reviews

## What Our Customers Say About Us



Apple App Store

Apple App Store Rating



Google Play Store