# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | | |
|---|---|---|
| CIN-Q AUTOMOBILES, INC. and MEDICAL & CHIROPRACTIC CLINIC, INC., individually and on behalf of a class, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | No.: 8:13-CV-01592-AEP |
| | ) | |
| v. | ) | |
| | ) | |
| BUCCANEERS LIMITED PARTNERSHIP, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| TECHNOLOGY TRAINING ASSOCS., INC. *et al.*, | ) ) | |
| | ) | |
| Intervenors. | ) | |

## **PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs, Cin-Q Automobiles, Inc. and Medical & Chiropractic Clinic, Inc., on behalf of themselves and the Settlement Class, submit the following decision pursuant to Local Rule 3.01(i):[1]

1. *Drazen v. Pinto*, 101 F.4th 1223, 1259 (11th Cir. May 13, 2024) ("*Drazen IV*").

2. Doc. 482, Pls.' Mot. Final Approval at 11, ¶ (g) (Settlement Class Members releasing claims "about the subject advertisements sent by fax *during the Class Period*") (emphasis added).

---

[1] Local Rule 3.01(i) provides that "a party identifying supplemental authority that is not merely cumulative may file — without argument or comment — a notice of supplemental authority that contains only: (1) a citation of the authority; (2) a specification by page, paragraph, and line of the issue or argument in the earlier paper the authority supplements; and (3) a succinct quotation from the authority." The notice "must not exceed two pages inclusive of all parts." *Id.*

3.   "[Bock Hatch] were in effect representing GoDaddy in obtaining overbroad releases of GoDaddy and scores of 'affiliates' *from claims yet to materialize*." *Drazen IV*, 101 F.4th at 1259 (emphasis added).

Respectfully submitted,

/s/ Glenn L. Hara
Glenn L. Hara (admitted *pro hac vice*)
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: (847) 368-1500
Facsimile: (847) 368-1501
ghara@andersonwanca.com

Michael C. Addison (Fla. Bar. No. 0145579)
ADDISON LAW OFFICE, P.A.
1304 Alicia Avenue
Tampa, Florida 33604
Telephone: (813) 223-2000
Facsimile: (813) 228-6000
m@mcalaw.net

Ross M. Good (Fla. Bar. No. 116405)
LOFTUS & EISENBERG, LTD.
161 N. Clark, Suite 1600
Chicago, Illinois 60601
T: (786) 539-3952
ross@loftusandeisenberg.com

*Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

s/Glenn L. Hara