# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC. *et al.*, individually and on behalf of a class, | ) ) ) |
| Plaintiffs, | ) ) ) No. 8:13-cv-01592-AEP |
| v. | ) ) ) Hon. Anthony E. Porcelli |
| BUCCANEERS TEAM LLC, | ) ) |
| Defendant, | ) ) |
| _____ | ) ) |
| TECHNOLOGY TRAINING ASSOCIATES, INC., *et al.*, | ) ) ) |
| Intervenors. | ) ) |

**SUPPLEMENT TO INTERVENORS/OBJECTORS' SUBMISSION
REGARDING QUESTIONS POSED BY THE COURT
AT THE HEARING ON JANUARY 19, 2024**

Phillip A. Bock
Robert M. Hatch
Jonathan B. Piper
Bock Hatch & Oppenheim, LLC
203 N. La Salle Street, Suite 2100
Chicago, IL 60601
(312) 658-5501 (phone)
service@classlawyers.com

1. BTL's motion for evidentiary hearing (ECF 544) and response to Intervenors' March 21, 2024 submission (ECF 543) assert that HylaFAX was "the dominant software used by online fax services circa 2009-2010" and that "HylaFAX lacks printer drivers or functionality." ECF 544 n. 6, ECF 543 n. 4. The latter statement is patently false.

2. To show the falsehood of BTL's assertion, Intervenors submit as a supplement to their previously-filed response to the Court's questions (ECF 537) the attached Exhibit 8, a section from the October 19, 2005 HylaFAX "How To" Guide, which shows that HylaFAX could be configured to automatically print incoming faxes. *See* § 6.8 "Automatic Fax Printing." https://hylafax.sourceforge.io/howto/tweaking.php#ss6.8

### 6.8 Automatic Fax Printing

To automatically print incoming faxes to lpr, insert a line of code similar to

```
/usr/bin/tiff2ps -a $FILE | lpr
```

3. The code "lpr" refers to Line Printer Remote protocol that is the "most common computer protocol … often used in Windows OS or other computer platforms to send jobs to the printer or print queue." http://www.differencebetween.net/technology/protocols-formats/difference-between-lpr-and-raw/; https://web.mit.edu/network/appletalk/lpr.html.

4. Accordingly, online fax services as of 2009-2010 had "print functionality," *i.e.,* capacity to print.

Respectfully submitted,

TECHNOLOGY TRAINING ASSOCIATES, INC., LARRY E. SCHWANKE, D.C. d/b/a BACK TO BASICS FAMILY CHIROPRACTIC, BAREWOOD OUTLET, INC., and THOMAS SAVINO D/B/A WEBRX PHARMACY PALACE, D/B/A RXPALACE.COM

By: /s/ Phillip A. Bock

Phillip A. Bock
Robert M. Hatch
Jonathan B. Piper
Bock Hatch & Oppenheim, LLC
203 N. La Salle Street, Suite 2100
Chicago, IL 60601
(312) 658-5501 (phone)
service@classlawyers.com

## CERTIFICATE OF SERVICE

    I hereby certify that on June 13, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and thereby caused it to be served on all counsel of record through the ECF notice system.

By: <u>/s/ Phillip A. Bock</u>

4

5

**EXHIBIT LIST**

| Exhibit | Description |
|---|---|
| 8 | 19 Oct 2005 "The HylaFAX 'How-To' Guide downloaded at https://hylafax.sourceforge.io/howto/tweaking.php#ss6.8 |