# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

CIN-Q AUTOMOBILES, INC.,    )
et al.,    )
                Plaintiffs,    )
        v.    )

BUCCANEERS LIMITED    )
PARTNERSHIP and JOHN DOES    )    **Case No. 8:13-cv-01592-AEP**
1-10,    )
                Defendants,    )    **Magistrate Judge**
    )    **Anthony E. Porcelli**
_____    )

TECHNOLOGY TRAINING    )
ASSOCIATES, INC., et al.,    )
                Intervenors.    )

## INDEX OF EXHIBITS TO
## BTL'S MOTION TO SUPPLEMENT THE RECORD

Exhibit 1 -    Petition for a Writ of Certiorari, McLaughlin Chiropractic Associates, Inc. v. McKesson Corporation, et al., No. 23-1226 (S.Ct., filed May 17, 2024)

Exhibit 2 -    Waiver, McLaughlin Chiropractic Associates, Inc. v. McKesson Corporation, et al., No. 23-1226 (S.Ct., filed May 23, 2024)

Exhibit 3 -    Docket Text Entry, McLaughlin Chiropractic Associates, Inc. v. McKesson Corporation, et al., No. 23-1226 (S.Ct., filed June 5, 2024)

Exhibit 4 -    Kimberly Strawbridge Robinson and Christina Brady, 'Call For Response' Signals SCOTUS Interest, Bloomberg Law (July 26, 2018, 6:06 a.m.)