# EXHIBIT 2

# WAIVER

## SUPREME COURT OF THE UNITED STATES

No. 23-1226

| McLaughlin Chiropractic Associates, Inc. | V. | McKesson Corporation, et al. |
|---|---|---|
| (Petitioner) | | (Respondent) |

**I DO NOT INTEND TO FILE A RESPONSE** to the petition for a writ of certiorari unless one is requested by the Court.

**Please check the appropriate box:**

☉ I am filing this waiver on behalf of all respondents.

○ I only represent some respondents. I am filing this waiver on behalf of the following respondent(s):

**Please check the appropriate box:**

☉ I am a member of the Bar of the Supreme Court of the United States. (Filing Instructions: File a signed Waiver in the Supreme Court Electronic Filing System. The system will prompt you to enter your appearance first.)

○ I am not presently a member of the Bar of this Court. Should a response be requested, the response will be filed by a Bar member. (Filing Instructions: Mail the original signed form to: Supreme Court, Attn: Clerk's Office, 1 First Street, NE, Washington, D.C. 20543).

Signature: Deanne E. Maynard    *Digitally signed by Deanne E. Maynard Date: 2024.05.23 11:00:36 -04'00'*

Date: 5/23/24

(Type or print) Name: Deanne E. Maynard

○ Mr.   ☉ Ms.   ○ Mrs.   ○ Miss

Firm: Morrison & Foerster LLP

Address: 2100 L Street NW, Suite 900

City & State: Washington, DC    Zip: 20037

Phone: (202) 887-8740    Email: DMaynard@mofo.com

A copy of this form must be sent to petitioner's counsel or to petitioner if *pro se*. Please indicate below the name(s) of the recipient(s) of a copy of this form. No additional certificate of service or cover letter is required.

cc: Matthew W.H. Wessler
Gupta Wessler LLP, 2001 K Street NW, Suite 850 North, Washington, DC 20006
Tel: 202-888-1741; Email: MATT@GUPTAWESSLER.COM
Counsel for Petitioner McLaughlin Chiropractic Associates, Inc.