# EXHIBIT 3

Search documents in this case: [          ] [Search]

# No. 23-1226

| | |
|---|---|
| Title: | **McLaughlin Chiropractic Associates, Inc., Petitioner**<br>v.<br>**McKesson Corporation, et al.** |
| Docketed: | May 21, 2024 |
| Linked with 23A839 | |
| Lower Ct: | United States Court of Appeals for the Ninth Circuit |
|   Case Numbers: | (22-15710, 22-15732) |
|   Decision Date: | October 25, 2023 |
|   Rehearing Denied: | December 20, 2023 |

| DATE | PROCEEDINGS AND ORDERS |
|---|---|
| Mar 08 2024 | Application (23A839) to extend the time to file a petition for a writ of certiorari from March 19, 2024 to May 17, 2024, submitted to Justice Kagan.<br><br>**Main Document** |
| Mar 13 2024 | Application (23A839) granted by Justice Kagan extending the time to file until May 17, 2024. |
| May 17 2024 | Petition for a writ of certiorari filed. (Response due June 20, 2024)<br><br>**Petition**     **Appendix**     **Certificate of Word Count**     **Proof of Service** |
| May 23 2024 | Waiver of right of respondent McKesson Corporation, et al. to respond filed.<br><br>**Main Document** |
| May 28 2024 | DISTRIBUTED for Conference of 6/13/2024. |
| Jun 05 2024 | Response Requested. (Due July 5, 2024) |

| NAME | ADDRESS | PHONE |
|---|---|---|
| Attorneys for Petitioner | | |
| Matthew W.H. Wessler<br>  Counsel of Record | Gupta Wessler LLP<br>2001 K Street NW<br>Suite 850 North<br>Washington, DC 20006<br><br>MATT@GUPTAWESSLER.COM | 2028881741 |
| Party name: McLaughlin Chiropractic Associates, Inc. | | |
| Attorneys for Respondents | | |
| Deanne Elizabeth Maynard<br>  Counsel of Record | Morrison & Foerster LLP<br>2100 L Street, NW<br>Suite 900<br>Washington, DC 20037<br><br>DMAYNARD@MOFO.COM | 202-887-8740 |
| Party name: McKesson Corporation, et al. | | |