UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

| CASE #: | 8:13-cv-1592 AEP | DATE: | June 17, 2024 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **CIN-Q AUTOMOBILES, INC.**<br>　　　　　Plaintiff,<br><br>v.<br><br>**BUCCANEERS LIMITED PARTNERSHIP**<br>　　　　　Defendant | | **PLAINTIFF COUNSEL**<br>Ross Good, Glenn Hara, Mike Addison, Ryan Kelly | |
| | | **DEFENSE COUNSEL**<br>Robert Collins, Mark Mester, Joe Varner<br><br>Jonathan Piper and Phillip Boch for TTA intervenors | |
| **COURT REPORTER:** Tana Hess - DIGITAL | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME: 1:08 to 2:08**<br>2:30 to 2:39　　TOTAL:　1.09 minutes | | **COURTROOM:** | 10A |

PROCEEDINGS:　　MOTION HEARING – **in person**

Procedural history placed upon the record.

Oral Argument heard.

Court is denying the request for evidentiary hearing as requested in document #533 and 544.

Court to grant motions at document #550 and 551.

Court to hold off on motion at document #492 and supplemental pleadings, for 28 days to allow the parties to resolve the issue.

Parties are to notify the court.