# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC. and<br>MEDICAL & CHIROPRACTIC CLINIC,<br>INC., individually and on behalf of a class,<br><br>    Plaintiffs,<br><br>v.<br><br>BUCCANEERS LIMITED PARTNERSHIP,<br><br>    Defendant.<br>_____<br><br>TECHNOLOGY TRAINING ASSOCS., INC.<br>*et al.*,<br><br>    Intervenors. | No.: 8:13-CV-01592-AEP |

## JOINT STATUS REPORT AND
## REQUEST TO REFER MATTER TO MEDIATION

Plaintiffs, Cin-Q Automobiles, Inc. and Medical & Chiropractic Clinic, Inc., ("Plaintiffs") and Defendant, Buccaneers Team LLC, formerly Buccaneers Limited Partnership ("BTL" or "Defendant") (collectively, the "Settling Parties"), and Intervenors, Technology Training Assocs., Inc., *et al.* ("Intervenors"), report as follows on the status of this matter and jointly request that the Court refer this matter to Magistrate Judge Sansone—who oversaw the mediation that led to the current Class Action Settlement under consideration by the Court—for further discussion of outstanding issues. In support, the Settling Parties and Intervenors state as follows:

1. Currently pending before the Court are numerous filings pertaining to the Class Action Settlement preliminarily approved by the Court (*see* Order, Doc. 343), including: (1) Plaintiffs' Motion for Final Approval of Class Action Settlement (Doc. 482); (2) BTL's Motion to Dismiss Class Claims for Lack of Article III Standing and to Decertify the Settlement Class (Doc. 492); (3) BTL's Response to Plaintiffs' Motion for Final Approval (Doc. 496); and (4) Intervenors/Objectors' Opposition to Plaintiffs' Motion for Final Approval (Doc. 497).

2. On June 17, 2024, the Court held an in-person hearing on BTL's Motion to Dismiss and Decertify, at the conclusion of which the Settling Parties asked the Court to delay ruling for 28 days while they explored whether there is a "path to resolution" of outstanding issues, at which time they would file a "joint status report." (Hr'g Tr., June 17, 2024 at 47:22–23 (statement of Mr. Varner)).

3. The Court agreed to hold off any ruling until July 15, 2024, with the Settling Parties to file at that time "a notice as to whether one -- if you're asking for the Court to conduct a further -- follow-up status to whatever discussions you may have; or 2, if you need more time, I'll certainly consider that as well." (Hr'g Tr., June 17, 2024 at 51:11–14 (statement of the Court)).

4. The Settling Parties have subsequently agreed that Magistrate Judge Sansone's assistance would be helpful in determining whether there is a viable path to resolution of the outstanding issues relating to the Settlement, and jointly request that the Court refer this matter to Judge Sansone for further discussions. Intervenors agree with that request and agree to participate in those discussions. The Settling

2

Parties ask that the Court allow them to file another Joint Status Report in 28 days to advise the Court of the status of negotiations.

## Local Rule 3.01(g) Certification

The undersigned certifies that, pursuant to L.R. 3.01(g), counsel conferred with counsel for Defendant BTL and counsel for Intervenors, and all parties agree to the relief sought.

## Conclusion

For the foregoing reasons, the Settling Parties and Intervenors respectfully request that the Court (1) refer this matter to Magistrate Judge Sansone for further discussions and (2) order the Settling Parties to file a Joint Status Report in 28 days.

Dated:  July 15, 2024                                                  Respectfully submitted,

*/s/ Mark S. Mester*                                                   */s/ Glenn L. Hara*
Mark S. Mester, Counsel for                                            Glenn L. Hara, Class Counsel
Defendant Buccaneers Team LLC

Mark S. Mester (*pro hac vice*)                                        Glenn L. Hara (*pro hac vice*)
Robert C. Collins III (*pro hac vice*)                                 ANDERSON + WANCA
LATHAM & WATKINS LLP                                                   3701 Algonquin Road, Suite 500
330 North Wabash Avenue, Suite 2800                                    Rolling Meadows, IL  60008
Chicago, Illinois 60611                                                Telephone:  (847) 368-1500
Telephone:  (312) 876-7700                                             Facsimile:  (847) 368-1501
Facsimile:  (312) 993-9767                                             Email:  ghara@andersonwanca.com
E-mail: mark.mester@lw.com
            robert.collins@lw.com

3

Joseph H. Varner, III
(Fla. Bar No. 394904)
HOLLAND & KNIGHT LLP
100 North Tampa Street, Suite 4100
Tampa, Florida 33602-3644
Telephone:  (813) 227-8500
Facsimile:  (813) 229-0134
Email:  joe.varner@hklaw.com

Michael C. Addison
(Fla. Bar. No. 0145579)
ADDISON LAW OFFICE, P.A.
1304 Alicia Avenue
Tampa, Florida 33604
Telephone:  (813) 223-2000
Facsimile:  (813) 228-6000
Email:  m@mcalaw.net

Ross M. Good
(Fla. Bar. No. 116405)
THE GOOD LAW GROUP
800 E. Northwest Hwy., Suite 814
Palatine, Illinois  60074
Telephone:  (847) 600-9576
Email:  ross@thegoodlawgroup.com

and

*/s/Phillip A. Bock*
Phillip A. Bock (FL Bar #93895))
Robert M. Hatch (pro hac vice)
Jonathan B. Piper (pro hac vice)
BOCK HATCH & OPPENHEIM, LLC
820 W. 41st St. #305
Miami Beach, FL 33140
(305) 465-6501
Counsel for Intervenors

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Glenn L. Hara*
Glenn L. Hara (admitted *pro hac vice*)
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
Telephone: (847) 368-1500
Facsimile: (847) 368-1501
Email:  ghara@andersonwanca.com
