# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC., et al., | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) |
| BUCCANEERS LIMITED PARTNERSHIP and JOHN DOES 1-10, | )<br>)<br>)<br>) Case No. 8:13-cv-01592-AEP<br>)<br>) Magistrate Judge<br>) Anthony E. Porcelli |
| Defendants, | ) |
| TECHNOLOGY TRAINING ASSOCIATES, INC., et al., | )<br>)<br>)<br>) |
| Intervenors. | ) |

## UNOPPOSED MOTION TO WITHDRAW ATTORNEY APPEARANCE

Pursuant to Local Rule 2.02(c), Joseph B. Thomas of Latham & Watkins LLP respectfully requests that this Court withdraw his appearance as counsel for Defendant Buccaneers Team LLC ("BTL"). In support of this motion, the undersigned states:

1. On December 19, 2023, Joseph B. Thomas filed a motion to appear *pro hac vice* on behalf of BTL (Dkt. 507). This Court granted the Motion on January 2, 2024 (Dkt. 512).

2. As of July 19, 2024, Joseph B. Thomas will no longer be employed by Latham & Watkins LLP.

3. BTL will not be prejudiced if this motion is granted. Mark S. Mester and Robert C. Collins III of Latham & Watkins LLP and Joseph H. Varner, III of Holland & Knight LLP will continue to represent BTL in the above-captioned matter, and representation of BTL is otherwise unchanged.

4. The undersigned certifies that he notified BTL of his departure from Latham & Watkins LLP, and BTL has consented to the requested withdrawal of Joseph B. Thomas as its counsel of record in this matter.

5. BTL has conferred with Class Counsel and counsel for Intervenors, who have indicated that they do not oppose the relief requested herein.

6. Accordingly, this withdrawal will not cause any delay or prejudice to any party or the court.

WHEREFORE, for the foregoing reasons, Joseph B. Thomas respectfully requests that the Court grant leave to withdraw his appearance as counsel of record in this matter.

| | |
|---|---|
| Date: July 16, 2024 | Respectfully submitted,<br>*/s/ Joseph B. Thomas*<br>Joseph B. Thomas, One of the Attorneys<br>for Defendant Buccaneers Team LLC |
| Mark S. Mester<br>  (admitted *pro hac vice*)<br>Robert C. Collins III<br>  (admitted *pro hac vice*)<br>Joseph B. Thomas<br>  (admitted *pro hac vice*)<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, Illinois 60611<br>Telephone:  (312) 876-7700<br>Facsimile:  (312) 993-9767<br>E-mail:  mark.mester@lw.com<br>         robert.collins@lw.com<br>          joseph.thomas@lw.com | Joseph H. Varner, III<br>   (Bar No. 394904)<br>HOLLAND & KNIGHT LLP<br>100 North Tampa Street, Suite 4100<br>Tampa, Florida 33602-3644<br>Telephone:  (813) 227-8500<br>Facsimile:  (813) 229-0134<br>Email:  joe.varner@hklaw.com |

3

## **LOCAL RULE 2.02(C)(1)(B)(I) CERTIFICATION**

Pursuant to Local Rule 2.02(c)(1)(B)(i), the undersigned hereby certifies that Defendant Buccaneers Team LLC has consented to the withdrawal of Joseph B. Thomas as counsel from this action.

Date:  July 16, 2024

*/s/ Joseph B. Thomas*
Joseph B. Thomas, One of the Attorneys
for Defendant Buccaneers Team LLC

Joseph B. Thomas
  (admitted *pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
E-mail:  joseph.thomas@lw.com

## **LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g), the undersigned hereby certifies that we conferred with Class Counsel and counsel for Intervenors by email with respect to the instant motion and have been informed that Class Counsel and counsel for Intervenors do not oppose the relief requested herein.

Date: July 16, 2024

*/s/ Joseph B. Thomas*
Joseph B. Thomas, One of the Attorneys for Defendant Buccaneers Team LLC

Joseph B. Thomas
 (admitted *pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
E-mail: joseph.thomas@lw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which served all relevant parties.

Date:  July 16, 2024

*/s/ Joseph B. Thomas*
Joseph B. Thomas, One of the Attorneys for Defendant Buccaneers Team LLC

Joseph B. Thomas
  (admitted *pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
E-mail:  joseph.thomas@lw.com