UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CIN-Q AUTOMOBILES, INC., et al.,**

    Plaintiff,

v.                                           Case No. 8:13-cv-1592-AEP

**BUCCANEERS LIMITED PARTNERSHIP,**

    Defendant.
_____/

## MEDIATION ORDER

The undersigned held a hearing on August 6, 2024 to set dates for the upcoming mediation. As discussed at the hearing, the mediation will occur via Zoom videoconference on **August 27, 2024 at 10:00 AM EST** before Magistrate Judge Amanda Arnold Sansone. The court will send counsel an updated calendar entry containing a link to the videoconference information. By **August 21, 2024**, the parties must email their mediation statements to Chambers at CHAMBERS_FLMD_SANSONE@flmd.uscourts.gov. If the August 27, 2024 Zoom mediation proves unsuccessful, an in-person mediation will occur on **November 6, 2024 in Courtroom 10B at 10:00 AM EST**.

*/s/ Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

1