UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC., et al., <br>                 Plaintiffs, <br> v. <br> BUCCANEERS LIMITED PARTNERSHIP and JOHN DOES 1-10, <br>                 Defendants, <br><br> TECHNOLOGY TRAINING ASSOCIATES, INC., et al., <br>                 Intervenors. | Case No. 8:13-cv-01592-AEP <br><br> Magistrate Judge <br> Anthony E. Porcelli |

### UNOPPOSED MOTION TO EXTEND RULING DEADLINE

Plaintiffs Cin-Q Automobiles, Inc. and Medical & Chiropractic Clinic, Inc., on behalf of themselves and the Settlement Class (collectively, "Plaintiffs"), respectfully move to extend the date by which the Court will rule on Defendant Buccaneers Team LLC's ("BTL," and together with Plaintiffs, the "Settling Parties") Motion to Dismiss Class Claims for Lack of Article III Standing and Decertify the Settlement Class ("Motion to Dismiss") (Dkt. 492) to November 15, 2024 in order to allow the Parties to continue mediation efforts with the assistance of Magistrate Judge Sansone. In support of this motion, Plaintiffs state as follows:

1.  BTL filed its Motion to Dismiss on December 14, 2023. See Dkt. 492. Plaintiffs and Intervenors Technology Training Associates, Inc. ("Intervenors," and together with the Settling Parties, the "Parties") filed their Oppositions to BTL's Motion to Dismiss on December 28, 2023. See Dkts. 505, 506.

2. The Court held a hearing on BTL's Motion to Dismiss on January 19, 2024. See Minute Entry (Dkt. 525). At that hearing, the Court ordered the Parties to submit supplemental briefing on certain issues raised by BTL's Motion to Dismiss. See id.

3. On February 20, 2024, BTL filed its supplemental briefing in support of its Motion to Dismiss. See Dkt. 532. Plaintiffs and Intervenors filed their responses to BTL's submission on March 21, 2024 (see Dkts. 536, 537), and BTL filed its replies to Plaintiffs' and Intervenors' submissions on April 26, 2024. See Dkts. 542, 543.

4. On June 17, 2024, the Court held a hearing on BTL's Motion to Dismiss, during which the Parties agreed to consider whether to engage in further discussions to attempt to resolve the outstanding issues, and the Court agreed to delay its ruling on BTL's Motion to Dismiss for 28 days. See Clerk's Minutes (Dkt. 556).

5. On July 15, 2024, the Parties filed a Joint Status Report requesting that the Court refer this matter to Magistrate Judge Sansone for mediation and further discussions on the outstanding issues. See Joint Status Report (Dkt. 560). The Court granted the Parties' request, directed the Parties to coordinate the facilitation of mediation discussions with Magistrate Judge Sansone's chambers and stayed its ruling on BTL's Motion to Dismiss until September 27, 2024. See Endorsed Order (Dkt. 563).

6. The Parties conferred amongst themselves and with Magistrate Judge Sansone, and a mediation via Zoom is now set for August 27, 2024, with a second, in-person mediation being set for November 6, 2024. See Mediation Order (Dkt.

564). The Parties believe they would benefit from completing the mediation efforts prior to this Court rendering a decision on BTL's Motion to Dismiss.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that the Court defer its ruling on BTL's Motion to Dismiss until at least November 15, 2024.

Date:  August 12, 2024

Respectfully submitted,

/s/ Ross M. Good
Glenn L. Hara (admitted *pro hac vice*)
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008-3157
Telephone: (847) 368-1500
Facsimile: (847) 368-1501
Email:  ghara@andersonwanca.com

Michael C. Addison (Fla. Bar. No. 0145579)
ADDISON LAW OFFICE, P.A.
1304 Alicia Avenue
Tampa, Florida 33604-6406
Telephone: (813) 223-2000
Facsimile: (813) 228-6000
Email:  m@mcalaw.net

Ross M. Good (Fla. Bar. No. 116405)
The Good Law Group
800 E. Northwest Hwy, Suite 814
Palatine, IL 60074
Telephone: (847) 600-9576
Email:  ross@thegoodlawgroup.com

*Class Counsel*

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned hereby certifies that we conferred with counsel for BTL and counsel for Intervenors by email with respect to the instant motion and have been informed that counsel for BTL and counsel for Intervenors do not oppose the relief requested herein.

Date:  August 12, 2024

/s/ Ross M. Good
Ross M. Good (Fla. Bar. No. 116405)
The Good Law Group
800 E. Northwest Hwy, Suite 814
Palatine, IL 60074
Telephone: (847) 600-9576
Email:  ross@thegoodlawgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which served all relevant parties.

Date:  August 12, 2024

/s/ Ross M. Good
Ross M. Good (Fla. Bar. No. 116405)
The Good Law Group
800 E. Northwest Hwy, Suite 814
Palatine, IL 60074
Telephone: (847) 600-9576
Email:  ross@thegoodlawgroup.com