# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC., et al., | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) |
| BUCCANEERS LIMITED PARTNERSHIP and JOHN DOES 1-10, | )<br>)<br>)<br>) Case No. 8:13-cv-01592-AEP<br>)<br>) Magistrate Judge<br>) Anthony E. Porcelli |
| Defendants, | ) |
| TECHNOLOGY TRAINING ASSOCIATES, INC., et al., | )<br>)<br>)<br>) |
| Intervenors. | ) |

## CHANGE OF ADDRESS AND TELEPHONE NUMBER

PLEASE TAKE NOTICE, that the address and telephone number for Ross M. Good has changed to the following:

Ross M. Good (Fla. Bar. No. 116405)
The Good Law Group
800 E. Northwest Hwy, Suite 814
Palatine, IL 60074
Telephone: (847) 600-9576
Email: ross@thegoodlawgroup.com

Date: August 12, 2024

Respectfully submitted,

*/s/* Ross M. Good
Ross M. Good (Fla. Bar. No. 116405)
The Good Law Group
800 E. Northwest Hwy, Suite 814
Palatine, IL 60074
Telephone: (847) 600-9576
Email: ross@thegoodlawgroup.com

*Attorney for Medical & Chiropractic Clinic, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which served all relevant parties.

Date: August 12, 2024

*/s/* Ross M. Good
Ross M. Good (Fla. Bar. No. 116405)
The Good Law Group
800 E. Northwest Hwy, Suite 814
Palatine, IL 60074
Telephone: (847) 600-9576
Email: ross@thegoodlawgroup.com