**EXHIBIT A**

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-90023

_____

MARC IRWIN SHARFMAN M.D. P.A.,

                                                                                                Petitioner,

*versus*

PRECISION IMAGING ST. AUGUSTINE LLC,
HALO DX, INC.,

                                                                                               Respondents.

_____

Petition for Permission to Appeal from the
United States District Court for the
Middle District of Florida
D.C. Docket No. 6:22-cv-00642-WWB-DCI

_____

2               Order of the Court               24-90023

Before WILLIAM PRYOR, Chief Judge, and NEWSOM, and ABUDU, Circuit Judges.

BY THE COURT:

We conclude that the Article III standing issue identified in the Petition for Permission to Appeal under Fed. R. Civ. P. 23(f) warrants interlocutory review. *See Prado-Steiman ex rel. Prado v. Bush*, 221 F.3d 1266, 1274-76 (11th Cir. 2000). Accordingly, the Petition is **GRANTED**.