# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC. and<br>MEDICAL & CHIROPRACTIC CLINIC,<br>INC., individually and on behalf of a class, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) Case No.:<br>) 8:13-CV-01592-AEP |
| v. | )<br>) |
| BUCCANEERS LIMITED PARTNERSHIP, | )<br>) |
| Defendant.<br>_____ | )<br>)<br>) |
| TECHNOLOGY TRAINING ASSOCS., INC.<br>*et al.*, | )<br>)<br>) |
| Intervenors. | )<br>) |

## PLAINTIFFS' MOTION TO
## STRIKE AND REMOVE DOCUMENT 568

Plaintiffs Cin-Q Automobiles, Inc. and Medical & Chiropractic Clinic, Inc.,

hereby move to strike and remove ECF filed document 568 titled "Motion to

Stay," as the document was filed in error. The correct motion will be filed.

*/s/ Glenn L. Hara*
Glenn L. Hara (*pro hac vice*)
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
Telephone:  (847) 368-1500
Facsimile:  (847) 368-1501
Email:  ghara@andersonwanca.com

Michael C. Addison
(Fla. Bar. No. 0145579)
ADDISON LAW OFFICE, P.A.
1304 Alicia Avenue
Tampa, Florida 33604
Telephone:  (813) 223-2000
Facsimile:  (813) 228-6000
Email:  m@mcalaw.net

Ross M. Good
(Fla. Bar. No. 116405)
THE GOOD LAW GROUP
800 E. Northwest Hwy., Suite 814
Palatine, Illinois  60074
Telephone:  (847) 600-9576
Email:  ross@thegoodlawgroup.com
*Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Glenn L. Hara*
Glenn L. Hara