**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| **CASE #:** | 8:13-cv-1592 AEP | **DATE:** | November 4, 2024 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **CIN-Q AUTOMOBILES, INC.** <br><br>         **Plaintiff,** <br><br> **v.** <br><br> **BUCCANEERS LIMITED PARTNERSHIP** <br>        **Defendant** | | **PLAINTIFF COUNSEL** <br> Ross Good, Glenn Hara, Mike Addison <br><br> **DEFENSE COUNSEL** <br> Robert Collins, Mark Mester <br><br> Phillip Bock for Intervenors | |
| **COURT REPORTER:**   DIGITAL | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME: 1:00 pm to 104     TOTAL:   4 minutes** | | **COURTROOM:** | 10A |

PROCEEDINGS:        MOTION HEARING – **via zoom**

Unopposed MOTION to Stay by Cin-Q Automobiles, Inc (#570).

Court and counsel discuss the time period of the stay.

Parties are directed to confer as to the proposed language to put on the web site.