# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC., a Florida corporation, individually and as the representative of a class of similarly situated persons, <br><br> Plaintiff, <br><br> v. <br><br> BUCCANEERS LIMITED PARTNERSHIP and JOHN DOES 1-10, <br><br> Defendants, <br><br> TECHNOLOGY TRAINING ASSOCIATES, INC., et al., <br><br> Intervenors. | No. 8:13-cv-01592-AEP <br><br> Hon. Anthony E. Porcelli |

## MOTION FOR LEAVE TO WITHDRAW
## ATTORNEY APPEARANCE OF JONATHAN B. PIPER

Pursuant to Local Rule 2.02(c), Jonathan B. Piper requests leave to withdraw his appearance as counsel for Intervenors, stating as follows:

1. Attorney Piper is no longer employed at Bock Hatch & Oppenheim, LLC, no longer represents Intervenors, and requests to withdraw his appearance.

2. Other attorneys of record continue representing Intervenors in this action.

3. The withdrawal of Attorney Piper's appearance is not interposed for

purposes of harassment or delay, and no party will be prejudiced by the Court's granting of this motion.

4. Counsel for Plaintiffs and counsel for Defendants have indicated that their clients do not oppose the relief requested in this motion.

WHEREFORE, Jonathan B. Piper moves this Honorable Court for an Order granting him leave to withdraw his appearance as counsel for Intervenors and instructing the Clerk of Court to remove him from the electronic service list.

Dated: November 5, 2024.                    Respectfully submitted,

By: /s/ Jonathan B. Piper

Phillip A. Bock
Jonathan B. Piper
Bock Hatch & Oppenheim, LLC
203 N. La Salle St. Ste. 2100
Chicago, IL 60601
(312) 658-5501 (P)
(312) 658-5555 (F)
service@classlawyers.com

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that, on November 5, 2024, he caused a true and correct copy of the foregoing to be served on all counsel of record via the Court's CM/ECF system.

    By: /s/ Jonathan B. Piper