# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC. and MEDICAL & CHIROPRACTIC CLINIC, INC., individually and on behalf of a class, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No.:<br>) 8:13-CV-01592-AEP |
| v. | )<br>) |
| BUCCANEERS LIMITED PARTNERSHIP, | )<br>) |
| Defendant. | )<br>) |
| _____ | )<br>) |
| TECHNOLOGY TRAINING ASSOCS., INC. *et al.*, | )<br>)<br>) |
| Intervenors. | ) |

## MOTION FOR LEAVE TO WITHDRAW
## ATTORNEY APPEARANCE OF RYAN M. KELLY

Pursuant to Local Rule 2.02(c), Ryan M. Kelly requests leave to withdraw his appearance as counsel for Plaintiffs, stating as follows:

1. Attorney Kelly is retiring and will no longer be employed at Anderson + Wanca, will no longer represent Plaintiffs, and requests to withdraw his appearance.

2. All other attorneys of record continue representing Plaintiffs in this action.

3. The withdrawal of Attorney Kelly's appearance is not interposed for purposes of harassment or delay, and no party will be prejudiced by the Court's granting of this motion.

### Local Rule 3.01(g) Certification

4. On February 17, 2025, Plaintiffs' counsel conferred by email with counsel for Defendant and counsel for Intervenors, who confirmed they do not oppose the relief sought.

WHEREFORE, Ryan M. Kelly moves this Honorable Court for an Order granting him leave to withdraw his appearance as counsel for Plaintiffs and instructing the Clerk of the Court to remove him from the electronic service list.

Respectfully submitted,

CIN-Q AUTOMBILES, INC. and
MEDICAL & CHIROPRACTIC CLINIC,
INC., individually, and as the
representatives of a certified class

By:/s/ Ryan M. Kelly
Ryan M. Kelly – FL Bar No. 90110
Wallace C. Solberg (*pro hac vice*)
Glenn L. Hara (*pro hac vice*)
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
Telephone:  (847) 368-1500
rkelly@andersonwanca.com
wsolberg@andersonwanca.com
ghara@andersonwanca.com

        Michael C. Addison – FL Bar No.: 0145579
        ADDISON LAW OFFICE, P.A.
        1304 Alicia Avenue
        Tampa, FL  33604
        Telephone:  (813) 223-2000
        mca2175@hotmail.com

        Ross M. Good – FL Bar No.: 126405
        THE GOOD LAW GROUP
        800 e. Northwest Hwy., Suite 814
        Palatine, IL  60074
        Telephone:  (847) 600-9576
        ross@thegoodlawgroup.com

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that on March 6, 2025, a copy of the foregoing was filed with the CM/ECF system, which will serve copies on all parties of record.

        /s/ Ryan M. Kelly