# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| CIN-Q AUTOMOBILES, INC. and MEDICAL & CHIROPRACTIC CLINIC, INC., individually and on behalf of a class, | )<br>)<br>)<br>) |
| Plaintiffs, | ) No.: 8:13-CV-01592-AEP |
| v. | )<br>) |
| BUCCANEERS LIMITED PARTNERSHIP, | )<br>) |
| Defendant. | )<br>)<br>) |
| _____ | ) |
| TECHNOLOGY TRAINING ASSOCS., INC. *et al.*, | )<br>)<br>) |
| Intervenors. | )<br>) |

## PLAINTIFFS' STATUS REPORT REGARDING STAY

Plaintiffs, Cin-Q Automobiles, Inc. and Medical & Chiropractic Clinic, Inc., respectfully advise the Court of the Supreme Court's decision in *McLaughlin Chiropractic Assoc. v. McKesson Corp.*, No. 23-1226, 2025 WL 1716136 (U.S. June 20, 2025) (attached as Exhibit A) ("*McKesson*").

1. On October 25, 2024, Plaintiffs filed an Unopposed Motion to Stay this case pending (1) a decision by the Supreme Court in *McKesson* and (2) a decision by the Eleventh Circuit in *Marc Irwin Sharman, M.D., P.A. v. Precision Imaging St. Augustine, LLC*, No. 24-90023 (11th Cir.) ("*Precision Imaging*"). (Doc. 570).

2. On November 4, 2024, following a hearing on the motion, the Court entered an Order staying the case "until further order of this Court." (Doc. 574).

3. On June 20, 2025, the Supreme Court issued its decision in *McKesson*. (*See* Exhibit A).

4. The Eleventh Circuit has set oral argument in *Precision Imaging* for July 30, 2025.

Respectfully submitted,

/s/ *Glenn L. Hara*
Glenn L. Hara (*pro hac vice*)
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
Telephone:  (847) 368-1500
Facsimile:  (847) 368-1501
Email:  ghara@andersonwanca.com

Michael C. Addison
(Fla. Bar. No. 0145579)
ADDISON LAW OFFICE, P.A.
1304 Alicia Avenue
Tampa, Florida 33604
Telephone:  (813) 223-2000
Facsimile:  (813) 228-6000
Email:  m@mcalaw.net

Ross M. Good
(Fla. Bar. No. 116405)
THE GOOD LAW GROUP
800 E. Northwest Hwy., Suite 814
Palatine, Illinois  60074
Telephone:  (847) 600-9576
Email:  ross@thegoodlawgroup.com

*Class Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

s/Glenn L. Hara